IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA AB, and ASTRAZENECA PLC, <br><br> Defendants. <br> ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA AB, <br><br> Counterclaim Plaintiffs, <br><br> v. <br><br> PUMA BIOTECHNOLOGY, INC., WYETH LLC and PFIZER INC., <br><br> Counterclaim Defendants. | C.A. No. 21-1338 (CFC) |

**STIPULATION AND ORDER DISMISSING WITHOUT PREJUDICE
<u>DEFENDANT ASTRAZENECA PLC</u>**

Plaintiffs Puma Biotechnology, Inc. and Wyeth LLC (collectively, "Plaintiffs") and Defendants AstraZeneca Pharmaceuticals LP ("AstraZeneca LP"), AstraZeneca AB, and AstraZeneca PLC hereby voluntarily stipulate, subject to approval of the Court, to dismiss Defendant AstraZeneca PLC from the Complaint

filed by Plaintiffs against AstraZeneca PLC in the above-captioned action, pursuant to Fed. R. Civ. P. 41(a)(1).  The action will continue against AstraZeneca LP and AstraZeneca AB.  It is further stipulated that this dismissal is without prejudice and subject to the following conditions:

       1.     An order by the Court approving this stipulation will moot AstraZeneca PLC's pending motion to dismiss (D.I. 6) and obviate the need for Plaintiffs to file a response to that motion.

       2.     AstraZeneca PLC agrees to be bound by any judgment, order, or decision in this action, or any appeal thereof, as if it was a named Defendant.

       3.     AstraZeneca LP and AstraZeneca AB stipulate that documents, witnesses, and information in the possession, custody, or control of AstraZeneca PLC, including electronically-stored documents and information, to the extent they exist, are in AstraZeneca LP's and AstraZeneca AB's possession, custody, or control for purposes of discovery in this action only, and that AstraZeneca LP and AstraZeneca AB will—subject to any objections, privilege assertions, or other grounds to oppose discovery pursuant to any applicable Federal Rules, Local Rules, or orders of the Court (except for a challenge based on the fact that AstraZeneca PLC is a non-party to this case)—search for and produce such discovery in response to discovery requests served on AstraZeneca LP or AstraZeneca AB in the action as if it was their own.

      4.      AstraZeneca PLC further agrees that it will certify any interrogatory responses containing AstraZeneca PLC information.

      5.      AstraZeneca PLC further agrees that Plaintiffs may depose employees of AstraZeneca PLC by serving deposition notices on AstraZeneca LP or AstraZeneca AB.  AstraZeneca PLC agrees that AstraZeneca LP and AstraZeneca AB will also accept Rule 30(b)(6) deposition notices containing topics directed to information that may be held by AstraZeneca PLC and any witness presented in response thereto shall investigate information in the possession, custody, or control of AstraZeneca PLC.  AstraZeneca PLC further agrees to be bound by the resolution of discovery matters in this action.

      6.      AstraZeneca PLC shall submit and consent to the jurisdiction and venue of this Court solely for the limited purpose of enforcing the terms of this stipulation, and to adjudicate or resolve any disputes regarding its terms, interpretation, application, or requirements.

      7.      The terms of this stipulation are made without prejudice to the respective positions of Plaintiffs and Defendants as to whether AstraZeneca PLC is a proper Defendant in this action and whether AstraZeneca PLC is subject to personal jurisdiction in this Court.

8. Nothing in this Stipulation shall be construed as a waiver of any claims or defenses that any party to this Stipulation has or may assert in any other action.

9. The case caption should be amended as follows[1]:

| | | |
|---|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1338-CFC |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) ) | |
| Defendants. | ) ) | |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) | |
| Counterclaim Plaintiffs, | ) ) | |
| v. | ) ) | |
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) | |
| Counterclaim Defendants. | ) | |

---

[1] Concurrently with this Stipulation, the parties are submitting a Stipulation and Order Dismissing Without Prejudice Counterclaim Defendant Pfizer Inc.

4

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ *Rodger D. Smith II* | /s/ *Jeff Castellano* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>mdellinger@morrisnichols.com | Karen E. Keller (#4489)<br>Jeff Castellano (#4837)<br>Nathan R. Hoeschen (#6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca AB and AstraZeneca PLC* |

OF COUNSEL:

Steven N. Geise
Anthony M. Insogna
Meredith A. Stewart
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
(858) 314-1200

Gasper J. LaRosa
Lisamarie LoGuidice
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939

Shehla Wynne
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
(202) 879-3939

OF COUNSEL:

Christopher Sipes
Einar Stole
Megan Keane
Ashley Winkler
Jason Reinecke
Melissa Keech
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

5

Jason G. Winchester
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601-1692
(312) 782-3939

*Attorneys for Puma Biotechnology, Inc.*

Sara T. Horton
WILKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL  60654-3406
(312) 728-9040

*Attorneys for Wyeth LLC*

December 10, 2021

**SO ORDERED**, this _____ day of December 2021.

 

 

_____
The Honorable Colm F. Connolly