IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC.<br>and WYETH LLC,<br><br>      Plaintiffs,<br><br>v.<br><br>ASTRAZENECA<br>PHARMACEUTICALS LP, and<br>ASTRAZENECA AB,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     C.A. No. 21-1338 (CFC) |

## STIPULATION AND [PROPOSED] ORDER
## REGARDING SERVICE OF COMPLAINT

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, and subject to the approval of the Court, that counsel for Defendants has agreed to accept service of the Complaint for Patent Infringement (D.I. 1) on behalf of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca AB, and that the Complaint shall be deemed served on Defendants pursuant to Fed. R. Civ. P. 4 effective as of the date this Stipulation is filed with the Court.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ *Rodger D. Smith II* | /s/ *Jeff Castellano* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Megan E. Dellinger (#5739)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>mdellinger@morrisnichols.com | Karen E. Keller (No. 4489)<br>Jeff Castellano (No. 4837)<br>Nathan R. Hoeschen (No. 6232)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants*<br>*AstraZeneca Pharmaceuticals LP and*<br>*AstraZeneca AB* |

December 17, 2021

SO ORDERED, this ___20th___ day of December 2021.

_____
United States District Court Judge, Chief

2