# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

(302) 658-9200
(302) 658-3989 FAX

RODGER D. SMITH II
(302) 351-9205
rsmith@morrisnichols.com

December 22, 2021

The Honorable Colm F. Connolly   *VIA E-FILING*
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:   *Puma Biotechnology, Inc. v. AstraZeneca Pharmaceuticals LP*,
           C.A. No. 21-1338 (CFC)

Dear Chief Judge Connolly:

      I am writing on behalf of the parties in response to the Court's December 16, 2021 Oral Order to inform the Court that both parties do not consent to a reference of this action to a Magistrate Judge.

                                      Respectfully,

                                      */s/ Rodger D. Smith II*

                                      Rodger D. Smith II (#3778)

cc:   Clerk of the Court (*via* hand delivery)
       All Counsel of Record (*via* CM/ECF and e-mail)