UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

PUMA BIOTECHNOLOGY, INC., et al., )
)
          Plaintiffs, )
)
vs. ) Case No. 1:21-cv-1338-MFK
)
ASTRAZENECA PHARMS. LP, et al., )
)
          Defendants. )

## ORDER SETTING TELECONFERENCE

      This case has been reassigned to visiting judge Matthew F. Kennelly. By February 7, 2022, the parties are to file a joint status report that includes the following information:  (1)  a brief summary of all claims and defenses; (2) any upcoming deadlines set by the previously assigned judge(s); (3) the current status of discovery, including what has been done and what remains to be done; (4) a brief summary of any pending motions and their current briefing status, as well as whether any such motions have been referred to the designated magistrate judge; (5) a history of any discussions regarding settlement; and (5) any other matters that the parties wish to bring to the Court's attention.  The case is set for a telephonic status hearing on February 9, 2022 at 9:15 a.m. CST (10:15 a.m. EST), using call-in number 888-684-8852, access code 746-1053.  Counsel should wait for the case to be called before announcing themselves.  The Court will arrange for a court reporter from the Northern District of Illinois for the status hearing.

Date:  February 1, 2022

                                                _____
                                                MATTHEW F. KENNELLY
                                                United States District Judge