IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   C.A. No. 21-1338 (MFK) |
| ASTRAZENECA PHARMACEUTICALS LP, and ASTRAZENECA AB, | ) ) ) ) |
| Defendants. | ) ) |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated February 1, 2022 (D.I. 26), the parties hereby submit this joint status report.

**1.     A brief summary of all claims and defenses**

Plaintiff Wyeth states that it is a wholly-owned subsidiary of Pfizer, Inc. Plaintiff's pleadings state that Wyeth has developed certain irreversible tyrosine kinase inhibitors for the treatment of a variety of epidermal growth factor receptor ("EGFR")-dependent cancers. Plaintiff Puma Biotechnology states that it is a research-based, biopharmaceutical company that has licensed certain patents from Wyeth, including United States Patent Nos. 10,603,314 ("the '314 patent") and 10,596,162 ("the '162 patent") (collectively, "the patents-in-suit" or "the asserted patents"), which claim methods of treating gefitinib and/or erlotinib resistant non-small cell lung cancer (NSCLC) with irreversible EGFR inhibitors.

Defendants state that AstraZeneca Pharmaceuticals LP and AstraZeneca AB (collectively, "AstraZeneca" or "Defendants") are biopharmaceutical companies that developed

and now manufacture and sell Tagrisso® (osimertinib), an approved treatment for certain non-small cell lung cancers. Specifically, Tagrisso® is approved for:

- as adjuvant therapy after tumor resection in adult patients with non-small cell lung cancer (NSCLC) whose tumors have epidermal growth factor receptor (EGFR) exon 19 deletions or exon 21 L858R mutations, as detected by an FDA-approved test;

- the first-line treatment of adult patients with metastatic NSCLC whose tumors have EGFR exon 19 deletions or exon 21 L858R mutations, as detected by an FDA-approved test;

- the treatment of adult patients with metastatic EGFR T790M mutation positive NSCLC, as detected by an FDA-approved test, whose disease has progressed on or after EGFR TKI therapy.

Plaintiffs' complaint alleges that AstraZeneca's commercial manufacture, use, offer for sale, sale, marketing, distribution, and/or importation of osimertinib and Tagrisso® (osimertinib) dosage forms indirectly infringe the '314 and '162 patents under the doctrines of contributory and induced infringement. Plaintiffs' complaint requests a permanent injunction enjoining these alleged activities prior to expiration of the asserted patents. Plaintiffs also seek money damages for Defendants' alleged past and continued infringement, a finding that that alleged infringement was willful, and enhanced damages based on that finding.

Defendants answered the complaint and asserted defenses alleging that the manufacture, use, importation, and sale of Tagrisso® did not infringe the asserted patents, directly or indirectly, and that the patent claims were invalid for failure to comply with the requirements of patentability as specified in 35 U.S.C. §§ 101, 102, 103, 112, and/or 116, and unenforceable under the doctrines of laches, waiver, equitable estoppel, and/or unclean hands, and patent misuse. Defendants also asserted counterclaims under the Declaratory Judgment Act, 28 U.S.C. §§ 2201 and 2202, seeking a declaration that Defendants did not, and do not, infringe the patents-in-suit

and that those patents are invalid for failure to comply with the requirements of patentability and unenforceable due to patent misuse.

Plaintiffs have answered Defendants' counterclaims and asserted various separate defenses, including that the patents-in-suit are valid, enforceable, and infringed by Defendants' commercial manufacture, use, offer for sale, sale, marketing, distribution, and/or importation of osimertinib and Tagrisso® (osimertinib) dosage forms.

2. **Upcoming deadlines set by the previously assigned judge**

A schedule has not yet been set in this case. An initial Rule 16 Conference was scheduled for February 15, 2022, but by Oral Order dated January 24, 2022, the conference was cancelled in anticipation of the case's re-assignment. Accordingly, there are no upcoming deadlines set by the previously assigned judge (Chief Judge Connolly).

3. **The current status of discovery, including what has been done and what remains to be done**

The parties have not yet commenced written or document discovery. Plaintiffs initially sent Defendants a proposed case schedule and discovery plan (based on Chief Judge Connolly's form order) on January 19, 2022, and then after the case was reassigned, a revised proposal on February 4, 2022. The parties have not yet conducted a Rule 26(f) conference. Defendants have proposed that the parties conduct a Rule 26(f) conference the week of February 7, 2022. The parties have agreed to jointly file a proposed scheduling order by February 15, 2022.

4. **A brief summary of any pending motions and their current briefing status, as well as whether any such motions have been referred to the designated magistrate judge**

There are no pending or planned motions at this time.

**5.     History of any discussions regarding settlement**

Although the parties engaged in preliminary, pre-suit discussions, the parties have not reached any settlement.

**6.     Any other matters that the parties wish to bring to the Court's attention**

The parties propose that the local rules of the District of Delaware apply to this case. The parties have no additional matters to bring to the Court's attention at this time.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
| /s/ *Rodger D. Smith II* | /s/ *Karen E. Keller* |
| Jack B. Blumenfeld (#1014) | Karen E. Keller (No. 4489) |
| Rodger D. Smith II (#3778) | Jeff Castellano (No. 4837) |
| Megan E. Dellinger (#5739) | Nathan R. Hoeschen (No. 6232) |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | kkeller@shawkeller.com |
| rsmith@morrisnichols.com | jcastellano@shawkeller.com |
| mdellinger@morrisnichols.com | nhoeschen@shawkeller.com |
| *Attorneys for Plaintiffs Puma Biotechnology, Inc. and Wyeth LLC* | *Attorneys for Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca AB* |
| OF COUNSEL: | OF COUNSEL: |
| Steven N. Geise | Christopher Sipes |
| Anthony M. Insogna | Einar Stole |
| Meredith A. Stewart | Megan Keane |
| JONES DAY | Ashley Winkler |
| 4655 Executive Drive | Jason Reinecke |
| Suite 1500 | Melissa Keech |
| San Diego, CA 92121-3134 | COVINGTON & BURLING LLP |
| (858) 314-1200 | One CityCenter |
| | 850 Tenth Street NW |
| | Washington, DC 20001-4956 |
| | (202) 662-6000 |

4

Gasper J. LaRosa
Lisamarie LoGiudice
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939

Jason Winchester
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL 60601-1692
(312) 782-3939

Shehla Wynne*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939
*Admitted in New York; not admitted in District of Columbia; practice limited to cases in federal court and agencies

*Attorneys for Puma Biotechnology, Inc.*

Sara T. Horton
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406
(312) 728-9040

*Attorneys for Wyeth LLC*

February 7, 2022