# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347
(302) 658-9200

**MEGAN E. DELLINGER**
(302) 351-9366
mdellinger@morrisnichols.com

February 15, 2022

The Honorable Matthew F. Kennelly             *VIA ELECTRONIC FILING*
United States District Court
  for the Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

      Re:    *Puma Biotechnology, Inc., et al. v. AstraZeneca Pharmaceuticals LP, et al.*,
             C.A. No. 21-1338 (MFK) (D. Del.)

Dear Judge Kennelly:

      The parties write to provide the attached [Proposed] Scheduling Order for the above-referenced action. The parties' remaining disputes appear in Paragraphs 8 (deadline for joinder of parties and amendment of pleadings); 9(e)(1) (limitation on hours for depositions); 21(a) (deadlines for answering and reply briefs for case dispositive motions); and 27 (length of trial). The parties' competing proposals are provided in the relevant paragraphs in the attached [Proposed] Scheduling Order.

      Counsel are available at the Court's convenience for any questions.

                                                              Respectfully,

                                                             */s/ Megan E. Dellinger*

                                                             Megan E. Dellinger (#5739)

MED/bac
Attachment

cc:     All Counsel of Record (via electronic mail w/attachment)