IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) |
| | ) C.A. No. 21-1338-MFK |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) |
| Defendants. | ) ) ) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) |
| Counterclaim-Plaintiffs, | ) ) ) |
| v. | ) ) |
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC. | ) ) ) |
| Counterclaim-Defendants. | ) ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on February 25, 2022, the following documents were served on the persons listed below in the manner indicated:

1. Defendants' First Set of Interrogatories (Nos. 1-11)

2. Defendants' First Set of Requests for Production (Nos. 1-94)

**BY EMAIL**

Jack B. Blumenfeld
Megan E. Dellinger
Rodger D. Smith, II
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com
rsmith@morrisnichols.com
*Attorneys for Plaintiffs*

Gasper J. LaRosa
Lisamarie LoGuidice
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
gjlarosa@jonesday.com
llogiudice@jonesday.com
*Attorneys for Plaintiff Puma
Biotechnology, Inc.*

Shehla Wynne
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113 (202) 879-3939 swynne@jonesday.com
*Attorneys for Plaintiff Puma
Biotechnology, Inc.*

Steven N. Geise
Anthony M. Insogna
Meredith A. Stewart
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
(858) 314-1200
sngeise@jonesday.com
aminsogna@jonesday.com
meredithstewart@jonesday.com
*Attorneys for Plaintiff Puma Biotechnology, Inc.*

Sara T. Horton
WILKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406
(312) 728-9040
shorton@willkie.com
*Attorneys for Plaintiff Wyeth LLC*

Jason G. Winchester
JONES DAY
77 West Wacker, Suite 3500
Chicago, Illinois 60601-1692 (312) 782-3939
jgwinchester@jonesday.com
*Attorneys for Plaintiff Puma Biotechnology, Inc.*

|  |  |
|---|---|
| OF COUNSEL:<br>Christopher N. Sipes<br>Einar Stole<br>Megan P. Keane<br>Ashley Winkler<br>Jason Reinecke<br>Melissa Keech<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000<br><br>Dated: February 25, 2022 | /s/ Karen E. Keller<br>Karen E. Keller (No. 4489)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca AB,* |