IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> C.A. No. 21-1338 (MFK) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions regarding U.S. Patent Nos. 10,603,314 and 10,596,162*; (2) *Plaintiffs' Initial Disclosures Pursuant to Paragraph 3(a)-(c) of Default Standard for Discovery*; (3) *Plaintiffs' First Set of Requests for the Production of Documents and Things (Nos. 1-72)*; and (4) *Plaintiffs' First Set of Interrogatories (Nos. 1-15)*, were caused to be served on March 18, 2022 upon the following in the manner indicated:

Karen E. Keller                                                                                                                                    *VIA ELECTRONIC MAIL*
Jeff Castellano
Nathan R. Hoeschen
SHAW KELLER LLP
I.M. Pei Building
1105 N. Market Street
12th Floor
Wilmington, DE  19801
 *Attorneys for Defendants*

Christopher Sipes  
Einar Stole  
Megan Keane  
Ashley Winkler  
Jason Reinecke  
Melissa Keech  
Covington & Burling LLP  
One CityCenter  
850 Tenth Street NW  
Washington, DC 20001  
  *Attorneys for Defendants*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)  
Rodger D. Smith II (#3778)  
Megan E. Dellinger (#5739)  
1201 North Market Street  
P.O. Box 1347  
Wilmington, DE 19899  
(302) 658-9200  
jblumenfeld@morrisnichols.com  
rsmith@morrisnichols.com  
mdellinger@morrisnichols.com  

*Attorneys for Plaintiffs*

OF COUNSEL:

Steven N. Geise  
Anthony M. Insogna  
Meredith A. Stewart  
JONES DAY  
4655 Executive Drive, Suite 1500  
San Diego, CA 92121-3134  
(858) 314-1200  

Gasper J. LaRosa  
Lisamarie LoGuidice  
JONES DAY  
250 Vesey Street  
New York, NY 10281  
(212) 326-3939  

Shehla Wynne (Admitted in New York; not admitted in District of Columbia; practice limited to cases in federal court and agencies)  
JONES DAY  
51 Louisiana Avenue, N.W.  
Washington, DC 20001-2113  
(202) 879-3939

Jason G. Winchester
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601-1692
(312) 782-3939

*Attorneys for Puma Biotechnology, Inc.*

Sara T. Horton
WILKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL  60654-3406
(312) 728-9040

*Attorneys for Wyeth LLC*

March 21, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 21, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller<br>Jeff Castellano<br>Nathan R. Hoeschen<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 N. Market Street<br>12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Christopher Sipes<br>Einar Stole<br>Megan Keane<br>Ashley Winkler<br>Jason Reinecke<br>Melissa Keech<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC  20001<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)