IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC,<br><br>    Plaintiffs,<br><br>  v.<br><br>ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)   C.A. No. 21-1338 (MFK)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the mailing address for Jason G. Winchester, counsel for Plaintiff Puma Biotechnology, Inc., has changed. All pleadings, notices, correspondence, and other documents should be addressed as follows:

>Jason G. Winchester
>JONES DAY
>110 N. Wacker Drive, Suite 4800
>Chicago, IL  60606
>(312) 782-3939

>MORRIS, NICHOLS, ARSHT & TUNNELL LLP
>
>*/s/ Rodger D. Smith II*
>Jack B. Blumenfeld (#1014)
>Rodger D. Smith II (#3778)
>Megan E. Dellinger (#5739)
>1201 North Market Street
>P.O. Box 1347
>Wilmington, DE  19899
>(302) 658-9200
>jblumenfeld@morrisnichols.com
>rsmith@morrisnichols.com
>mdellinger@morrisnichols.com
>
>*Attorneys for Plaintiffs*

April 29, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 29, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller<br>Jeff Castellano<br>Nathan R. Hoeschen<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 N. Market Street<br>12th Floor<br>Wilmington, DE  19801<br> *Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Christopher Sipes<br>Einar Stole<br>Megan Keane<br>Ashley Winkler<br>Jason Reinecke<br>Melissa Keech<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC  20001<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)