IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | C.A. No. 21-1338-MFK |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) | |
| Defendants. | ) ) ) | |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) ) | |
| v. | ) ) | |
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC. | ) ) ) | |
| Counterclaim-Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 29, 2022, the following document was served on Puma-TagrissoLitigation@jonesday.com and on the persons listed below in the manner indicated:

1)   AstraZeneca's Invalidity Contentions Regarding U.S. Patent Nos. 10,603,314 and 10,596,162

**BY EMAIL**

Jack B. Blumenfeld
Megan E. Dellinger
Rodger D. Smith, II
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com
rsmith@morrisnichols.com
*Attorneys for Plaintiffs*

Sara T. Horton
WILKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406
(312) 728-9040
shorton@willkie.com
*Attorneys for Plaintiff Wyeth LLC*

/s/ *Andrew E. Russell*
 Karen E. Keller (No. 4489)
 Andrew E. Russell (No. 5382)
 Nathan R. Hoeschen (No. 6232)
 Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca AB*

OF COUNSEL:
Christopher N. Sipes
Einar Stole
Megan P. Keane
Ashley Winkler
Jason Reinecke
Melissa Keech
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Dated: May 2, 2022