IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) C.A. No. 21-1338-MFK |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) |
| Defendants. | ) ) ) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) |
| Counterclaim-Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) ) |
| Counterclaim-Defendants. | ) |

**DECLARATION OF JASON REINECKE IN SUPPORT OF OPENING BRIEF IN SUPPORT OF DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS OF <u>NO PRE-ISSUANCE DAMAGES</u>**

I, JASON REINECKE, hereby declare as follows:

1. I am an attorney-at-law in good standing of the bar of the District of Columbia. I am an associate at the law firm Covington & Burling LLP, which, together with Shaw Keller LLP, represents Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca AB (collectively, "AstraZeneca") in the above-captioned matter. I make this declaration in support of AstraZeneca's motion for summary judgment. If called to testify, I could and would testify competently to the following facts.

2. Attached as Exhibit 1 is a true and correct copy of the Plaintiffs' Disclosure of Asserted Claims and Infringement Contentions Regarding U.S. Patent Nos. 10,603,314 and 10,596,162, dated March 18, 2022.

3. Attached as Exhibit 2 is a true and correct copy of the letter from Shehla Wynne to Ashley Winkler, dated April 7, 2022.

4. Attached as Exhibit 3 is a true and correct copy of the International Publication No. WO 2006/084058 A2.

5. Attached as Exhibit 4 is a table containing a true and correct copy of certain claims of International Publication No. WO 2006/084058 A2, U.S. Patent No. 10,603,314, and U.S. Patent No. 10,596,162.

6. Attached as Exhibit 5 is a true and correct copy of excerpts from the U.S. Patent Application File History No. 11/883,474.

7. Attached as Exhibit 6 is a true and correct copy of excerpts from the U.S. Patent Application File History No. 15/207,349.

8. Attached as Exhibit 7 is a true and correct copy of the U.S. Patent No. 10,603,314.

9. Attached as Exhibit 8 is a true and correct copy of the U.S. Patent No. 10,596,162.

I declare under penalty of perjury that, to the best of my knowledge, the foregoing is true and correct. Executed on this 27th day of May, 2022, in Washington, DC.

/s/ Jason Reinecke
Jason Reinecke