IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )   C.A. No. 21-1338 (MFK) |

## PLAINTIFFS' MOTION FOR CLAIM CONSTRUCTION

Pursuant to Paragraph 15 of the Scheduling Order (D.I. 30), Plaintiffs Puma Biotechnology, Inc. and Wyeth LLC respectfully request that the Court adopt the claim construction positions of the Plaintiffs set forth in the Joint Claim Construction Chart (D.I.65).

|  |  |
|---|---|
| OF COUNSEL: | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Megan E. Dellinger* |
| Steven N. Geise | |
| Anthony M. Insogna | Jack B. Blumenfeld (#1014) |
| Meredith A. Stewart | Rodger D. Smith II (#3778) |
| JONES DAY | Megan E. Dellinger (#5739) |
| 4655 Executive Drive, Suite 1500 | 1201 North Market Street |
| San Diego, CA  92121-3134 | P.O. Box 1347 |
| (858) 314-1200 | Wilmington, DE  19899 |
| | (302) 658-9200 |
| | jblumenfeld@morrisnichols.com |
| Gasper J. LaRosa | rsmith@morrisnichols.com |
| Lisamarie LoGuidice | mdellinger@morrisnichols.com |
| JONES DAY | |
| 250 Vesey Street | *Attorneys for Plaintiffs* |
| New York, NY  10281 | |
| (212) 326-3939 | |

Jason G. Winchester
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL  60606
(312) 782-3939

Shehla Wynne[*]
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
(202) 879-3939
[*]*Admitted in New York; not admitted in District of Columbia; practice limited to cases in federal court and agencies*

*Attorneys for Puma Biotechnology, Inc.*

Sara T. Horton
Ren-How Harn
WILKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL  60654-3406
(312) 728-9040

*Attorneys for Wyeth LLC*

July 29, 2022

2

**CERTIFICATE OF SERVICE**

        I hereby certify that on July 29, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

        I further certify that I caused copies of the foregoing document to be served on July 29, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Andrew E. Russell, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Christopher Sipes, Esquire<br>Einar Stole, Esquire<br>Megan Keane, Esquire<br>Ashley Winkler, Esquire<br>Melissa Keech, Esquire<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC  20001<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

                                            */s/ Megan E. Dellinger*

                                            Megan E. Dellinger (#5739)