IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )    C.A. No. 21-1338 (MFK) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' Opening Claim Construction Brief*; and (2) *Declaration of Jeffrey D. Winkler, Ph.D., in Support of Plaintiffs' Opening Claim Construction Brief*, were caused to be served on September 2, 2022, upon the following in the manner indicated:

Karen E. Keller, Esquire                                                              VIA ELECTRONIC MAIL
Andrew E. Russell, Esquire
Nathan R. Hoeschen, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendants*

Christopher Sipes, Esquire                                                         VIA ELECTRONIC MAIL
Einar Stole, Esquire
Megan Keane, Esquire
Ashley Winkler, Esquire
Melissa Keech, Esquire
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001
*Attorneys for Defendants*

OF COUNSEL:

Steven N. Geise
Anthony M. Insogna
Meredith A. Stewart
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121-3134
(858) 314-1200

Gasper J. LaRosa
Lisamarie LoGuidice
JONES DAY
250 Vesey Street
New York, NY  10281
(212) 326-3939

Jason G. Winchester
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL  60606
(312) 782-3939

Shehla Wynne[*]
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
(202) 879-3939
[*]*Admitted in New York; not admitted in District of Columbia; practice limited to cases in federal court and agencies*

*Attorneys for Puma Biotechnology, Inc.*

Sara T. Horton
Ren-How Harn
WILKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL  60654-3406
(312) 728-9040

*Attorneys for Wyeth LLC*

September 6, 2022

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 6, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Karen E. Keller, Esquire<br>Andrew E. Russell, Esquire<br>Nathan R. Hoeschen, Esquire<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE  19801<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |
| Christopher Sipes, Esquire<br>Einar Stole, Esquire<br>Megan Keane, Esquire<br>Ashley Winkler, Esquire<br>Melissa Keech, Esquire<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC  20001<br>*Attorneys for Defendants* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)