IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1338 (MFK) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) | |
| Defendants. | ) | |

## JOINT STATUS REPORT

Pursuant to the Court's Order dated July 8, 2022, the parties hereby submit this joint status report.

1.    **Discovery**

The parties continue to engage in discovery.  Both parties have served and responded to requests for production of documents and second sets of interrogatories.  The parties have exchanged letters addressing the alleged deficiencies in the responses to each party's discovery requests.  The parties continue to confer regarding these discovery responses.  At this time, the parties do not have any disputes that require the Court's attention.  Pursuant to the Scheduling Order (D.I. 30), Plaintiffs served their Opening Claim Construction Brief and associated papers on September 2, 2022.

2.    **Other Pre-Trial Proceedings**

Each side has motions for admission *pro* hac vice pending.  *See* D.I. 52; 70.  The parties have no additional matters to bring to the Court's attention at this time.

**3.     Settlement Discussions**

Although the parties engaged in preliminary, pre-suit discussions, the parties have

not reached any settlement.


MORRIS, NICHOLS, ARSHT & TUNNELL LLP          SHAW KELLER LLP

*/s/ Rodger D. Smith II*                       */s/ Karen E. Keller*

_____              _____
Jack B. Blumenfeld (#1014)                    Karen E. Keller (#4489)
Rodger D. Smith II (#3778)                     Andrew E. Russell (#5382)
Megan E. Dellinger (#5739)                     Nathan R. Hoeschen (#6232)
Travis J. Murray (#6882)                       Emily S. DiBenedetto (#6779)
1201 North Market Street                       I.M. Pei Building
P.O. Box 1347                                  1105 North Market Street, 12th Floor
Wilmington, DE  19899                          Wilmington, DE 19801
(302) 658-9200                                 (302) 298-0700
jblumenfeld@morrisnichols.com                  kkeller@shawkeller.com
rsmith@morrisnichols.com                       jcastellano@shawkeller.com
mdellinger@morrisnichols.com                   nhoeschen@shawkeller.com
tmurray@morrisnichols.com

                                               *Attorneys for AstraZeneca Pharmaceuticals*
*Attorneys for Puma Biotechnology, Inc.*       *LP and AstraZeneca AB*
*and Wyeth LLC*

                                               OF COUNSEL:
OF COUNSEL:
                                               Christopher Sipes
Steven N. Geise                                Einar Stole
Anthony M. Insogna                             Megan Keane
Meredith A. Stewart                            Ashley Winkler
JONES DAY                                      Melissa Keech
4655 Executive Drive                           COVINGTON & BURLING LLP
Suite 1500                                     One CityCenter
San Diego, CA  92121-3134                      850 Tenth Street NW
(858) 314-1200                                 Washington, DC 20001-4956
                                               (202) 662-6000
Gasper J. LaRosa
Lisamarie LoGiudice
JONES DAY
250 Vesey Street
New York, NY  10281
(212) 326-3939

Jason Winchester
JONES DAY
77 West Wacker, Suite 3500
Chicago, IL  60601-1692
(312) 782-3939

Shehla Wynne*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
(202) 879-3939
*Admitted in New York; not admitted in
District of Columbia; practice limited to cases
in federal court and agencies

Attorneys for Puma Biotechnology, Inc.

Sara T. Horton
Ren-How Harn
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL  60654-3406
(312) 728-9040

Attorneys for Wyeth LLC

September 8, 2022