IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) C.A. No. 21-1338-MFK ) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) |
| Defendants. | ) ) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) |
| Counterclaim-Plaintiffs, | ) ) |
| v. | ) ) |
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) |
| Counterclaim-Defendants. | ) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on October 7, 2022, the following document was served on Puma-TagrissoLitigation@jonesday.com, wyeth-tagrissolitigation@willkie.com, and the persons listed below in the manner indicated:

1) Defendants' Answering Claim Construction Brief

**BY EMAIL**
Rodger D. Smith, II
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
mdellinger@morrisnichols.com

|  |  |
|---|---|
| OF COUNSEL:<br>Christopher N. Sipes<br>Einar Stole<br>Megan P. Keane<br>Kaveh V. Saba<br>Pricilla Dodson<br>Melissa Keech<br>Ashley Winkler<br>Tobias Ma<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000<br><br>Dated: October 10, 2022 | */s/ Andrew E. Russell*<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca AB* |