# DECLARATION OF DR. PAUL J. REIDER IN SUPPORT OF DEFENDANTS' ANSWERING CLAIM CONSTRUCTION BRIEF

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC,<br><br>Plaintiffs,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB,<br><br>Defendants. | ) | C.A. No. 21-1338-MFK |

**DECLARATION OF DR. PAUL J. REIDER IN SUPPORT OF DEFENDANTS' ANSWERING CLAIM CONSTRUCTION BRIEF**

OF COUNSEL:

Christopher Sipes
Einar Stole
Megan Keane
Kaveh Saba
Priscilla Dodson
Ashley Winkler
Melissa Keech
Tobias Ma
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Karen E. Keller (No. 4489)
Nathan R. Hoeschen (No. 6232)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com

*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca AB*

October 7, 2022

**I, Paul J. Reider, declare as follows:**

## I. BACKGROUND AND QUALIFICATIONS

1. I am a Ph.D. chemist and have recently retired as a lecturer at the rank of Professor in the Department of Chemistry at Princeton University. A copy of my curriculum vitae is attached hereto as Reider Exhibit A. From 1978 to 1980, I was a NIH Postdoctoral Fellow at Colorado State University (National Research Service Awardee). After my postdoctoral fellowship, I worked for twenty-two years at the Merck Research Laboratories. I began as a senior research chemist and eventually served as the Vice President of Process Research from 1995 until 2002. In 2000, I was part of the R&D team awarded the 2000 Prix Galien Research Award as well as the 2000 Prix Galien Innovative Product Award for the asthma treatment SINGULAIR®. In 2002, I joined Amgen as Vice President of Chemistry Research & Discovery. I was responsible for all aspects of chemistry research and development. Throughout my career, I have worked on the discovery, identification, development and/or registration of sixteen approved drugs.

2. In 2007, I wanted to focus on infectious and neglected diseases, such as tuberculosis and malaria. Princeton University created a position for me to be able to perform that research and to teach students about drug development. In 2011, I received the National Academy of Science award for Chemistry in Service of Society for my contribution to the discovery and development of

numerous approved drugs.  I also remain active as an advisor to the Bill and Melinda Gates Foundation.  Through that organization, I have served on the scientific advisory boards of other organizations, such as the TB Alliance and the Medicines for Malaria Venture, helping them to develop new treatments for tuberculosis and malaria.

3.       Over the course of my research, I have authored or co-authored over 180 peer-reviewed publications, including publications on kinase inhibition and kinase inhibitors. *See, e.g.*, Noel D. D'Angelo et al., *Design, Synthesis, and Biological Evaluation of Potent c-Met Inhibitors*, 51 J. Med. Chem. 5766 (2008); X Wang et al., *A Practical Synthesis of 2-((Pyrrolo[2,3-b]pyridine-4yl)methylamino)-5-fluoronicotinic Acid*, 71 J. Organic Chem. 4021 (2006); Noel D. D'Angelo et al., *Effect of Microwave Heating on Ullmann-Type Heterocycle-Aryl Ether Synthesis Using Chloro-Heterocycles*, 47 Tetrahedron Letters 5045 (2006); L. Liu et al., *A Soluble Base for the Copper-Catalyzed Imidazole N-Arylations with Aryl Halides*, 70 J. Organic Chem. 10135 (2005); N. Xi et al., *Regio-Controlled Synthesis of N-substituted Imidazoles*, 46 Tetrahedron Letters 7315 (2005).

4.       I am an inventor of more than thirty issued patents relating to pharmaceuticals in a variety of therapeutic areas. While in the private sector, I worked on the discovery, identification, development and/or registration of 14 approved drugs.  I have been an invited lecturer, and have spoken extensively on my research, both domestically and internationally.  I chaired the Gordon

Research Conference on Heterocyclic Compounds in 1996, and I have been an invited speaker at numerous Gordon Research Conferences, including at the Conference on Medicinal Chemistry in 2008 and 2009.

5. I have been asked to provide my expert opinion in this case by AstraZeneca Pharmaceuticals LP and AstraZeneca AB (collectively, "AstraZeneca" or "Defendants").

6. I am being compensated at my customary hourly rate of $800 for my work on this case. My compensation is not dependent on the opinions or conclusions expressed in this declaration, or on the outcome of the case.

7. This declaration discusses my opinions as to how a person of ordinary skill in the art ("POSA") would have understood certain disputed terms in claims of U.S. Patent Nos. 10,603,314 (the "'314 patent") and 10,596,162 (the "'162 patent") (collectively, the "asserted patents"). Below is a list of the disputed terms on which I am opining and the claims in which they appear:

| Term | Claim |
|---|---|
| "irreversible epidermal growth factor receptor (EGFR) inhibitor that covalently binds to cysteine 773 residue in the ligand-binding pocket of EGFR or cysteine 805 residue in the ligand-binding pocket of erb-B2" | '314 patent, claim 1 |
| "irreversible EGFR inhibitor that covalently binds to cysteine 773 of the catalytic domain within the SEQ ID NO: 1 having a T790M mutation" | '162 patent, claim 1 |

8. In forming the opinions discussed in this declaration, I have been instructed to apply the following principles of claim construction.

- Claim terms should be understood to have the meaning that they would have to a person of ordinary skill in the art in view of the patent's specification and prosecution history as of the patent's priority date.
- A claim term is given the plain and ordinary meaning unless the patentee clearly sets forth a definition of the disputed term in the specification or prosecution history or clearly disavows the full scope of the term.
- Claim construction must be based on the actual words of the claim and the usage of the disputed term in the context of the claim.
- The specification is the most valuable source of information concerning the meaning of a claim term.
- The prosecution history may be relevant in ascertaining the meaning of a claim term to a person of ordinary skill in the art.
- Definitions from standard and technical dictionaries or references may shed light on the meaning that a claim term would have to a person of ordinary skill in the art.

## II. THE ASSERTED PATENTS

9. The '314 and '162 patents are titled "Methods for Treating Gefitinib Resistant Cancer" and have common specifications. These patents are directed to methods of treating gefitinib and/or erlotinib resistant NSCLC using "irreversible EGFR inhibitors."

10. For the opinions discussed in this declaration regarding the disputed terms, I have considered the qualifications of a POSA. In my opinion, a person of ordinary skill who would have been working at the time of the claimed priority of the patents (2005) to develop the method of the asserted patents would

have had either a (1) a medical degree with three to five years of experience consulting with a team including a chemist with a masters or post-graduate degree in chemistry, including medicinal chemistry, organic chemistry, biochemistry, pharmaceutical science, or a related discipline and experience designing and evaluating pharmaceutical compounds; or (2) a masters or postgraduate degree in chemistry, including medicinal chemistry, organic chemistry, biochemistry, pharmaceutical science, or a related discipline, with about three to five years' work experience in this area designing and evaluating medicinal pharmaceutical compounds consulting with a team including a physician. However, my opinions regarding the proper construction for "irreversible EGFR inhibitor" are the same under either my or Dr. Winkler's definition of a POSA.

11. The disputed terms in these patents are discussed below.

## III. CLAIM TERMS AT ISSUE

12. I have been informed that the parties dispute the meaning of the terms "irreversible epidermal growth factor receptor (EGFR) inhibitor that covalently binds to cysteine 773 residue in the ligand-binding pocket of EGFR or cysteine 805 residue in the ligand-binding pocket of erb-B2" and "irreversible EGFR inhibitor that covalently binds to cysteine 773 of the catalytic domain within the SEQ ID NO: 1 having a T790M mutation."

13. The first term appears in claim 1 of the '314 patent: "A method for treating gefitinib and/or erlotinib resistant non-small cell lung cancer in a patient in need thereof, comprising administering daily to the patient having

gefitinib and/or erlotinib resistant lung cancer a pharmaceutical composition comprising a unit dosage of **an irreversible epidermal growth factor receptor (EGFR) inhibitor that covalently binds to cysteine 773 residue in the ligand-binding pocket of EGFR or cysteine 805 residue in the ligand-binding pocket of erb-B2**." '314 patent (A00001–A00047), 35:53–60 (A00047) (emphasis added).

14. The second term appears in claim 1 of the '162 patent: "A method of treating gefitinib and/or erlotinib resistant non-small cell lung cancer having a T790M mutation in SEQ ID No: 1 in a patient, comprising administering daily to the patient having gefitinib and/or erlotinib resistant lung cancer having a T790M mutation in SEQ ID No: 1 a pharmaceutical composition comprising a unit dosage of 2-500 mg of **an irreversible epidermal growth factor receptor (EGFR) inhibitor that covalently binds to cysteine 773 residue of the catalytic domain within the SEQ ID NO: 1 having a T790M mutation**, wherein the irreversible EGFR inhibitor is not CL-387,785." '162 patent (A00048–A00095), 35:49–57 (A00095) (emphasis added).

15. The parties' proposed constructions are set forth below:

| Claim Term | Plaintiffs' Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| "irreversible epidermal growth factor receptor (EGFR) inhibitor that covalently binds to cysteine 773 residue in the ligand-binding | A low molecular weight N-(heteroaryl)-aniline compound having a Michael acceptor that covalently binds to cysteine 773 residue in | A compound that permanently inhibits EGFR and covalently binds to cysteine 773 residue in the ligand binding pocket of EGFR |

| | | |
|---|---|---|
| pocket of EGFR or cysteine 805 residue in the ligand-binding pocket of erb-B2” | the ligand-binding pocket of EGFR or cysteine 805 residue in the ligand-binding pocket of erb-B2 | or the cysteine 805 residue in the ligand-binding pocket of erb-B2 |
| “irreversible EGFR inhibitor that covalently binds to cysteine 773 of the catalytic domain within the SEQ ID NO: 1 having a T790M mutation” | A low molecular weight N-(heteroaryl)-aniline compound having a Michael acceptor that covalently binds to cysteine 773 of the catalytic domain within the SEQ ID NO: 1 having a T790M mutation | A compound that permanently inhibits EGFR and covalently binds to cysteine 773 of the catalytic domain within the SEQ ID NO: 1 having a T790M mutation |

16. Both parties’ constructions for these terms include verbatim the phrases “covalently binds to cysteine 773 residue in the ligand binding pocket of EGFR or the cysteine 805 residue in the ligand-binding pocket of erb-B2” and “covalently binds to cysteine 773 of the catalytic domain within the SEQ ID NO: 1 having a T790M mutation.” Accordingly, I understand that the dispute centers around the meaning of “irreversible EGFR inhibitor” and I will focus my analysis on this phrase.

## IV. TECHNICAL BACKGROUND

17. The compounds relevant to the two asserted patents inhibit the activity of the epidermal growth factor receptor (“EGFR”). EGFR is a kinase—a class of enzymes that are involved in many signaling pathways within cells and that regulate various cellular functions, including cell division and proliferation. Kinases modify other proteins by chemically adding a phosphate group to an

amino acid side chain in the target protein using adenosine triphosphate ("ATP"), a process called phosphorylation. EGFR is a tyrosine kinase, a large sub-group of kinases that catalyze phosphorylation of a tyrosine residue on the target protein.

18.     EGFR is a cell surface receptor. The EGFR enzyme extends through the cell membrane, with a portion of the enzyme on the outside of the cell (the extracellular domain), a portion extending through the cell membrane (the transmembrane domain), and a third portion extending into the cell (the intracellular domain). The binding site for the natural ligand (or chemical signal) for activating the EGFR kinase is located in the extracellular domain, whereas the binding site for ATP is part of the intracellular domain. The EGFR kinase is one of the means by which chemical signals from outside the cell activate pathways within the cell governing cellular growth and proliferation.

19.     The activity of EGFR and other tyrosine kinases are tightly regulated in normal cells. However, by the mid-1990s, it had been widely recognized that deregulated tyrosine kinase activity was associated with many proliferative diseases, including cancer. Peter Traxler, *Protein Tyrosine Kinase Inhibitors in Cancer Treatment,* 7:6 Expert Opinion on Therapeutic Patents 571, 571 (1997) ("Traxler 1997") (Reider Exhibit B). Among the earliest tyrosine kinases described in the literature and associated with cancer was EGFR. *Id.* at 571–72; A. J. Bridges, *The Rationale and Strategy Used to Develop a Series of Highly Potent, Irreversible Inhibitors of the Epidermal Growth Factor Receptor*

*Family of Tyrosine Kinases*, Medicinal Chemistry 825, 825–26 (1999) ("Bridges 1999) (Reider Exhibit C).

20. The discovery of EGFR sparked considerable interest and considerable investment in drug development programs across the pharmaceutical industry. As Dr. Winkler recognizes, one of the strategies was to develop compounds that would prevent ATP binding at the ATP-binding pocket of the intracellular domain. Winkler Decl. ¶ 26; *see also* Bridges 1999 at 826 (Reider Exhibit C) ("[A] second signaling strategy is to try to inhibit the kinase activity of EGFr."). Such compounds are called tyrosine kinase inhibitors, or "TKIs", because, by interfering with the binding of ATP to EGFR, the compounds inhibit or block the enzyme's kinase activity—its phosphorylation of the tyrosine residue on the target protein. *See, e.g.*, T. Holbro & N. Hynes, *ErbB Receptors: Directing Key Signaling Networks Throughout Life*, Ann. Rev. Pharm. Tax. 195, 204–205 (2004) (Winkler Exhibit C) ("The mechanistic understanding of targeting these receptors with a kinase inhibitor is straightforward, involving direct inhibition of kinase activity, thus blocking signals originating from the receptors themselves."). As the asserted patents state, "EGFR tyrosine kinase inhibitors (EGFR-TKIs) are among these [promising cancer] therapies [under development], since the reversible phosphorylation of tyrosine residues is required for activation of the EGFR pathway. In other words, EGFR-TKIs block a cell surface receptor responsible for triggering and/or maintaining the cell

signaling pathway that induces tumor cell growth and division." '314 patent (A00001–A00047), 2:58–62 (A00030).

21. By the late 1990s, many pharmaceutical companies were trying to develop tyrosine kinase inhibitors—many focused specifically on inhibitors of EGFR or the ErbB receptor family. *See, e.g.*, Peter Traxler, *Tyrosine Kinase Inhibitors in Cancer Treatment (Part II)*, 8 Expert Opinion on Therapeutic Patents 1599, 1600 (1998) ("Traxler 1998") (Reider Exhibit D) ("In the last decade, hundreds, or even thousands, of tyrosine kinases inhibitors have been described in the literature."); *see id.* at 1619 ("Competition in the field of signal transduction has become very intense."); Traxler 1997 at 571 (Reider Exhibit B) ("There is strong competition in this field, documented by more than 400 patents filed since 1980.").

22. TKIs can be divided into two groups: reversible TKIs and irreversible TKIs. The inhibitory effect of a reversible TKI rapidly diminishes in a cellular assay when the TKI is washed away from the treated cells. *See, e.g.*, Bridges 1999 at 828 (Reider Exhibit C). For this reason, their therapeutic effect depends upon maintaining adequate concentrations of drug at the site of action. By contrast, the inhibitory effect of an irreversible TKI does not diminish in a cellular assay after the TKI is washed away from the treated cells because the TKI remains bound to the enzyme. As the prior art literature recognized, "[i]rreversible compounds would require that plasma concentrations be attained only long enough to briefly expose the receptors to drug, which would then

permanently suppress their kinase activity." David W. Fry, *Site-directed irreversible inhibitors of the erbB family of receptor tyrosine kinases as novel chemotherapeutic agents for cancer*, Anti-Cancer Drug Design 3, 10 (2000) ("Fry 2000") (Winkler Exhibit F); *see id*. at 6 ("The concept of making specific active-site irreversible inhibitors has existed for decades . . . and has been attractive for many reasons, not the least being the absolute finality with which the enzyme activity has been eliminated."); Fry et al., *Specific, irreversible inactivation of the epidermal growth factor receptor and erbB2, by a new class of tyrosine kinase inhibitor*, 95 Proc. Nat'l Acad. Sci. USA 12022, 12023, 12026 (1998) (Reider Exhibit E) (stating that two irreversible inhibitors "permanently associate with certain members of the EGFr family" and noting that "an irreversible inhibitor will provide an advantage . . . by permanently eliminating existing kinase activity"). A major challenge to the development of irreversible inhibitors is safety and tolerability, since their chemical reactivity may not be specific to the target enzyme. Fry 2000 at 6 (Winkler Exhibit F) ("The inevitable liability of this class of inhibitor, however, lies with the intrinsic chemical reactivity that is needed to modify and inactivate the enzyme. Thus specificity and toxicity have always been the main encumbrance when considering these types of molecules.").

23. The first EGFR inhibitor approved by FDA was gefitinib, which was approved by the agency in 2003 under the tradename Iressa®. The second was erlotinib, approved by FDA under the tradename Tarceva® a year later, in 2004. Both gefitinib and erlotinib are reversible inhibitors. The first irreversible

EGFR inhibitor approved by FDA was afatanib, which was approved a decade later, under the tradename Gilotrif®, in 2013.

## V. OPINIONS REGARDING THE PROPER CLAIM CONSTRUCTION FOR "IRREVERSIBLE EGFR INHIBITOR" TERMS

24. I have reviewed both Plaintiffs' and AstraZeneca's proposed constructions of the two terms, and I agree with AstraZeneca's proposed construction. AstraZeneca's proposed construction correctly defines the terms in accord with their plain and ordinary meaning in the art and the meaning a POSA would understand after reading the patent and prosecution history—a compound defined by its function and mechanism of action: a compound that permanently inhibits EGFR and that will bind as required by the claim. By contrast, Plaintiffs' proposal deletes the express requirement that the compound inhibit EGFR and instead attempts to define the term in structural terms—"N-(heteroaryl)-aniline compounds"—found nowhere in the patent or prosecution history and alien to the plain meaning of the term.

### A. <u>AstraZeneca's Construction is Correct</u>

#### 1. *The plain meaning of "Irreversible EGFR Inhibitor"*

25. The term "irreversible EGFR inhibitor" would have a plain and ordinary meaning to a POSA in 2005. The term would be understood to categorize a chemical compound by its function: to permanently inhibit EGFR kinase activity.

26. As of 2005, enzyme inhibitors were a well-known category of drugs and account for large number of very important drugs. *See, e.g.*, Graham L. Patrick, An Introduction To Medicinal Chemistry 3rd Ed. 52–61 (Oxford 2005) ("Patrick 2005") (Reider). Exhibit F Statins, for example, are inhibitors of the enzyme HMG-CoA reductase (an enzyme used by the body to synthesize cholesterol). Statins are thus classified by medicinal chemists as HMG-CoA reductase inhibitors. Similarly, angiotensin-converting enzyme (or "ACE") inhibitors are a well-known and highly successful class of medications for hypertension. They get their name from the fact that the drugs inhibit the angiotensin-inhibiting enzyme (or "ACE"). It is a long-settled and common practice in medicinal chemistry to characterize and refer to enzyme inhibitor drugs by the function they perform as inhibitors of a particular enzyme. *See, e.g.*, Patrick 2005 at 702 (Reider Exhibit F) (Glossary Definition: "Inhibitor: An agent that binds to an enzyme and inhibits its activity"); *id.* at 54–61; Holbro & Hynes (Winkler Exhibit C) at 204–05 ("The mechanistic understanding of targeting these receptors with a kinase inhibitor is straightforward, involving direct inhibition of kinase activity, thus blocking signaling originating from the receptors themselves."). A POSA in 2005 would understand the characterization of a drug as an "enzyme inhibitor" to refer to the pharmacologic function of the drug: that is, to the drug's inhibition of the enzyme.

27. As discussed above, EGFR is an enzyme, specifically a kinase enzyme. A POSA in 2005 would thus immediately recognize the reference to a

compound as an "EGFR inhibitor" to mean that the compound functions to inhibit the EGFR kinase enzyme.

28. The plain and ordinary meaning of "EGFR inhibitor" to a POSA in 2005 accords with its plain English meaning as well. An inhibitor is something that inhibits. An EGFR inhibitor is thus something that inhibits the EGFR enzyme.

29. As discussed above, a POSA in 2005 would understand that an enzyme inhibitor can be either a "reversible" or "irreversible" inhibitor. The inhibitory action of the former can be reversed, and thus a reversible inhibitor inhibits the target enzyme only for a limited period of time. By contrast, the inhibitory action of the latter is irreversible, such that the target enzyme is permanently inhibited and enzymatic action can only be restored by the cancer cell through manufacture of new enzyme. *See* Patrick 2005 at 703 (Reider Exhibit F) (Glossary definition: "Irreversible inhibitor: An enzyme inhibitor that binds so strongly that it cannot be displaced."); *id.* at 54 ("To stop an enzyme altogether, the chemist can design a drug that binds irreversibly to the active site and **blocks it permanently**. . . . The most effective irreversible inhibitors are those that can react with an amino acid at the active site to form a covalent bond.") (emphasis added).

30. The plain and ordinary meaning of "**irreversible** EGFR inhibitor" to a POSA in 2005 also accords with its plain English meaning: a compound that permanently inhibits the EGFR enzyme. *See* Fry 2000 at 6 (Winkler Exhibit F)

("The concept of making specific active-site irreversible enzyme inhibitors has existed for decades and has been attractive for many reasons, not the least being the **absolute finality** with which the enzyme activity has been eliminated.") (emphasis added); *id.* at 10 ("Prolonged suppression of the kinase target(s) will likely be necessary for maximum antitumor activity and an irreversible inhibitor will provide an advantage in this respect by **permanently eliminating existing kinase activity** that returns only when new receptor is synthesized.") (emphasis added).

31. I note that this plain meaning of "reversible" and "irreversible" EGFR inhibitors is reflected in Dr. Winkler's own description of EGFR inhibitors. For example, he states that "reversible EGFR inhibitors can enter the ATP-binding pocket [of the EGFR enzyme] and block ATP from binding, but will eventually leave the site, allowing ATP to bind . . . ." Winkler Decl. ¶ 34. Blocking ATP from binding to EGFR constitutes inhibiting the EGFR enzyme, so Dr. Winkler himself is describing a reversible EGFR inhibitor as a compound that inhibits EGFR temporarily, but not permanently. An irreversible inhibitor, by contrast, is a compound that inhibits EGFR permanently.

32. Dr. Winkler asserts that "[n]either the claims nor the specification refer to permanent inhibition of EGFR. Instead, the claims of the Patents-at-Issue are directed to a particular type of bonding—covalent bonding." Winkler Decl. ¶ 69. This is wrong. The reference to irreversible inhibition in the patent claims and specification is a clear reference to permanent inhibition of EGFR. Indeed,

the claims expressly require that the administered compound both be an irreversible EGFR inhibitor and that it covalently bind to the designated residue. The former requirement (irreversible) specifies that the EGFR inhibition be permanent; the latter (covalently binds) specifies the mechanism by which that permanent inhibition is achieved. The patent and claims thus refer separately to the administered compound's function (irreversible inhibition) and its mechanism (covalent bonding).

2. *The specification confirms that the term "Irreversible EGFR Inhibitor" defines compounds by their function*

33. The specification also describes irreversible EGFR inhibitors according to their function. The specification states: "EGFR-TKIs **block** a cell surface receptor responsible for triggering and/or maintaining the cell signaling pathway that induces tumor cell growth." '314 patent (A00001–A00047), 2:57–60 (A00031) (emphasis added). The patents' reference to the "cell surface receptor responsible for triggering and/or maintaining the cell signaling pathway that induces tumor cell growth" would be understood to reference the EGFR kinase. Thus, the specification describes EGFR inhibitors as compounds that block EGFR.

34. Similarly, the specification describes the asserted effectiveness of irreversible EGFR inhibitors to treat resistant cancer by reference to their inhibitory function: "Inhibition of EGFR alone by an irreversible inhibitor seems to be sufficient to induce apoptosis [that is, cell death] in gefitinib-resistant cells,

as demonstrated by the effectiveness of EKB-569, which primarily targets EGFR." '314 patent (A00001–A00047), 16:49–52 (A00037).

35. The specification also repeatedly attributes the proposed effectiveness of irreversible inhibitors to treat gefitinib resistant cancer to the function of those compounds to inhibit EGFR irreversibly. For example, referring to the activity of certain irreversible inhibitors against gefitinib resistant cells with the T790M mutation, the specification hypothesizes that "their shared ability to bind irreversibly to EGFR is likely to explain their effectiveness." '314 patent (A00001–A00047), 18:41–45 (A00038). The specification similarly identifies "the mechanism underlying the differential inhibition of EGFR signaling in gefitinib-resistant cells by reversible and irreversible inhibitors" as possibly explaining the ability of irreversible EGFR inhibitors to be active when the EGFR inhibitory activity of gefitinib "is compromised." '314 patent (A00001–A00047), 17:6–27 (A00038). A POSA would understand the specification to identify the critical attribute of the irreversible EGFR inhibitors of the claimed invention to be their function of irreversibly inhibiting the EGFR enzyme.

36. The specification's clear statement that the applicants did not mean to limit their claimed invention to any particular structure further emphasizes to a POSA that the patents use the term "irreversible EGFR inhibitor" to refer to a compound's function. While the specification identifies certain irreversible EGFR inhibitors as preferred (specifically, EKB-569, HKI-272, and

HKI-357), it emphasizes that "the irreversible EGFR inhibitor **may be any compound** which binds to cysteine 773 of EGFR (SEQ ID No: 1)." '314 patent (A00001–A00047), 3:56–59 (A00031) (emphasis added).  A POSA would understand this statement to make clear that the irreversible EGFR inhibitors of the claims are not limited to any particular chemical structures (as Dr. Winkler erroneously suggests) but rather encompass any compound that functions as an irreversible EGFR inhibitor by binding to the specified residue.

37.     As with the claims, the specification also clarifies that the requirement that the compound be an "irreversible EGFR inhibitor" is separate from the requirement that the inhibitor covalently bind to the cysteine 773 residue of EGFR or cysteine 805 residue of erb-B2.  For example, the specification states that HKI-272, HKI-357, and EBK-569 are irreversible inhibitors, and hypothesizes, but does not confirm, that such inhibitors form a covalent bond to the cysteine 773 residue of EGFR or the cysteine 805 residue of erb-B2. *See* '314 patent (A00001–A00047), 16:17–20 (A00037) ("All three drugs are irreversible inhibitors, most likely via a covalent bond with the cys773 residue within the EGFR catalytic domain or the cys805 of ERBB2.").  This indicates to a POSA that the requirements of covalent binding and irreversibility are distinct.

3.      *The prosecution history supports AstraZeneca's construction*

38.     During prosecution of the asserted patents, the applicants consistently emphasized the function of "irreversible EGFR inhibitors" as central to the purported invention to distinguish the claimed invention from the prior art.

In a number of responses to office actions, the applicants described the irreversible EGFR inhibitors of the claimed invention in functional terms and argued that the prior art did not teach selecting compounds that performed that function. For example, in responding to the examiner's rejection of the claims as obvious in light of the prior art, the applicants stated that "Applicants have identified a method of treatment that overcomes [gefitinib and/or erlotinib] resistance by providing an irreversible inhibitor **that specifically targets and inhibits epidermal growth factor receptor (EGFR) or erb-B2** by covalently binding specific cysteine residues in the ligand binding pocket." '474 Application: December 27, 2016 Amendment and Response at 7 (A00148) (emphasis added). The applicants distinguished the prior art cited by the examiner ("Agus"[1]) as "devoid of any consideration to specific, directed, and irreversible inhibition of either EGFR or Erb-B2, as provided in the amended claims of the instant application." *Id.* at 8 (A00149); *see also id.* (asserting "Agus's failure to contemplate—much less teach or suggest—**the mechanism of action** of the TKI as being a necessary component to overcome a patient's gefitinib and/or erlotinib resistant non-small cell lung cancer") (emphasis added).

39. Throughout prosecution, the applicants repeatedly cited to the function and mechanism of action of irreversible EGFR inhibitors as underlying the claimed invention and distinguishing it from the prior art. *See* '474

[1] International Publication No. WO 2003/103676.

Application: March 9, 2016 Amendment and Response at 4–5 (A00211–A00212)

("Agus fails to recognize, and nowhere does Agus teach, that the administered

TKI's mechanism of action—specifically, irreversible inhibition of EGFR (as in

the pending claims)—would, much less could, provide any benefit or have any

impact in overcoming the patient's resistance to 'conventional TKI

therapy.'"); '474 Application: August 1, 2016 Amendment and Response at 4–5

(A00220–A00221) (explaining that it is the "mechanism of action of the TKI that

is the necessary feature to overcome a patient's resistance to treatment"); '474

Application: February 23, 2018 Response at 6–7 (A00237–A00238); '474

Application: March 9, 2016 Response at 4–5 (A00211–A00212).

B.   Plaintiffs' Proposed Construction is Incorrect

40.   Plaintiffs' proposed construction for "irreversible EGFR

inhibitor" is "a low molecular weight N-(heteroaryl)-aniline compound having a

Michael acceptor."   I do not believe a POSA reading the patents and the

prosecution history would understand the term "irreversible EGFR inhibitor" to

have this meaning, which is contrary to both the term's well-understood meaning

to a POSA and the way the term is used in the patents and prosecution history.

41.   Dr. Winkler asserts that "the claimed irreversible EGFR

inhibitors according to their plain and ordinary meaning and their structure and

function" is "low molecular weight N-(heteroaryl)-aniline compounds having a

Michael acceptor—that will bind as required by the claims." Winkler Decl. ¶ 45.

I disagree.  Of course, the irreversible EGFR inhibitors of the claims must bind

to the specified residue as required by the claim, and both parties' proposed constructions reflect this. But I disagree that a POSA reading the patents and prosecution history would understand the term "irreversible EGFR inhibitor" as used in the claims to mean low molecular weight N-(heteroaryl)-aniline compounds having a Michael acceptor.

42. The patents contain nothing that would indicate to a POSA that the term "irreversible EGFR inhibitor" was being used in any way other than its ordinary meaning, which I have described above. Neither the phrase "low molecular weight N-(heteroaryl)-aniline" nor "Michael acceptor" appears in the specification.[2] Indeed, Dr. Winkler, in his declaration, does not identify any place in either the specification or the prosecution history where the phrase "N-(heteroaryl)-aniline" appears. Thus "low molecular weight N-(heteroaryl)-aniline compound having a Michael acceptor" is not the meaning of "irreversible EGFR inhibitor" to a POSA and not a definition for "irreversible EGFR inhibitor" provided anywhere in the patents. Plaintiffs' proposed construction appears to be simply a creation for this litigation.

43. Dr. Winkler's proposed construction is contradicted by the specification. Dr. Winkler's proposed construction limits the "irreversible EGFR inhibitors" of the claims to those compounds binding to the specified residue that

[2] The term "Michael acceptor" appears only once, in the list of references cited, as the title of a 2010 paper, Wu et al., *Design and synthesis of tetrahydropyridothieno[2,3-d]pyrimidine scaffold based epidermal growth factor receptor (EGFR) kinase inhibitors: the role of side chain chirality and Michael acceptor group for maximal potency*, J. Med. Chem. 53(20):7316–7326 (2010). '314 patent (A00001–A00047), page 15 (A00016).

are "low molecular weight N-(heteroaryl)-aniline" compounds. But the specification states the applicants' clear intention **not** to limit the irreversible EGFR inhibitors of the claims to particular structures: "[T]he irreversible EGFR inhibitor may be **any compound** which binds to cysteine 773 of EGFR (SEQ ID NO: 1)." '314 patent (A00001–A00047), 3:56–59 (A00031) (emphasis added).

44. Similarly, though Dr. Winkler asserts that the term "irreversible EGFR inhibitors" are limited to "low molecular weight" compounds, the specification again expressly rejects such a limitation. As noted, the specification states that the irreversible EGFR inhibitor may be "any compound," '314 patent (A00001–A00047), 3:56–59 (A00031), and then defines the term "compound" to be a "a chemical entity or biological product," where "[t]he chemical entity or biological product **is preferably, but not necessarily, a low molecular weight compound, but may also be a larger compound**, for example, an oligomer of nucleic acids, amino acids, or carbohydrates including without limitation proteins, oligonucleotides, ribozymes, NDA-zymes, glycoproteins, siRNAs, lipoproteins, aptamers, and modifications and combinations thereof," '314 patent (A00001–A00047), 13:4–13 (A00036).[3] This passage from the specification not

[3] During prosecution, the applicants distinguished the irreversible EGFR inhibitors of the claims from antibodies. *See, e.g.*,'474 Application: March 9, 2016 Response at 4 (A00211). However, this would exclude only a category of "proteins" from the examples of "larger compound[s]" set forth in the patents' definition of the compounds of the claim. There are a vast number of "oligomer[s] of nucleic acids, amino acids, or carbohydrates" that are not antibodies. Dr. Winkler asserts that "large molecules like antibodies cannot" enter the cell and therefore cannot be irreversible EGFR inhibitors that bind to the specified residue. Winkler Decl. ¶ 48. This is a bit of misdirection, since other large compounds such as oligonuceotides and siRNA can enter the cell, as can proteins through appropriate delivery mechanisms. A

only contradicts Dr. Winkler's assertion that the irreversible EGFR inhibitors of the claims are limited to low molecular weight compounds, it also further contradicts his assertion that they are limited to "N-(heteroaryl)-aniline compounds having a Michael acceptor." The examples of the "larger compound" provided in the passage—the "oligomer of nucleic acids, amino acids, or carbohydrates including without limitation proteins, oligonucleotides, ribozymes, NDA-zymes, glycoproteins, siRNAs, lipoproteins, [and] aptamers"—would not be N-(heteroaryl)-aniline compounds. Instead, a POSA would understand those examples as further emphasizing the statement in the specification that the claimed irreversible EGFR inhibitors can be "any compound" that functions as claimed to permanently inhibit EGFR and bind to the specified residue.

45. Remarkably, Dr. Winkler never acknowledges these statements in the specification, let alone explains how his proposed construction is possibly consistent with them. In fact, his construction is not consistent with them. A POSA reading the specification would understand that the "irreversible EGFR inhibitors" of the claims are not limited to "low molecular weight" compounds at all, let alone "low molecular weight N-(heteroaryl)-aniline compounds having a Michael acceptor." Instead, a POSA reading the specification and prosecution history, would understand that the irreversible EGFR inhibitors of the claims are

---

compound need not be low molecular weight to act inside a cell. More to the point, the patent expressly encompasses these larger compounds within the category of irreversible EGFR inhibitors, and a POSA would understand that the applicants did not limit their claim to administration of low molecular weight compounds.

"any compound" that permanently inhibits EGFR and binds to the specified residue on the enzyme.

C. A POSA Would Not Understand the Examples of EGFR Inhibitors in the Specification to Illustrate a Class of "N-(heteroaryl)-Aniline" Compounds.

46. For the reasons explained in Sections V.A–V.B, "irreversible EGFR inhibitor" refers to compounds with a specified function, and I disagree with Plaintiffs' contention that "irreversible EGFR inhibitor" refers to a structural class of low molecular weight N-(heteroaryl)-aniline compounds. In addition, I disagree with Dr. Winkler that a POSA reviewing the specification would understand the examples of EGFR inhibitors in the specification to illustrate a class of N-(heteroaryl)-anilines.

1. *N-(heteroaryl)-aniline is not a class that would be used to define the exemplified EGFR inhibitors and is not supported by the intrinsic evidence*

47. Plaintiffs propose that a person of ordinary skill in the art would understand that "irreversible EGFR inhibitors" are "N-(heteroaryl)-aniline compounds." As an initial matter, the term "N-(heteroaryl)-aniline" is an extremely broad term that would encompass an essentially limitless number of compounds—the vast, vast majority of which neither have structural similarity to the compounds exemplified in the specification nor have any utility as an EGFR inhibitor (reversible or irreversible).

48. As discussed above, the term "N-(heteroaryl)-aniline" is not a term I find anywhere in the patents or prosecution history, and Dr. Winkler does

not identify the term as being used there.  The phrase "N-(heteroaryl)-aniline" does not appear anywhere in the claims or specification, and the "aniline" structure is referenced only once in relation to a limited set of exemplary compounds.  Nor have I found the term used in the prior art literature to describe the EGFR inhibitors exemplified in the patents, and again Dr. Winker does not cite to any literature so using the term.

49.     Dr. Winkler notes that the specification "refers to the 'aniline ring' of certain irreversible EGFR inhibitors—EKB-569, HKI-272, HKI-357, and CL-387,785, indicating that irreversible EGFR inhibitors contain an aniline ring." Winkler Decl. ¶ 52.  I disagree that the specification teaches the POSA that irreversible EGFR inhibitors necessarily contain an aniline ring.  The specification does not refer to the "aniline" ring as a necessary feature of irreversible EGFR inhibitors, nor does it place any special emphasis on the aniline ring.  In the same paragraph cited by Dr. Winkler, the specification emphasizes that it is the "shared ability to bind irreversibly to EGFR" that explains the effectiveness of EKB-569, HKI-272, HKI-357, and CL-387,785, **rather than steric differences**."  '314 patent (A00001–A00047), 18:40–45 (A00038) (emphasis added); *see also* '162 patent (A00048–A00095), 18:34–39 (A00086). A POSA would understand this passage to be asserting that it is the function of the claimed irreversible inhibition to permanently inhibit kinase activity by bonding to the designated residue, and not structure, that underlies the claimed

invention. The POSA would not understand the patents to be defining the irreversible EGFR inhibitors of the claims by their structure.

50. Dr. Winkler also asserts that the specification discloses quinazolines, pyridopyrimidines, and pyrrolopyrimidines as promising EGFR-TKIs, and a POSA "would have known that these nitrogen-substituted heteroaryl rings were attached to aniline rings to create N-(heteroaryl)-aniline compounds." Winkler Decl. ¶ 54. The specification does not describe the three series of compounds as N-(heteroaryl) structures; nor does the specification instruct that these structures should be attached to "aniline" rings or suggest that those compounds be modified to form "irreversible EGFR inhibitors." Simply put, the specification does not contain any suggestion that irreversible inhibitors must be N-heteroaryl structures attached to aniline rings.

2. *The inhibitors in the specification belong to a much narrower class of compounds*

51. Dr. Winkler states that the specification "exemplifies reversible and irreversible EGFR inhibitors developed before 2005 that were N-(heteroaryl)-aniline compounds." Winkler Decl. ¶ 51. Although I disagree that the POSA would view the specification as providing a structural definition of "irreversible EGFR inhibitor," I will review the different chemical compounds exemplified in the specification to address Dr. Winkler's opinion.

52. A POSA would recognize the compounds exemplified in the specification as belonging to a much narrower set of compounds falling into one

of two classes: specifically, the 4-anilino quinazolines and quinoline-3-carbonitriles (also called a 3-cyano-quinolines). Those are terms used expressly in the specification and the technical literature to describe the exemplified inhibitors.

53. In the early 1990's, ICI/Zeneca and Parke-Davis discovered the class of 4-anilino-quinazolines, where PD153035 emerged as a sub-nanomolar (that is, very potent) inhibitor of EGFR. The parent core structure for 4-anilino-quinazoline derivatives is shown below:

54. As the Fry paper recognizes, "the field was revolutionized about 5 years ago [in 1995] with the identification of 4-anilinoquinazolines." Fry 2000 at 5 (Winkler Exhibit F). Both gefitinib (compound 4 in Fry 2000, Figure 1) and erlotinib (compound 5 in Fry 2000, Figure 1) are 4-anilino-quinazolines, and a POSA would recognize them as such. The specification refers to gefitinib (by its tradename Iressa®) as "an orally active quinazoline that functions by directly inhibiting tyrosine kinase phosphorylation on the EGFR molecule." '314 patent (A00001–A00047), 3:11–13 (A00031). The structures of gefitinib and erlotinib

as depicted in Dr. Winkler's report (with the anilino group in pink attached at the 4-position of the quinazoline ring in blue) are reproduced below:

Gefitinib (IRESSA; ZD-1839) Erlotinib (TARCEVA; OSI-774)

55. Both gefitinib and erlotinib are reversible EGFR inhibitors. The specification specifically calls out three irreversible inhibitors for carrying out the claimed method of treatment: EKB-569, HKI-357, and HKI-272. '314 patent (A00001–A00047), 7:25–42 (A00033). It identifies the structure of all three of those compounds as 4-anilinoquinoline-3-carbonitriles. *Id.* at 7:29, 32–33, 34–35 (A00033). A quinoline-3-carbonitrile (also known as a 3-cyanoquinoline) is similar in structure to a quinazoline, with the nitrogen atom at the 3-position in the quinazoline ring replaced by a carbon substituted with a cyano (or CN) group, hence the term "3-cyanoquinoline." The two structures are shown below:

quinazoline 3-cyanoquinoline

56. The numbering around the quinoline ring is the same as for quinazoline, and a POSA would recognize, as the specification does, that all three

of EKB-569, HKI-357, and HKI-272 are 4-anilino-quinolin-3-carbonitriles. I reproduce below Dr. Winkler's depiction of the three compounds along with gefitinib:

Gefitinib (IRESSA; ZD-1839)

Pelitinib (EKB-569, WAY-EKB 569);

Neratinib (NERLYNX; HKI-272)

HKI-357

57. A POSA would recognize these structures as all having an anilino group (in pink) attached at the 4 position of either a quinazoline ring (for gefitinib) or a quinazolin-3-carbonitrile (for EKB-569, HKI-272, and HKI-357).

58. The specification also identifies CL-387,785 as an irreversible EGFR inhibitor being studied by others. '314 patent (A00001–A00047), 18:33–36 (A00038). A POSA would recognize the structure of CL-387,785 as a 4-anilino-quinazoline. Dr. Winkler asserts that the irreversible inhibitor CI-1033 (also known as canertinib) is also exemplified in the patents. Winkler Decl. ¶ 49. I disagree. CI-1033 is not exemplified in the patents. It was cited during prosecution in response to examiner rejections, and hence appears in the patents

only in the title of references cited. Nonetheless, CI-1033 too is, like CL-387,785, a 4-anilino-quinazoline and would be recognized as such by a POSA.

59. Dr. Winkler's depiction of CL-387,785 and CI-1033, with the anilino group in pink attached at the 4-position of the quinazoline group in blue, are reproduced below:

CL-387785 (EKI-785) Canertinib (CI-1033)

60. I note that at one point Dr. Winkler refers to ATP as an N-(heteroaryl)-aniline. Winkler Decl. ¶ 51 ("[T]he disputed term therefore referred to N-(heteroaryl)-aniline compounds, like ATP and the EGFR inhibitors in the specification."). As he recognizes elsewhere, ATP does not contain an aniline group at all; instead, it contains an amino group attached to a purine ring (to form an adenosine moeity). It is thus not an N-(heteroaryl)-aniline. I reproduce below his depiction of ATP, with the amino group in pink attached to the purine ring (in blue and circled):

61. In sum, I believe all of the EGFR inhibitors exemplified in the patents (as well as CI-1033, which is not exemplified in the asserted patents) would be understood by a POSA to belong to the class of chemical compounds encompassing the 4-anilino-quinazolines and 4-anilino-quinolin-3-carbonitriles. He or she would not understand those compounds to define the much broader class of "N-(heteroaryl)-anilines," a class so broad as to be unrelated to EGFR inhibition and nowhere suggested in the patents, prosecution history, or EGFR prior art.

3. *Plaintiffs' requirement that "irreversible EGFR inhibitors" contain a "Michael acceptor" is inconsistent with the intrinsic evidence*

62. Finally, Plaintiffs propose that a person of ordinary skill in the art would understand that "irreversible EGFR inhibitors" are "low molecular weight N-(heteroaryl)-aniline compounds **with a Michael acceptor**."

63. For all of the reasons provided herein, I disagree that the person of ordinary skill, in light of the specification and the claims, would understand

irreversible EGFR inhibitors to be defined as compounds with a specific structure, including a **Michael acceptor**.

64. Dr. Winkler asserts that the specification supports the requirement for a Michael acceptor because the specification states that "irreversible EGFR inhibitors . . . covalently crosslink the receptor." Winkler Decl. ¶ 57. I disagree that the requirement that the claims "covalently crosslink the receptor" informs a person of ordinary skill in the art that the compounds must have a Michael acceptor. Indeed, the specification states "**any compound**" that covalently crosslinks the receptor falls within the claimed use. '314 patent (A00001–A00047), 3:56–59 (A00031) (emphasis added). I also disagree that the POSA would conclude from the few embodiments disclosed in the specification that irreversible inhibitors must have a Michael acceptor.

65. Plaintiffs' construction excludes other structures known to the POSA that would enable inhibitors to covalently crosslink EGFR and is further incorrect for that reason. A POSA would be aware of several different alkylating agents that would allow a compound to covalently crosslink the cysteine of EGFR, including iodoacetamide, 4-vinyl pyridine, and thio-nucleotides. *See* S. Sechi & B. Chait, *Modification of Cysteine Residues by Alkylation. A tool in Peptide Mapping and Protein Identification*, 70 Anal. Chem. 5150, 5152 (1998) (Reider Exhibit G); Singh et al., *Structure-Based Design of a Potent, Selective, and Irreversible Inhibitor of the Catalytic Domain of the erbB Receptor Subfamily of Protein Tyrosine Kinases*, 40 J. Med. Chem. 1130, 1131 (1997)

(Reider Exhibit H) (using thiol moieties to form disulfide bonds); *see also* Zhauo et al., *Crystal Structure of human osteoclast cathepsin K complex with E-64*, 4 Nature Structural Biology 109, 110 (1997) (Reider Exhibit I) (demonstrating covalent binding to an active site cysteine with an epoxide).

66. Dr. Winkler points to a December 13, 2018 Response to Office Action, in which the applicants asserted that "the activity of Tagrisso (AZD9291) is representative among EGFR inhibitors effective according to the claimed methods, as detailed by Cheng, owing to the presence of a conjugating moiety (Michael acceptor) that allows for covalently binding to the cysteine 773 residue in the ligand-binding pocket of EGFR." Winkler Decl. ¶ 61 (citing A00156). The person of ordinary skill would not interpret this argument as suggesting that Michael acceptors must be present in irreversible EGFR inhibitors within the claims of the asserted patents or are necessary to achieve the covalent binding to cysteine 773.

67. I further disagree that the person of ordinary skill would view this statement in the prosecution history as informative on the meaning of "irreversible EGFR inhibitor." The Patent Office rejected Plaintiffs' argument that Tagrisso was "representative among irreversible EGFR inhibitors" stating "**Tagrisso/AZD9291 is structurally and pharmacologically distinct from other tyrosine kinase/EGFR inhibitors** and even other third generation EGFR TKIs." '474 Application: February 2, 2019 Final Rejection at 8–9 (A00253–A00254) (emphasis added). The Patent Office further emphasized that "[t]he

claims encompass treating any of gefitinib and/or erlotinib resistant non-small cell lung cancer with **any** unit dosage of **any** irreversible epidermal growth factor receptor (EGFR) inhibitor that covalently binds to cysteine 773 residue in the ligand-binding pocket of EGFR or cysteine 805 residue in the ligand-binding pocket of erb-B2." *Id.* at 8 (A00254) (emphasis in original). Consistent with the Final Rejection, the POSA would understand that Tagrisso, as well as the embodiments discussed in the specification, are non-limiting examples of irreversible EGFR inhibitors, and that the claims encompass "**any** irreversible epidermal growth factor receptor (EGFR) inhibitor that covalently binds to cysteine 773 residue in the ligand-binding pocket of EGFR or cysteine 805 residue in the ligand-binding pocket of erb-B2." *Id.*

* * *

68. For these reasons, the person of ordinary skill in the art would have understood "irreversible EGFR inhibitor" to mean "a compound that permanently inhibits EGFR."

69. The documents I have referenced in this declaration are exemplary and are intended to aid understanding. If I testify at the claim construction hearing, I may rely on these documents, as well as (1) documents and other materials produced in this case; (2) deposition testimony and/or exhibits; (3) responses to discovery requests; (4) any expert declarations offered by Plaintiff; and (5) publicly available materials. I may also rely on visual aids

and demonstrative exhibits that may be prepared based on these materials that illustrate the bases of my opinion.

70.     I expressly reserve the right to supplement this declaration.  If called upon, I will revise my opinion to account for new information contained in any new documents provided.


I declare that the foregoing is true and correct.

Dated: October 6, 2020

Paul J. Reider, Ph.D.

# Reider
# Exhibit A

# CURRICULUM VITAE

## Paul J. Reider, Ph.D.

United States of America Citizenship

**BUSINESS**
Princeton University
Department of Chemistry
Frick Laboratory
Princeton, NJ 08544
(609) 258-5027
e-mail: **preider@princeton.edu**

**HOME**
377 Walnut Lane
Princeton, NJ 08540
(609) 924-4365 (home)
(805) 795-7800 (cell)

## EMPLOYMENT HISTORY

| **PRINCETON UNIVERSITY** | **From – To** |
|---|---|
| Lecturer at the Rank of Professor<br>Department of Chemistry | 7/15 - 6/21 [Retired] |
| Pharmaceutical Specialist &<br>Lecturer<br>Department of Chemistry | 8/08-7/15 |

| **AMGEN, INC.** | **From – To** |
|---|---|
| Vice President,<br>Chemistry Research & Discovery | 4/02 – 11/07 |

| **MERCK/MRL** | **From – To** |
|---|---|
| Vice President, Process Research | 2/95 - 4/02 |
| Executive Director | 2/91 - 1/95 |
| Director | 5/89 - 2/91 |
| Assistant Director | 1/87 - 5/89 |
| Research Fellow | 5/84 - 12/86 |
| Senior Research Chemist | 9/80 - 5/84 |

**EDUCATION**

| School | Date | Major/Minor/Courses | Degree |
|---|---|---|---|
| Washington Square College (NYU) | 1972 | Psychology/Chemistry | A. B. |
| University of Vermont | 1978 | Organic Chemistry | Ph.D. |
| Colorado State University | 1978-1980 | NIH Postdoctoral Fellow | |

**ACADEMIC AND PROFESSIONAL HONORS**

17. 2011 National Academy of Sciences Award for *Chemistry in Service to Society* (May 2011)
16. B. R. Baker Memorial Lecturer of 2006 – June 2006
15. Earle B. Barnes Award for Leadership in Chemical Research (ACS National Award) -2003
14. Novartis Chemistry Lectureship – 2003
13. Senior Editor – “Science of Synthesis” -- 2003 -- present

12. Prix Galien 2000 Innovative Product Award – June 2000 (Singulair™)
11. Prix Galien 2000 Research Team Award- June 2000 (Singulair™)
10. Merck Board of Directors Scientific Award – 1998 (Crixivan™)
9. Senior Editor - "Current Opinion in Drug Discovery & Development"
8. National Research Council - Board of Chemical Sciences & Technology (1998-2001)
7. Herman S. Bloch Memorial - University of Chicago – 1996
6. Chair - 1996 Gordon Research Conference - Heterocyclic Compounds
5. Vice Chair - 1995 Gordon Research Conference - Heterocyclic Compounds
4. NSF Workshop on Synthesis July 1988
3. MRL Ambassador Program (to Colorado State University) (1982-1990)
2. Merck Speakers List (1982 - 2002)
1. National Research Service Award (NIH Postdoctoral Fellow) 1979-1980

## EDITORIAL AND ADVISORY BOARDS

12. Medicines for Malaria Venture -- Expert Scientifc Advisory Committee -2010 -- present
11. TB Alliance -- Scientific Advisory Committee - 2010 - present
10. Emory Institute For Drug Discovery – Advisory Board - 2009 – 2013
9. Tetraphase Pharmaceuticals -- Scientific Advisor 2009 -- present
8. Satori Pharmaceuticals -- Advisory Board -- 2009 -- 2013
7. Chemical & Engineering News Advisory Board – 2006 to 2009
6. ACS Executive Directors' 2010 Committee – 2004 to present
5. Steering Committee BCST – Challenges for the Chemical Sciences in the 21st Century – 2003
4. Steering Committee & BCST – Challenges for the Chemical Sciences in the 21st Century – Workshop on Health and Medicine (National Research Council) – 2002
3. Editorial Advisory Board – "Journal Organic Chemistry"
2. Editorial Advisory Board - "Organic Letters"
1. Editorial Advisory Board – Journal of the American Chemical Society

## ACADEMIC VISITING COMMITTEES

3. Chemical Engineering Advisory Board, University of California Santa Barbara
2. Member – California Institute of Technology Division of Chemistry & Chemical Engineering
1. Harvard Overseers' Committee to Visit the Department of Chemistry & Chemical Biology

## PUBLICATIONS

182. **Diastereoselective syntheses of substituted cis-hydrindanones featuring sequential inter-and intramolecular Michael reactions;** **J** Liu, MA Marsini, TA Bedell, PJ **Reider**, EJ Sorensen - Tetrahedron, 72, 3713, 2016

181. **Targeting NAD$^+$ Metabolism in the Human Malaria Parasite *Plasmodium falciparum*** Jessica K. O'Hara, Lewis J. Kerwin, Simon A. Cobbold, Jonathan Tai, Thomas A. Bedell, Paul J. Reider, Manuel Llinás; PLoS ONE; 2014 April; 9(4):e94061

180. **Highly Loaded Nanoparticulate formulation of Progesterone for Emergency Traumatic brain Injury Treatment; Carlos E. Figueroa, Paul J. Reider, Panee Burckel, A. Alan Pinkerton & Robert K. Prud'homme; *Therapeutic Delivery;* 2012, 3 (11), p.1269**

179. **A Concise and Convergent Synthesis of PA-824 Maurice A. Marsini, Paul J. Reider*, and Erik**

| | |
|---|---|
| | **J. Sorensen*; *J. Org. Chem.*, 2010, *75* (21), pp 7479–7482** |
| | 178. **Stereoselective Synthesis of *anti-N*-Protected 3-Amino-1,2-epoxides by Nucleophilic Addition to *N-tert*-Butanesulfinyl Imine of a Glyceraldehyde Synthon[‡] Scott S. Harried, Michael D. Croghan, Matthew R. Kaller, Patricia Lopez, Wenge Zhong, Randall Hungate and Paul J. Reider *J. Org. Chem.*, 2009, *74* (16), pp 5975–5982** |
| | 177. "Practical synthesis of the calcimimetic agent, cinacalcet", Tetrahedron Letters, (2008), 49(1), 13, Oliver R. Thiel, Charles Bernard, Wanda Tormos, Alan Brewin, Shuji Hirotani[a], Kazuo Murakami[a], Kenji Saito[a], Robert D. Larsen[a], Michael J. Martinelli[a] and Paul J. Reider[a] |
| | 176. "Design, Synthesis, and Biological Evaluation of Potent c-Met Inhibitors", J. Med.Chem, (2008), *51* (18), 5766–5779, Noel D. D'Angelo[*†], Steven F. Bellon[‡], Shon K. Booker[†], Yuan Cheng[†], Angela Coxon[§], Celia Dominguez[†], Ingrid Fellows[†], Douglas Hoffman[†], Randall Hungate[†], Paula Kaplan-Lefko[§], Matthew R. Lee[‡], Chun Li[⊥], Longbin Liu[†], Elizabeth Rainbeau[†], Paul J. Reider[†], Karen Rex[§], Aaron Siegmund[†], Yaxiong Sun[‡], Andrew S. Tasker[†], Ning Xi[†], Shimin Xu[†], Yajing Yang[§], Yihong Zhang[§], Teresa L. Burgess[§], Isabelle Dussault[§] and Tae-Seong Kim |
| | 175. "An Integrated High-Throughput Screening Approach for Purification of Solid Organic Compounds by Trituration and Crystallization in Solvents", Organic Process Research & Development (2008), 12, 58–65, Helming Tan,* Maggie Reed, Kyung H. Gahm, Tony King, Mina Dilmeghani Seran, Tracy Bostick, Van Luu, David Semin, Janet Cheetham, Rob Larsen, Mike Martinelli, and Paul Reider |
| 174. | "Identification of a Nonpeptidic and Conformationally Restricted Bradykinin B1 Receptor Antagonist with Anti-Inflammatory Activity", J. Med. Chem, (2007), 50, 607-610, D. D'Amico, T. Aya, J. Human, C. Fotsch, J.J. Chen, K. Biswas, B. Riahi, M.H. Norman, C.A. Willoughby, R. Hungate, P.J. Reider, G. Biddlecome, D Lester-Zeiner, C. Van Staden, E. Johnson, A. Kamassah, L. Arik, J. Wang, V.N. Viswanadhan, R.D. Groneberg, J. Zhan, H. Sizuke, A. Toro, D.A. Mareska, D.E. Clarke, D.M. Harvey, L.E. Burgess, E.R. Laird, B. Askew, G. Ng |
| 173. | "New Air-Stable Catalysts for General and Efficient Suzuki-Miyaura Cross-Coupling Reactions of Heteroaryl Chlorides", Organic Letters, (2006), 8,9, 1787-1789, A.S. Guram, A.O. King, J.G. Allen, X. Wang, L.B. Schenkel, J. Chan, E.E. Bunel, M.M. Faul, R.D. Larsen, M.J. Martinelli, P.J. Reider |
| 172. | A Practical Synthesis of 2-((Pyrrolo[2,3-b]pyridine-4yl)methylamino)-5-fluoronicotinic Acid, J. Org. Chem, 2006, 71, 4021-4023, X Wang, B Zhi, J Baum, Y. Chen, R. Crockett, L. Huang, S. Eisenberg, J. Ng, R. Larsen, M. Martinelli, P.J. Reider |
| 171. | "Effect of Microwave Heating on Ullmann-Type Heterocycle-Aryl Ether Synthesis Using Chloro-Heterocycles", Tetrahedron Letters, (2006), 47,29, 5045-5048, N.D. D'Angelo, J.J. Peterson, S.K. Booker, I. Fellows, C. Dominguez, R. Hungate, P.J. Reider, T-S. Kim |
| 170. | "A Highly Enantioselective Catalyst for Asymmetric Hydroformylation of [2.2.1]-Bicyclic Olefins", Tetrahedron Letters, (2005), 46,45, 7831-7834, J. Huang, E. Bunel, A. Allgeier, J. Tedrow, T. Storz, J. Preston, T. Correll, D. Manley, T. Soukup, R. Jensen, P.J. Reider |
| 169. | "A Soluble Base for the Copper-Catalyzed Imidazole N-Arylations with Aryl Halides", J. Org. Chem., 2005, 70, 10135-10138, L. Liu, M. Frohn, N. Xi, C. Dominguez, R. Hungate, P.J. Reider |

| | |
|---|---|
| 168. | "Synthesis of a Substance P Antagonist: An Efficient Synthesis of 5-Substituted-4-*N,N*-dimethylamino-1,2,3-triazoles", Organic Process Research & Development, 2005, 9,4, 490-498, M. Journet, D. Cai, D.L. Hughes, J.J. Kowal, R.D. Larsen, P.J. Reider |
| 167. | "Regio-Controlled Synthesis of *N*-substituted Imidazoles", Tetrahedron Letters, (2005), 46,43, 7315-7319, N. Xi, S. Xu, Y. Cheng, A.S. Tasker, R.W. Hungate, P.J. Reider |
| 166. | "An Efficient Synthesis of an $\alpha_v\beta_3$ Antagonist", J. Org.Chem., 2004, 69, 1959-1966, N. Yasuda, Y. Hsiao, M.S. Jensen, N.R. Rivera, C. Yang, K.M. Wells, J. Yau, M. Palucki, L. Tan, P.G. Dormer, R.P. Volant, D.L. Hughes, P.J. Reider |
| 165. | "Efficient Synthesis of $NK_1$ Receptor Antagonist Aprepitant Using a Crystallization-Induced Diastereoselective Transformation", J. Am. Chem. Soc., 2003, 125, 2129-3135, K.M.J. Brands, J.F. Payack, J.D. Rosen, T.D. Nelson, A. Candelario, M.A. Huffman, M.M. Zhao, J. Li, B. Craig, Z.J. Song, D.M. Tschaen, K. Hansen, P.N. Devine, P.J. Pye, K. Rossen, P.G. Dormer, R.A. Reamer, C.J. Welch, D.J. Mathre, N.N. Tsou, J.M. McNamara, P.J. Reider |
| 164. | "Highly Regioselective Friedländer Annulations with Unmodified Ketones Employing Novel Amine Catalysts: Syntheses of 2-Substituted Quinolines, 1,8-Naphthyridines, and Related Heterocycles", J. Org. Chem., 2003, 68, 467-477, P.G. Dormer, K.K. Eng, R.N. Farr, G.R. Humphrey, J.C. McWilliams, P.J. Reider, J.W. Sager, R.P. Volante |
| 163. | "A Practical Synthesis for the Core Structure of a Family of Selective Prostaglandin $D_2$ Receptor Antagonists", J. Org. Chem., 2003, 68, 2338-2342, K.R. Campos, M. Journet, D. Cai, J.J. Kowal, S. Lee, R.D. Larsen, P.J. Reider |
| 162. | "Novel synthesis of sulfones from α, α-dibromomethyl aromatics", Tetrahedron Letters (2003), 44, 1283-1286, Feng Xu, Kimberly Savary, J. Michael Williams, E.J.J. Grabowski, P.J. Reider. |
| 161. | "Practical Routes to the Triarylsulfonyl Chloride Intermediate of a $\beta_3$ Adrenergic Receptor Agonist", Tetrahedron Letters (2003), 59,8, 1317-1325, N. Ikemoto, J Liu, K.M.J. Brands, J.M. McNamara and P.J. Reider |
| 160. | "Preparation of a Clinically Investigated Ras Farnesyl Transferase Inhibitor", J of Heterocyclic Chemistry, (2003), 40, 229-241, P.E. Maligres, M.S. Waters, S.A. Weissman, J.C. McWilliams, S Lewis, J Cowen, R.A. Reamer, R.P. Volante, P.J. Reider, D Askin |
| 159. | "An Efficient Synthesis of a Doxorubicin-Peptide Conjugate", Synlett (2003), 05, Y-J Shi, M Cameron, U.H. Dolling, D.R. Lieberman, J.E. Lynch, R.A.Reamer, M.A. Robbins, R.P. Volante, P.J. Reider |
| 158. | "A Stereoselective Aldol Reaction Via Diisopinocampheyl Boron-Enolate in Preparation of Chromane Carboxylate with Quaternary Carbon", Tetrahedron Letters, (2003), 44,28, 5285-5288, F. Lang, D. Zewge, Z.J. Song, B. Mirlinda, P. Dormer, D. Tschaen, R.P. Volante, P.J. Reider |
| 157. | "Asymmetric Synthesis of Cyclic Hydroxy Ketones Derived from Enol Ethers via Sharpless Asymmetric Dihydroxylation. A Study in the Correlation of the Enol Ether Chain Length and Enantioselectivity.", J. Org. Chem. (2003), 68, 8088, Benjamin F. Marcune, Sandor Karady, Paul J. Reider, Ross A. Miller, Mirlinda Biba, Lisa DiMichele, and Robert A. Reamer. |
| 156. | "Stereoselective Synthesis from a Process Research Perspective", Drug Discovery Today, (2002) 7,5, 303-314, M.C. Hillier, P.J. Reider |

| | |
|---|---|
| 155. | "Efficient One-Pot Synthesis of the 2-Aminocarbonylpyrrolidin-4-ylthio-Containing Side Chain of the New Broad-Spectrum Carbapenem Antibiotic Ertapenem", 2002, J. Org. Chem., 67, 4771-4776, K.M.J. Brands, R.B. Jobson, K.M. Conrad, J.M. Williams, B. Pipik, M. Cameron, A.J. Davies, P.G. Houghton, M.S. Ashwood, I.F. Cottrell, R.A. Reamer, D.J. Kennedy, U-H. Dolling, P.J. Reider |
| 154. | "Solvent-Dependent Dynamic Kinetic Asymmetric Transformation/Kinetic Resolution in Molybdenum-catalyzed Asymmetric Allylic Alkylations", 2002, J. Org. Chem., 67, 2762-2768, D.L. Hughes, M. Palucki, N. Yasuda, R.A. Reamer, P.J. Reider |
| 153. | "Development of a New and Practical Route to Chiral 3,4-Disubstituted Cyclopentanones: Asymmetric Alkylation and Intramolecular Cyclopropanation as Key C-C Bond-Forming Steps", 2002, J. Org. Chem., 67, 5508-5516, M. Palucki, J.M. Um, N. Yasuda, D.A. Conlon, F-R Tsay, F.W. Hartner, Y. Hsiao, B Marcune, S. Karady, D.L. Hughes, P.G. Dormer, P.J. Reider |
| 152. | "Efficient Synthesis of 6-mono-bromo-1,1'-bi-2naphthol", Tetrahedron Letters (2002), 43,22, 4055-4057, D Cai, R.D. Larsen, P.J. Reider. |
| 151. | "Practical Enantioselective Synthesis of a COX-2 Specific Inhibitor", Tetrahedron Letters, (2002), 58,37, 7403-7410, L Tan, C-Y Chen, W Chen, L Frey, A.O. King, R.D. Tillyer, F Xu, D Zhao, E.J.J. Grabowski, P.J. Reider, *et al*. |
| 150. | "Aza-Diels-Alder/intramolecular Heck Cyclization Approach to the Tetrahydro-ß-Carboline Skeleton of the Ajmaline/Sarpagine Alkaloids", Tetrahedron Letters (2002), 43,21, 3871-3874, J.T. Kuethe, A. Wong, I.W. Davies, P.J. Reider |
| 149. | "Asymmetric Aza-Diels-Alder Reactions of Indole 2-carboxaldehydes", Tetrahedron Letters (2002), 43,1, 29-32, J.T. Kuethe, I.W. Davies, P.G. Dormer, R.A. Reamer, D.J. Mathre, P.J. Reider |
| 148. | "Practical Asymmetric Synthesis of Aprepitant, a Potent Human NK-1 Receptor Antagonist, via a Stereoselective Lewis Acid-Catalyzed Trans Acetalization Reaction, J. Org. Chem. (2002), 67, 6743-6747, M.M. Zhao, J.M. McNamara, G-J Ho, K.M. Emerson, Z.J. Song, D.M. Tschaen, K.M.J. Brands, U-H. Dolling, E J.J. Grabowski, P.J. Reider. |
| 147. | "A general method for the highly diastereoselective, kinetically controlled alkylation of (+)-nopinone", Tetrahedron Letters (2002), 43, 6957-6959, K.R. Campos, S. Lee, M. Journet, J.J. Kowal, D. Cai, R.D. Larsen, P.J. Reider. |
| 146. | "Effective Lithiation of 3-Bromopyridine: Synthesis of 3-Pyridine Boronic Acid and Varioustly 3-Substituted Pyridines", Tetrahedron Letters (2002), 43, 4285, D. Cai, R.D. Larsen, P.J. Reider. |
| 145. | "Efficient Synthesis of the Optically Active Dihydropyrimidinone of a Potent a1A-Selective Adrenoceptor Antagonist", Can J. Chem (2002), 80, 646, D.R. Sidler, N Barta, W Li, E Hu, L mtty, N. Ikemoto, J.S. Campbell, M. Chartrain, K. Gbewonyo, R. Boyd, E.G., Corley, R.G. Ball, R.D. Larsen, P.J. Reider. |
| 144. | "Asymmetric Synthesis of 1,2,3-Trisubstituted Cyclopentanes and Cyclohexanes as Key Compenents of Substance P Antagonists, J. Org. Chem. (2002), 67, 5993-6000, J.T. Kuethe, A. Wong, J Wu, I.W. Davies, P.G. Dormer, C.J. Welch, M.C. Hillier, D.L. Hughes, P.J. Reider. |
| 143. | "Experimental and Theoretical Studies on the Oxidative Addition of Palladium(0) to ß-chlorovinamidinium salts", Tetrahedron Letters, (2001), 57,24, 5061-5066, I.W. Davies, J Wu, J-F |

| | |
|---|---|
| | Marcoux, M Taylor, D Hughes, P.J. Reider and R.J. Deeth |
| 142. | "Asymmetric Synthesis of *cis*-aminochromanol", Tetrahedron Letters, (2001), 42,50, 8743-8745, K.B. Hansen, P. Rabbat, S.A. Springfield, P.N. Devine, E.J.J. Grabowski, P.J. Reider |
| 141. | "Radical Alkylation of *N*-alkyl 1,2,4-triazoles", Tetrahedron Letters, (2001), 42,42, 7353-7355, K.B. Hansen, P.Rabbat, S.A. Springfield, R. Desmond, P.N. Devine, E.J.J. Grabowski, P.J. Reider |
| 140. | "Asymmetric Synthesis of (2S,3S)-3-hydroxy-2-phenylpiperidine Via Ring Expansion", Tetrahedron Letters, (2001), 42,36, 6223-6225, J. Lee, T. Hoang, S. Lewis, S.S. Weissman, D. Askin, R.P. Volante, P.J. Reider |
| 139. | "A Highly Efficient Synthesis of 2-[3-aminopropyl]-5,6,7,8-tetrahydronaphthyridine via a Double Suzuki Reaction and a Chichibabin Cyclization", Tetrahedron Letters (2001), 42, 6811, M. Palucki, D.L. Hughes, N. Yasuda, C. Yang, P.J. Reider. |
| 138. | "Practical Routes Toward the Synthesis of 2-halo- and 2-alkylamino-4-pyridine-carboxaldehydes", Tetrahedron Letters (2001), 42, 6815, L.F. Frey, K. Marcantonio, D.E. Frantz, J.A. Murry, R.D. Tillyer, E.J.J. Grabowski, P.J. Reider. |
| 137. | "A General Preparation of Pyridines and Pyridones via the Annulation of Ketones and Esters", J. Org. Chem. (2001), 66(12), 4194-4199, J-F. Marcoux, F-A. Marcotte, J. Wu, P. Dormer, I.W. Davies, D. Hughes, P.J. Reider. |
| 136. | "Controlled Semihydrogenation of Aminoalkynes Using Ethylenediamine as a Poison of Lindlar's Catalyst", J. Org. Chem. (2001), 66(10), 3634-3635, K.R. Campos, D. Cai, M. Journet, J.J. Kowal, R.D. Larsen, P.J. Reider. |
| 135. | "Highly Regioselective Friedlaender Reaction", Org. Lett. (2001), 3(8), 1101-1103, Y. Hsiao, N.R. Rivera, N. Yasuda, D.L. Hughes, P.J. Reider. |
| 134. | "Molybdenum-catalyzed Asymmetric Allylic Alkylation Reactions Using Mo(CO)6 asPrecatalyst", Adv. Synth. Catal. (2001), 343(1), 46-50, M. Palucki, J.M. Um, D.A. Conlon. N. Yasuda, D.L. Hughes, B. Mao, J. Wang, P.J. Reider. |
| 133. | "A Double Ring Closing Metathesis Reaction in the Rapid, Enantioselective Synthesis of NK-1 Receptor Antagonists", Org Lett. (2001), 3(5), 671-674, D.J. Wallace, J.M. Goodman, D.J. Kennedy, A.J. Davies, C.J. Cowden, M.S. Ashwood, I.F. Cottrell, U.H. Dolling, P.J. Reider. |
| 132. | "Asymmetric Bioreductions: Application to the Synthesis of Pharmaceuticals", J. Mol., Catal. B: Enzym. (2001), 11(4-6), 503-512, M. Chartrain, R. Greasham, J. Moore, P.J. Reider, D. Robinson, B. Buckland. |
| 131. | ".beta.-Regioselective Intermolecular Heck Arylation of N,N-disubstituted Allylamines", Tetrahedron Lett. (2001), s42(2), 159-162, J. Wu, J-F. Marcoux, I.W. Davies, P.J. Reider. |
| 130. | "A General [3 + 2 + 1] Annulation Strategy for the Preparation of Pyridine N-oxides", Org. Lett. (2001), 3(2), 209-211, I.W. Davies, J-F. Marcoux, P.J. Reider. |
| 129. | "Preparation and Novel Reduction Reactions of Vinamidinium Salts", J. Org. Chem. (2001), 66(1), 251-255, I.W. Davies, M. Taylor, J-F. Marcoux, J. Wu, P.G. Dormer, D. Hughes, P.J. Reider. |

| | |
|---|---|
| 128. | "Improved Method for Rapid Evaluation of Chiral Stationary Phase Libraries", Org. Lett. (2001), 3(1), 95-98, C.J. Welch, S.D. Pollard, D.J. Mathre, P.J. Reider. |
| 127. | "Stereoselective Hydrogen Bromide-promoted Hydrogenation of an .alpha.-hydroxy Oxime", Tetrahedron Lett. (2000), 41(42), 8021-8025, I.W. Davies, M. Taylor, J-F. Marcoux, L. Matty, J. Wu, D. Hughes, P.J. Reider. |
| 126. | "Highly Enantioselective 1,2-Addition of Lithium Acetylide –Ephedrate Complexes: Spectroscopic Evidence for Reaction Proceeding via a 2:2 Tetramer, and X-ray Characterization of Related Complexes", J. Am. Chem. Soc. (2000), 122(45), 11212-11218, F. Xu, R.A. Reamer, R. Tillyer, J.M. Cummins, E.J.J. Grabowski, D.B. Collum, J.C. Huffman, P.J. Reider. |
| 125. | "A Practical Synthesis of a COX-2-Specific Inhibitor", J. Org. Chem. (2000), 65(25), 8415-8420, I.W. Davies, J-F. Marcoux, E.G. Corley, M. Journet, D-W. Cai, M. Palucki, J. Wu, R.D. Larsen, K. Rossen, P.J. Pye, L. DiMichele, P. Dormer, P.J. Reider. |
| 124. | "Hydrogen Iodide-Promoted Reduction of .beta.-Chlorovinamidinium Salts", Org. Lett. (2000), 2(21), 3385-3387, I.W. Davies, M. Taylor, D. Hughes, P.J. Reider |
| 123. | "Practical Modifications and Applications of the Sharpless Asymmetric Aminohydroxy-lation in the One-Pot Preparation of Chiral Oxazolidine-2-Ones", Org. Lett. (2000), 2(18) 2821-2824, N.S. Barta, D.R. Sidler, K.B. Somerville, S.A. Weissman, R.D. Larsen, P.J. Reider. |
| 122. | "Highly Asymmetric Dihydroxylation of 1-aryl-1'-pyridyl alkenes", Tetrahedron Lett. (2000), 41(25), 4865-4869, X. Wang, M. Zak, M. Maddess, P. O'Shea, R. Tillyer, E.J.J. Grabowski, P.J. Reider. |
| 121. | "Annulation of Ketones with Vinamidinium Hexafluorophosphate Salts: An Efficient Preparation of Trisubstituted Pyridines", Org. Lett. (2000), 2(15), 2339-2341, J-F. Marcoux, E.G. Corley, K. Rossen, P. Pye, J. Wu, M.A. Robbins, I.W. Davies, R.D. Larsen, P.J. Reider. |
| 120. | "Selective Monolithiation of 2,5-dibromopyridine with butyllithium", Tetrahedron Lett, (2000), 41(22), 4335-4338, X. Wang, P. Rabbat, P. O'Shea, R. Tillyer, E.J.J. Grabowski, P.J. Reider. |
| 119. | "An Efficient Preparation of Vinamidinium Hexafluorophosphate Salts", J. Org. Chem. (2000), 65(15), 4571-4574, I.W. Davies, J-F. Marcoux, J. Wu, M. Palucki, E.G. Corley, M.A. Robbins, N. Tsou, R.G. Ball, P. Dormer, R.D. Larsen, P.J. Reider. |
| 118. | "Rhodium-carbenoid-mediated Intermolecular O-H Insertion Reactions: A Dramatic Additive Effect. Application in the Synthesis of an Ascomycin Derivative", Tetrahedron Lett. (2000), 41(12), 1877-1881, T. Nelson, Z.J. Song, A.S. Thompson, M. Zhao, DeMarco, R.A. Reamer, M.F. Huntington, E.J.J. Grabowski, P.J. Reider. |
| 117. | "Synthesis of an Anti-Methicillin-Resistant Staphylococcus Aureus (MRSA) Carbapenem via Stannatrane-Mediated Stille Coupling", Org. Lett. (2000), 2(8), 1081-1084, M.S. Jensen, Yang, Y. Hsiao, N. Rivera, K.M. Wells, J.Y. Chung, N. Yasuda, D.L. Hughes, P.J. Reider |
| 116. | "A Practical and Efficient Preparation of the Releasable Naphthosultam Side Chain of a Novel Anti-MRSA Carbapenem", J. Org. Chem. (2000), 65(5), 1399-1406, R.A. Miller, G.R. Humphrey, D.R. Lieberman, S.S. Ceglia, D.J. Kennedy, E.J.J. Grabowski, P.J. Reider. |
| 115. | "Rapid Assembly of Substituted Dihydrocyclohepta[3,4]pyrrolo[1,2-a]indoles via Novel, Carbene-Based, Rearrangement Reaction, J. Am. Chem. Soc. (2000), 122(6), 1215-1216, L.F. Frey, R.D. |

| | |
|---|---|
| | Tillyer, S.G. Ouellet, R.A. Reamer, E.J.J. Grabowski, P.J. Reider. |
| 114. | "Bioreactor Systems in Drug Metabolism: Synthesis of Cytochrome P450-Generated Metabolites", Metabolic Engineering (2000), 115-125, T.H. Rushmore, P.J. Reider, D. Slaughter, C. Assang, M. Shou. |
| 113. | "Practical Asymmetric Synthesis of an Endothelin Receptor Antagonist", J. Org. Chem. (1999), 64(26), 9658-9667, Z.J. Song, M. Zhao, R. Desmond, P. Devine, D.M. Tschaen, R. Tillyer, L. Frey, R. Heid, F. Xu, B. Foster, J. Li, R. Reamer, R. Volante, E.J.J. Grabowski U.H. Dolling, S. Okada, Y. Kato, E. Mano, P.J. Reider. |
| 112. | "Efficient and Practical Synthesis of a Potent anti-MRSA.beta.-Methylcarbapenem Containing a Releasable Side Chain", J. Am. Chem. Soc. (1999), 121(49), 11261-11266, G.R. Humphrey, R.A. Miller, P.J. Pye, K. Rossen, R.A. Reamer, A. Maliakal, S.S. Ceglia, E.J.J. Grabowski, R.P. Volante, P.J. Reider. |
| 111. | "Sequential Nitromethane Conjugate Addition/Elimination-Pd-Catalyzed Allylation of .beta.-Trifloxy Acrylates. Application to Carbapenem Synthesis", Org. Lett. (1999), 1(11), 1783-1785, J.Y.L. Chung, E.J.J. Grabowski, P.J. Reider. |
| 110. | "A highly Convergent Synthesis of a Fibrinogen Receptor Antagonist", J. Org. Chem. (1999), 64(21), 7751-7755, F.W. Hartner, R.J. Cvetovich, F-R. Tsay, J.S. Amato, B. Pipik, E.J.J. Grabowski, P.J. Reider. |
| 109. | "Practical Chemoenzymatic Synthesis of a 3-pyridylethanolamino.beta.3 adrenergic receptor Agonist", Tetrahedron Lett. (1999), 40(37), 6739-6743, J.Y.L. Chung, G-J, Ho, M. Chatrain, Roberge, D. Zhao, J. Leazer, R. Farr, M. Robbins, K. Emerson, D.J. Mathre, J.M. McNamara, D.L. Hughes, E.J.J. Grabowski, P.J. Reider. |
| 108. | "Enantioselective Alkynylation of Aromatic Aldehydes Catalyzed by Readily Available Chiral Amino Alcohol-Based Ligands", Synthesis (1999), (Spec. Iss.), 1453-1458, Z. Li, V. Upadhyay, A.E. DeCamp, L. DiMichele, P.J. Reider. |
| 107. | "(1S,2R)-1-aminoindan-2-ol (1H-inden-2-ol, 1-amino-2,3-dihydro-(1S-cis)-)", Org. Synth. (1999), 76, 46-56, J.F. Larrow, E. Roberts, T.R. Verhoeven, K.M. Ryan, C.H. Senanayake, E.N. Jacobsen, P.J. Reider. |
| 106. | "(R )-(+)- and (S)-(-)-2,2'-bis(diphenylphosphino)-1,1'binaphyl (BINAP) (phosphine, [1,1'binaphthalene]-2,2'diylbis[diphenyl-, (R ) and (S))", Org. Synth. (1999), 76, 6-11, D. Cai, J.F. Payack, D.R. Bender, D.L. Hughes, T.R. Verhoeven, P.J. Reider. |
| 105. | "Synthesis of benzofuroquinolizine for .alapha.-2 adrenoceptor antagonsit MK-912: an O-analogue of the Pictet-Spengler reaction", Tetrahedron Lett. (1999), 40(27), 4917-4920, J. Albaneze-Walker, K. Rossen, R.A. Reamer, R.P. Volante, P.J. Reider. |
| 104. | "Resolution of 1,1'-bi-2-naphtol (1,1'-binaphthalene]-2,2'-diol), Org. Synth. (1999), 76, 1-5, Cai, D.L. Hughes, T.R. Verhoeven, P.J. Reider. |
| 103. | "Metabolic Interactions Between Mibefradil and HMG-CoA Reductase Inhibitors: An In Vitro Investigation with Human Liver Preparations", Br. J. Clin. Pharmacol. (1999), 47(3), 291-298, T. Prueksaritanont, M. Bennett, C. Tang, Y. Meng, C. Assang, P. Lu, J.H. Lin, T.A. Baillie, P.J. Reider. |
| 102. | "Efficient Syntheses of 2-(3',5'-difluorophenyl)-3-(4'-methylsulfonylphenyl)cyclopent-2-enone, a |

| | |
|---|---|
| | potent COX-2 inhibitor", Tetrahedron (1999), 55(19), 6001-6018, D. Zhao, F. Xu, C-Y. Chen, R.D. Tillyer, E.J.J. Grabowski, P.J. Reider, C Black, N Ouimet and P Prasit |
| 101. | "A Chemical Synthesis of Nicotinamide Adenine Dinucleotide (NAD+), Chem. Commun, (Cambridge) (1999), (8), 729-730, J. Lee, H. Churchill, W-B. Choi, J.E. Lynch, F.E. Roberts R.P. Volante, P.J. Reider. |
| 100. | "A Novel, Highly Enantioselective Ketone Alkynylation Reaction Mediated by Chiral Zinc Aminoalkoxides", Angew. Chem., Int. Ed. (1999), 38(5), 711-713, L. Tan, C-Y. Chen, R.D. Tillyer, E.J.J. Grabowski, P.J. Reider. |
| 99. | "Semisynthesis of an Antifungal Lipopeptide Echinocandin", J. Org. Chem. (1999), 64(7), 2411-2417, M. Journet, D. Cai, L.M. DiMichele, D.L. Hughes, R.D. Larsen, T.R. Verhoeven P.J. Reider. |
| 98. | "Oxidation of Primary alcohols to Carboxylic Acids with Sodium Chlorite Catalyzed by TEMPO and Bleach", J. Org. Chem. (1999), 64(7), 2564-2566, M. Zhao, J. Li, E. Mano, Z. Song, D.M. Tschaen, E.J.J. Grabowski, P.J. Reider. |
| 97. | "Highly Chemoselective Trichloroacetimidate-Mediated Alkylation of Ascomycin: A Convergent, Practical Synthesis of the Imunosuppressant L-733,725, J. Org. Chem. (1999), 64(6), 1859-1867, Z. Song, A. DeMarco, M. Zhao, E.G. Corley, A.S. Thompson, J. McNamara, Y. Li, D. Rieger, P. Sohar, D.J. Mathre, D.M. Tschaen, R.A. Reamer, M.F. Huntington, G-J. Ho, F-R. Tsay, K. Emerson, R. Shuman, E.J.J. Grabowski, P.J. Reider. |
| 96. | "A CLFSE/MM study on the Role of Ligand Bite-Angle in Cu(II)-Catalyzed Diels-Alder Reactions", Tetrahedron Lett. (1999), 40(7), 1233-1236, I.W. Davies, R.J. Deeth, R.D. Larsen, P.J. Reider. |
| 95. | "Crystallization-induced Asymmetric Transformation: Stereospecific Synthesis of L-768,673, Tetrahedron (1999), 55(4), 909-918, Y-J. Shi, K.M. Wells, P.J. Pye, W-B. Choi, H.R.O. Churchill, J.E. Lynch, A. Maliakal, J.W. Sager, K.Rossen, R.P. Volante, P.J. Reider |
| 94. | "Improved Stereoselectivity in the Heterogeneous Catalytic Synthesis of Enalapril Obtained Through Multidimensional Screening", Tetrahedron Lett. (1999), 40(5), 831-834, M. Huffman, P.J. Reider. |
| 93. | "Enantioselective alkynylation of Aromatic Aldehydes Catalyzed by Readily Available Chiral Amino Alcohol-Based Ligands", Synthesis (1999), 1453-1458, Z. Li, V. Upadhyay, A. DeCamp, L. DiMichele, P.J. Reider. |
| 92. | "Enantioselective 1,4-addition of aryllithium reagents to α,β-unsaturated *tert*-butyl esters in the presence of chiral additives", 1998, Tetrahedron: Asymmetry, 9,10, 1651-1655, F. Xu, R.D. Tillyer, D.M. Tschaen, E.J.J. Grabowski, P.J. Reider |
| 91. | "[2.2]PHANEPHOS-Ruthenium(II) Complexes: Highly active asymmetric catalysts for the hydrogenation of ß-ketoesters", Tetrahedron Letters, (1998), 39/25, 4441-4444, P.J. Pye, K. Rossen, R.A. Reamer, R.P. Volante, P.J. Reider |
| 90. | "An Efficient Asymmetric Synthesis of a Potent COX-2 Inhibitor L-784,512", Tetrahedron Letters, (1998), 39,23, 3961-3964, L. Tan, C-y Chen, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 89. | "A Highly Enantioselective Asymmetric Hydrogenation Route to ß-(2R,3S)-methyltryptophan", |

| | |
|---|---|
| | Tetrahedron Letters, (1998), 39,21, 3455-3458, R.S. Hoerrner, D. Askin, R.P. Volante, P.J. Reider |
| 88. | "An Improved and Practical Procedure for the Synthesis of Substituted Phenylacetylpyridines", Tetrahedron Letters, (1998), 39,13, 1717-1720, M. Journet, C. Dongwei, R.D. Larsen, P.J. Reider |
| 87. | "A Practical Preparation of Diisopropyl Phosphoryl Protected Amino Acids", Tetrahedron Letters, (1998), 39,52, 9583-9586, K.M.J. Brands, K. Wiedbrauk, J.M. Williams, U.-H. Dolling, P.J.Reider |
| 86. | "Efficient Synthesis of *N*-arylpiperazinones Via a Selective Intramolecular Mitsunobu Cyclodehydration", Tetrahedron Letters, (1998), 39,41, 7459-7462, S.A. Weissman, S. Lewis, D. Askin, R.P. Volante, P.J. Reider |
| 85. | "An Efficient Asymmetric Hydrogenation Approach to the Synthesis of the Crixivan® Piperazine Intermediate", Tetrahedron Letters, (1998), 39,38, 6823-6826, K. Rossen, P.J. Pye, L.M. DiMichele, R.P. Volante, P.J. Reider |
| 84. | "A Novel Chromium Trioxide Catalyzed Oxidation of Primary Alcohols to theCarboxylic Acids", Tetrahedron Letters (1998), 39 5323-5326, M. Zhao, J. Li, Z. Song, R. Desmond, D. Tschaen, E.J.J. Grabowski, P.J. Reider. |
| 83. | "Ni-catalyzed Nucleophilic Conjugate Additions of Grignard and Organozincate Reagents to Substituted 4-Vinylpyridines. General Synthesis of Phosphodiesterase IV Inhibitors". Tetrahedron, (1998), 54, 1185-1195, I.N. Houpis, J. Lee, I. Dorziotis, A. Molina R.A. Reamer, R.P. Volante and P.J. Reider. |
| 82. | "Crystallization-Induced Asymmetric Transformation: Stereospecific Synthesis of L-768,673", Tetrahedron (1998), 909-918, Y-J. Shi, K. Wells, P. Pye, W-B. Choi, H. Churchill, J. Lynch, A. Maliakal, J. Sager, K. Rossen, R. Volante, P.J. Reider. |
| 81. | "Practical Synthesis of Anti-Methicillin-Resistant *Staphylococcus Aureus* (MRSA) Carbapenem L-742,728", J. Org. Chem. (1998), 63, 5438-5446, N. Yasuda, M. Huffman G-J. Ho, L. Xavier, C. Yang, K. Emerson, F-R. Tsay, Y. Li, M. Kress, D. Rieger, S. Karady P. Sohar, N. Abramson, A. DeCamp, D. Mathre, A. Douglas, U-H. Dolling, E. Grabowski, P.J. Reider. |
| 80. | "A Stereoselective Synthesis of a 2-functionalized-methyl-1β-methylcarbapenem KeyIntermediate *via* Decarboxylation, Chem. Commun. (1998), 1817-1818, W-B. Choi, J. Lee, J. Lynch, R. Volante, R. Reamer, P.J. Reider. |
| 79. | "Practical Synthesis of α-Amino Acids Using *CIS*-Aminoindanol Derived Hippuric Acid Amide as a Glycine Enolate Equivalent", Tetrahedron Letters, (1998), 39(22), 3679-3682, J. Lee, W-B. Choi, J. Lynch, R. Volante, P.J. Reider. |
| 78. | "A Stereospecific Decarboxylation; a Key Reaction to an Intermediate for .beta.-Methyl-carbapenems", Synth. Appl. Isot. Labelled Compd. 1997**,** W-B. Choi, H.R.O. Churchill, J.E. Lynch, A.S. Thompson, G.R. Humphrey, R.P. Volante, I. Shinkai, P.J. Reider. |
| 77. | "Nickel Catalyzed Addition of Organozincates to Optically Pure Vinylic Sulfoxides. Synthesis of the Phosphodiesterase IV Inhibitor L-765,527 (CDP-840)", Tetrahedron Letters, (1997), 38,41, 7131-7134, I.N. Houpis, A. Molina, I. Dorziotis, R.A. Reamer, R.P. Volante, P.J. Reider |
| 76. | "A Convenient and Economical Method for the Preparation of DIP-Chloride™ and Its Application |

| | |
|---|---|
| | in the Asymmetric Reduction of Aralkyl Ketones", Tetrahedron Letters (1997), 38(15), 2641-2644. M. Zhao, A.O. King, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 75. | "A Stereospecific Decarboxylation; a Key Reaction to an Intermediate for B-Methylcarba-penems, "W.-B. Choi, H.R.O. Churchill, J.E. Lynch, A.S. Thompson, G.R. Humphrey, R.P. Volante, P.J. Reider, I. Shinkai, D.K. Jones and D.C. Liotta, *Synthesis and Applications of Isotopically Labelled Compounds* Proceedings of the Sixth International Symposium, Phil. PA 14-18 September 1997, Ed. J.R. Heys and D.G. Melillo, John Wiley and Sons, London 1998. |
| 74. | "Advances in AIDS Chemotherapy: The Asymmetric Synthesis of CRIXIVAN™". Chimia 51 (1997), 306, P.J. Reider. |
| 73. | "Synthesis of the Orally Active Spiroindoline-Based Growth Hormone Secretagogue, MK-677". Tetrahedron, (1997), 53(32), 10983-10992. P.E. Maligres, I. Houpis, Rossen, A. Molina, J. Sager, V. Upadhyay, K.M. Wells, R.A. Reamer, J.E. Lynch, Askin, R.P. Volante, P. Houghton and P.J. Reider. |
| 72. | "Nosylaziridines: Activated Aziridine Electrophiles". Tetrahedron Letters, (1997), 38(30), 5253-5256. P.E. Maligres, M.M. See, D. Askin and P.J. Reider. |
| 71. | "Mechanistic Study of the Jacobsen Asymmetric Epoxidation of Indene", J. Org. Chem. (1997), (62(7), 2222-2229, D.L. Hughes, G.B. Smith, Ji Liu, G.C. Dezeny, C. Senanayake, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 70. | "Syntheses of Indoles via a Palladium-Catalyzed Annulation Between Iodoanilines and Ketones", J. Org. Chem., (1997), 62(9), 2676-2677, C. Cheng, D.R. Lieberman, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 69. | "A Conformational Toolbox of Oxazoline Ligands", Tetrahedron Letters, (1997), 38(7), 1145-1148, I.W. Davies, L. Gerena, D. Cai, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 68. | "A Highly Diastereoselective Electrochemical Epoxidation", Tetrahedron Letters, (1997) 38(5), 777-778, K. Rossen, R.P. Volante, P.J. Reider |
| 67. | "Practical Asymmetric Synthesis", Chemistry & Industry, (1996), 412, I.W. Davies, P.J. Reider. |
| 66. | "Concise Synthesis of Conformationally Constrained Pybox Ligands", J. Org. Chem., (1996) 61(26), 9629-9630, I.W. Davies, L. Gerena, N. Lu, R.D. Larsen, P.J. Reider |
| 65. | "Tandem Asymmetric Transformations: An Asymmetric 1,2-Migration from a Higher Order Zincate Coupled with a Stereoselective Homoaldol Reaction", J. Am. Chem. Soc. (1996), 118(47), 11970-11971, J.C. McWilliams, J.D. Armstrong, N. Zheng, M. Bhupathy, R.P. Volante, P.J. Reider |
| 64. | "Mechanistic Studies on the Diastereoselective Halohydroxylation of .Gamma.-.Delta. Unsaturated Carboxamides", Tetrahedron Letters, (1996), 37(38), 6843-6846, K. Rossen, R.A. Reamer, R.P. Volante, P.J. Reider |
| 63. | "Regioselective Nucleophilic Substitutions of Fluorobenzene Derivatives", Tetrahedron Letters, (1996), 37(36), 6439-6442, K.M. Wells, Y-J. Shi, J.E. Lynch, G.R. Humphrey, R.P. Volante, P.J. Reider |
| 62. | "Asymmetric Synthesis of Conformationally Constrained cis-1-amino-1-phenyl-2- cyclohexanol", |

| | |
|---|---|
| | Tetrahedron: Asymmetry, (1996), 7(5), 1501-1506, C.H. Senanayake, R.D. Larsen, L.M. DiMichele, J. Liu, P.H. Toma, R.G. Ball, T.R. Verhoeven, P.J. Reider |
| 61. | "Practical Asymmetric Synthesis", Chem. Ind. (London), (1996), (11), 412-415, I.W. Davies, P.J. Reider |
| 60. | "Practical Route to a New class of LTD4 Receptor Antagonists", J. Org. Chem., (1996), 61(10), 3398-405, R.D. Larsen, E.G. Corley, A.O. King, J.D. Carroll, P. Davis, T.R. Verhoeven, M. Labelle, J.Y. Gauthier, P.J. Reider |
| 59. | "The Role of 4-(3-phenylpropyl)pyridine N-oxide (P3NO) in the Manganese-Salen-Catalyzed Asymmetric Epoxidation of Indene", Tetrahedron Letters, (1996), 37(19) 3271-3274, C.H. Senanayake, G.B. Smith, K.M. Ryan, L.E. Fredenburgh, J. Liu, Roberts, D.L. Hughes, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 58. | "An Expedient One-Pot Synthesis for Protected 2-thia-5-azabicyclo[2.2.1]heptan-3-ones. Versatile Intermediates in the Synthesis of Carbapenem Sidechains", Tetrahedron Letters, (1996), 37(17), 2919-2, K.M.J. Brands, G. Marchesini, J.M. Williams, U.H. Dolling, P.J. Reider |
| 57. | "Application of Indane-Derived C2-Asymmetric bis(oxazolines) in Two-Point Binding Asymmetric Diels-Alder Reactions", Tetrahdron Letters, (1996), 37(11), 1725-6, I.W. Davies, C.H. Senanayake, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 56. | "Application of a Ritter-Type Reaction to the Synthesis of Chiral Indane-Derived C2- Symmetric bis(oxazolines), Tetrahedron Letters, (1996), 37(6), 813-14, I.W. Davies C.H. Senanayake, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 55. | "Cyclic Imidate Salts in Acyclic Stereochemistry: Diastereoselective *Syn*-Epoxidation of 2-Alkyl-4-Enamides to Epoxyamides". Tetrahedron, (1996), 52(9), 3327-3338, P.E. Maligres S.A. Weissman, V. Upadhyay, S.J. Cianciosi, R.A. Reamer, R.M. Purick, J. Sager, K. Rossen, K.K. Eng, D. Askin, R.P. Volante and P.J. Reider. |
| 54. | "Practical Route to a New Class of LTD4 Receptor Anagonists", J. Org. Chem., (1996), (61)10, 3398-3405, R.D. Larsen, E.G. Corley, A.O. King, J.D. Carroll, P. Davis, T.R. Verhoeven, P.J. Reider. |
| 53. | "A Mechanistic Study of Ester Olefinations Using Dimethyltitanocene". Organometallics, (1996), 15(2), 663-7. D.L. Hughes, J.F. Payack, D. Cai, T.R. Verhoeven, P.J. Reider. |
| 52. | "A Convergent Synthesis of a Novel Non-Peptidyl Growth Hormone Secretagogue, L-692,429". Tetrahedron Letters, (1995), 36(52), 9445-8. M. Bhupathy, J.J. Bergan, J.M. McNamara, R.P. Volante, P.J. Reider. |
| 51. | "An Unusual Stereoselective Decarboxylation: A Key Reaction to an Important Intermediate for Carbapenem Antibiotics". J. Org. Chem., (1995), 60(26), 8367-70, W. Choi, H.R.O., Churchill, J.E. Lynch, R.P. Volante, I. Shinkai, D.K. Jones, D.C. Liotta, P.J. Reider. |
| 50. | "The Behavior of Indene Oxide in the Ritter Reaction: A Simple Route to *cis*-aminoindanol", Tetrahedron Letters, (1995), 36,23, 3993-3996, C.H. Senanayake, F.E. Roberts, L.M. DiMichele, K.M. Ryan, J. Liu, L.E. Fredenburgh, B.S. Foster, A.W. Douglas, R.D. Larsen, T.R. Verhoeven, P.J. Reider |
| 49. | "Simple and Efficient Resolution of 1,1'-bis-2-naphthol". Tetrahedron Letters, (1995), 36(44), |

| | |
|---|---|
| | 7991-4. D. Cai. D.L. Hughes, T.R. Verhoeven, P.J. Reider. |
| 48. | "Asymmetric Hydrogenation of 3-alkylidene-2-piperidones Using Noyori's Catalyst. Effect of N-substituents on the Enantioselectivity". Tetrahedron Letters, (1995), 36(41), 7379-82. J.Y.L. Chung, D. Zhao, D.L. Hughes, J.M. McNamara, E.J.J. Grabowski, P.J.Reider. |
| 47. | "Highly Diastereoselective Diels-Alder Reaction Mediated by a Chiral Auxiliary Derived from Aminoindanol: The Role of Conformation on Diastereoselectivity". Tetrahedron Letters, (1995), 36(42), 7619-22. I.W. Davies, C.H. Senanayake, L. Castonguay, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 46. | "Regio- and Stereocontrolled Syntheses of Cyclic Chiral Cis-Amino Alcohols from 1,2- Diols or Epoxides". Tetrahedron Letters, (1995), 36(42), 7615-18. C.H. Senanayake, L.M. DiMichele, J. Liu, L.E. Fredenburgh, K.M. Ryan, F.E. Roberts, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 45. | "Asymmetric Hydrogenation of Tetrahydropyrazines: Synthesis of (S)-piperazine-2-tert-butylcarboxamide, An Intermediate in the Preparation of the HIV Protease Inhibitor Indinavir". Tetrahedron Letters, (1995), 36(36), 6419-22. K. Rossen, S.A. Weissman, J. Sager, R.A. Reamer, D. Askin, R.P. Volante, P.J. Reider. |
| 44. | "A Practical Synthesis of 5-(chloromethyl)furo[2,3-b]pyridine, a Key Intermediate for the HIV Protease Inhibitor, L-754,394". J. Heterocycl. Chem., (1995), 32(4), 1283-7. M. Bhupathy, D.A. Conlon, K.M. Wells, J.R. Nelson, K. Rossen, J.W. Sager, R.P. Volante, B.D. Dorsey, P.J. Reider. |
| 43. | "A Practical Synthesis of the 5-chloromethylfuro[2,3-b]pyridine pharmacophore". Tetrahedron Letters, (1995), 36(26), 4571-4. W-B. Choi, I.N. Houpis, H.R.O. Churchill, A. Molina, J.E. Lynch, R.P. Volante, A.O. King, P.J. Reider. |
| 42. | "Asymmetric Reduction of Keto Oxime Ethers Using Oxazaborolidine Reagents. The Enantioselective Synthesis of Cyclic Amino Alcohols". Tetrahedron Letters, (1995), 6(25) 4337-40. R.D. Tillyer, C. Boudreau, D. Tschaen, U.-H. Dolling, P.J. Reider. |
| 41. | "Michael Additions of 3,3-dimethylacrylamides and Amines: Synthesis of the Growth Hormone Secretagogue L-692,585". Synth. Commun., (1995), 25(14), 2197-202. K.M. Wells, K. Rossen, D. Askin, F.W. Hartner, Jr., R.P. Volante, P.J. Reider. |
| 40. | "Diastereoselective Syn-epoxidation of 2-alkyl-4-enamides to Epoxyamides: Synthesis of the Merck HIV-1 Protease Inhibitor Epoxide Intermediate". Tetrahedron Letters, (1995), 36(13), 2195-8. P.E. Maligres, V. Upadhyay, K. Rossen, S.J. Cianciosi, R.M. Purick, K. Eng, R.A. Reamer, D. Askin, R.P. Volante, P.J. Reider. |
| 39. | "Synthesis of Functionalized Furo[2,3-b]pyridines Via Iodopyridones. Preparation of a Key Intermediate to a New HIV Protease Inhibitor L-754,394". Tetrahedron Letters, (1994), 35(50), 9355-8. I.N. Houpis, W-B. Choi, A. Molina, H. Churchill, J.E. Lynch, R.P. Volante, P.J. Reider. |
| 38. | "Synthesis of Chiral 2,2'-Bis(diphenylphosphino)-1,1'-binaphthyl (BINAP) via a Novel Nickel-Catalyzed Phosphine Insertion". J. Org. Chem., (1994), 59(23), 7180-1. D. Cai J.F. Payack, D.R. Bender, D.L. Hughes, T.R. Verhoeven, P.J. Reider. |
| 37. | "Synthesis of the 5-HT1D Receptor Agonist MK-0462 via Pd-catalyzed CouplingReaction". Tetrahedron Letters, (1994), 35(38), 6981-4. C. Chen, D.R. Lieberman, R.D. Larsen, R.A. Reamer, T.R. Verhoeven, P.J. Reider. |

| | |
|---|---|
| 36. | "Synthesis of a New Generation Reverse Transcriptase Inhibitor via the BC13/GaC13-Induced Condensation of Anilines with Nitriles (Sugasawa Reaction)". Tetrahedron Letters, (1994), 35(37), 6811-14. I.N. Houpis, A. Molina, A.W. Douglas, L. Xavier, J. Lynch, R.P. Volante, P.J. Reider. |
| 35. | "Nature of N-Bromosuccinimide in Basic Media: The True Oxidizing Species in the Hofmann Rearrangement". J. Am. Chem. Soc., (1994), 116(17), 7947-8. C.H. Senanayake, L.E. Fredenburgh, R.A. Reamer, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 34. | "Highly Diastereoselective Reaction of a Chiral, Non-racemic Amide Enolate with (S)- glycidyl tosylate. Synthesis of the Orally Active HIV-1 Protease Inhibitor L-735,524". Tetrahedron Letters, (1994), 35(5), 673-6. D. Askin, K. Eng., K. Rossen, R.M.Purick, K.M. Wells, R.P. Volante, P.J. Reider. |
| 33. | "Magnesium-assisted Imidazole Formation from Unreactive Ureas." Tetrahedron Letters, (1994), 35(32), 5775-8. C.H. Senanayake, L.E. Fredenburgh, R.A. Reamer, J. Liu, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 32. | "Enantioselective Synthesis of 1,3-dioxygen-substituted Chiral Building Blocks". Synlett, (1994), (3), 199-200. C.H. Senanayake, R.D. Larsen, T.J. Bill, J. Liu, E.G. Corley, P.J. Reider. |
| 31. | "A Stereoselective Synthesis of a Key 1ß-methylcarbapenem Intermediate via a Diastereo- selective Decarboxylation". Tetrahedron Letters, (1994), 35(15), 2275-8. W-B. Choi, H.R.O. Churchill, J.E. Lynch, A.S. Thompson, G.R. Humphrey, R.P. Volante, I. Shinkai, P.J. Reider. |
| 30. | "A Facially-Selective Protonation Controls the Stereochemistry of a Key Intermediate in the Synthesis of 1ß-Methylcarbapenems". J. Org. Chem., (1994), 59(14), 3749-51. D.K. Jones, D.C. Liotta, W-B. Choi, R.P. Volante, I. Shinkai, H.R.O. Churchill, J.E. Lynch, P.J. Reider. |
| 29. | "Improved Fischer Indole Reaction for the Preparation of N,N-Dimethyltryptamines: Synthesis of L-695,894, a Potent 5-HT1D Receptor Agonist". J. Org. Chem., (1994), 59(13), 3738-41. C. Chen, C.H. Senanayake, T.J. Bill, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 28. | "Aluminum-Amine Complexes for the Conversion of Carboxylic Esters to Amides. Application to the Synthesis of LTD4 Antagonist MK-0679". J. Org. Chem., (1994), 59(6), 1231-3. D.R. Sidler, T.C. Lovelace, J.M. McNamara, P.J. Reider. |
| 27. | "Palladium Catalyzed Diastereoselective Addition of Secondary Alcohols to Acyloxy-azetidinones". Bioorg. Med. Chem. Lett., (1993), 3(11), 2393-6. A.M. Madar, G.R. Humphrey, A.S. Thompson, T.R. Verhoeven, P.J. Reider. |
| 26. | "Stereocontrolled Functionalization of the Diene System of Compactin." Tetrahedron Letters, (1993), 34(38), 6021-4. C.H. Senanayake, T.J. Bill, L.M. DiMichele, C. Chen, R.D. Larsen, T.R. Verhoeven, P.J. Reider. |
| 25. | "A Practical Chemoenzymic Synthesis of an $LTD_4$ Antagonist." Tetrahedron: Asymmetry, (1993), 4(5), 865-874. D.L. Hughes, Z. Song, G.B. Smith, J.J. Bergan, G.C. Dezeny, E.J.J. Grabowski, P.J. Reider |
| 24. | "An Efficient Synthesis of LTD4 Antagonist L-699,392". J. Org. Chem., (1993), 58(14), 3731-5. A.O. King, E.G. Corley, R.K. Anderson, R.D. Larsen, T.R. Verhoeven, Y.B. Xiang, M. Belley, lY. Leblanc, P.J. Reider, et al. |
| 23. | "Towards the Synthesis of HIV-protease Inhibitors. Synthesis of Optically Pure 3- carboxyl- |

| | |
|---|---|
| | decahydroisoquinolines". Tetrahedron Letters, (1993), 34(16), 2593-6. I.N. Houpis, A. Molina, R.A. Reamer, J.E. Lynch, R.P. Volante, P.J. Reider. |
| 22. | "Condensation of 2-methylbenzoxazole with Aromatic Aldehydes Bearing Acidic Protons. A Convenient Coupling in the Synthesis of the HIV-reverse Transcriptase Inhibitor L-696,229". J. Org. Chem., (1993), 58(11), 3176-8. I.N. Houpis, a. Molina, J.E. Lynch, R.A. Reamer, R.P. Volante, P.J. Reider. |
| 21. | "Rabbit Liver Esterase-mediated Enantioselective Synthesis of 2-arylpropanoic acids". Tetrahedron Letters, (1992), 33(40), 5901-4. C.H. Senanayake, T.J. Bill, R.D. Larsen, J. Leazer, P.J. Reider. |
| 20. | "Friedel-Crafts Cyclization of 2-(3-Indolythio)propionic Acids. An Unusual Rearrangement Leading to 4-sulfur-substituted tricyclic indoles". Tetrahedron Letters, (1992), 33(33), 4717-20. J.Y. Chung, R.A. Reamer, P.J. Reider. |
| 19. | "Enzymes and Practical Asymmetric Synthesis:, Pure and Applied Chemistry, (1992), 64, 1939. M. Bhupathy, P.J. Reider, et. al. |
| 18. | "A Modified Bischler-Napieralski Procedure for the Synthesis of 3-aryl-3,4-dihydroiso-quinolines". J. Org. Chem., (1991), 56(21), 6034-8. R.D. Larsen, R.A. Reamer, E.G. Corley, P. Davis, E.J.J. Grabowski, I. Shinkai, P.J. Reider. |
| 17. | "Regioselective Fischer Indole route to 3-unsubstituted Indoles". J. Org. Chem., (1991), 56(9), 3001-6. D. Zhao, D.L. Hughes, D.R. Bender, A.M. DeMarco, P.J. Reider. |
| 16. | "Lipase-catalyzed Asymmetric Hydrolysis of Esters Having Remote Chiral/Prochiral Centers". J. Org. Chem., (1990), 55(26), 6252-9. D.L. Hughes, J.J. Bergan, J.S. Amato, E.J.J. Grabowski, P.J. Reider. |
| 15. | "Synthesis of (5R,10S,11R)-(+)-10,11-dihydro-5-methyl-5H-dibenzo[a,d]cyclohepten-5, 10-imin-11-ol: A Hydroxylated Metabolite of MK-0801". J. Org. Chem., (1990), 55(1), 299-304. R.D. Larsen, P. Davis, E.G. Corley, T.R. Lamanec, E.J.J. Grabowski, P.J. Reider. |
| 14. | "α-Hydroxy Esters as Chiral Reagents: Asymmetric Synthesis of 2-arylpropionic Acids". J. Am. Chem. Soc., (1989), 111(19), 7650-1. R.D. Larsen, E.J.J. Corley, E.J.J. Grabowski, P.J. Reider. |
| 13. | "Synthesis of Unsymmetrical Dithioacetals: An Efficient Synthesis of a Novel LTD4 Antagonist, L-660,711". J. Org. Chem., (1989), 54(15), 3718-21. J.J. McNamara, J.L. Leazer, M. Bhupathy, J.S. Amato, R.A. Reamer,, E.J.J. Grabowski, P.J. Reider. |
| 12. | "Synthesis of Chiral Dithioacetals: a Chemoenzymic Synthesis of a Novel LTD4 Antagonist". J. Org. Chem., (1989), 54(8), 1787-8. D.L. Hughes, J.J. Bergan, J.S. Amato, E.J.J. Grabowski, P.J.Reider. |
| 11. | "Chirality and Practical Synthesis". Chem. Ind. (London), (1988), (12), 394-8. P.J. Reider. |
| 10. | "Synthesis of (*R)-serine-2-d and Its Conversion to the Broad-spectrum Antibiotic Fludalanine". J. Org. Chem., (1987), 52(15), 3326-34. R.S. Conn, P. Davis, V.J. Grenda, A.J. Zambito, E.J.J. Grabowski, P.J. Reider |
| 9. | "Crystallization-induced Asymmetric Transformation: Stereospecific Synthesis of a Potent Peripheral CCK Antagonist". J. Org. Chem., (1987), 52(5), 955-7. P. Davis, D.L. Hughes, |

| | |
|---|---|
| | E.J.J. Grabowski, P.J. Reider. |
| 8. | "A Synthesis of Ibogamine". J. Org. Chem., (1985), 50(9), 1464-7. M.E. Kuehne, P.J. Reider. |
| 7. | "Maytansinoids". Alkaloids (Academic Press), (1984), 23, 71-156. D.M. Roland, P.J. Reider. |
| 6. | "The Mechanism of Serine Fluorodehydroxylation: Carbon-13 and Fluorine-19 NMR Studies". Tetrahedron Letters, (1984), 25(27), 2851-4. A.W. Douglas, P.J. Reider. |
| 5. | "Total Synthesis of (-)Maysine". J. Am. Chem. Soc., (1983), 105, 5015. A.I. Meyers and P.J. Reider. |
| 4. | "Total Synthesis of Thienamycin: A New Approach from Aspartic Acid". Tetrahedron Letters, (1982), 23(22), 2293-6. E.J.J. Grabowski, P.J. Reider. |
| 3. | "Synthetic Approaches to Thienamycin: Carbon-carbon Bond Formation at C-4 of Azetidin-2-ones". Tetrahedron Letters, (1982), 23(4), 379-82. R. Rayford, E.J.J. Grabowski, P.J. Reider. |
| 2. | "Total Synthesis of (+)-maytanisol. The Common Precursor to the Maytansinoids". J. Am. Chem. Soc., (1980), 102(21), 6597-8. A.I. Meyers, A.L. Campbell, P.J. Reider. |
| 1. | "Stereoselective Synthesis of Threo-3-hydroxy-2-methylcarboxylic Acids Using Alkoxyalkyl Propionates", J. Am. Chem. Soc. (1979), 101(9), 2501-2. A.I. Meyers, P.J. Reider. |

**PATENTS**

1. "An Improved Method for the Synthesis of Carbapenems Including Thienamycin, Penems and Oxapenem Carboxylic Acids". P.J. Reider and E.J.J. Grabowski. Case #16670IB - Antibiotic Synthesis filed 10/23/81.

2. "Preparation of 2-Deutero-D-Serine". E.J.J. Grabowski and P.J. Reider. US Patent #4,582,931, 4/15/86.

3. "Process for Resolution and Racemization of Amines with Acidic a-Hydrogens". P.J. Reider and E.J.J. Grabowski. Case #17383. US Patent #4,859,771, 8/22/89.

4. "Process for Unsymmetrical Dithioacetals and Dithioketals". P.J. Reider, J. McNamara, J. Amato, J. Leazer, and R. Reamer. US Patent #4,883,878, 11/28/89.

5. "Process for Preparing Leukotriene Antagonists", D.L. Hughes, J.J. Bergan, P.J. Reider, E.J.J. Grabowski, and J.S. Amato, European Patent #89313350.4, January 31, 1990; U.S. Patent #5,070,022, December 3, 1991.

6. "Resolution of a Carboxylic Acid", E.G. Corley, E.J.J. Grabowski, R.D. Larsen, and P.J. Reider, US Patent application 1989.

7. "Racemization of a Carboxylic Acid", R.D. Larsen and P.J. Reider, US Patent Application 1989.

8. "Process for Making an Epoxide", D. Askin, K. Eng., P.E. Maligres, K. Rossen, R.P. Volante, V. Upadhyay, P.J. Reider, PCT Int. Application 1995.

9. "Process for Making HIV Protease Inhibitors Containing N-tert-butyl-2-piperazine-carboxamide Derivative", K. Rossen, D. Askin, R.J. Varsolona, R.P. Volante, P.J. Reider, PCT Int. Application 1995.

10. "Process for Making HIV Protease Inhibitors", D. Askin, K. Rossen, R.J. Varsolona, K.M. Wells, P.J. Reider, PCT Int. Application.

11. "Preparation of ß-methylcarbapenem Intermediates", W-B. Choi, I. Shinkai, G.R. Humphrey, A.S. Thompson, R.P. Volante, P.J. Reider, Eur. Pat. Application.

12. "Racemization of a Carboxylic Acid, e.g., Ibuprofen Enantiomer", R.D. Larsen, P.J. Reider.

13. "Enzymic Preparation of Dithioacetal Quinoline Leukotriene Antagonists", D.L. Hughes, J.J. Bergan, E.J.J. Grabowski, J.S. Amato, P.J. Reider, US Pat Application.

14. "Resolution of a Carboxylic Acid", E.J. Corley, R.D. Larsen, E.J.J. Grabowski, P.J. Reider, US Patent Application.

15. Preparation of Quinolines Containing Unsymmetrical Dithioacetals and Dithioketals", J.S. Amato, J.M. McNamara, J.L. Leazer, R.A. Reamer, P.J. Reider, Eur. Pat. Application.

16. "A Process for the Preparation of 3(S)-amino-1,3-dihydro-1-methyl-2H-1,4-benzodiazepin-2- one from Its Racemate", E.J.J. Grabowski, P.J. Reider, Eur. Pat. Application.

17. "2-Deutero-D-serine", E.J.J. Grabowski, P.J. Reider, US Pat. Application.

18. "Antibiotic Synthesis", E.J.J. Grabowski, P.J. Reider, Eur. Pat. Application.

19. "Method of Synthesizing Furo[2,3-B]Pyridine Carboxylic Acid Esters", I. Houpis, A.Molina, J.E. Lynch, H.R.O. Churchill, R.P. Volante, W-B. Choi, P.J. Reider. Case #19204.  US Patent #5,489,685, 2/6/96.

20. "Conversion of Indene to (IS)-Amino-(2R)-Indanol Free of Any Stereoisomer by Combination of Dioxygenase Bioconversion and Chemical Steps", B.C. Buckland, N.C. Connors, M.C. Chartrain, F.P. Gailliot, R.L. Greasham, B. Jackey, B. Heimbuch, C. Lee, R.C. Olewinski, Jr., F.E. Roberts, T.R. Verhoeven, C.H. Senanayake, P.J. Reider, Case #19464IA, U.S. Patent #5,858,737.

21. "Process for Making HIV Protease Inhibitors", D. Askin, K. Rossen, R. Varsolona, R. Volante, K. Wells, P.J. Reider, Case  #19045CC, U.S. Patent #5,861,512.

22. "Method of Preparing Phosphodiesterase IV Inhibitors", W-B. Choi, H.R.D. Churchill J.E. Lynch, R.P. Volante, P.J. Reider, U.S. Patent #5,808,082.

23. "Controlled-release Pharmaceutical Preparations Containing Dihydroxy Open-acid and Salts of HMG-Co-A Reductase Inhibitors". R.D. Tillyer, P.J. Reider, E.J.J. Grabowski, F. Xu J.M. Vega. U.S. Patent Application

24. "Preparation and Formulation of Crystalline Simvastatin Acid Calcium Salt for Pharmaceutical Use as a HMG-CoA Reductase and CYP3A Inhibitor. R.D. Tillyer, P.J. Reider, E.J.J. Grabowski, F. Xu. U.S. Patent Application.

25. "Manufacture of Pyrazinone Compounds for Thrombin Inhibitors". D. Askin, F.J. Fleitz, R.S. Hoerrner, S. Lewis, P.E. Maligres, P.J. Reider, R.P. Volante, S.A. Weissman. British UK Patent Application

26. "Process for Stereoselective Synthesis of Enalapril". M.A. Huffman, P.J. Reider, Leblond, Y. Sun. U.S. Patent Application

27. "Titanium Catalyzed Preparation of Carbapenem Intermediates". P.J. Pye, P.J. Reider, K. Rossen, R.P. Volante. U.S. Patent Application

28. "Process for Preparing 4-alkoxycarbonyl-N-alkyl-(S)-piperazine-2-carboxamide". P.J. Pye, P.J. Reider, K. Rossen, R.P. Volante. British UK Patent Application

29. "Preparation of .beta.-methyl carbapenem Intermediates". W-B. Choi, J. Lee, J.E. Lynch, P.J. Reider, R.P. Volante. U.S. Patent Application

30. "Process for Enhancing the Optical Purity of 2R-[1-hydroxy-1-trifluoromethyl-3-cyclopropylpropyn-2yl]-4-chloroaniline". C.Y. Chen, P.J. Reider, E.J.J. Grabowski, L. Tan, R.D. Tillyer. U.S. Patent Application

**LECTURES**

1) April 1982 - University of Vermont, Burlington MRL Speakers List Presentation - "Total Synthesis of Thienamycin - A New Approach From Aspartic Acid".

2) Oct. 1982 - Colorado State University – Merck Speakers List Presentation

3) April 1983 - Guelph-Waterloo Research Center for Graduate Work in Chemistry – MRL Speakers List Presentation

4) May 1984 - Middle Atlantic Regional Meeting - ACS Newark, N.J. - MRL Speakers List Presentation

5) February 1985 - Wayne State University MRL Speakers List Presentation

6) July 1986 - Gordon Research Conference - Organic Reactions and Processes Invited Lecture "The Complex Problem of Small Molecules - Fludalanine".

7) November 1986 - University of Illlnois, Champaign-Urbana MRL Speakers List Presentation: "Stereospecific Synthesis of a Potent Peripheral CCK Antagonist".

8) March 1987 - Emory University MRL Speakers List Presentation

9) November 1987 - Colorado State University "Organic Synthesis, Practically".

10) March 1988 - Society for Chemical Industry (London) Symposium: Chirality Recognition in Synthesis. Invited Lecture. "Chirality and Practical Syntheses".

11) September 1988 - Gulf Coast Chemistry Meeting, Invited Lecture Pennsacola, Florida - "Selective Synthesis of Unsymmetrical Dithioacetals: $LTD_4$ Antagonists".

12) March 1989 - University of Maryland - MRL Speaker's List Presentation

13) April 1989 - Florida State University - MRL Speaker's List Presentation

14) July 1989 - Gordon Research Conference - Heterocyclic Chemistry. Invited Lecture "Heterocycles and Practical Asymmetric Synthesis".

15) December 1989 - Invited Lecturer - Pacific Basins Chemical Meeting, Honolulu, Hawaii

16) February 1990 - New York Academy of Science. Invited Lecturer - "Practical Asymmetric Synthesis".

17) February 1990 - University of Florida, Gainesville - MRL Speakers List Presentation

18) March 1990 - Emory University - MRL Speaker's List Presentation

19) January 1991 - French American Chemical Society, Captiva Island, Florida - Invited Lecturer

20) September 1991 - Gulf Coast Chemistry Conference, Invited Lecture "Practical Asymmetric Synthesis"

21) January 1992 - University of Pittsburgh - Invited Lecturer

22) March 1993 - Chiral Technologies Conference, Florida - Invited Lecturer

23) May 1993 - Chiral USA Conference, Washington, DC - Invited Lecturer

24) September 1993 - Gulf Coast Chemistry Conference, Florida - Invited Lecturer

25) October 1993 - University of Illinois at Urbana-Champaign - Invited Lecturer

26) March 1994 - San Diego ACS Meeting - Invited Lecturer

27) September 1994 - Virginia Tech University - Invited Lecturer

28) December 1994 - Sheffield Stereochemistry Symposium (London) - Invited Lecturer

29) March 1995 - Harvard University - Invited Lecturer

30) March 1995 - Emory University - Invited Lecturer

31) April 1995 - Burroughs Wellcome Company
Invited Lecturer

32) June 1995 - University of Montreal - Invited Lecturer

33) October 1995 - Fine Chemistry Society, London - Invited Lecturer

34) December 1995 - Pacific Basins ACS Meeting (Hawaii) - Invited Lecturer

35) February 1996 - Princeton University - Invited Lecturer

36) March 1996 - University of Buffalo - Invited Lecture

37) April 1996 - Lehigh University - Invited Lecturer

38) May 1996 - Syntex Roche Symposium - University of Colorado at Boulder - Invited Lecturer

39) September 1996 - Gulf Coast Chemistry Conference, Pensacola Beach, Florida - Invited Lecturer

40) October 1996 - Engineering Foundation Conference, Boston, Invited Lecturer - "Opportunities for Biocatalysis in the Pharmaceutical Industry: Biology as a Chemical Tool"

41) December 1996 - University of California, Irvine - Invited Lecturer

42) January 1997 - Presentation to the AP Chemistry Class at Nottingham High School - Hamilton, New Jersey

43) March 1997 - CHIREX - 3rd Intl. Conf. On Process Development Chemistry, Amelia Island, Florida, Keynote Address - “Opportunities for Biocatalysis in the Pharmaceutical Industry: Biology as a Chemical Tool”

44) April 1997 - University of Pennsylvania - Invited Lecturer

45) April 1997 - New Swiss Chemical Society Meeting, Switzerland, Invited Lecturer - "The Asymmetric Synthesis of CRIXIVAN™ and Other HIV Therapeutical Agents"

46) June 1997 - 35th National Organic Chemistry Symposum , Trinity University, San Antonio, Texas, Plenary Lecture, "New Therapies for AIDS - The Asymmetric Synthesis of CRIXIVAN™"

47) August 1997 - 16th International Congress of Heterocyclic Chemistry, Montana State University, Bozeman, Invited Lecturer, "New Therapies for AIDS - The Asymmetric Synthesis of CRIXIVAN™"

48) October 1997 - Synthelabo Recherche, Paris, France, Invited Lecturer, "The Asymmetric Synthesis of CRIXIVAN™, Indinavir, An Orally Active HIV Protease Inhibitor"

49) October 1998 - 8th Brazilian Meeting on Organic Synthesis, Sao Pedro, Brazil, Invited Lecture "Practical Asymmetric Synthesis:  Reactions Mediated by Chiral Aminoalkoxides"

50) April 1999 - University of California San Francisco Pharmchem Seminar - Invited Lecturer

51) May 1999 - Drug Metabolism Annual Meeting, Skytop, PA - Invited Lecturer

52) July 1999 - 16th International Organic Chemistry Symposium, Cambridge, UK, Invited Lecturer, "Practical Asymmetric Synthesis"

53) October 1999 – Baekeland Award Symposium Honoring Eric Jacobsen, New York City - Invited Speaker

54) March 2000 - NY Academy of Sciences, Chemical Sciences Section - Invited Speaker

55) May 2000 - Kohout Lecturer, Penn State University, Invited Lecturer, "Advances in Anti-Viral Drug Therapies for the Treatment of AIDS"

56) January 2001 – Stanford University - Invited Lecturer

57) August 2001 – Royal Society of Chemistry Annual Conference, Birmingham, UK - International Highlight Lecture, "Selectivity in Synthesis"

58) July 2002 – Gordon Research Conference – "Synthesis of NK1 Receptor Antagonists -- It's Not Nice to Fool Mother Nature"

59) October 2002 – Frontiers in Organic Chemistry, 7th Biennial Organic Symposium, University of Illinois, Invited Lecturer, "Synthesis of Carbapenem Antibiotics & NK1 Receptor Antagonists - It's Not Nice to Fool Mother Nature"

60) November 2002 – Invited Lecturer - Colorado State University

61) August 2003 – 19th International Congress of Heterocyclic Chemistry, Colorado State

University - “Chemistry, Selectivity and the Biological Interface”

62) January 2004 – Connecticut Organic Chemistry Symposium – Invited Lecturer, “Chemistry, Selectivity and the Biological Interface”

63) April 2004 – New York University Department of Chemistry – “It’s Not Nice To Fool Mother Nature: Synthesis of Pharmaceutically Active Molecules”

64) April 2004 – Department of Chemical Engineering 290 Seminar Series, University of California Santa Barbara - “It’s Not Nice To Fool Mother Nature: Synthesis of Pharmaceutically Active Molecules”

65) May 2004 – 2004 Visions in Chemistry Symposium – “Chemistry, Selectivity and the Biological Interface”

66) October 2004 – Lecture, California Institute of Technology – “Chemistry, Selectivity and the Biological Interface”

67) March 2005 – Speaker – Department of Biochemistry, University of Texas Southwestern Medical Center - “Chemistry, Selectivity and the Biological Interface”

68) April 2005 – 2005 Organic Synthesis Lecturer, University of California Irvine - “Chemistry, Selectivity and the Biological Interface”

69) April 2005 – Symposium International en Synthese Organique de L’Universite de Montreal 2005 – Université of Montréal - “Chemistry, Selectivity and the Biological Interface”

70) May 2005 – University of Toronto Symposium - “Chemistry, Selectivity and the Biological Interface”

71) May 2005 – Scripps Distinguished Lectureship Series - “Chemistry, Selectivity and the Biological Interface”

72) February 2006 – Chem 250 Course, California Institute of Technology - “Chemistry, Selectivity and the Biological Interface”

73) July 2006 – Gordon Research Conference on Heterocyclic Compounds - “25 Years of Heterocyclic Chemistry – It’s Better To Be Lucky Than Smart”

74) November 2006 – Seaborg Symposium, University of California Los Angeles – “25 Years of Heterocyclic Chemistry – It’s Better To Be Lucky Than Smart”

75) November 2006 – Pomona College – “The CRIXIVAN™ Story”

76) December 2006 – University of Melbourne – “Targeted Therapies for Cancer – Discovery and Development of AMG-0706”

77) December 2006 – CSIRO Molecular & Health Technologies - “Targeted Therapies for Cancer – Discovery and Development of AMG-0706”

78) December 2006 – Australian National University - “Targeted Therapies for Cancer – Discovery and Development of AMG-0706”

79) December 2006 – University of Queensland - “Targeted Therapies for Cancer – Discovery and Development of AMG-0706”

80) December 2006 – Australian University New South Wales - “Targeted Therapies for Cancer – Discovery and Development of AMG-0706”

81) April 2007 – University of California, Berkeley – “It’s Better To Be Lucky Than Smart”

82) October 2007 – San Diego State University – “It’s Better To Be Lucky Than Smart: Discovery and Development of Novel Anti-Tumor Agents”

83) October 2007 – Invited Lecturer – Colorado State University

84) July 2008 -- NINTH TETRAHEDRON SYMPOSIUM Challenges in Organic and Bioorganic Chemistry Berkeley, CA-- Invited Lecturer

85) March 2014 - Burack Award Lecture **–** "Chemistry in Service to Society: 35 Years of Success and Failure in Bringing New Medicines to the Patients who Need Them”

86) March 2014 – Invited Lecture – University of Vermont

# Reider Exhibit B

Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 63 of 182 PageID #: 1826

This material may be protected by Copyright law (Title 17 U.S. Code)

Expert Opinion on Therapeutic Patents

Review

Oncologic, Endocrine & Metabolic

# Protein tyrosine kinase inhibitors in cancer treatment

Peter M Traxler

Competition in the field of tyrosine kinase inhibitors has increased in the last few years. New receptor and non-receptor tyrosine kinases have been identified as attractive targets for drug discovery programs. A pharmacophore model of the ATP-binding site of the epidermal growth factor-receptor (EGF-R) tyrosine kinase has been developed and successfully used for the rational design of tyrosine kinase inhibitors. Several inhibitor classes containing a phenylamino-pyrimidine moiety in their structure have provided highly selective ATP-competitive tyrosine kinase inhibitors, active in the low nanomolar or even picomolar range, thus proving that the ATP-binding site of tyrosine kinases is an attractive target for the design of anticancer drugs. More and more examples of inhibitors against several tyrosine kinases are being described which, in addition to showing potent and selective *in vitro* activity, exhibit potency in relevant cellular and *in vivo* models. Presently, several tyrosine kinase inhibitors with an interesting *in vitro* and *in vivo* profile are in preclinical evaluation and are expected to enter Phase I clinical trials later this year or early next year. This review summarises development of the last two years in the design and biological profiling of tyrosine kinase inhibitors with special focus on the phenylamino-pyrimidine-containing classes of compounds.

*Exp. Opin. Ther. Patents (1997)* ***7****(6):571–588*

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

## 1. Introduction

Cancer is the second leading cause of mortality and morbidity in the western world. There are a number of cytotoxic agents on the market and in clinical evaluation (Phase II/III) with a very restricted spectrum of mechanism of action (DNA, antimetabolites, microtubules, etc.). The efficacy of cytotoxic drugs in clinics is still rather limited. It is therefore expected that a drug with a novel mechanism of action and significant efficacy will find its place in tumour therapy. Protein tyrosine kinases (PTK) play a fundamental role in signal transduction pathways. Deregulated PTK activity has been observed in many proliferative diseases (e.g., cancer, psoriasis, restenosis, etc.) [1]. A number of tumour types have dysfunctional growth factor receptor PTKs which results in inappropriate mitogenic signalling. Tyrosine kinases are therefore attractive targets for the design of new therapeutic agents against cancer and also in many other therapeutic areas [2,3]. There is strong competition in this field, documented by more than 400 patents filed since 1980.

### 1.1 Inhibition of the epidermal growth factor -receptor protein tyrosine kinase

The EGF-R PTK was one of the first tyrosine kinases described in the literature and was therefore chosen as target by many companies to start research programmes in the signal transduction area. Meanwhile, many other receptor and non-receptor PTKs have been

1997 © Ashley Publications Ltd. ISSN 1354-3776

A00625

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

described and found to be attractive targets for drug discovery. Other members of the family of the EGF-R PTK such as the p185$^{c\text{-}erbB2}$ PTK(*c-erb*B-2 gene product) and the *c-erb*B-3 and *c-erb*B-4 gene products have been identified and are used as targets for medicinal chemistry programmes.

### 1.2 Inhibition of the platelet derived growth factor-receptor protein tyrosine kinases

The platelet derived growth factor-receptors (PDGF-R) and their ligands are considered to be involved in a number of tumours of mesenchymal (sarcomas) and glial origin [4,5]. The PDGF-R is also implicated in fibroproliferative diseases such as fibrosis, arteriosclerosis [6] and restenosis [7]. Additionally, the related stem cell factor receptor and its ligand have been strongly implicated in small cell lung cancers [8,9]. Inhibitors of the PDGF-R PTK could therefore offer therapeutic potential in cancer and other indications.

### 1.3 Inhibition of the Abelson protein tyrosine kinase

Due to a reciprocal translocation between chromosomes 9 and 22, the Philadelphia chromosome is formed and detected in virtually all cases of chronic myelogenous leukaemia (CML). As a result of this translocation, a novel hybrid gene is formed which produces a constitutively active PTK, named *Bcr-Abl* [10]. Due to this clear aetiology, CML represents an ideal disease target for the use of a selective inhibitor of the *Bcr-Abl* PTK.

### 1.4 Inhibition of the Src family protein tyrosine kinase

These non-receptor PTKs have been implicated in a great number of tumour types. Increased Src levels have been found in > 50% of breast cancers (correlating with poor prognosis) [11] and a high number of colon cancers [12]. In addition, Src and its related *Fyn* and *Lck* PTKs are involved in T-cell proliferation. Inhibitors of these PTKs should therefore be useful in the treatment of T-cell lymphoma [13]. Furthermore, it has been shown that *C-src* is essential for the process of osteoclastic bone resorption (but not osteoclast formation) in mutant mice that do not express *C-src* (*C-src*$^-$ mice) [14]. As a consequence, it is thought that *C-src* is involved in osteoclast formation, probably due to its role in secretory vesicle exocytosis leading to osteoclast riffled border formation and bone resorption, neither of which is seen in the osteoclasts of *C-src*$^-$ mice [15]. Selective *C-src* inhibitors should therefore suppress bone resorption at an early stage in the process without affecting other biological functions [16].

### 1.5 Inhibition of the vascular endothelial growth factor-receptor protein tyrosine kinases

Solid tumours cannot grow beyond a certain size until they establish a blood supply by inducing the formation of new vessels sprouting from existing host capillaries. Vascular endothelial growth factor (VEGF), a mitogen specific for endothelial cells, is considered to play a key role in the angiogenic process and has been shown to be secreted by tumour cells and macrophages. The angiogenic signal is transmitted *via* cell surface receptors (*KDR* and *Flt-1*) located on the host vascular endothelium, which have intracellular tyrosine kinase activity. Inhibition of VEGF-induced angiogenic signals will selectively target the tumour-associated vessels and may reduce tumour-induced oedema. Therefore, anti-angiogenic therapy through inhibition of the VEGF-mediated effect is expected to be safe and well tolerated in cancer patients and an attractive alternative and/or complement to currently used cytotoxic drugs [17-19].

### 1.6 Additional tyrosine kinases as targets

The insulin-like growth factor 1 receptor (IGF-1R) PTK was identified as an interesting target because IGF-1R might be an essential survival factor for certain tumours. Its inhibition may therefore result in apoptosis of tumour cells [20]. Additional targets under evaluation include the cytoplasmic *Jak2* kinase which is up-regulated in acute lymphoblastic leukaemia (ALL) or the *Trk* kinase. Inhibitors of the *Trk* kinase could have a potential in the treatment of nerve growth factor receptor (NGF-R)-dependent tumours, including prostate cancers. Cephalon and Kyowa Hakko are actively developing staurosporine derivatives (e.g., CEP 751) in prostate models.

In recent years, a great number of different classes of tyrosine kinase inhibitors have been described and reviewed in the literature [3,21-25]. In the 'pioneer times' of signal transduction, medicinal chemists mainly concentrated on the synthesis of multisubstrate-type inhibitors (e.g., nitrostyrene derivatives) or the optimisation of lead structures such as tyrphostins or natural compounds (e.g., erbstatins, lavendustins). Inhibitors competing with ATP for binding at the catalytic domain of the target kinase were not considered to be of great interest. Due to the fact that catalytic domains of most protein kinases have significant amino acid sequence homology and conserved core structures, it was believed for a long time that compounds interacting with the ATP-binding site would not be selective inhibitors. However, in view of the latest results, the dogma has changed and numerous examples of structurally different classes have proved to be highly selective ATP-competitive tyrosine kinase inhibitors. In recent years, growing interest has focused on several

© Ashley Publications Ltd. All rights reserved.

**Figure 1:** ATP-competitive tyrosine kinase inhibitors.

Dianilino-phthalimides
1
CGP 52 411
Phenylamino-pyrimidines
2
CGP 53 716
R = H
3
CGP 57 148
R =
Anilino-quinazolines
4
PD-153 035
Phenylamino-pyrido-pyrimidines
5
PD-158 780
Phenylamino-pyrrolo-pyrimidines
6
CGP 59 326
Phenylamino-pyrazolo-pyrimidines
7

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

groups of compounds containing a phenylamino (anilino) moiety in their structure, such as the dianilino-phthalimide **1** (CGP 52 411) [26], or a phenylamino-pyrimidine moiety such as phenylamino-pyrimidines **2** and **3** (CGP 53 716 and CGP 57 148) [27], phenylamino-quinazolines (compound **4**, PD-153 035) [28], 4-phenylamino-pyrido[4,3-d]pyrimidines (compound **5**, PD-158 780) [29], 4-phenylamino-pyrrolo-pyrimidines (compound **6**, CGP 59 326) [30] and 4-phenylamino-pyrazolo-pyrimidines (compound **7**) [31] (**Figure 1**).

In this review, the main focus is therefore on new developments in these compound classes. Available published patent literature and related publications up to February 1997 are covered in this paper.

## 2. Pharmacophore model of the ATP-binding site

In 1995, Furet *et al.* (Novartis) published the first data on their pharmacophore model of the ATP-binding site of the EGF-R PTK [32]. This model was built up in several steps. In a first step, using the published crystal data of the catalytic subunit of cAMP-dependent protein kinase [33,34], a hypothetical model of the binding mode of the protein kinase inhibitor staurosporine in the ATP-binding site of the c-AMP-dependent protein kinase was developed [32]. Subsequently, based on the crystal data of the cAMP kinase, a 3D model of the kinase domain of the EGF-R was built by homology. This model is very similar to that published by Gill and co-workers [35]. Finally, after superposition of the dianilino-phthalimide **1** (CGP 52 411) on ATP (**Figure 2**) in combination with knowledge gained from the general binding mode of staurosporine, Furet *et al.* arrived at the following assumptions for the hypothetical pharmacophore model of the ATP-binding site of the EGF-R PTK [30,32].

### 2.1 Hydrogen bond donor-acceptor system

ATP is anchored in the active site of the enzyme by two key hydrogen bonds involving a hydrogen of the N-6 amino group and the N-1 nitrogen of the adenine moiety. The imide part of CGP 52 411 builds a similar bidentate-hydrogen bond donor-acceptor system with $Gln^{767}$ and $Met^{769}$ of the EGF-R (corresponding to $Glu^{121}$ and $Val^{123}$ in cAMP kinase). Such a donor-acceptor system is crucial for the binding of the inhibitor to the enzyme. An additional interaction of the second imide carbonyl with $Thr^{766}$ of the enzyme might also be important for this compound class.

© Ashley Publications Ltd. All rights reserved.

Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 66 of 182 PageID #: 1829

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

### 2.2 Sugar pocket

The ribose moiety of ATP can be replaced by a phenyl ring of the anilino moiety, thus conferring potency as well as selectivity for the EGF-R PTK.

### 2.3 Hydrophobic pocket

The existence of a large hydrophobic pocket in the active site of the enzyme opposite to the 'sugar pocket' is hypothesised. This cavity is not exploited by ATP, thereby offering the medicinal chemist many possibilities for the design of new inhibitors.

The validity of this pharmacophore model was demonstrated by the *in vitro* activity of several dianilinophthalimide derivatives [23]. The model found its first successful application in the identification and optimisation of 4-phenylamino-7H-pyrrolo[2,3-d]pyrimidines as a novel class of highly potent and selective EGF-R PTK inhibitors (see below) [30]. Superimposition of the pyrrolo-pyrimidine **6** ($IC_{50}$ = 28 nM) with ATP suggests that the essential bidentate hydrogen bond donor acceptor system is constituted by the pyrrole NH-7 and the N-1 of the pyrimidine ring. In this case, the meta-chlorophenyl moiety is mimicking the ribose of ATP in the 'sugar pocket', thereby forming a favourable interaction with residue $Cys^{773}$ of the kinase in the pocket. It is postulated that this cysteine residue plays an important role in the selective recognition of ligands by the EGF-R PTK. The two methyl groups in the pyrrole ring are pointing towards the 'hydrophobic pocket', thereby providing only a suboptimal occupance of the available space (**Figure 2** or binding mode A in **Figure 3**). A second binding mode (mode B) can be postulated for the pyrrolo-pyrimidines. In this mode B, the hydrogen bond donor-acceptor system is formed by the 4-amino group and N-3 of pyrimidine. An aromatic moiety at N-1 of the pyrrole ring would then fill the 'sugar pocket' (**Figure 3**). Optimisation of inhibitory activity based on binding mode A led to the identification of EGF-R PTK inhibitors which were active in the low nanomolar range [30], whereas optimisation based on mode B provided highly potent inhibitors of the *c-Src* tyrosine kinase (see below).

Stimulated by the successful application of the pharmacophore model to the class of the phenylamino-pyrrolo-pyrimidines, chemists at Novartis applied these findings to the pyrazolo-pyrimidines **8** and **9**, which were identified in a random-screening program as lead structures [31]. Again, both binding modes A and B may be applicable (Dual Fit). Assuming a similar binding mode A for pyrazole **8** (or its equipotent 6-desamino derivative, **10**) as already demonstrated for 4-phenylamino-pyrrolo-pyrimidines would implicate that:

- the NH-1 of the pyrazole ring and N-7 of the pyrimidine ring form the bidentate hydrogen bond donor-acceptor system
- the 4-amino group points toward the 'sugar pocket'
- the anilino substituent at the C(3) position of the pyrazole ring fills the large hydrophobic pocket

Binding mode A suggests the addition of a phenyl or meta-chlorophenyl moiety, respectively, to the 4-amino group of the pyrimidine ring. In fact, the designed compound **7** (**Figure 1**) was almost one order of magnitude more potent than the parent compound **8**, or 5-times more potent than the desamino compound **10**. Further optimisation of pyrazolo-pyrimidines according to binding mode A led to compounds with $IC_{50}$ values around 1 nM [31]. Application of binding mode B onto compound **9** suggests the bidentate hydrogen bond donor-acceptor system for the 4-amino group and the N-5 pyrimidine nitrogen. In this case, the phenyl ring attached to the N-1 of the pyrazole ring would replace the ribose of ATP in the 'sugar pocket', whereas the phenyl substituent at the C-3 position of the pyrazole ring again points towards the large hydrophobic pocket (**Figure 3**).

Novartis' pharmacophore model has now proven its validity in the optimisation of the classes of the pyrrolo- and pyrazolo-pyrimidines. The structural similarity and the similar SAR with respect to the anilino part of the molecule between these classes, the classes of the 4-anilino-quinazolines [28] and the 4-anilino-pyrido-pyrimidines [29] would suggest a similar binding mode. However, at several meetings Parke-Davis scientists presented preliminary data of a binding mode for 4-anilino-quinazolines and 4-anilino-pyrido-pyrimidines which is quite different from the Novartis model. According to their model, the anilino moiety fills the hydrophobic pocket, whereas the 'sugar pocket' is unoccupied. Since no detailed data about the Parke-Davis model have been published so far, a direct comparison of the two models is not yet possible. Nevertheless, it cannot be excluded that the ATP-binding site of the EGF-R enzyme allows more than one binding mode. Additional support for the Novartis model is given by two recent findings. Preliminary data of the crystal structure of a complex of staurosporine with CDK2 were presented at an IBC meeting in London showing the hydrogen bond donor-acceptor system between the amide part of staurosporine and the enzyme together with the presence of a large hydrophobic pocket as predicted by Furet *et al.* [32].

© Ashley Publications Ltd. All rights reserved. 

A00628

Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 67 of 182 PageID #: 1830

R = $NH_2$: **8**
R = H: **10**

**9**

**Figure 2:** Pharmacophore model of the ATP-binding site.

**A.** Superposition of dianilinophthalimide **1** on ATP

**B.** Superposition of pyrrolo-pyrimidine **6** on ATP

Large hydrophobic pocket

'Sugar' pocket

**Figure 3:** Dual binding modes of pyrrolo-pyrimidines and pyrazolo-pyrimidines.

Large
hydrophobic pocket
`Sugar' pocket
Binding mode A
Binding mode B

© Ashley Publications Ltd. All rights reserved. 

A00629

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

**Figure 4:** Pyrrolo[2,3-d]pyrimidines.

11

12
CGP 60 261

13
CGP 62 706

14

15

R = $OCH_3$: **16**
R = OH: **17**
R = $NH_2$: **18**

19

20

21

## 3. 4-Phenylamino-pyrrolo-pyrimidines

The optimisation of this class of compounds, which was identified with the help of the above described pharmacophore model, is currently being pursued at Novartis (Ciba) with high priority. Examples of 4-(phenylamino)-*7H*-pyrrolo[2,3-d]pyridines with various substituents in the 4-anilino part and aromatic rings at the 5 and/or 6-position of the pyrrole ring were disclosed in a first patent in 1995 [101], followed by a publication in *J. Med. Chem.* (1996) [30]. In this paper, the SAR of a series of 4-(phenylamino)-pyrrolo-pyrimidine derivatives showed a preference for electron-withdrawing substituents (e.g., Cl, Br) at the meta-position of the anilino moiety as has already been described in 4-anilino-quinazolines. In addition, bulky (aromatic) substituents in the 5-and/or 6-position of the pyrrole ring increased potency in some cases. These data were in accordance with the pharmacophore model of the ATP-binding site where the replacement of the ribose of ATP by a phenyl moiety and the presence of a 'large hydrophobic pocket' was postulated. The marked decrease of inhibitory activity with compounds where the anilino moiety is replaced by a benzylamine or phenoxy group indicates that there are stringent structural requirements for binding to the 'sugar pocket'. The most potent compounds of this series (**6**,**11-13**) inhibit the EGF-R PTK with $IC_{50}$ values between 6 - 30 nM. The pyrimido-indole **13** (CGP 62 706; $IC_{50}$ = 6 nM) is the most active derivative of this series and is equipotent to the anilino-quinazoline **4** (PD 153 035) in this assay system [28]. High selectivity towards a panel of non-receptor tyrosine kinases (*c-SRC*, *v-Abl* and serine/threonine kinases (PKC α, PKA) was observed. Kinetic analysis revealed competitive type kinetics relative to ATP. In cells, EGF-stimulated cellular tyrosine phosphorylation was inhibited by these compounds at $IC_{50}$ values between 0.1 - 0.4 µM, whereas PDGF-induced tyrosine phosphorylation was not affected by concentrations up to 10 µM. Due to its balanced biological profile, compound **6** (CGP 59 326) was then chosen for further evaluation. It inhibits the EGF-R PTK ($IC_{50}$ = 27 nM) but not the *c-erb*B-2 PTK and has a selectivity ratio of > 1000 against most other tested tyrosine and serine/threonine kinases. In cells, EGF-stimulated cellular tyrosine phosphorylation was inhibited by CGP 59 326 with an $IC_{50}$ of 0.3 µM, whereas PDGF-induced tyrosine phosphorylation was not affected ($IC_{50}$ > 100 µM). In addition, this compound was able to selectively inhibit *c-fos* mRNA expression in EGF-dependent cell lines with $IC_{50}$ value of 2 µM, but did not affect *c-fos* mRNA induction in response to PDGF or PMA ($IC_{50}$ > 100 µM) [30]. CGP 59 326 inhibited the proliferation of a number of EGF-expressing epithelial cell lines (NCI-H596, BT20, SK-BR-3, MDA-MB468, A431, BALB/MK,

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

© Ashley Publications Ltd. All rights reserved.

etc.) with $IC_{50}$ values between 0.5 - 1.5 μM, while having only marginal antiproliferative activity against EGF-R negative cell lines (NCI-H520, NCI-H69, ZR-75-1, FDC-P1, etc.). This good correlation between the $IC_{50}$ values for inhibition of proliferation, tyrosine phosphorylation and *c-fos* mRNA expression indicates high selectivity of this compound (class) for the inhibition of the ligand-activated EGF-R signal transduction pathway. In contrast to previously described inhibitors, this compound is characterised by potent and selective *in vivo* antitumor activity at well tolerated doses. When used as a single agent, CGP 59 326 inhibited growth of human tumour xenografts expressing the EGF-R (MDA-MB468, NCI-H596, A431), but showed only marginal activity against EGF-R negative Xenografts (NCI-H520, NIH *src*$^{527Phe}$). The $ED_{50}$ in the A431 nude mouse model after oral or subcutaneous administration (once daily) was found to be 1 - 2 mg/kg. Combination of CGP 59 326 with cytotoxic agents (e.g., taxol, adriamycin, vinblastine) resulted in tumour regression and eventually cures. High plasma levels in mice, rats and dogs were detected after an oral dose of 50 - 100 mg/kg [36]. This compound is currently in extended preclinical evaluation at Novartis.

A new patent from Ciba (Novartis), published in January 1997, expanded further on the pyrrolo-pyrimidine class [102]. Numerous examples with substituents in 6-position of the pyrrole ring, including acids, esters or amides, heterocyclic rings or meta- or para-substituted aromatic rings (such as compounds **14-18**) were described therein. In addition, derivatives where the meta-chloro-anilino substituent in the 4-position of the pyrimidine ring is replaced by a *(R)*-phenethylamino moiety (such as compound **19**) were also mentioned. Some of these compounds exhibit $IC_{50}$ values of 1 nM against the EGF-R kinase, suggesting that they are more potent than PD 153 035.

Independently, Parke-Davis filed two patents [103,104] covering numerous bicyclic and tricyclic phenylamino-pyrimidines, including a series of indolo[2,3-d]- or benzothieno[3,2-d]pyrimidines and derivatives thereof (e.g., compounds **22-24**). Also mentioned in these patents were *m*-bromoanilino-purine, isomeric *m*-bromoanilino-thieno[d]-pyrimidines together with pyrido[2,3-d]- or pyrido[3,4-d]pyrimidines (see below). Biological data from indolo[2,3-d]- or benzothieno[3,2-d]pyrimidines **22-24** were later presented at various meetings. Under their assay conditions, PD-158 254 (compound **22**), the bromo analogue of Novartis' indolo[2,3-d]pyrimidine **13** [30], inhibited the EGF-R kinase and EGF-R autophosphorylation in A431 cells with $IC_{50}$ values of 31 nM and 624 nM, respectively. Increased potency was found with the methoxy derivative **23** (PD-161 176). This inhibitor showed an $IC_{50}$ of 1.2 nM against the EGF-R kinase and of 13 nM in the autophosphorylation assay [37]. PD-157 655 (compound **24**), a benzothieno-pyrimidine with an additional amino group in the aromatic ring, was of similar potency (EGF-R kinase: $IC_{50}$ of 0.27 nM) [38]. Although highly potent, these compounds were highly insoluble and therefore not suitable for further preclinical evaluation. Further modifications should result in the synthesis of more soluble derivatives without substantial loss of potency.

**Figure 5:** Indolo-pyrimidines.

In a recent Pfizer patent [105], pyrrolo-[2,3-d]pyrimidines with anilino or heterocyclic substituents in the 4-position of the pyrimidine but without substituents in 5- or/and 6-positions of the pyrrole were disclosed.

Whereas optimisation of pyrrolo[2,3-d]pyrimidines according to binding mode A led to highly selective EGF-R PTK inhibitors, optimisation based on binding mode B (**Figure 3**) led to inhibitors with nanomolar activity against the *C-src* tyrosine kinase. In a Ciba patent, numerous derivatives with a free amino group in 4-position of the pyrimidine and substituted aromatic rings in 5-position of the pyrrole ring as well as at the pyrrole nitrogen (compounds **20** and **21**) were described [106].

This class of compounds clearly has the potential to provide candidates for clinical development as anticancer drugs.

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

© Ashley Publications Ltd. All rights reserved.

**Figure 6:** 4-Phenylamino-pyrazolo-pyrimidines.

R = Cl: **7**
R = $CH_3$: **25**

R = p-OH: **26**
R = p-$NH_2$: **27**
R = m-OH: **28**

**29**

R = p-OH: **30**
R = p-$NH_2$: **31**
R = m-$NH_2$: **32**

R = $C_6H_5$: **9**
R = 1-naphthyl: **33**
R = $C(CH_3)_3$: **34**

## 4. 4-Phenylamino-pyrazolo-pyrimidines

In the course of the random screening program of a pool of Ciba chemicals, the two pyrazolo pyrimidines **8** ($IC_{50}$ = 0.22 µM) and **9** ($IC_{50}$ = 1.2 µM) were identified as lead structures. Using the pharmacophore model for ATP-competitive inhibitors [30,32], the class of the pyrazolo[3,4d]pyrimidines was then optimised in an interactive process leading to a series of 4-(phenylamino)-1H-pyrazolo[3,4-d]pyrimidines as highly potent inhibitors of the EGF-R tyrosine kinase [31,107]. The most potent compounds of this series (**26-32**) inhibited the EGF-R PTK with $IC_{50}$ values between 1 - 10 nM. High selectivity towards a panel of non-receptor tyrosine kinases (*c-Src*, *v-Abl*) and serine/threonine kinases (*PKCα*, *CdK1/2*) was observed. In cells, EGF-stimulated cellular tyrosine phosphorylation was inhibited by these compounds at $IC_{50}$ values below 50 nM, whereas PDGF-induced tyrosine phosphorylation was not affected by concentrations up to 10 µM, thus indicating high selectivity for the inhibition of the ligand-activated EGF-R signal transduction pathway. Proliferation of the EGF-dependent MK cell line was inhibited with $IC_{50}$ values below 0.5 µM. Unfortunately, the most potent compounds showed unsatisfactory bioavailability after oral administration to mice and were not used for *in vivo* experiments. Although not belonging to the most potent derivatives of this series, compounds **7** and **25** showed satisfactory plasma levels and were therefore tested *in vivo*. They exhibited good efficacy at doses between 12.5 and 50 mg/kg in a nude mouse tumour model using xenografts of the EGF-R overexpressing A431 cell line. As found earlier in other classes of phenylamino-pyrimidine compounds, the SAR studies in this series again showed a preference for meta-chloro or meta-bromo substitution in the anilino ring. The tolerance for rather bulky substituted phenyl, phenylamino and benzyl rings in 3 position of the pyrazole ring confirms the presence of a large hydrophobic pocket in the ATP-binding site of the EGF-R. The fact that the most potent compounds of this series have a hydroxy or amino function in the meta or para position indicates that an additional interaction to one of the amino acids (presumably $Phe^{832}$) of the enzyme is formed [31]. Further optimisation at Novartis is ongoing.

Interest in binding mode B of this compound class was documented by a recent Pfizer patent [108] describing a series of 4-amino-pyrazolo[3,4-d]pyrimidines with substituted aromatic rings at N-1 and at the 3-position of the pyrazole ring, and analogues thereof (compounds **33** and **34**), as potent inhibitors of the *C-src* PTK. In this patent, compound **9**, identified by Ciba in their random screen, was also included. For the tertiary butyl analogue **34**, inhibition of the *Lck* and *Fyn*

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

© Ashley Publications Ltd. All rights reserved.

kinases with $IC_{50}$ values of 5 and 6 nM, respectively, but not of the *ZAP-70*, *Jak-2* and EGF-R kinases and selective inhibition of T-cell tyrosine phosphorylation in human peripheral blood T-cells ($IC_{50}$ = 0.55 µM) was reported [39].

This class of the pyrazolo-pyrimidines adds another interesting alternative to the other phenylamino-pyrimidine-type structural classes.

## 5. 4-Anilino-quinazolines

Besides 4-anilino-pyrrolo-pyrimidines and 4-anilino-pyrazolo-pyrimidines, derivatives of the class of the 4-anilino-quinazolines probably belong to the most potent and selective inhibitors of the EGF-R PTK. Since the publication of the first patents [109,110] and publication [40] by ICI/Zeneca in 1992/93 and the *Science* paper by Parke-Davis in 1994 [28], describing PD 153 035 (compound **4**) as an EGF-R kinase inhibitor with an $IC_{50}$ in the picomolar range, this compound class has found great attraction from many companies and research institutes in the world. Currently, more than 7 companies compete in the synthesis of derivatives and have filed patents. SAR and biological properties of numerous quinazoline derivatives have been published in many papers and reviews [24,25] and are therefore only briefly summarised in this review.

PD 153 053 inhibits the EGF-R PTK with a $K_i$ of 5 pM and is clearly ATP-competitive [28]. Using Novartis' assay conditions for the EGF-R kinase assay, this compound has an $IC_{50}$ value of 6 nM, thus documenting that a comparison of the biological properties should be done under similar assay conditions. In Swiss 3T3 mouse fibroblasts or A431 cells, the compound selectively blocks EGF-R autophosphorylation or *c-jun* induction with $IC_{50}$ values between 14 - 160 nM [28]. However, only weak *in vivo* activity in A431 tumours in athymic nude mice was reported for this compound, probably due to its unsatisfactory bioavailability and rapid metabolism [41]. SAR studies at the 4-anilino part of the molecule showed a preference for electron-withdrawing substituents in the meta-position with bromine being superior to chlorine [42,43]. Further patent applications from Zeneca included substituents at the 6- and 7-positions (e.g., 7-halo side-chains) [111]. Extensive SAR analysis of a series of 4-anilino-quinazolines was described in a publication by Parke-Davis, revealing a preference for small electron-donating substituents at the 6/7-positions, whereas 5- and 8-substitutions decreased activity. Interestingly, combination of optimal substituents in 6/7-positions such as amino or methoxy with meta-halogen at the meta-position of the anilino moiety led to 'supra-additive' effects of *in vitro* potency which are

**Figure 7:** 4-Anilino-quinazolines.

**4** PD-153 035

**35**

**36** CP 292 597

**37**

**38**

**39**

**40** CP 358 774

**41**

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

© Ashley Publications Ltd. All rights reserved. 

A00633

**Figure 7:** 4-Anilino-quinazolines (*continued*).

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

explained by the induction of a conformational change in the enzyme [43].

With regard to alternative side-chains at the 4-position of the pyrimidine ring, thereby replacing or modifying the anilino moiety, various patents have been issued. A Zeneca patent covered a variety of bicyclic amino-heteroaromatics [112]. Compound **35** inhibited the EGF-R kinase and the proliferation of EGF-stimulated naso-pharyngeal KB cells with $IC_{50}$ values of 1 nM and 400 nM, respectively. In addition *in vivo* activity in a TGF-α hepatocyte stimulation model with an $ED_{50}$ of 3 mg/kg was also described. Later, a Pfizer patent claimed a variety of 4-heterocyclyl-substituted-6,7-dimethoxy-quinazolines such as the dihydro-indolyl compound **36** (CP 292 597) [113]. In a Rhône-Poulenc Rorer patent [114], recently followed by a publication by Myers *et al.* [44], it is claimed that several compounds where the anilino nitrogen is methylated or replaced by oxygen (4-phenoxy-quinazolines) or sulfur (4-thiophenoxy-quinazolines) exhibit activity against the CSF-R or *Lck* tyrosine kinases (compound **37**). A patent from Wellcome Found describes 6,7-dimethoxy-4(4-phenoxyanilino)-quinazoline (**38**) with activity against the *c-erb*B-2 kinase with an $IC_{50}$ of 21 nM [115]. Bridges *et al*. published an interesting observation [45]; although the benzylamino side-chain seems not to be as potent as the 4-bromo-anilino, a $K_i$ of 630 pM was reported for the (*R*)-phenethylamino derivative (**39**), whereas the corresponding *(S)*-phenethylamino analogue was > 100 times less potent, thus demonstrating that the ATP-binding site of the kinase is very sensitive to small conformational changes of the molecule. Although no biological data are given, SUGEN claims activity against several tyrosine kinases, including HER2, PDGF-R, *Src* or KdR/Flk-1 kinases, with a series of 4-benzyl-quinazolines with substituents at the benzylic $CH_2$ group [116]. Finally, two recent patent applications from Pfizer [117] and Rhône-Poulenc Rorer [118] describe quinazoline derivatives with various substituents in the anilino side-chains such as the ethynyl compound **40** (CP 358 774) which is in preclinical development, or the 4-indolyl compound **41** as selective EGF-R PTK inhibitors. For compound **41**, inhibition of the *c-erb*B-2 tyrosine kinase (HER2 kinase) was also mentioned.

In 1994, Zeneca filed a patent for a series of fused linear tricyclic quinazoline derivatives as best exemplified by the oxoimidazole compound **42** ($IC_{50}$ = 16 nM) and the imidazolo-quinazoline **42** ($IC_{50}$ = 35 nM) [25,119]. In 1995, two Parke-Davis patents [120,121] and a publication by Rewcastle *et al.* (Parke-Davis) [46] described the synthesis and biological evaluation of a series of fused tricyclic 4-anilino-quinazolines of similar structure, thus documenting the high competitive pressure in this compound class. The most potent

© Ashley Publications Ltd. All rights reserved.

imidazolo compound **44** had an $IC_{50}$ of 8 pM in the EGF-R kinase assay (using a fragment of phospholipase Cγ1 as substrate). SAR analysis showed that N-methylation of linear tricyclic ring systems of similar geometry such as triazolo-, thiazolo or pyrazino-quinazolines led to derivatives with decreased activity. Although less potent than **44**, linear pyrazolo-quinazolines **45** ($IC_{50}$ = 0.34 nM) or pyrrolo-quinazolines **46** ($IC_{50}$ = 0.44 nM) still were active in the subnanomolar range. All compounds were highly selective against other kinases and demonstrated selective inhibition of EGF-stimulated mitogenesis in Swiss 3T3 cells ($IC_{50}$ = 46 nM for compound **44**). Binding to the ATP-site of the enzyme was suggested. Later, Karl Thomae GmbH entered competition in this field by claiming imidazolo[4,5-g]quinazolines of quite similar structure and activity profile as already described by Zeneca and Parke-Davis [122]. Inhibition of the EGF-dependent proliferation by compound **47** with an $IC_{50}$ of 17 nM was reported in this patent.

Although not belonging to the most potent 4-anilino-quinazolines, the Zeneca compound **48** underwent extensive *in vitro* and *in vivo* biological profiling. Detailed data of this compound have been reported at several meetings [47,48]. The compound selectively inhibited the EGF-R PTK with an $IC_{50}$ of 0.5 µM and the growth of KB carcinoma cells with an $IC_{50}$ of 1.0 µM. Autophosphorylation in these cells was stopped at a rather high inhibitor concentration of 20 µM. Following oral administration of 50 mg/kg, high and prolonged plasma levels were achieved (45.2 µM after 6 h). Significant *in vivo* antitumor activity was described with **48** in nude mice bearing KB cell xenografts after p.o. application (once daily) of 200 mg/kg for 15 days (60.5% inhibition of tumour volume). The compound was well tolerated at this dose. A variety of other tumour xenografts (e.g., A549, NSCLC, A431 or HT29 colorectal) gave similar results. However, the compound proved to be mutagenic in the AMES test [48]. The overall biological profile doesn't qualify this compound as a development candidate.

Probably in an attempt to improve the unsatisfactory solubility of 4-anilino-quinazolines, thereby allowing the preparation of water-soluble salts, Zeneca filed five patents in October 1996 covering 4-anilino-quinazolines with basic amino side-chains in position 6 of the quinazoline ring and a 3-chloro-4-fluoro-anilino or 3-methylanilino moiety in 4-position of the pyrimidine ring as exemplified by compound **49** (ZD 1839) which has gone through Phase I trial. [123-127]. Cellular activity against the KB cell line with $IC_{50}$ values between 0.04 - 0.3 µM and *in vivo* efficacy in the A431 nude mouse tumour model at doses between 12.5 - 50 mg/kg (once daily) were mentioned in these patents.

## 6. Pyrido-pyrimidines and pyrimido-pyrimidines

Introduction of a nitrogen into the aromatic ring B of 4-anilino-quinazolines led to 4-anilino-pyrido[4,3-d]pyrimidines (compound **5**), another interesting class of highly potent EGF-R PTK inhibitors, patented [103,104] and later published by Parke-Davis [29]. SAR data on the anilino part of the molecule gave similar results to those previously described in the 4-anilino-pyrrolo-pyrimidine, 4-anilino-pyrazolo-pyrimidine and 4-anilino-quinazoline series with a preference for halogens in the meta-position. An extended study by Rewcastle *et al.* [49] of four series of isomeric pyrido[d]pyrimidines bearing electron-donating substituents at the 6- or 7-positions showed clear superiority of the [3,4-d] and [4,3-d] series over the [3,2-d] and [2,3-d] series. A methylamino or dimethylamino group in 6-substituted pyrido[3,4-d]pyrimidines or 7-substituted pyrido[4,3-d]pyrimidines increased potency dramatically. The 7-(methylamino)-pyrido[4,3-d]-pyrimidine **50** ($IC_{50}$ = 0.13 nM), 6-(methylamino)-[3,4-d]pyrimidine **51** (PD-158 780; $IC_{50}$ = 0.008 nM) and 6-(dimethylamino)-pyrido[3,4-d]pyrimidine **52** ($IC_{50}$ = 0.006 nM) were considered to be of high interest. Later, the biological profile of PD-158 780 was described in more detail at several meetings [50,51]. The compound had high selectivity against other tyrosine kinases such as the PDGF-R or FGF-R kinases. Cellular phosphorylation of *erb*B-2, 3 and 4 is inhibited with $IC_{50}$ values between 50 - 80 nM. Suppression of the EGF-R autophosphorylation in A431 human epidermoid carcinoma and MDA-MB-468 human breast carcinoma was immediate with an $IC_{50}$ of 13 nM. Inhibition was reversed when the compound was removed from the extracellular medium. Specificity of the compound was demonstrated through lack of inhibition of other tyrosine kinases in fibroblasts. In addition, PD-158780 suppressed clone formation of those fibroblasts transfected with components of the EGF-R family (including EGF-R and the neu oncogene) whereas it had no effect on fibroblasts transformed with *ras* or *raf*. PD-158780 reduced clone formation of various EGF overexpressing tumour cell lines (e.g., MDA-MB-468, SK-BR-3,MCF-7) with submicromolar $IC_{50}$ values. However, the compound showed only weak *in vivo* potency after ip. or p.o. administration in several EGF-depending tumour systems (A431, MCF-7, NIH3T3 fibroblasts) probably due to its unfavourable solubility profile [52].

A completely new profile against tyrosine kinases was achieved with the pyrido[2,3-d]pyrimidine series, first patented by Parke-Davis in 1996 [128]. In contrast to the [4,3-d]or [3,4-d] series, pyrido[2,3-d]pyrimidines possess no anilino moiety in the 4-position of the pyrimidine ring. Introduction of a ortho-dichloro-

© Ashley Publications Ltd. All rights reserved. 

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

**Figure 8a:** Pyrido[d]pyrimidines.

R = $NH_2$: **5**
R = $NHCH_3$: **50**

R = $NHCH_3$: **51** PD-158 780
R = $NH(CH_3)_2$: **52**

**53**
PD-166 285

**54**

**55**

**Figure 8b:** Pyrimido[5,4-d]pyrimidines.

**56**

**57**

**58**

phenyl substituent in the 6-position and a substituted amino or anilino moiety in the 2 position led to a series of derivatives with unselective activity in the nanomolar range against the PDGF-R, FGF-R and c-*Src* and EGF-R tyrosine kinases. Compound **53** (PD-166 285) had $IC_{50}$ values of 98, 35, 10 and 44 nM against these kinases. It inhibited PDGF-stimulated effects in cells (C-6 glioma) with an $IC_{50}$ of 31 nM. A daily ip. dose of 10 mg/kg in mice transplanted with PDGF-transfected 3T3 fibroblast cells significantly reduced tumour size. PD-166 285 was bioavailable after p.o. and ip. administration [53]. SAR analysis of a series of 2,7-substituted pyrido[2,3-d]pyrimidines demonstrated that the diethyl-amino-butyl or N-methylpiperazinyl-propyl side-chain in 2-position combined with a t-butyl or ethyl urea moiety at the 7-position resulted in the most potent compounds (**54**,**55**). Compound **54** inhibited the PDGF-R, FGR-R and *c-Src* PTKs with $IC_{50}$ values of 260, 45 and 22 nM, respectively. In rat aortic smooth muscle cells (RASMC), PDGF-R autophosphorylation was blocked at an $IC_{50}$ of 300 nM. High water solubility of these compounds should allow *in vivo* testing [54].

Pyrimido[5,4-d]pyrimidines (compound **56**) were also included in the Parke-Davis patents of pyrido[d]-pyrimidines [103,104] and were reported to exert *in vivo* antitumor activity in the KB nude mouse model at oral daily doses of 12.5 mg/kg [55]. Karl Thomae GmbH filed three patents covering substituted anilino side-chains in the 4-position and a variety of substituents in the 6-position. 4-[3-methylphenyl)amino]-6(t-butylamino)-pyrimido[5,4-d]pyrimidine **57** was claimed to inhibit EGF-dependent cell proliferation with an $IC_{50}$ of 5 nM [129-131]. In addition, the pyrimido-pyrimidine **58** (Parke-Davis) with an additional imidazole moiety was able to inhibit the EGF-R kinase enzyme and EGF-stimulated EGF-R autophosphorylation in cells with $IC_{50}$ values of 0.25 nM and 5.1 nM, respectively [55].

## 7. Phenylamino-pyrimidines

It was shown by Zeneca that the quinazoline bicyclic part can be reduced to 4,6-dianilino-pyrimidines without substantial loss of activity against the EGF-R kinase. Compound **59** had an $IC_{50}$ of 1 nM against the EGF-R kinase and was active *in vivo* ($ED_{50}$ at 12.5 mg/kg) [25,132]. Within a series of 2,4-disubstituted phenylamino-pyrimidines, Zimmermann *et al.* (Novartis) demonstrated that selectivity against other protein kinases can be modulated through minor modifications in the molecule [56]. Originally, the phenylamino-pyrimidine **60** was identified as an attractive lead, acting as an dual inhibitor against PKC-α as well as the PDGF-R tyrosine kinase in the submicromolar range. Simply through introduction of a methyl group in the

© Ashley Publications Ltd. All rights reserved.

**Figure 9:** Phenylamino-pyrimidines.

59

60
Dual inhibitor

R = $CH_3$: **61**
R = H: **2** CGP 53 7 16
R = —N(piperazine)N—$CH_3$ : **3** CGP 57148

**Figure 10a:** Various tyrosine kinase inhitors - tyrphostins.

**62**
SU1498

**63**

**64**

6-position of the phenyl ring (compounds **2**,**3**,**61**), the inhibition against PKC-α was completely lost, whereas the potency for inhibition of the PDGF-R autophosphorylation was dramatically increased ($IC_{50}$ = 10 nM for compound **3**). The dramatic loss of activity against PKC-α was explained by a forced change of the preferred conformation upon the introduction of this 'flag-methyl' group leading to severe clashes with the wall of the ATP-binding pocket within the PKC family of enzymes [56,57]. Meanwhile, five patents covering phenylamino-pyrimidine derivatives have been disclosed by Novartis [133-137]. From the whole series, compound **2** (CGP 53 716) and its water-soluble analogue **3** (CGP 57 148) were chosen for further biological profiling [27,58,59]. Both compounds were dual inhibitors of the PDGF-R as well as the *v-Abl* tyrosine kinases, CGP 53 716 inhibited PDGF-R autophosphorylation and the *V-abl* tyrosine kinase with $IC_{50}$ values of 100 and 400 nM, respectively, whereas CGP 57 148 was more potent against the *v-Abl* kinase ($IC_{50}$ = 33 nM) than the PDGF-R kinase ($IC_{50}$ = 300 nM). Both compounds showed 100 - 1000 fold selectivity against a panel of over 20 serine/threonine and tyrosine kinases, including seven PKC isozymes and the EGF-R, IGF-IR or *c-Src* tyrosine kinases. In intact cells, both *v-Abl* and PDGF-R auto-phosphorylation as well as PDGF-induced *c-fos* mRNA expression were selectively blocked with $IC_{50}$ values between 100 - 300 nM. In antiproliferative assays, the compounds were 30- to 100-fold more potent in inhibiting the growth of *v-Abl* or *v-Sis* transformed cell lines relative to inhibition of EGF-dependent MK cells or interleukin-3 (IL-3) dependent FDC-P1 cells. In addition, in colony-forming assays of peripheral blood or bone marrow from patients with CML, there was a 92 - 98% decrease in the number of *Bcr-Abl* colonies formed, but no inhibition of normal colony formation. When tested *in vivo* in nude mice, CGP 53 716 and CGP 57 148 exhibited antitumor activity at doses between 3.13 and 50 mg/kg against tumorigenic *v-Abl* and *v-Sis*-transformed BALB/c 3T3 cells. In contrast, CGP 57 148 did not affect tumour growth of *v-Src* expressing cells. These findings suggest that CGP 53 716 may be a development candidate for proliferative diseases that involve abnormal proliferation induced by PDGF-R activation. CGP 57 148 may have therapeutic potential for the treatment of *Bcr-Abl* positive leukaemias such as CML.

## 8. Various tyrosine kinase inhibitors

### 8.1 Tyrphostins

Tyrphostins constitute a family of PTK inhibitors that have probably undergone the most intensive chemical and biological studies in the field of signal transduction [3]. Despite the synthesis of numerous derivatives, none have so far led to a clinical candidate. Although VEGF-mediated activity has been described for some tyrphostins such as SU1498 (compound **62**) [60,61], interest in this class of compound has decreased markedly in the last two years. Nevertheless, two new SUGEN patents have been published, covering sulfonyl derivatives such as the hydroxyphenyl derivative **63** and the thienyl derivative **64** [138,139]. No biological data were given.

© Ashley Publications Ltd. All rights reserved.

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

**Figure 10b:** Various tyrosine kinase inhitors - oxindoles.

65
66
67
68

**Figure 10c:** Various tyrosine kinase inhitors - miscellaneous.

69
SU101
70
SU1433
71
72
73
74

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

### 8.2 Oxindoles

Vinylene-azaindoles and vinylene-oxindoles were first described in 1994 as potent inhibitors of the *Abl*-tyrosine kinase [140,141]. Four patents, published by Pharmacia in 1996, protect new series of azaindolyl, indol-2-oxindole and 3-arylidene-2-oxindole derivatives as exemplified by compounds **65-67** [142-145]. Growth inhibition of the human chronic myelogenous K562 cell line with an $IC_{50}$ of 2.52 µM is mentioned for the cyano compound **65**. Compounds **66** and **67** inhibit the p45v-Abl tyrosine kinase from Abelson murine leukaemia virus with $IC_{50}$ values of 0.78 and 1.73 µM, respectively. In addition, in a SUGEN patent inhibition of VEGF-mediated cell growth is claimed for the indolinone **68** [146].

### 8.3 SU 101

Although no patent or publication has yet been released by Sugen, biological data about SU101 (compound **69**) have been presented recently at the AACR meeting in Washington [62,63]. The compound inhibits PDGF-mediated signalling, DNA synthesis and cell cycle progression. It had growth inhibitory activity against several cell lines which depend on PDGF-R function at $IC_{50}$ values between 0.2 - 0.8 µM ($C_6$ Glioma, SF763T). In athymic mice, SU101 inhibited the growth of C6 cells in a dose-dependent manner (> 90% at a daily ip. dose of 20 mg/kg). In addition, significant inhibition of tumour growth at doses between 5 - 15 mg/kg (50 - 90% inhibition) was observed for glioma, ovarian, prostate, melanoma, leukaemia and lung cell lines. In Phase I trials in glioma patients, fast metabolism of SU101 to its bio-active metabolite SU20 was found. The elimination half-life of the metabolite was reported to be rather high (~ 20 days) leading to accumulation of the drug and high plasma concentrations after 34 weeks. Nevertheless, the drug is well-tolerated in patients. Good correlation between PDGF-R status and efficacy was observed. SU101(SU20) is presently in Phase II trials. Obviously, if active, this drug could contribute to clinical proof of concept. However, there still are some doubts, if the PDGF-R is the primary target of the compound or its metabolite, or if some other, yet unknown target is responsible for its potent antitumor activity.

© Ashley Publications Ltd. All rights reserved.

Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 77 of 182 PageID #: 1840

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

### 8.4 Various inhibitors

Inhibition of VEGF-induced phosphorylation or inhibition of VEGF-induced angiogenesis has been described [60,61] for several structural classes. This includes tyrphostin **62** (SU1498) and quinaxoline derivatives such as AG-1295, AG-1296 or SU1433 (compound **70**) or the indolinone **68** [146]. Broad inhibition of tyrosine kinases, including KDR/Flk-1, is mentioned in a SUGEN patent [147] for urea and thiourea derivatives such as compound **71.** A Pfizer patent protects the dihydropyrimido[4,5-d]quinolin **72** as a tyrosine kinase inhibitor, useful for treating cancer atherosclerosis and anti-angiogenesis [148]. Finally, potent *c-src* inhibition for the 2-iminochromene **73** [64,149] is described, and Roche disclosed a patent claiming aryl-substituted imidazole derivatives (compound **74**) as inhibitors of the EGF-R and the *lck* tyrosine kinases [150].

## 9. Expert opinion and outlook

Cancer is the second leading cause of mortality and morbidity in the Western world. Although progress has been made in the treatment of some types of cancer, the overall improvement in 5-year survival is still low. Currently available anticancer drugs include cytotoxic agents (e.g., adriamycin, taxol, platins, etc.) which have highly toxic side-effects. Many of the current antitumour agents are designed to interfere with nucleic acid or protein synthesis. Hormonal agents, such as anti-oestrogens, anti-androgens and aromatase inhibitors, are generally well tolerated and effective against hormone-dependent tumours. However, such tumours invariably become hormone-independent. Existing chemotherapies, despite gradual improvements, generally result in low quality of life for the patient with little likelihood of cure in advanced disease. Therefore, the medical need for new well tolerated treatments for the most common solid tumours is extremely high, and the oncology area is an attractive and growing marketing area. The concept of the inhibition of growth factor receptor-mediated signal transduction *via* inhibition of its protein tyrosine kinase is a novel, not yet proven clinical approach to the regulation of cell proliferation. Selective tyrosine kinase inhibitors are likely to be non-toxic in comparison to currently used cytotoxic agents. Thus, these agents, able to inhibit or reverse the growth of tumour cells, are expected to slow down disease progression. It may be that in the absence of positive growth signals, some cancers may be able to differentiate or die *via* various apoptotic mechanisms, finally leading to tumour regression. Therefore, kinase inhibitors with acceptable toxicity profiles could offer a significant medical advantage over existing therapies.

Several structural classes, mostly belonging to the phenylamino-pyrimidine-containing classes such as quinazolines, pyrrolo-, pyrazolo-, pyrido- or pyrimidopyrimidines, have provided inhibitors in the low nanomolar or even in the picomolar range (depending on the assay conditions). Kinetic analysis of representatives of these classes has shown ATP-competitiveness, thus providing evidence that the ATP-binding site of kinase enzymes is an attractive target for the design of selective kinase inhibitors. The Novartis' pharmacophore model for inhibitors binding at the ATP-binding site of the EGF-R kinase has successfully been used for the optimisation of the pyrrolo- and pyrazolo-pyrimidines. It has been demonstrated in several cases that minor modification in a molecule can completely alter the selectivity profile with respect to tyrosine kinases, thus indicating the sensitive structural requirements for binding at the catalytic domain.

High selectivity profiles at the enzymatic, as well as the cellular and *in vivo* level, are essential requirements for a kinase inhibitor to become a candidate for development. It is therefore important that a panel of serine/threonine and tyrosine kinases are available for selectivity screening at the enzymatic level. At the cellular level, selective inhibition of (auto)phosphorylation, early gene induction (e.g., *c-fos* induction) and inhibition of proliferation in the relevant cellular systems has to be demonstrated to characterise a compound as a 'true' signal transduction inhibitor. Of the large number of inhibitors where potent and selective kinase inhibition has been reported, only a few examples demonstrated *in vivo* efficacy in relevant tumour models in mice. This reflects the fact that pharmacological properties such as stability in biological media, bioavailability, metabolism or formulability are significant hurdles. Nevertheless, more and more examples now exist where excellent *in vivo* antitumour activity can be demonstrated, such as with the EGF-R tyrosine kinase inhibitors CGP 52 411 (dianilinophthalimide **1**), CGP 59 326 (4-phenylamino-pyrrolopyrimidine **6**), the dual PDGF-R/*v-Abl* tyrosine kinase inhibitors CGP 53 716 (**2**) and CGP 57 148 (**3**), or with known members of the 4-anilino-quinazoline (CP 358 774, ZD 1839) or 4-anilino-pyrido-pyrimidine classes (PD-158 780). Derivatisation in these classes is primarily aimed at improving physico-chemical properties to guarantee ease of formulation and not at improving the biological potency. In any case, the profile of an 'ideal' development candidate will probably be a compromise between its biological and physico-chemical profile.

Presently, a series of interesting compounds against the EGF-R, PDGF-R, *v-Abl* or *Trk* tyrosine kinases is some preclinical R&D stages and is close to enter, or have already entered Phase I clinical trials. There is a

© Ashley Publications Ltd. All rights reserved.

A00639

lack of information on human pharmacology or efficacy for any of these compounds. Only one putative signal transduction inhibitor, SU101 (Sugen), is known to be in clinical trials (Phase II) and might contribute to early proof of clinical concept.

It is very likely that several of the agents now in preclinical development will enter Phase I and Phase II trials during this or next year and will hopefully prove effective in the clinic, most likely in a combination chemotherapy setting.

## Bibliography

1. AARONSON SA: **Growth factors and cancer.** *Science* (1991) **254**:1146-1152.
2. FRY DW, KRAKER AJ, CONNERS RC *et al.*: **Strategies for the discovery of novel tyrosine kinase inhibitors with anticancer activity.** *Anti-Cancer Drug Des.* (1994) **9**:331-351.
3. LEVITZKI A, GAZIT A: **Tyrosine kinase inhibition: an approach to drug development.** *Science* (1995) **267**:1782-1788.
4. SHAMAH SM, STILES CD, GUHAA: **Dominant negative mutants of platelet-derived growth factor revert the transformed phenotype of human astrocytoma cells.** *Mol. Cell. Biol.* (1993) **13**(12):7203-7212.
5. STRAWN LM, MANN E., ELLIGER SS *et al.*: **Inhibition of glioma cell growth by a truncated platelet-derived growth factor-receptor.** *J. Biol. Chem.* (1994) **269**(33):21215-21222.
6. ROSS RN: **The pathogenesis of atherosclerosis - an update.** *New Engl. J. Med.* (1986) **314**:488-500.
7. FERNS GAA, RAINES EW, SPRUGEL KH *et al.*: **Inhibition of neointimal smooth muscle accumulation after angioplasty of an antibody to PDGF.** *Science* (1991) **253**:1129-1132.
8. HIBI K, TAKAHASHI T, SEKIDO Y *et al.*: **Coexpression of the stem cell factor and the c-kit genes in small cell lung cancer.** *Oncogene* (1991) **6**:2291-2296.
9. KRYSTAL GW, HINES SJ, ORGAN CP: **Autocrine growth of small cell lung cancer mediated by co-expression of c-kit and stem cell factor.** *Cancer Res.* (1996) **56**:370-376.
10. WANG JYJ: **Abl tyrosine kinase in signal transduction and cell-cycle regulation.** *Curr. Opin. Genet. Dev.* (1993) **3**:35-43.
11. MUTHUSWAMY SK, MULLER WJ: **Activation of the src family of tyrosine kinases in mammary tumorigenesis.** *Adv. Cancer Res.* (1994) **64**:111-123.
12. BOLEN JB, VEILLETTE A, SCHWARTZ AM, DESEAU V, ROSEN N: **Activation of pp60c-src protein kinase activity in human colon carcinoma.** *Proc. Natl. Acad. Sci. USA* (1987) **84**:2251-2255.
13. HANKE JH, GARDNER JP, DOW RL *et al.*: **Discovery of a novel potent and src-family-selective tyrosine kinase inhibitor: study of Lck and Fyn-dependent T cell activation.** *J. Biol. Chem.* (1996) **271**(2):695-701.
14. LOWE C, YONEDA T, BOYCE BF *et al.*: **Osteopeorosis in src-deficient mice is due to an autonomous defect of osteoclasts.** *Proc. Natl. Acad. Sci. USA* (1992) **90**:4485-4489.
15. HALL TJ, SCHAEUBLIN M, MSSBACH M: **Evidence that c-src is involved in the process of osteoclastic bone resorption.** *Biochem. Biophys. Res. Comm.* (1994) **199**:1237-1244.
16. YOENDA T, LOWE C, LEE CH *et al.*: **Herbimycin A, a pp60c-src tyrosine kinase inhibitor, inhibits osteoclastic bone resorption *in vitro* and hypercalcemia *in vivo*.** *J. Cln. Invest.* (1993) **91**:2791-2795.
17. FERRARA N: **Vascular endothelial growth factor.** *Trends Cardiovasc. Med.* (1993) **3**(6):244-250.
18. KOELCH W, MARTINY-BARON G, KIESER A, MARME D: **Regulation of the expression of VEGF/VPS and its receptors: role in tumor angiogenesis.** *Breast Cancer Res. Treatment* (1995) **36**:139-155.
19. BREIER G, RISAU W: **The role of vascular endothelial growth factor in blood vessel formation.** *TIBC* (1996) **6**:454-456.
20. RUBIN R, BASERGA R: **Insulin-like growth factor 1 receptor: its role in cell proliferation, apoptosis and tumorigenicity.** *Lab. Invest.* (1995) **73**(3):311-331.
21. BURKE TR: **Protein-tyrosine kinase inhibitors:** *Drugs Future* (1992) **17**:119-131.
22. FRY DW: **Protein tyrosine kinases as therapeutic targets in cancer chemotherapy and recent advances in the development of new inhibitors.** *Exp. Opin. Invest. Drugs* (1994) **3**:577-595.
23. TRAXLER P, LYDON N: **Recent advances in protein tyrosine kinase inhibitors.** *Drugs Future* (1995) **20**:1261-1274.
24. SPADA AP, MYERS MR: **Small molecule inhibitors of tyrosine kinase activity.** *Exp. Opin. Ther. Patents* (1995) **5**:805-817.
25. BRIDGES AJ: **The current status of tyrosine kinase inhibitors: do the diarylamine inhibitors of the EGF receptor represent a new beginning?** *Exp. Opin. Ther. Patents* (1995) **5**:1245-1257.
26. TRINKS U, BUCHDUNGER E, FURET P *et al.*: **Dianilinophthalimides: potent and selective, ATP-competitive inhibitors of the EGF-receptor protein tyrosine kinase.** *J. Med. Chem.* (1994) **37**:1015-1027.
27. BUCHDUNGER E, ZIMMERMANN J, METT H *et al.*: **Selective inhibition of the platelet-derived growth factor signal transduction pathway by a protein-tyrosine kinase inhibitor of the 2-phenylaminopyrimidine class.** *Proc. Natl. Acad. Sci. USA* (1995) **92**:2558-2562.
28. FRY DW, KRAKER AJ, MCMICHAEL A *et al.*: **A specific inhibitor of the epidermal growth factor receptor tyrosine kinase.** *Science* (1994) **265**:1093-1095.
29. THOMPSON AM, BRIDGES AJ, FRY DW, KRAKER AJ, DENNY WA: **Tyrosine kinase inhibitors. 7. 7-amino-4-(phenylamino)- and 7-amino-4-[(phenyl-methyl)-aminopyrido[4,3-d]pyrimidines: a new class of inhibitors of the tyrosine kinase activity of the epidermal growth factor receptor.** *J. Med. Chem.* (1995) **38**:3780-3788.
30. TRAXLER P, FURET P, METT H *et al.*: **4-(Phenylamino)pyrrolopyrimidines: potent and selective, ATP site directed inhibitors of the EGF-receptor protein tyrosine kinase.** *J. Med. Chem.* (1996) **38**:2285-2292.

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

© Ashley Publications Ltd. All rights reserved.

31. TRAXLER P, BOLD G, FREI J *et al.*: **Use of a pharmacophore model for the design of EGF-R tyrosine kinase inhibitors: 4-(phenylamino)pyrazolo-pyrimidines.** *J. Med. Chem.* (Submitted).

32. FURET P, CARAVATTI G, LYDON N *et al.*: **Modeling study of protein kinase inhibitors: binding mode of staurosporine - origin of the selectivity of CGP 52 411.** *J. Comp.-Aid. Mol. Design* (1995) **9**:465-472.

33. KNIGHTON DR, ZHENG J, TEN EYCK LF *et al.*: **Crystal structure of the catalytic subunit of cyclic adenosine monophosphate-dependent protein kinase.** *Science* (1991) **253**:407-420.

34. ZHENG J, KNIGHTON DR, ZHENG J *et al.*: **Crystal structure of the catalytic subunit of cAMP-dependent protein kinase complexed with MgATP and peptide inhibitor.** *Biochemistry* (1993) **32**:2154-2161.

35. KNIGHTON DR, CADENA DL, ZHENG J *et al.*: **Structural features that specify tyrosine kinase activity deduced from homology modeling of the EGF receptor.** *Proc. Natl. Acad. Sci. USA* (1993) **90**:5001-5005.

36. LYDON NB, METT H, MUELLER M *et al.*: **A potent tyrosine protein kinase inhibitor which selectively blocks growth of EGF receptor expressing tumor cell *in vitro* and *in vivo*.** *Cancer Res.* (Submitted).

37. SHOWALTER HDH, SERDEL AD, FRY DW *et al.*: **Synthesis and SAR for a series of 4-substituted 1H-pyrmido[4,5-b] and 5H-pyrimido[5,4-b]indoles as EGF receptor tyrosine kinase inhibitors.** *87th Annual Meeting of the American Association for Cancer Research.* Washington, DC, USA (20-24 April, 1996) Poster 2899.

38. ZHOU H, BRIDGES AJ, DOHERTY AM *et al.*: **Synthesis and evaluation of a series of tricyclic [6,5,6]-fused pyrimidines as inhibitors of the epidermal growth factor receptor tyrosine kinase.** *212th American Chemical Society National Meeting.* Orlando, Florida, USA (25-29 August, 1996) Lecture.

39. HANKE JH, GARDNER JP, DOW RL *et al.*: **Discovery of a novel, potent, and Src family-selective tyrosine kinase inhibitor.** *J. Biol. Chem.* (1996) **271**:695-701.

40. WARD WHJ, COOK PN, SLATER AM *et al.*: **Epidermal growth factor receptor tyrosine kinase. Investigation of catalytic mechanism, structure-based searching and discovery of a potent inhibitor.** *Biochem. Pharmacol.* (1994) **48**(4):659-66.

41. KUNKEL MW, HOOK KE, HOWARD CT *et al.*: **Inhibition of the epidermal growth factor receptor tyrosine kinase by PD153035 in human A431 tumors in athymic nude mice.** *Invest. New Drugs* (1996) **13**(4):295-302.

42. BARKER AJ, DAVIES DH, BROWN DS *et al.*: **Structure activity relationships of 4-anilinoquinazolines as inhibitors of EGFR-tyrosine kinase activity.** *Ann. Oncol.* (1994) **5**:120.

43. REWCASTLE GW, DENNY WA, BRIDGES AJ *et al.*: **Tyrosine kinase inhibitors. 5. Synthesis and structure-activity realtionships for 4-[(phenylmethylamino]- and 4-(phenylamino)quinazolines as potent adenosine 5′-triphosphate binding site inhibitors of the tyrosine kinase domain of the epidermal growth factor receptor.** *J. Med. Chem.* (1995) **38**:3482-3487.

44. MYERS MR, SETZER NN, SPADA AP *et al.*: **The preparation and SAR of 4-(anilino), 4-(phenoxy), and 4-(thiophenoxy)-quinazolines: inhibitors of $p56^{lck}$ and EGF-R tyrosine kinase activity.** *Bioorg. Med. Chem. Lett.* (1997) **7 (4):417-424.**

45. BRIDGES AJ, CODY DR, ZHOU H, MCMICHAEL A, FRY DW: **Enantioselective inhibition of the epidermal growth factor receptor tyrosine kinase by 4-(alpha-phenethylamino)-quinazolines.** *Bioorg. Med. Chem.* (1995) **3**(12):1651-1656.

46. REWCASTLE GW, PALMER BD, BRIDGES AJ *et al.*: **Tyrosine kinase inhibitors. 9. Synthesis and evaluation of fused tricyclic quinazolines analogues as ATP site inhibitors of the tyrosine kinase activity of the epidermal growth factor receptor.** *J. Med. Chem.* (1996) **39**(4):918-928.

47. BARKER AJ: **4-Anilinoquinazolines: a new class of tyrosine kinase inhibitors.** *8th RSC-SCI Medicinal Chemistry Symposium.* Cambridge, UK (10-13 Sept., 1995) Lecture.

48. WOODBURN JR, BARKER AJ, WAKELING AE *et al.*: **6-Amino-4-(3-methylphenylamino)-quinazoline: an EGF receptor tyrosine kinase inhibitor with activity in a range of human xenografts.** *Proc. Am. Assoc. Cancer Res.* (1996) **37**(87 Meet.):390-391.

49. REWCASTLE GW, PALMER BD, THOMPSON AM *et al.*: **Tyrosine kinase inhibitors. 10. Isomeric 4-[(3-bromophenyl)-amino]-pyrido[d]-pyrimidines are potent ATP binding site inhibitors of the tyrosine kinase function of the epidermal growth factor receptor.** *J. Med. Chem.* (1996) **39**:1823-1835.

50. FRY DW, NELSON JM, REWCASTLE GW *et al.*: **Specific suppression of the epidermal growth factor receptor tyrosine kinase in tumor cells and ensuing inhibition of clone formation in soft agar.** *87th Annual Meeting of the American Association for Cancer Research. Washington, DC, USA (20-24 April, 1996) Poster 2893.*

51. THOMPSON AM, REWCASTLE GW, PALMER BD *et al.*: **Novel pyrido(d)- and pyrimido(5,4-d)pyrimidines-potent and selective inhibitors of the EGF-R tyrosine kinase.** *14th Int. Symp. on Med. Chem.* Maastricht, The Netherlands (8-12 Sept. 1996) Poster 11.04.

52. BRIDGES AJ: **Can tyrosine kinase inhibitors fulfil their therapeutic potential?** *IBC Conference on Signal Transduction Systems*, London (November 20-21 1996).

53. HAMBY JM: **PDGF/FGF/C-src kinase inhibitors in abnormal proliferative diseases.** *14th Int. Symp. on Med. Chem.*, Maastricht, The Netherlands (8-12 Sept. 1996) Lecture.

54. SCHROEDER MC, HAMBY JM, GROHAR PJ *et al.*: **The synthesis and SAR of pyrido[2,3-d]pyrimidine-2-7-diamines in the development of potent water soluble tyrosine kinase inhibitors.** *National Medicinal Chemistry Symposium*, Ann Arbor, Michigan (June 18-22, 1996) Poster 4.

55. THOMPSON AM, REWCASTLE GW, DENNY WA *et al.*: *3rd Bath . Int. Symp. Med. Chem.*, Bath, UK (Sept. 22-24, 1996).

56. ZIMMERMANN J, BUCHDUNGER E, METT H *et al.*: **Phenylamino-pyrimidine (PAP)-derivatives: a new class of potent and highly selective PDGF-receptor autophosphorylation inhibitors.** *Bioorg. Med. Chem. Lett.* (1996) **6**:1221-1226.

57. ZIMMERMANN J, BUCHDUNGER E, METT H, MEYER TH, LYDON N: **Potent and selective inhibitors of the Abl-kinase: phenylaminopyrimidine (PAP)-derivatives.** *Bioorg. Med. Chem. Letts.* (1997) **7**:187-192.

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

© Ashley Publications Ltd. All rights reserved.

Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 80 of 182 PageID #: 1843

58. BUCHDUNGER E, ZIMMERMANN J, METT H *et al.*: **Inhibition of the Abl protein-tyrosine kinase *in vitro* and *in vivo* by a 2-phenylaminopyrimidine derivative.** *Cancer Res. (1996)* **56**:100-104.

59. DRUKER BJ, TAMURA S, BUCHDUNGER E *et al.*: **Effects of a selective inhibitor of the Abl tyrosine kinase on the growth of Bcr-Abl positive cells.** *Nature Med.* (1996) **2**:561-566.

60. STRAWN LM, MCMAHON G, APP H *et al.*: **Flk-1 as a target for tumor growth inhibition.** *Cancer Res.* (1996) **56**:3540-3545.

61. SEED MP: **Angiogenesis inhibition as a drug target for disease: an update.** *Exp. Opin. Invest. Drugs* (1996) **5**(12):1617-1637.

62. SHAWVER LK, SCHWARTZ DP, TAYLORSON LT *et al.*: **SU101, a potent inhibitor of PDGF-mediated signaling, inhibits growth of a wide variety of tumor types *in vivo*.** *87th Annual Meeting of the American Association for Cancer Research,* Washington, DC, USA (20-24 April 1996) Poster 2721.

63. MASON W, MALKIN M, LIEBERMANN F, CROPP G, HANNAH A: **Pharmacokinetics of SU101, a novel signal transduction inhibitor, in patients with recurrent malignant glioma.** *87th Annual Meeting of the American Association for Cancer Research*, Washington, DC, USA (20-24 April 1996) Poster 1145.

64. HUANG C, WU F, AI Y: **Polyhydroxylated 3-(N-phenyl)-carbamoyl-2-imino-chromene derivatives as potent inhibitors of tyrosine kinase p60$^{c\text{-}src}$.** *Bioorg. Med. Chem. Lett.* (1995) **5**(29):2423-2438.

## Patents

101. CIBA, EP-682027-A (1995).
102. CIBA, WO9702266-A1 (1997).
103. PARKE-DAVIS, WO9519774 (1995).
104. PARKE-DAVIS, WO9519970 (1995).
105. PFIZER, WO9640142-A1 (1996).
106. CIBA, WO9610028-A1 (1996).
107. CIBA, WO9631510-A1 (1996).
108. PFIZER, US5593997 (1997).
109. ZENECA, EP-0520722-A1 (1992).
110. ZENECA, EP-0566226-A1 (1993).
111. ZENECA, EP-635498-A1 (1994).
112. ZENECA, EP-602851-A1 (1993).
113. PFIZER, WO9523141-A1 (1995).
114. RHONE-POULENC RORER, WO9515758-A1 (1995).
115. WELLCOME FND., WO9609294-A1 (1996).
116. SUGEN, WO9640648 (1996).
117. PFIZER, WO9630347-A1 (1996).
118. RHONE-POULENC RORER, WO969639145-A1 (1996).
119. ZENECA, EP-635507-A (1994).
120. PARKE-DAVIS, WO9519774 (1995).
121. PARKE-DAVIS, WO9519970 (1995).
122. KARL THOMAE GMBH, DE19510019-A1 (1996).
123. ZENECA, WO9633977-A1 (1996).
124. ZENECA, WO9633978-A1 (1996).
125. ZENECA, WO9633979-A1 (1996).
126. ZENECA, WO9633980-A1 (1996).
127. ZENECA, WO9633981-A1 (1996).
128. PARKE-DAVIS, WO9634867-A1 (1996).
129. KARL THOMAE GMBH, DE4431867-A1 (1996).
130. KARL THOMAE GMBH, DE19503151-A1 (1996).
131. KARL THOMAE GMBH, DE19521386-A1 (1996).
132. ZENECA, WO9515952-A1 (1995).
133. CIBA, EP-564409-A1 (1993).
134. CIBA, WO9509847-A1 (1995).
135. CIBA, WO9509851-A1 (1995).
136. CIBA, WO9509852-A1 (1995).
137. CIBA, WO9509853-A1 (1995).
138. SUGEN, WO9640629-A1 (1996).
139. SUGEN, WO9640675-A1 (1996).
140. FARMITALIA-CARLO ERBA, WO9414808-A1 (1994).
141. FARMITALIA-CARLO ERBA, WO9501349-A1 (1995).
142. PHARMACIA, WO9600226-A1 (1996).
143. PHARMACIA, WO9616964-A1 (1996).
144. PHARMACIA, WO9622976-A1 (1996).
145. PHARMACIA, WO9632380-A1 (1996).
146. SUGEN, WO9640116-A1 (1996).
147. SUGEN, WO9640673-A1 (1996).
148. PFIZER, WO9628444-A1 (1996).
149. RES. CORP. TECH., WO9640670 (1996).
150. HOFFMANN-LA ROCHE, WO9618626 (1996).

Peter M Traxler
Novartis Pharmaceuticals, Inc., Therapeutic Area Oncology, CH-4002 Basel, Switzerland

Downloaded by [National Library of Medicine] at 09:52 06 October 2017

© Ashley Publications Ltd. All rights reserved.

# Reider
# Exhibit C

ISSN: 0929-8673

VOLUME 6
NUMBER 9

# Current Medicinal Chemistry

PHARMACY LIBRARY

SEP 2 1 1999

2130 CHAMBERLIN HALL
425 N. CHARTER ST.-MADISON, WI 53706

*The International Journal for Timely In-Depth Reviews in Medicinal Chemistry*

BENTHAM SCIENCE PUBLISHERS

This material may be protected by Copyright law (Title 17 U.S. Code)

*Current Medicinal Chemistry*, 1999, *6*, 825-843 

# The Rationale and Strategy Used to Develop a Series of Highly Potent, Irreversible, Inhibitors of the Epidermal Growth Factor Receptor Family of Tyrosine Kinases

A. J. Bridges

*Parke-Davis Pharmaceutical Research, Division of Warner-Lambert Corporation, 2800 Plymouth Road, Ann Arbor, MI 48176, USA*

**Abstract**: The Epidermal Growth Factor receptor (EGFr) was one of the first oncogenes identified, and it, or its ligands Epidermal Growth Factor (EGF) and Transforming Growth Factor α (TGFα) are overexpressed in most clinical tumours. As EGF and TGFα are potent mitogens, it appeared that inhibition of EGFr signaling would be a viable anti-proliferative strategy. Screening found several classes of EGFr inhibitor, one of which, the indolinethiones was developed. The SAR, in common with that of other first generation tyrosine kinase (TK) inhibitors was flat, and potency was poor. Rescreening in presence of a thiol, to remove chemically reactive species, identified only two leads, a pyridopyrimidine and a quinazoline. These were developed into a very broad class of EGFr inhibitors, with great potency and selectivity for EGFr, but poor physicochemical properties, and little if any in vivo anti-tumour activity. Meanwhile the complex role of other members of the EGFr TK family in oncogenesis, was becoming apparent, suggesting that the whole EGFr family should be inhibited. The difficulty of finding potent compounds with acceptable pharmacokinetics also suggested that irreversible inhibitors of the TK might produce better in vivo profiles. Modeling suggested that the unusual $Cys^{773}$ residue might be reached from the 6/7-positions of quinazoline and pyridopyrimidine inhibitors. Inhibitors with acrylamides at these positions proved to be irreversible alkylating agents for both EGFr and erbB-2 with cellular inhibitory activities in the low nanomolar range, and very potent in vivo antitumour activity. Optimized inhibitors had exceptionally potent oral antitumour activity, with negligible cytotoxicity.

*This manuscript is dedicated to all my colleagues on this project, whose belief, hard work and skill has brought an interesting idea very close to an extraordinarily exciting reality.*

## Apologia

This review will try to cover two basic areas. First it will describe the scientific background behind an EGFr inhibitor program, as it existed five to ten years ago. It will also describe the development of the Parke-Davis EGFr inhibitor program, and attempt to show how the program evolved, both through trying to overcome the problems encountered during lead development, and through our view of what the changing literature suggested that optimal inhibitors should do. A deliberate attempt has been made to write the narrative part of the review mainly from the narrow and instantaneous perspective of people in an industry where secrecy is the norm, and where much news of how original or unoriginal one's thinking is comes from published patent applications. Finally, it will try to provide an up to date review on some of the more interesting recent developments in EGFr family biology, which in the opinion of this author are most pertinent for the success of kinase inhibitor programs. As this author wrote an exhausting review on this topic in this journal three years ago [1], much of the basic material covered in the previous review will be covered only very briefly here if at all. The author will try to emphasize that the target originally appeared to have great scientific validity, and currently appears to be an even better target, and that within two years a verdict from clinic trials will be coming in.

## Introduction

The first oncogene recognized was v-src, which created great excitement when it was realized that it is a deregulated mammalian tyrosine kinase [2], captured by the Rous Sarcoma virus during evolution [3]. To

* Address correspondence to this author at the Parke-Davis Pharmaceutical Research, Division of Warner-Lambert Corporation, 2800 Plymouth Road, Ann Arbor, MI 48176, USA; Ph: +1-734-622-7103; Fax: +1-734-622-3107; e-mail: Alexander.Bridges@aa.wl.com

0929-8673/99 $19.00+.00

© 1999 Bentham Science Publishers B.V.

emphasize the point, the second oncogene identified was v-erbB, which turned out to be a deregulated form of the EGF receptor tyrosine kinase (RTK) [4]. Examining human tumours revealed that many of them overexpressed either EGFr or one of its common ligands EGF or TGF-$\alpha$, and many tumours overexpressed both the receptor and one of its ligands [5]. In the laboratory, treating cells, which expressed or overexpressed EGFr, with its ligands led to proliferation of the cells, and often to adoption of transformed morphologies. Looking at the signaling pathways involved it was found that the EGFr autophosphorylated itself on tyrosine hydroxyls as well as phosphorylating many other proteins on tyrosine after treatment with ligand [6]. This phosphorylation led to the turning on of the ras protooncogene, and the upregulation of early response genes, especially AP-1 (fos and jun, both known oncogenes) [7]. With so many oncogenes in a pathway known to initiate cellular proliferation, it seemed very logical that inhibition of this pathway would suppress the indiscriminate cellular proliferation which characterizes most cancers, and have some sort of a cytostatic effect. As this effect would rely on shutting down an overactive pathway, as opposed to general toxicity in dividing cells, it might prove to be a very valuable form of adjunct therapy for cancer. Based on this idea many programs were started in drug companies looking either at TKs or ras, to search for cytostatic tumour growth inhibitors [8-10].

Parke-Davis entered this field in 1989 in a collaboration with Chiron. The Parke-Davis cancer program had a long history of classical chemotherapeutics, cytotoxics of various forms, which tended to look much better in pre-clinical models than in the clinic. The suspicion in the cancer group had arisen that the search for "cleaner cytotoxics" might be illusional, and that a more fruitful approach might be to interfere with proliferative signaling selectively in tumour cells. Such agents were thought of as potential add-on therapy to cytotoxic therapy, because there is no guarantee that stopping a tumour from proliferating will get rid of, but will simply stop it from growing larger and more dangerous. At its crudest level, a growth inhibitor could be used to buy a patient time during therapy, when the patient could recover from treatment whilst the tumour could not grow back. The initial approach chosen was to try to interfere with the binding of EGF to EGFr, which would prevent the EGFr tyrosine kinase from becoming activated. Such an approach has several potential advantages such as the fact that there are two targets, as a good ligand for either EGF or the binding domain of EGFr could presumably act as an antagonist. Such a compound might be expected to be very selective, as growth factor-growth factor receptor binding tends to be very high affinity and very highly selective. Furthermore, both targets are extracellular, meaning that one does not have to worry about cell penetration. However, as subsequent work showed, the high affinity binding between EGF and EGFr consists of many low affinity interactions spread over several hundred square Angstroms [11]. Such interactions are very hard to antagonize with a small molecule, and screening found no suitable leads, and there were no applicable literature precedents. Furthermore, in many autocrine loop-driven tumours, the receptor and ligand could associate intracellularly before ever reaching the cell surface [12], and in mutant receptors, such as that seen in glioblastoma no ligand is required at all [13]. At about this time it was becoming clear that there was another member of the EGFr family, erbB-2 which was activated by a different set of ligands, the heregulins/neuregulins, which appeared to be potentially important in breast cancer. If this were to prove to be an important target also, it was felt that a more general approach would be needed to build in erbB-2 activity, and the ligand antagonism approach was abandoned.

Fortunately, a backup strategy was in place. Constituitively active mutants of EGFr were transforming in the absence of ligand [13], and kinase dead mutants of EGFr can have a dominant negative effect on proliferation, suggesting that kinase activity is vital for EGFr's transforming role [14]. Therefore a second signaling strategy is to try to inhibit the kinase activity of EGFr. Such a strategy did have literature precedent, as several EGFr TK inhibitors were claimed in the literature [1]. It also would have a good chance of producing erbB-2 inhibitors as well as EGFr inhibitors. However, the approach also had several real problems. The first was that the known inhibitors were a very motley collection, many of which only worked in cellular assays after prolonged incubation, which meant that they might well not be working via direct interaction with EGFr [1]. Secondly, they were by and large in the micro- to millimolar range as inhibitors, and early SAR published proved to be rather flat (a peril of random screening, but project and technique learned the hard lessons simultaneously). Third was a problem of selectivity. Most enzymes have close homologues one must design away from in a therapeutic project, but only kinases picked up 500 new cousins every time Tony Hunter wrote a review article [15]. Not only were hundreds of kinases appearing out of the woodwork, but the degree of homology from kinase to kinase, especially in the catalytic domains, was also unusually high.

The A431 epidermoid carcinoma cell line greatly overexpresses EGFr, and EGFr was originally isolated from it. The literature described an assay for EGFr TK activity involving shed membrane vesicles from EGFr.[16] This assay was set up at Parke-Davis, verified with some of the standard literature TK inhibitors, such

1. Genistein

2. Erbstatin

3

4

5

6

as genistein **1** and erbstatin **2**, and was then used to screen the Parke-Davis library. Rather as expected from literature precedent, several classes of inhibitors were found with rather varied structures with $IC_{50}$s in the 2-20 μM range. The compounds which showed the most interesting activity were the indoline-2-thiones, exemplified by our original hit **3**, and its disulfide dimer **4**.[17] Quite extensive SAR work was carried out on this series, but it was not very satisfactory. Overall the SAR was puzzlingly flat,[18] and our best disulfide **5** was only about 10-fold more potent than **3**, and even the corresponding diselenide **6** had only a 150 nM $IC_{50}$ against the enzyme [19]. However, it was competitive with the compounds appearing in the literature at the time.

When other TK assays were set up, it became evident that the indolinethiones were not very selective for EGFr inhibition over that for the other kinases [20]. When cellular kinase assays were run, respectable inhibitory activity could be found, but it did not correlate meaningfully with the isolated enzyme data. When mechanistic studies were done to try to clarify the mechanism of inhibition several things became apparent. The first was that the disulfides were almost certainly the major species initially in the assays, as the thiones are readily oxidized in DMSO to their dimeric forms. However, disulfides can act as thiol exchange agents, and as oxidizing species. The free thiones are clearly potential ligands for heavy metals, and kinases tend to be susceptible to modulation in activity by thiols and disulfides, probably by modification of cysteines in the enzymes. So rather than showing a way forward these studies looked as though they would simply consume large amounts of resources, leaving us in a mechanistic swamp. However, one interesting point which arose at this time was the idea that most of our screening leads, and most of those in the literature looked chemically reactive towards thiols, suggesting that much of their affinity for the enzyme might come from slow, and probably indiscriminate chemical modification of enzyme thiols. If such a process is ongoing, it would mean that the $IC_{50}$ values one uses to guide SAR are probably meaningless, as they can reflect kinetics of reaction at least as much as intrinsic non-covalent binding of the inhibitor to the enzyme. Therefore, it was felt that we needed to dispose of any inhibitors which were thiol-active, and the mechanism chosen to weed out such compounds was to run the assay in the presence of a high concentration of dithiothreitol (DTT), which should react with alkylating and thiating agents, and reverse the effects of mild oxidants.[21]

Our remaining hits were run through this filter, which proved alarmingly successful, leaving only a couple of our original hits intact. One of these, a pyridopyrimidine PD 0069896, **7**, was examined in some detail mechanistically [22]. This compound was somewhat inconsistent in the assay, with $IC_{50}$s in the 1-20 μM range, unlike the reference compounds, which showed good consistency in the assay. It quickly had a second strike against it, as kinetic analysis showed it to be a competitive inhibitor with adenosine triphosphate (ATP). As the ATP binding site is the most conserved part of the kinases, and is also present in thousands of

other ATP-utilizing enzymes, the dogma, with which we were in full agreement at that time, was that selectivity would be most difficult to find in such inhibitors. But our biochemists pressed ahead, and it turned out that a definable mechanism was only the first of several very pleasant surprises. The compound proved to have no inhibitory activity in the other kinase assays we ran it in, making it the first truly selective TK inhibitor that we had seen. The advantage of eating dogma over crow is that there are no black feathers to pick from one's teeth afterwards. In cellular assays 7 also behaved exactly as one would predict for a reversible micromolar EGFr inhibitor. At 1 and 10 µM 7 prevented EGFr autophosphorylation in A431 and Swiss 3T3 cells stimulated by EGF, but in the latter cell line 7 had no effects on platelet derived growth factor (PDGF)- or fibroblast growth factor (FGF)-stimulated tyrosine phosphorylation. The inhibitory effect occurred within two minutes of adding the inhibitor to cells, and rapidly diminished when the inhibitor was washed off of the cells. In the Swiss 3T3 cells EGF-stimulated mitogenesis was blocked at 10 µM, but that for serum only at 100 µM, and fos and jun induction by EGF was blocked, but not by PDGF. We also saw reversal of transformed morphology in EGF-, EGFr- and neu- (a constituitively activated mutant of erbB-2) transfected cell lines at 20 µM. These things may appear trivial, but at the time no previous PD inhibitor, or any we had tried from the literature could fulfill these basic criteria, and it was little surprise that in the results-oriented clinical world kinase inhibitors were beginning to get a very frosty welcome.

7. PD 0069896

8. PD 0099840

The second compound that survived the DTT cull was an anilinoquinazoline PD 0099840, 8, which clearly appeared to be related to PD 0069896, and had a similar potency. Whilst deciding our strategy for these leads, two patent applications appeared which drew our attention. Zeneca published an application [23], in which some simple anilinoquinazolines, exemplified by 9, (CAQ)[24] were claimed to be in the 40-100 nM range for EGFr inhibtion, and Rhone-Poulenc-Rorer published a claim for 3-arylquinolines [25], exemplified by **10**, as PDGFr/EGFr inhibitors, although only PDGFr inhibitory data was shown with **10** having an $IC_{50}$ of 6 nM [26]. We prepared both of these compounds, and tested them in our TK assays. Both performed pretty much as advertised in their applications, and proved to be ATP-competitive, convincing us that we were in an area where truly interesting TK inhibitors might be found, and that there was a rather generic pharmacophore to be mined, and defined. At about the same time dianilinophthalimides, exemplified by 11, appeared from Ciba-Geigy [27] ,confirming the idea that the pharmacophore may be rigidly proscribed in some ways, but must be very tolerant in others [28].

9. Zeneca CAQ

10. RPR PDGFR Hit

11. CPG 52411

## Initial Sar Work

Our original pharmacophore model is shown in Figure **1**. We initiated a systematic SAR exploration of the nature of both rings of the bicycle, where and how

EDG N? X N? R N ?

Fig. (1). Original pharmacophore model.

the pendant aromatic should be attached, and the effects of other substituents on the three aromatic rings. This was an enormous chemical undertaking, and we ended up having to simplify considerably, as many of the heterocycles required were very challenging to make. Therefore, we decided to find a really good pendant aromatic substituent on the bicycle, and attach it to different heterocycles to test the basic ring systems, and to initially explore quinazolines for most other questions, as they could generally be made quite readily, and assuming that the SARs were consistent one could use quinazolines to learn SAR, and then transfer that knowledge to other ring systems.

HN Br N N

12

We made the initial assumption that the 4-(3-bromoanilino) side chain would be one of the best, and started to make some pyridopyrimidines with it attached. We also started an SAR on the anilino side chain of the anilinoquinazolines, and made a few good guesses as to what might be active compounds. At first results were very discouraging, with the pyridopyrimidines being dead, and all the compounds having very low solubility. Anilinoquinazolines turned out to have potencies all over the map, for example the iodo and chloro analogues of **12** were 100-fold less potent than **12**. Suspicion descended on the assay, and a few of these compounds were rerun in an assay we had set up to do some mechanistic work with peptide inhibitors [29]. This assay involved affinity purified EGFr [30] and a defined peptide substrate rather than the usual Glu-Tyr copolymer, and it turned out to be quite a surprise. There was a negligible change for the literature standards in the new assay, but the ATP-competitive inhibitors became markedly more potent, and the results became very reproducible. We never did discover why the shed membrane assay was not useful for this class of inhibitors in our hands or where its variability came from.

The new assay requires added EGF unlike the old, and is detergent free, but it is also lipid-free, hardly a more natural state of affairs.

The new assay had to be run by hand, and had a limited throughput. However, as results came in the SAR they revealed was quite extraordinary, and a rather euphoric time followed. PD 0069896 turned out to have an $IC_{50}$ of 580 nM, almost as good as our best indolinethione [22]. This was tempered by the Zeneca compound **10** increasing in potency from 240 nM to 27 nM, but the combination of the two, PD 0153717 **13** proved to be a 10 nM inhibitor, suggesting that the pharmacophore model might be valid [22]. This was easily topped by the discovery that another of the model predictions, the quinazoline PD 0153035, **14**, had an $IC_{50}$ of 29 pM and an estimated $K_i$ of 6 pM for EGFr [31]. This compound was so insoluble that it was nearly not submitted for testing, and it had proven to be inactive at 100 μM in the original assay. This new result strained credulity, and was only released after being repeated five times. Overall, in about a six month period, we went from having compounds which were as good (or bad) as those in the scientific literature, to whit in the submicromolar range, not selective, mechanistically incomprehensible, and no readily apparent pathway to development of a drug, to agents which rivaled the best known inhibitors of any enzyme in potency, which were highly selective, had a defined mode of action, and looked like excellent leads from which to develop drugs. Morale was understandably high.

HN Br N N N $H_2N$

**13**. PD 0153717

HN Br $H_3CO$ $H_3CO$ N N

**14**. PD 0153035

The euphoria was not long lasting as the second patent application from Zeneca published [32], and covered quinazolines with electron donors on the B-

15    16. PD 0158294    17

18    19

20    21

ring, including PD 0153035, (aka ZM 252868) which was one of the examples given, although this application gave no clue as to the true potency of some of these inhibitors. It also showed no indication that other classes of inhibitor had been discovered. Later we had the dubious consolation of discovering that the same application had caused similar distress in other companies.

We mapped out a very definite SAR in the quinazolines [33,34]. Both of the nitrogens in the quinazoline are required, and a nitrogen is not tolerated at the 2-position, nor is any other substitution allowed at 2. The 4-substituent is best as an aniline or benzylamine, with other linkers less good. However, whereas the anilines are greatly improved by meta or to a lesser extent by para lipophilic substituents, almost all aromatic substituents on the benzylamino group led to loss of affinity. Even methylation of the anilino nitrogen destroys affinity. In recent times patent applications from Lederle, Glaxo-Welcome and Pfizer have

expanded this SAR, by showing that 3-cyanoquinoline can substitute for quinazoline (Lederle) [35], that large aromatics can be tolerated at the 4-anilino position (Glaxo-Wellcome),[36] and that the anilino nitrogen can be alkylated if it is incorporated in a dihydroindole ring (Pfizer) [37]. In the quinazoline B-ring similar sharp trends were found, with substitution at the 5-position being somewhat disfavoured, regardless of its electronic nature, and all substitutions at the 8-position being catastrophic. Electron donors at the 6- and 7-positions were quite strongly activating, whereas strong electron withdrawing groups were highly disfavoured. Many of the inhibitors made by combining these pieces together showed pretty strict additivity of effect, and allowed us to make many inhibitors in the 1-10 nM range. PD 0153035 was still about 100-fold more potent than we would have predicted by this analysis, leading to speculation as to what was responsible for this "supra-additivity", and to whether it could be repeated in other compounds.

One relatively trivial way of trying to repeat the two electron donors of **14** is to fuse an electron rich aromatic ring to the 6- and 7-positions of the quinazoline, and this we tried several different ways. Our first attempt, the benzoquinazoline **15** may well have been conceptually very successful, as it provided >50% inhibition in the assay at 3 pM, the lowest dose tested. It was also extraordinarily insoluble, and continued to provide around 50% inhibition at every other concentration tested well into the nanomolar range, suggesting that even if this was an answer, it was a questionable one. When an imidazole was fused to that bond, the compound PD 0158294 **16** proved to have an 8 pM $IC_{50}$ for the enzyme, and its $K_i$ was estimated by extrapolation techniques at 460 femtomolar [38]. It could also form reasonably soluble salts, and became briefly our most interesting candidate for further exploration, (until the third Zeneca patent [39] published). Both isomeric 6,7-fused pyrazoloquinazolines **17** and **18**, and the pyrroloquinazoline **19** had $IC_{50}$s in the 400 pM range. When imidazoles were fused non-linearly to the 5,6- (**20**) or 7,8-positions (**21**) of the quinazoline, as predicted from the simple SAR, activity fell off, with the 5-position again proving less bad than the 8-position.

Looking at pyridopyrimidines (**22**-**25**), we discovered that nitrogen could be tolerated in the ring at the 5-, 6- and 7-positions, with small loss of activity (1.2-1.9-fold) relative to quinazoline, but that the 8-position was again highly disfavoured (>20-fold loss) [40]. The effects of meta substituents on the anilino side chain was the same as in the quinazolines, suggesting that we were looking at a very similar SAR. Chemically it was not easy to work out how to introduce B-ring substituents onto these nuclei, and we restricted ourselves to substituents at the 6- or 7-position next to the nitrogen for all four isomers, in concordance with the quinazoline SAR, and the fact that 2-substituted pyridines are easier to make and displace on than are 3-substituted pyridines. In all four ring fusions electron donors improved the activity of the compounds although in the 8-aza (2,3-d fusion) the best inhibitor **26** was only 50 nM, and with the 3,2-d fusion (5-aza) the best inhibitor **27** was 3 nM [41]. In the originally discovered 4,3-d ring fusion compounds **28** and **29** were 130 and 91 pM inhibitors of EGFr

HN
Br
N
**22**
**23**
**24**
**25**
$CH_3NH$
**26**
**27**
**28**
$Me_2N$
**29**

**30**. PD 0158780
**31**. PD 159119

respectively, a gain of 100-fold just by methylating PD 0153717. In the 3,4-d ring fusion methylamino and dimethylamino were even better giving PD 0158780, **30**, and PD 0159119, **31**, with $IC_{50}$s of 8 and 6 pM respectively. Thus the supra-additive effect could also be seen in this series, but not with methoxy substituents, which remained low nanomolar inhibitors. Interestingly in the quinazolines both methylamino and dimethylamino are quite inferior substituents to amino, probably because the N-alkylanilines cannot remain planar, unlike the N-alkylaminopyridines. The other advantage of this series from our point of view was that reaching the picomolar barrier here did not induce another surprise from Zeneca!

The other major SAR question that interested us at this time was the requirement for the B-ring. Did it have to be phenyl or pyridine, or would other heterocycles work as well? Did there actually need to be a B-ring at all? The mono- and diarylated diaminopyrimidines **32** and **33** had $IC_{50}$s of 370 and 50 nM respectively for the enzyme showing that no B-ring was needed, and that a suitable anilinopyrimidine could provide a reasonable inhibitory pharmacophore by itself. This was soon confirmed in the traditional manner by the next Zeneca patent application [42], which revealed **34** to be a 1 nM inhibitor of EGFr. We also examined some 6,5-ring systems, exemplified by the thienopyrimidine **35**, which was an 11 nM inhibitor, and this was rapidly confirmed by a patent application from Ciba-Geigy [43], revealing the pyrrolopyrimidine **36** to be a low nM inhibitor [44] ($IC_{50}$ 12 nM in our hands). We extended these 6,5-bicycles with a phenyl ring making tricycles such as the indolopyrimidine **37** (a 1.2 nM inhibitor) and the benzothienopyrimidine **38**, a 270 pM inhibitor. As these 6,5,6-tricycles were intermediate in geometry between the linear and angular 5,6,6-tricycles discussed earlier, it seemed appropriate that their potencies should also be intermediate.

## Cellular and In vivo Properties of Original Inhibitors

Although I have only discussed SAR exploration up to now, it was by no means our only priority. In our view, and that of our management, nobody had yet produced a convincing proof of the idea that a clean signal transduction inhibitor should have an antiproliferative effect in a cancer in vivo, and that we

HN Br N H2N N **32**

HN Br Br N N H N **33**

HN CH3 HO O N N H N **34**

HN Br S N N **35**

H3C HN Cl H3C N N H N **36**

H3CO HN Br N N H N **37**

HN Br S N N H2N **38**

had to produce such a proof on the way to developing a viable drug candidate. Therefore, we had to produce compounds which were active on the enzyme, potent against the enzyme and proliferation in cellular assays, and which could demonstrate blood levels in in vivo testing as well as in vivo inhibition of EGFr TK activity, and an antitumour effect with some sort of therapeutic index. As we had no experience in making our inhibitors do any of these things, or any proof that even the right inhibitor really could do all of these things, the list appeared rather daunting. Once PD 0153035 came along, things looked up, because it had this almost incredible potency against the enzyme, such that however bad its other properties one could hardly fail to see an effect on tumour growth with it. The cellular $IC_{50}$ against EGF-stimulated autophosphorylation was 13 nM [31], very good, but not in the picomolar range. PD 0153035 was very insoluble, and we made various salts to improve this solubility. Just below pH 3 some salts like the isethionate could be got into solution at ~1 mg/mL, which appeared to be acceptable. However, we quickly discovered that the biology lab was the ideal place to crystallize salts, and compounds which we could maintain in solution in chemistry for days, would precipitate dramatically and irreversibly once moved there! Nevertheless, these slurries could be dosed both orally (PO) and intraperitoneally (IP), and nude mice bearing A431 xenografts were exposed to large quantities of PD 0153035. Not without effect, unfortunately, just without any trace of efficacy, as the effect was that at high doses several of the mice would convulse and die on handling, but such indirect effects on the tumour were not judged to be useful. After considerable testing we came to the conclusion that even a low picomolar inhibitor could be useless, and quit working on PD 0153035. As an aside, we were very surprised to be thanked by a biologist at another company a couple of years later for providing such a valuable in vivo reference compound in PD 0153035. To have asked him how he did it, might have meant revealing that our major prospective applications for '035 were more in the construction line, so that enigma remains enigmatic to this day.

The next compound that we examined in detail in vivo was PD 0158780, an even more potent, and essentially equally insoluble inhibitor, which also had a cellular $IC_{50}$ of 13 nM. This compound also proved to be a major disappointment, although it did occasionally show robust activity, for example at 50 mg/kg bid IP against MCF-7 xenografts, and at 100 mg/kg PO against A431, where it showed growth delays of 100% in both cases. (Our main measure of efficacy, growth delay, was calculated as the number of days the dosed tumours were slowed down from reaching a predetermined size, usually 750 mg, relative to control, divided by the number of days of treatment. Thus, in

both of these positive experiments, 15 days of dosing slowed the growth of the tumours by about 15 days relative to untreated control tumours.) Although these results may sound very good, we never saw a good dose curve with this compound, the results were inconsistent from experiment to experiment, and similar doses sometimes produced deaths. We also believed that if our inhibitors were reaching their target efficiently, the potency should be considerably greater than what we were seeing.

## Second Generation Inhibitors

By this time our thinking had evolved several ways. The first was that we believed that we had to be able to suppress EGFr activity completely, and for extended periods of time to see a robust antiproliferative effect in vivo. This meant giving serious attention to the pharmacokinetic properties of our inhibitors, which in turn meant moving away from SAR exploration to improving the solubility of the inhibitors, in the expectation that this would lead to an improvement in their absorbtion. A second possibility also presented itself to us. Earlier we had decided that continuous suppression of kinase activity would be required to produce a robust anti-tumor effect, and debated whether such a property would be better attained by making irreversible inhibitors of EGFr. However, with the pseudoirreversible nature of the highly potent inhibitors, this had not appeared to be a high priority strategy. But, it was felt that irreversibility would also enable us to get better activity without completely solving our pharmacokinetic properties, by knocking out the enzyme in a prolonged fashion, even if plasma levels only rose fleetingly into the therapeutic range, so this strategy was made a high priority. Sequence homology alignments of many kinases revealed that the EGFr family has a cysteine, which actually acts as an H-bond donor for the 2'-hydroxyl of the ribose ring of ATP, which is a threonine or a glutamine in most other TKs [45]. This cysteine is clearly close to the ATP-binding site of the kinase, where our inhibitors bind, so it appeared to some of our group that if one attached appropriate alkylating functionalities to the pharmacophore, one might be able to alkylate this cysteine, producing an irreversible inhibitor. Irreversible inhibition would have the big advantage that the inhibitory effect on the enzyme would last much longer than for a reversible inhibitor, and might allow us to suppress the receptor for the long term without completely solving the pharmacokinetic problems that we had.

The other thing that had a strong effect on us at this time was the very interesting biology being done on the EGFr family as a whole [1]. There were now four well established members of the family, with ErbB-3 and

39. PD 0165557

40. PD 166075

ErbB-4 being fully characterized. The prevalence of ErbB-2 and ErbB-3 in tumours appeared to be as high as for EGFr, and overexpression of these receptors appears to be associated with the same much poorer prognosis as EGFr [46]. Another fact was becoming obvious, this receptor family is just as likely to signal using heterodimers between family members as it is to use homodimers [47-50]. Quite early in the program we had set up an assay for ErbB-2 using affinity purified receptor and heregulin as ligand, but the assay had not worked satisfactorily, and we were forced to use a cellular assay for anti-ErbB-2 activity. As our EGFr assay required EGF, and subsequent data has shown that ErbB-2 can only be activated by heregulins in association with the true heregulin receptors, ErbB-3 and ErbB-4, this failure became less puzzling [51]. Another phenomenon, which we thought was going to be very significant for the program, was that this family of receptors can synergize in cellular transformation, as has been demonstrated in cell lines where considerably sub-transforming transfections of two family members can lead to strongly transformed cell lines [52]. All of this data taken together suggested that, rather than focussing on specific EGFr inhibitors, we would find more useful agents if we inhibited both EGFr and ErbB-2, and possibly the entire family. So from this point on, we considered ErbB-2 inhibition to be an important part of the profile that we were seeking. As our only comparison was in a cellular assay, we started profiling a lot of interesting compounds in both EGFr and ErbB-2 cellular assays. For example PD 0153035 had an $IC_{50}$ in our ErbB-2 cellular assay of 195 nM, versus 13 nM for the EGFr cellular assay, but PD 0158780, whilst still having an EGFr cellular $IC_{50}$ of 13 nM, had a 52 nM $IC_{50}$ for ErbB-2 inhibition. Generally speaking pyridopyrimidines showed better ErbB-2 activity relative to EGFr activity than the corresponding quinazolines.

Thus one of our new approaches was to produce solubilized pyridopyrimidines, which were also patentable entities for us, as opposed to the corresponding easier to prepare solubilized quinazolines. One of our early hopes was to find solubilized compounds which showed "supra-additive" potencies [33], but despite considerable effort, we never found a 6/7-side chain larger than ethoxy, which showed this extra "supra-additive" potency, leaving us at best with solubilized ~1 nM inhibitors. Thus we never got to test one of our hypotheses that a bioavailable, extremely tight binder would behave functionally in vivo like an irreversible inhibitor. We also found that several solubilizing groups killed cellular potency as effectively as enzyme potency. However alkylamino substituents could not only solubilize the inhibitors, but some, despite not showing "supa-additive" potency could also enhance cellular activity, as exemplified by the solubilized PD 0158780 analogue PD 0165557, **39** [53]. This compound had an enzymic $IC_{50}$ of 0.65 nM and a cellular $IC_{50}$ of 8 nM. This compound was examined in several tumour models, by oral (po) intraperitoneal (ip) and subcutaneous (sc) routes, including some continuous infusions using Alzet osmotic minipumps. Some experiments worked quite well, but many showed no effect, and those which worked did not show dose curves. Nevertheless, a po test against the AH125 non small cell lung cancer line showed 100% growth inhibition at 60 mg/kg, and at 25 mg/kg bid ip dosing produced a growth delay of 120% against MCF-7 breast cancer cells. The PD 0153717 analogue PD 0166075 **40** although relatively weak as an enzyme inhibitor ($IC_{50}$s, 7.4 nM enzymatic, 38 nM cellular) showed somewhat better in vivo activity, with growth delays in excess of 100% against A431 (ip bid dosing of 25 mg/kg), SK-OV-03 (12.5 mg/kg sc Alzet infusion), SF767 (po 50 mg/kg), and MDA-MB-435 (po 200 mg/kg). We were somewhat encouraged by these results, which suggested that if we could overcome the pharmacokinetic problems, that we would see potent inhibition in tumours. At about this time Zeneca published some very encouraging in vivo data with a simple and quite soluble quinazoline ZM 254530 **41** [54]. Our pyridopyrimidines appeared to be quite competitive with this, but we were under no illusions that this would be Zeneca's final compound.

**41**. ZM 254530

**42**. PD 0160678

Our other approach mentioned above was to try to convert our high affinity reversible inhibitors into irreversible inhibitors by alkylating the $Cys^{773}$ residue on the edge of the ATP binding site. At that time no models were available to us to explain the binding mode, so a series of alkylating agents were attached to the quinazoline nucleus, and the resulting compounds were examined for potency against the enzyme, and whether inhibition in a cellular assay was readily reversed after drug removal. In this paradigm even picomolar inhibitors like PD 0153035 and PD 0158780 showed greater than 80% reversal of inhibition after an 8 hour wash out. Although this assay does not prove irreversibility (vide infra) any compound which retains activity is likely to be an irreversible inhibitor, and we felt that any compounds which lost all their activity could not be useful irreversible inhibitors. Of the 21 original inhibitors examined only one PD 0160678, **42**, with an acrylamide at the 7-position, showed retention of inhibition (89%) after eight hours. More rigorous experiments, including mass spectral analysis of the inhibitor-enzyme complex and radiolabeling, demonstrated that PD 0160678 did indeed alkylate EGFr, and at $Cys^{773}$ as hoped for. It was a very potent inhibitor of the enzyme with an $IC_{50}$ of 0.36 nM for the isolated enzyme and 14 nM in the cellular assay, almost the equal of our most potent reversible inhibitors [55]. However, although this compound did show some in vivo anticancer activity, it did not look any better than the reversible inhibitors. When a kinetic experiment was run in cells the apparent half-life for alkylation was 20 minutes, which may well have been too slow to compensate for its poor pharmacokinetic properties.

We also examined the placement of the acrylamide at the 6-position, with PD 0168393 **43** as our first compound in this series. This compound not only proved to be an irreversible inhibitor, with 100% inhibition after an 8 hour wash off, and a 0.70 nM $IC_{50}$ against the isolated enzyme, but was the most potent cellular inhibitor that we had seen to date with an $IC_{50}$ against EGFr autophosphorylation of 4.3 nM, and an $IC_{50}$ against heregulin-stimulated MDA-MB-453 ErbB-2 autophosphorylation of 5.7 nM [55]. The nearly 10-fold increase in potency for erbB-2 was most dramatic, and suggested that we could best achieve our goal of inhibiting the entire EGFr family with irreversible inhibitors. When this compound was examined mechanistically, it was shown by MS to be an irreversible inhibitor of EGFr, akylating $Cys^{773}$ completely in 15 min. It also proved to be a very fast alkylator of EGFr in cells, whereby treatment of A431 cells with 2 μM PD 0168393 even for 1 min led to 100% inhibition of the enzyme after the 8 hour wash off. Despite this rapidity of alkylation, the compound retained selectivity in our kinase panel, showing no activity at 50 μM against several RTKs and other assorted kinases. It also was not an indiscriminate alkylating agent, and when incubated with reduced oxytocin (containing two free cysteines) under the same conditions as the EGFr incubation alkylated less than 1% of the oxytocin in 16 hours. Molecular modeling gave a potential explanation for the very rapid alkylation of EGFr by PD 0168393, and the somewhat less rapid alkylation by PD 0160678. Our model had been originally developed to try to explain the observed bicyclic and tricyclic SAR of these inhibitors [56]. The model fit all of our original SAR data by positing that the anilino ring binds into a large hydrophobic pocket in the back of the hinge region. Both the anilino NH and the N3-nitrogen of the quinazoline make backbone H-bonds to the hinge peptide whilst binding the quinazoline into the adenine binding site of the enzyme. This would leave the 2- and 8-positions very close to the hinge peptide, explaining why substituents are not tolerated at either position, and the 6- and 7-positions pointing out of the catalytic cleft towards solvent, explaining why one can build out so easily at these positions. Very satisfyingly, putting the acrylamides into this model pointed them at $Cys^{773}$, with the 6-position acrylamide (PD 168393) putting the Michael accepting C3-carbon only 4 Angstroms from the sulfur atom of the cysteine, and the 7-acrylamide (PD 160678) putting those same atoms 8 Angstroms apart [55].

HN Br H N N O N

43. PD 0168393

HN Br H N N O N

44. PD 074265

This compound had the expected poor physical properties, actually being somewhat difficult to handle even in organic solvents, but it was extensively tested in vivo, and produced some very interesting results. Generally speaking the experiments did not produce good dose curves, but especially with A431 tumours at high doses we saw some growth delays twice as long as the dosing (200%) [57]. Orally dosing both A431 and AH-125 NSCLCs tumour xenografts led to complete tumoristasis at 40 mg/kg/day and 250 mg/kg/day respectively. We did an interesting comparison with PD 0168393 and its non-alkylating propanamide analogue PD 0174265 44 in vivo [55]. This saturated analogue had a good $IC_{50}$ of 0.45 nM in the EGFr assay, but was rather weaker than PD 0168393 in the cellular autophosphorylation assay, with an $IC_{50}$ of 39 nM. To emphasize the advantage of irreversiblility when it comes to erbB-2 inhibition, the $IC_{50}$ for heregulin stimulated autophosphorylation jumped from 5.7 nM for the irreversible inhibitor to 220 nM for PD 0174265. The two compounds were dosed ip at 93 and 58 mg/kg/day against A431 tumours, leading to complete growth suppression with PD 0168393 at both doses, but only slight activity at the higher dose for PD 0174265 [58]. This was despite the fact that plasma blood levels were ten-fold higher at both doses for PD 0174265 than for PD 0168393. These results were suggestive that we were on the right track, but we still felt that we had to increase in vivo potency. Two approaches were used to do this. In the first we widened out our search of anilino substituents, as it was felt that the 3-bromo was not going to give us optimal physical properties, and the second was to add solubilizing groups to these irreversible inhibitors.

In the anilino ring our most successful substitution was to replace bromine with methyl to give PD 0169414 45 [59]. It seems quite likely that the major advantage of this substitution was in fact to make the compound somewhat more soluble. PD 0169414 showed excellent oral activity against A431 tumours, producing growth delays well in excess of 100% from 20-200 mg/kg/day, although no experiments showed really good dose curves. Subcutaneous continuous infusion produced tumouristasis at 10-12.5 mg/kg/day against A431, and very excitingly at 21 mg/kg/day against the SK-OV-3 ovarian carcinoma xenograft. Activity was also observed against some other tumour xenografts.

HN $CH_3$ H N N O N

45. PD 0169414

O HN Br N O N N O

46. PD 0169540

We examined several possible sites of attachment for a solubilizing group on the basic 6-acrylamidoquinazoline nucleus, and the first one prepared, the 7-position was very successful. The 7-(3-morpholino)propoxy substituent in PD 169540 46 greatly increased its aqueous solubility, and allowed true solution dosing with these inhibitors. This compound was a 3.6 nM inhibitor in our isolated

**47**. ZD 1839

**48**. CP 358,744

**49**. CL-387,785

enzyme assay, but in the cellular autophosphorylation assays it showed 5.3 and 6.4 nM $IC_{50}$s against EGFr and erbB-2 respectively [60]. In sc continuous infusion against A431 xenografts it was very potent with 77% growth delay at 6 mg/kg/day and 200% at 24 mg/kg/day. Excitingly, it also produced complete suppression of A431 growth, dosing orally even at 5 mg/kg/day, and at 12 mg/kg/day orally against the SF767 glioblastoma xenograft. Thus we feel that compounds of this type are showing the potency we expect of such agents in vivo, and compounds of this type are being developed further.

Whilst this work was going on, the bar was being raised by publications from our competitors. At the 1997 AACR meetings Zeneca announced that ZD 1839, **47** [61], an optimized soluble, reversible, quinazoline was in clinical trials, and its Phase 1 studies have since been published. In our hands it proved to be a very potent EGFr inhibitor ($IC_{50}$ 1.0 nM), which functionally showed up as an irreversible inhibitor in our cellular assay. In their original announcement Zeneca had commented that this inhibitor enters cells readily, but does not come out again, and this would certainly explain our apparent "irreversibility", and also demonstrates another strategy for prolonging inhibition after plasma levels have fallen too low to sustain normal Michaelis-Menten inhibition kinetics. At the same meeting Pfizer announced that CP 358,774 **48** (our $IC_{50}$ 0.71 nM) has also entered clinical trials [62,63] . The polyethereal side chains not only give this compound good water and lipid solubility, but also give it a waxy rather than a gritty consistency, and Pfizer

reported out excellent pharmacokinetics [64] and pharmacodynamics [65] for this compound. Both of these compounds are orally dosed, and both are successful solutions to the problem of a "soluble 0153035" with excellent pharmacokinetic properties, but neither has retained the "supra-additive" potency of PD 0153035. A final, very uncomfortable, reminder that we are never alone in this business came when a patent application from Lederle published [66], claiming some of the same acrylamidoquinazolines that I have described above as irreversible inhibitors, exemplified by CL-387,785 **49** .

## Is This Approach Still A Good Idea?

As I hope that the above narrative has demonstrated, truly potent and selective inhibitors of EGFr and erbB-2 signaling have been developed by us, and by several other drug companies. These compounds inhibit the enzymes with potencies in the nanomolar to picomolar range. The more optimized inhibitors inhibit the activity of these enzymes in cells at low nanomolar concentrations. Such inhibition can lead to both failure to proliferate and reversion of morphology to an untransformed phenotype in tumour cells. However, this effect is temporary, and relies upon the continued presence of the inhibitor even in cell culture. There are compounds, which will produce adequate blood levels in vivo to completely suppress kinase activity by EGFr and erbB-2, according to the numbers we obtain from our cellular assays. Ex-vivo studies have shown that some of the best inhibitors

can completely suppress EGFr phosphorylation in some tumours for periods as long as 24 hours in the animal. Concordant with these results we have found compounds which can suppress growth of susceptible tumours for as long as dosing continues. Once dosing is stopped tumour regrowth may be immediate, or it may be delayed, but in the models we have examined to date, regrowth always occurs. Thus our effects on the tumour cells overall have been cytostatic rather than cytotoxic, which was predicted at the outset of the project. However, we have seen both tumour regression during dosing and considerably delayed regrowth after dosing, suggesting that we may gain more than simple cytostasis by use of these agents. This may well occur because oncogenes such as EGFr may not be simply involved in driving cellular proliferation, but may provide very useful auxillary genetic functions for the tumour, and I will elaborate on this further, with some of the recent literature on the topic to finish this review.

## What Is The True Oncogenic Spectrum Of The Egfr Family?

Simple stimulation of proliferation through activation of the Ras MAPK pathway has been understood to be a major component of the EGFr proliferative pathway for at least ten years. EGFr itself appears to be rapidly deactivated by endocytosis, and signaling through the PI3K pathway, important for both proliferation and suppression of apoptosis is very weak. The discovery of the other family members, and the propensity for heterodimer formation was shown to prolong signaling by slowing endocytosis and to provide much better coupling for PI3K activation. In the author's previous review in this journal several "non-classical" signaling pathways were described [1]. These included activation of the c-Src TK, activation of STATs, nuclear hormones and adenylate cyclase. It also discussed some potential effects on the adhesion signaling systems, angiogenesis, metastasis and drug resistance. The potential for EGFr to be activated other than through cognate ligand binding, for example by certain GPCRs was also discussed briefly. All of these properties, if correctly attributed, would add greatly to the overall oncogenic potential of the EGFr family. The likelihood of such effects being important is very large, simply because of the enormously disproportionate prevalence of Type I overactivity in solid tumours, with 60% of them showing overexpression of either a Type I RTK or one of their cognate ligands. As there are probably several hundred RTKs one would not expect one family to have such dominance in the oncogene category unless it had several unusual potentially oncogenic functions. I will reexamine the current literature on the effects of Type I RTKs on angiogenesis, metastasis, and drug resistance, all of which may help to explain the high oncogenic potential observed.

## Angiogenesis

EGF has already been shown to be a moderately efficacious angiogenic factor in the chick chorioallantoic membrane assay, and this effect could be blocked by an antagonistic fragment of EGF [67]. In a clinical study, expression of both TGF-α and EGFr was shown to correlate with increased microvessel density in clinical tumours [68]. One likely mechanism for such effects has been elucidated by the discovery that TGF-α stimulation of keratinocytes leads to production of the highly angiogenic growth factor VEGF. In this study a TGF-α response region was found in the promoter of the VEGF gene and activation of the transcription factor AP-2 appeared to be the way that the effect was mediated [69]. Several studies have implicated heparin-binding- (HB-) EGF in angiogenesis, both through demonstrating its induction of tubular morphology in endothelial cell culture [70] and by showing that it can be involved in positive feedback loops with VEGF, both inducing VEGF and being induced by it [71,72].Monoclonal antibodies to both EGFr and erbB-2 have been demonstrated to downregulate VEGF production in A431 tumour cells, a line known to be heavily dependent on EGF to induce vascularization [73].

## Metastasis

Since the review of Khazaie several years ago [5], the evidence for involvement of the EGFr family in increasing metastatic potential has become stronger. In one intriguing paper the low metastatic mammary adenocarcinoma line 13762NF, which is devoid of EGFr was transfected with EGFr. When inoculated into mammary fat pads the transfected line showed reduced growth and apoptosis, but coupled with a marked increase in metastatic potential [74], and extension of lamellipods (motility-inducing organelles) when treated with EGF [75]. Transfection of the non-metastatic PC-3 prostate tumour line with the activated erbB-2 (neu) oncogene led to a cell line which could support anchorage independent growth, and which could metastase when implanted orthotopically in the prostate, but not from subcutaneous sites [76]. Small cell lung cancer lines, hepatocellular carcinomas and uveal melanoma lines which overexpress EGFr are more invasive than those which do not [77-79], and colon cancers which metastase to the liver show much higher expression of erbB-2 in both primary and secondary sites than do primary sites of non-metastasing colon cancers [80], and transfection of

Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 97 of 182 PageID #: 1860

erbB-2 into human colon cancer xenografts increases their metastatic potential [81]. Clinically, erbB-2 overexpression and increased uPA production were shown to be correlated together and with a poor prognosis in colorectal cancer [82]. Normally MCF-7 cells are not invasive and do not secrete proteases on treatment with EGFr ligands [83], but transfection of erbB-2 into MCF-7 cells increases their invasive ability, and upregulates the extracellular proteolytic enzymes uPA and MMP-9, along with the uPA receptor and inhibitor PAI-1 [84]. SKBR-3 breast cancer cells are also made considerably more metastatic by erbB-2 transfection [85], and on treatment with HB-EGF show increased adhesion to collagen [86]. DU-145 prostate tumours became more mobile and more metastatic when transfected with EGFr, and blockage of motility blocked the increased metastasis [87].

## Drug And Radioresistance

Cytotoxic drugs and radiation kill tumour cells by pushing the cells into apoptosis, which generally requires that the cells start cycling before they have repaired the DNA damage inflicted by the treatment. Thus activation of the cell cycle by growth factors might be expected to facilitate apoptosis, and there are reports of enhanced erbB-2 activity increasing general apoptosis [88], and drug-induced apoptosis [89], and of blockade of EGFr [90] and erbB-2 [91] decreasing cis-platin-induced apoptosis, and in one clinical study erbB-2 overexpression was correlated with increased response to doxorubicin [92]. However, the strong balance of evidence suggests that overexpression of EGFr and erbB-2 in most clinical tumours and tumour cell lines leads to increased resistance to apoptosis. This effect is seen for both taxol and cis-platin,[93-97] and even for Tamoxifen hormone therapy [98]. One possible mechanism for this is upregulation of P-glycoprotein efflux pump activity caused by receptor overactivity [99,100]. However, TGF-$\alpha$ and EGF also induced resistance to cytokine [101-103] and radiation-induced apoptosis.[104,105] Effects on DNA repair and induction of the antiapoptotic protein Bcl-$X_L$ have been demonstrated [94,106,107]. In a rather sinister turn of events ionizing radiation has been demonstrated to lead to EGFr autophosphorylation, an event associated with increased proliferation [108,109]. Use of AG 1478, a specific EGFr inhibitor was shown to prevent this radiation–induced proliferation in A431 cells [110], and expression of a truncated, dominant negative erbB-2 receptor causes increased radiation sensitivity in U87 glioblastoma cells [111], as do anti-erbB-2 and EGFr monoclonal antibodies in SKOV-3 [112] and A431 [113] cells respectively. Enhancement of the apoptotic response has also been seen with cytotoxic chemotherapeutics and both EGFr[114-116] and erbB-2 antibodies [117-119]. This effect has also been demonstrated in clinical trials with Herceptin™ the humanised erbB-2 antibody [120-122].

## Conclusion

The EGF receptor was identified very early on as a potential anti-cancer target. Since then three other family members have been discovered, and all three have also been implicated as oncogenes. The scientific rationale for inhibiting the activity of this family has become stronger with time and, as might be expected from the extraordinary prevalence of this family in solid tumours, (60% of all tumours showing overexpression of at least one component of the system) evidence implicating the family in many tumour functions beyond simple proliferation has been found. The past decade has seen the development of very selective and potent inhibitors of the EGFr and erbB-2 tyrosine kinases. These agents behave in cellular cultures exactly as one might predict, preventing autophosphorylation of the receptors, and proliferation, and often reverting cellular morphology to a non-transformed type. These effects occur soon after the drug is applied and stop soon after the drug is removed. Once compounds with sufficiently good pharmacokinetic properties to provide long duration inhibitory concentrations to cells had been developed, the anticipated in vivo xenograft models also showed efficacy. One way of enhancing the cellular and in vivo effects whilst retaining the great potency and selectivity inherent in the pharmacophores used was to make the compounds irreversibly bind to an unusual cysteine residue on the edge of the ATP binding site. This strategy has led to agents with enormous cytostatic potency against EGFr-driven xenograft models in vivo. The recent clinical studies with the humanized anti-erbB-2 antibody Herceptin™ provide a clinical proof of concept for the utility of blocking this family of receptors. Several small molecule inhibitors of EGFr are now in clinical trials or moving towards them, and in a few years we should know whether this theory is correct and if these agents can fulfill their intriguing potential.

## List of Abbreviations

| | | |
|---|---|---|
| ATP | = | Adenosine triphosphate |
| Cys | = | Cysteine |
| DMSO | = | Dimethyl sulfoxide |
| DTT | = | Dithiothreitol |
| EGF | = | Epidermal Growth Factor |

EGFr = Epidermal Growth Factor receptor

FGF = Fibroblast Growth Factor

HB-EGF = Heparin Binding EGF

ip = Intraperitoneal

PDGF = Platelet Derived Growth Factor

po = Per ora (oral)

RTK = Receptor Tyrosine Kinase

SAR = Structure Activity Relationship

sc = Subcutaneous

TGFα = Transforming Growth Factor α

TK = Tyrosine Kinase

VEGF = Vascular Endothelial Growth Factor

## Acknowledgments

It is my great pleasure to thank my colleagues in the Cancer and Chemistry Departments at Parke-Davis who made this project work: Donna Cody, Ellen Dobrusin, Annette Doherty, Bill Elliott, David Fry, Ken Hook, Jerry Kantor, Paul Keller, Al Kraker, Chetan Lathia, Dick Leopold, Denny Macnamara, Amy McMichael, Jim Nelson, Sandy Patmore, Bill Roberts, Ron Rubin, Tony Sercel, Jus Singh, Veronika Sherwood, Suzanne Trumpp-Kallmeyer, Pat Vincent, Tom Winters, Hairong Zhou, and our excellent colleagues in the Cancer Research Laboratory, University of Auckland, New Zealand Bruce Baguely, Bill Denny, Brian Palmer, Gordon Rewcastle, Jeff Smaill, and Andy Thompson. I would also like to thank the Cancer Research Campaign of New Zealand for partial support of this work, and Parke-Davis for keeping me gainfully entertained on this work.

## References

[1] Bridges, A. J. *Curr. Med. Chem.* **1996**, *3*, 167-196.

[2] Hunter, T.; Sefton, B. M. *Proc. Natl. Acad. Sci. USA* **1980**, *77*, 1311-1315.

[3] Takeya, T.; Hanefusa, H. *J. Virol.* **1982**, *44*, 12-18.

[4] Downward, J.; Yarden, Y.; Mayes, E.; Scrace, G.; Totty, N.; Stockwell, P.; Ullrich, A.; Schlessinger, Y.; Waterfield, M. D. *Nature* **1982**, *317*, 521-527.

[5] Khazaie, K.; Schirrmacher, V.; Lichtner, R. B. *Cancer Metastasis Rev* **1993**, *12*, 255-274.

[6] Aaronson, S. A. *Science* **1991**, *254*, 1146-1153.

[7] Voldborg, B. R.; Damstrup, L.; SpangThomsen, M.; Poulsen, H. S. *Ann Oncol* **1997**, *8*, 1197-1206.

[8] Chang, C. J.; Geahlen, R. L. *J. Nat. Prod.-Lloydia* **1992**, *55*, 1529.

[9] Fry, D. W. *Exp.Opin. Invest. Drugs* **1994**, *3*, 577-595.

[10] Traxler, P. M. *Expert Opin Ther Patents* **1997**, *7*, 571-588.

[11] Groenen, L. C.; Nice, E. C.; Burgess, A. W. *Growth Factors* **1994**, *11*, 235-257.

[12] Beerli, R. R.; Wels, W.; Hynes, N. E. *Breast Cancer Res Treat* **1996**, *38*, 11-17.

[13] Ekstrand, A. J.; Longo, N.; Hamid, M. L.; Olson, J. J.; Collins, V. P.; James, C. D.; Liu, L. *Oncogene* **1994**, *9*, 2313-2320.

[14] Murillas, R.; Larcher, F.; Conti, C. J.; Santos, M.; Ullrich, A.; Jorcano, J. L. *EMBO J* **1995**, *14*, 5216-5223.

[15] Hanks, S. K.; Hunter, T. *FASEB J* **1995**, *9*, 576-596.

[16] Cohen, S.; Ushiso, H.; Stoschek, C.; Chinkers, N. *J. Biol. Chem.* **1992**, *257*, 1523-1531.

[17] Thompson, A. M.; Rewcastle, G. W.; Tercel, M.; Dobrusin, E. M.; Fry, D. W.; Kraker, A. J.; Denny, W. A. *J Med Chem* **1993**, *36*, 2459-2469.

[18] Palmer, B. D.; Rewcastle, G. W.; Thompson, A. M.; Boyd, M.; Showalter, H. D. H.; Sercel, A. D.; Fry, D. W.; Kraker, A. J.; Denny, W. A. *J Med Chem* **1995**, *38*, 58-67.

[19] Showalter, H. D. H.; Sercel, A. D.; Leja, B. M.; Wolfangel, C. D.; Ambroso, L. A.; Elliott, W. L.; Fry, D. W.; Kraker, A. J.; Howard, C. T.; Lu, G. H.; Moore, C. W.; Nelson, J. M.; Roberts, B. J.; Vincent, P. W.; Denny, W. A.; Thompson, A. M. *J Med Chem* **1997**, *40*, 413-426.

[20] Fry, D. W.; Nelson, J. M. *Anti-Cancer Drug Des* **1995**, *10*, 607-622.

[21] Kraker, A. J.; Wemple, M. J.; Moore, C. W. *Proc. 83rd Annual Meeting of the AACR* **1992**, *33*, 85.

[22] Fry, D. W.; Nelson, J. M.; Slintak, V.; Keller, P. R.; Rewcastle, G. W.; Denny, W. A.; Zhou, H. R.; Bridges, A. J. *Biochem Pharmacol* **1997**, *54*, 877-887.

[23] Barker, A. J.; Davies, D. H. *Eur. Pat. App.* **1992**, 0520722 A.

[24] Ward, W. H. J.; Cook, P. N.; Slater, A. M.; Davies, D. H.; Holdgate, G. A.; Green, L. R. *Biochem Pharmacol* **1994**, *48*, 659-666.

[25] Spada, A. P.; Maguire, M. P.; Persons, P. E.; Myers, M. R. *World Pat. App.* **1992**, WO92/20642.

[26] Maguire, M. P.; Sheets, K. R.; Mcvety, K.; Spada, A. P.; Zilberstein, A. *J Med Chem* **1994**, *37*, 2129-2137.

[27] Trinks, U.; Traxler, P. *Eur. Pat. App.* **1992**, EP 0 516 588 A.

[28] Trinks, U.; Buchdunger, E.; Furet, P.; Kump, W.; Mett, H.; Meyer, T.; Muler, M.; Regenass, U.; Rihs, G.; Lydon, N.; Traxler, P. *J Med Chem* **1994**, *37*, 1015-1027.

[29] Fry, D. W.; Mcmichael, A.; Singh, J.; Dobrusin, E. M.; Mcnamara, D. J. *Peptides* **1994**, *15*, 951-957.

[30] Gill, G. N.; Weber, W. *Methods Enzymol.* **1987**, *146*, 82.

[31] Fry, D. W.; Kraker, A. J.; Mcmichael, A.; Ambroso, L. A.; Nelson, J. M.; Leopold, W. R.; Conners, R. W.; Bridges, A. J. *Science* **1994**, *265*, 1093-1095.

[32] Barker, A. J. *Eur. Pat. App.* **1993**, EP 0 566 226 A1.

[33] Bridges, A. J.; Zhou, H.; Cody, D. R.; Rewcastle, G. W.; Mcmichael, A.; Showalter, H. D. H.; Fry, D. W.; Kraker, A. J.; Denny, W. A. *J Med Chem* **1996**, *39*, 267-276.

[34] Rewcastle, G. W.; Denny, W. A.; Bridges, A. J.; Zhou, H. R.; Cody, D. R.; Mcmichael, A.; Fry, D. W. *J Med Chem* **1995**, *38*, 3482-3487.

[35] Wissner, A.; Johnson, B. D.; Reich, M. F.; Floyd, M. B.; Kitchen, D. B.; Tsou, H. *World Pat. App.* **1998**, WO 98/43960.

[36] Hudson, A. T.; Vile, S.; Barraclough, P.; Franzmann, K. W.; McKeown, S. C.; Page, M. J. *World Pat. App.* **1996**, WO 96/09294.

[37] Arnold, L. D. *World Pat. App.* **1995**, WO 95/23141.

[38] Rewcastle, G. W.; Palmer, B. D.; Bridges, A. J.; Showalter, H. D. H.; Li, S.; Nelson, J.; Mcmichael, A.; Kraker, A. J.; Fry, D. W.; Denny, W. A. *J Med Chem* **1996**, *39*, 918-928.

[39] Barker, A. J. *Eur. Pat. App.* **1995**, EP 0 635 507 A1.

[40] Thompson, A. M.; Bridges, A. J.; Fry, D. W.; Kraker, A. J.; Denny, W. A. *J Med Chem* **1995**, *38*, 3780-3788.

[41] Rewcastle, G. W.; Palmer, B. D.; Thompson, A. M.; Bridges, A. J.; Cody, D. R.; Zhou, H. R.; Fry, D. W.; Mcmichael, A.; Denny, W. A. *J Med Chem* **1996**, *39*, 1823-1835.

[42] Thomas, A. P. *World Pat. App.* **1995**, WO 95/15952.

[43] Traxler, P.; Furet, P.; Brill, W. K. D. *Eur. Pat. App.* **1995**, EP 0 682 027 A1.

[44] Traxler, P. M.; Furet, P.; Mett, H.; Buchdunger, E.; Meyer, T.; Lydon, N. *J Med Chem* **1996**, *39*, 2285-2292.

[45] Singh, J.; Dobrusin, E. M.; Fry, D. W.; Haske, T.; Whitty, A.; McNamara, D. J. *J Med Chem* **1997**, *40*, 1130-1135.

[46] Andrulis, I. L.; Bull, S. B.; Blackstein, M. E.; Sutherland, D.; Mak, C.; Sidlofsky, S.; Pritzker, K. P. H.; Hartwick, R. W.; Hanna, W.; Lickley, L.; Wilkinson, R.; Qizilbash, A.; Ambus, U.; Lipa, M.; Weizel, H.; Katz, A.; Baida, M.; Mariz, S.; Stoik, G.; Dacamara, P.; Strongitharm, D.; Geddie, W.; McCready, D. *J Clin Oncol* **1998**, *16*, 1340-1349.

[47] Gamett, D. C.; Pearson, G.; Cerione, R. A.; Friedberg, I. *J Biol Chem* **1997**, *272*, 12052-12056.

[48] Chamberlin, S. G.; Davies, D. E. *Bba Protein Struct Mol Enzym* **1998**, *1384*, 223-232.

[49] Carraway, K. L.; Cantley, L. C. *Cell* **1994**, *78*, 5-8.

[50] Alimandi, M.; Romano, A.; Curia, M. C.; Muraro, R.; Fedi, P.; Aaronson, S. A.; Difiore, P. P.; Kraus, M. H. *Oncogene* **1995**, *10*, 1813-1821.

[51] Chen, X. M.; Levkowitz, G.; Tzahar, E.; Karunagaran, D.; Lavi, S.; Benbaruch, N.; Leitner, O.; Ratzkin, B. J.; Bacus, S. S.; Yarden, Y. *J Biol Chem* **1996**, *271*, 7620-7629.

[52] Dougall, W. C.; Qian, X. L.; Greene, M. I. *J Cell Biochem* **1993**, *53*, 61-73.

[53] Rewcastle, G. W.; Murray, D. K.; Elliott, W. L.; Fry, D. W.; Howard, C. T.; Nelson, J. M.; Roberts, B. J.; Vincent, P. W.; Showalter, H. D. H.; Winters, R. T.; Denny, W. A. *J Med Chem* **1998**, *41*, 742-751.

[54] Woodburn, J. R.; Barker, A. J.; Wakeling, A. E.; Cartlidge, S. A.; Davies, D. H.; Valcaccia, B. E. *Proc. 87th Ann. Meeting AACR* **1996**, *37*, Abstract 2665.

[55] Fry, D. W.; Bridges, A. J.; Denny, W. A.; Doherty, A.; Greis, K. D.; Hicks, J. L.; Hook, K. E.; Keller, P. R.; Leopold, W. R.; Loo, J. A.; McNamara, D. J.; Nelson, J. M.; Sherwood, V.; Smaill, J. B.; TrumppKallmeyer, S.; Dobrusin, E. M. *Proc. Natl. Acad. Sci USA,* **1998**, *95 [20)*, 12022-12027.

[56] Palmer, B. D.; TrumppKallmeyer, S.; Fry, D. W.; Nelson, J. M.; Showalter, H. D. H.; Denny, W. A. *J Med Chem* **1997**, *40*, 1519-1529.

[57] Patmore, S. J.; Roberts, B. J.; Stoner, C. L.; Vincent, P. W.; Leopold, W. R.; Dykes, D. J.; Denny, W. A.; Smaill, J. B.; Elliott, W. L. *Proc. 89th Ann. Meeting AACR* **1998**, *39*, Abstract 3805.

[58] Hook, K. E.; Vincent, P. W.; Elliott, W. L.; Lathia, C. D.; Smaill, J. B.; Dobrusin, E. M.; Bridges, A. J.; Leopold, W. R. *Proc. 89th Ann. Meeting AACR* **1998**, *39*, Abstract 2157.

[59] Vincent, P. W.; Atkinson, B. E.; Zhou, H.; Dykes, D.; Leopold, W. R.; Patmore, S. J.; Roberts, B. J.; Bridges, A.; Elliott, W. L. *Proc. 89th Ann. Meeting AACR* **1998**, *39*, Abstract 3807.

[60] Denny, W. A. Abstracts of the 215th National Meeting of the ACS **1998**, MEDI 118.

[61] Woodburn, J. R.; Barker, A. J.; Gibson, K. H.; Ashton, S. E.; Wakeling, A. E.; Curry, B. J.; Scarlett, L.; Henthorn, L. R. *Proc. 88th Ann. Meeting AACR* **1997**, *38*, Abstract 4251.

[62] Iwata, K.; Miller, P. E.; Barbacci, E. G.; Arnold, L.; Doty, J.; DiOrio, C. I.; Pustilnik, L. R.; Reynolds, M.; Thelemann, A.; Sloan, D.; Moyer, J. D. *Proc. 88th Ann. Meeting AACR* **1997**, *38*, Abstract 4248.

[63] Moyer, J. D.; Barbacci, E. G.; Iwata, K. K.; Arnold, L.; Boman, B.; Cunningham, A.; DiOrio, C.; Doty, J.; Morin, M. J.; Moyer, M. P.; Neveu, M.; Pollack, V. A.; Pustilnik, L. R.; Reynolds, M. M.; Sloan, D.; Theleman, A.; Miller, P. *Cancer Res* **1997**, *57*, 4838-4848.

[64] Smolarek, T. A.; Vaidya, M. P.; Davis, J. A.; Turncliff, R.; Pollack, V. A.; Savage, D. M.; Baker, D. A.; Tsaparikos, K. E.; Pustilnik, L. R.; Moyer, J.; Cole, M. J.; Arnold, L. D.; Doty, J. L. *Proc. 88th Ann. Meeting AACR* **1997**, *38*, Abstract 4010.

[65] Pollack, V. A.; Savage, D. M.; Baker, D. A.; Tsaparikos, K. E.; Sloan, D. E.; Barbacci, E. G.; Pustilnik, L. R.; Smolarek, T. A.; Davis, J. A.; Vaidya, M. P.; Iwata, K. *Proc. 88th Ann. Meeting AACR* **1997**, *38*, Abstract 4249.

[66] Wissner, A.; Johnson, B. D.; Floyd, M. B.; Kitchen, D. B. *Eur. Pat. App.* **1997**, EP 0 787 722 A1.

[67] Nelson, J.; Alien, W. E.; Scott, W. N.; Bailie, J. R.; Walker, B.; Mcferran, N. V.; Wilson, D. J. *Cancer Res* **1995**, *55*, 3772-3776.

[68] DeJong, J. S.; VanDiest, P. J.; VanderValk, P.; Baak, J. P. A. *J Pathol* **1998**, *184*, 53-57.

[69] Gille, J.; Swerlick, R. A.; Caughman, S. W. *EMBO J* **1997**, *16*, 750-759.

[70] Ushiro, S.; Ono, M.; Izumi, H.; Kohno, K.; Taniguchi, N.; Higashiyama, S.; Kuwano, M. *Jpn J Cancer Res* **1996**, *87*, 68-77.

[71] Arkonac, B. M.; Foster, L. C.; Sibinga, N. E. S.; Patterson, C.; Lai, K. H.; Tsai, J. C.; Lee, M. E.; Perrella, M. A.; Haber, E. *J Biol Chem* **1998**, *273*, 4400-4405.

[72] Abramovitch, R.; Neeman, M.; Reich, R.; Stein, I.; Keshet, E.; Abraham, J.; Solomon, A.; Marikovsky, M. *FEBS Lett* **1998**, *425*, 441-447.

[73] Petit, A. M. V.; Rak, J.; Hung, M. C.; Rockwell, P.; Goldstein, N.; Fendly, B.; Kerbel, R. S. *Am J Pathol* **1997**, *151*, 1523-1530.

[74] Kaufmann, A. M.; Lichtner, R. B.; Schirrmacher, V.; Khazaie, K. *Oncogene* **1996**, *13*, 2349-2358.

[75] Segall, J. E.; Tyerech, S.; Boselli, L.; Masseling, S.; Helft, J.; Chan, A.; Jones, J.; Condeelis, J. *Clin Exp Metastasis* **1996**, *14*, 61-72.

[76] Zhau, H. Y. E.; Zhou, J. X.; Symmans, W. F.; Chen, B. Q.; Chang, S. M.; Sikes, R. A.; Chung, L. W. K. *Prostate* **1996**, *28*, 73-83.

[77] Damstrup, L.; Voldborg, B. R.; SpangThomsen, M.; Brunner, N.; Poulsen, H. S. *Br J Cancer* **1998**, *78*, 631-640.

[78] Parker, C.; Roseman, B. J.; Bucana, C. D.; Tsan, R.; Radinsky, R. *J Histochem Cytochem* **1998**, *46*, 595-602.

[79] Ma, D.; Niederkorn, J. Y. *Invest Ophthalmol Visual Sci* **1998**, *39*, 1067-1075.

[80] Yang, J. L.; Yu, Y.; Markovic, B.; Russell, P. J.; Crowe, P. J. *Anticancer Res* **1997**, *17*, 1023-1026.

[81] Yang, J. L.; Hanley, J. R.; Yu, Y.; Berney, C. R.; Russell, P. J.; Crowe, P. J. *Anticancer Res* **1997**, *17*, 3463-3468.

[82] Berney, C. R.; Yang, J. L.; Fisher, R. J.; Russell, P. J.; Crowe, P. J. *Oncol Res* **1998**, *10*, 47-54.

[83] Kondapaka, S. B.; Fridman, R.; Reddy, K. B. *Int J Cancer* **1997**, *70*, 722-726.

[84] Connolly, J. M.; Rose, D. P. *Int J Oncol* **1997**, *10*, 71-76.

[85] Tan, M.; Yao, J.; Yu, D. H. *Cancer Res* **1997**, *57*, 1199-1205.

[86] Narita, T.; Kawakamikimura, N.; Sato, M.; Matsuura, N.; Higashiyama, S.; Taniguchi, N.; Kannagi, R. *Oncology* **1996**, *53*, 374-381.

[87] Turner, T.; Chen, P.; Goodly, L. J.; Wells, A. *Clin Exp Metastasis* **1996**, *14*, 409-418.

[88] Weinstein, E. J.; Grimm, S.; Leder, P. *Oncogene* **1998**, *17 [16]*, 2107-2113.

[89] Arteaga, C. L.; Winnier, A. R.; Poirier, M. C.; Lopezlarraza, D. M.; Shawver, L. K.; Hurd, S. D.; Stewart, S. J. *Cancer Res* **1994**, *54*, 3758-3765.

[90] Dixit, M.; Yang, J. L.; Poirier, M. C.; Price, J. O.; Andrews, P. A.; Arteaga, C. L. *J Nat Cancer Inst* **1997**, *89*, 365-373.

[91] Langtonwebster, B. C.; Xuan, J. A.; Brink, J. R.; Salomon, D. S. *Cell Growth Differ* **1994**, *5*, 1367-1372.

[92] Paik, S. M.; Bryant, J.; Park, C. H.; Fisher, B.; TanChiu, E.; Hyams, D.; Fisher, E. R.; Lippman, M. E.; Wickerham, D. L.; Wolmark, N. *J. Natl.Inst. Cancer,* **1998**, *90 [18)*, 1361-1370.

[93] AlaouiJamali, M. A.; Paterson, J.; AlMoustafa, A. E.; Yen, L. *Biochem Cell Biol* **1997**, *75*, 315-325.

[94] Nagane, M.; Levitzki, A.; Gazit, A.; Cavenee, W. K.; Huang, H. J. S. *Proc Natl Acad Sci USA* **1998**, *95*, 5724-5729.

[95] Prewett, M.; Rockwell, P.; Rose, C.; Goldstein, N. I. *Int J Oncol* **1996**, *9*, 217-224.

[96] Yu, D. H.; Jing, T.; Liu, B. L.; Yao, J.; Tan, M.; McDonnell, T. J.; Hung, M. C. *Mol. Cell,* **1998**, *2 [5)*, 581-591.

[97] Yu, D. H.; Liu, B. L.; Jing, T.; Sun, D. T.; Price, J. E.; Singletary, S. E.; Ibrahim, N.; Hortobagyi, G. N.; Hung, M. C. *Oncogene* **1998**, *16*, 2087-2094.

[98] Carlomagno, C.; Perrone, F.; Gallo, C.; Delaurentiis, M.; Lauria, R.; Morabito, A.; Pettinato, G.; Panico, L.; Dantonio, A.; Bianco, A. R.; Deplacido, S. *J Clin Oncol* **1996**, *14*, 2702-2708.

[99] Schneider, J.; Rubio, M.-P.; Barbazan, M.-J.; Rodriguez-Escudero, F. J.; Seizinger, B. R.; Castresana, J. S. *J. Natl. Canc. Inst.* **1994**, *86*, 850-855.

[100] Yang, J. M.; Sullivan, G. F.; Hiat, W. N. *Biochem Pharmacol* **1997**, *53*, 1597-1604.

[101] Aggarwal, B. B.; Pocsik, E.; Ali-Osman, F.; Totpal, K. *FEBS Lett.* **1994**, *354*, 12-16.

[102] Garcia-Lloret, M. I.; Yui, J.; Winkler-Lowen, B.; Guilbert, L. J. *J. Cell. Phys.* **1996**, *167*, 324-332.

[103] Rohlff, C.; Glazer, R. I. *Cell Signal* **1995**, *7*, 431-443.

[104] Miyaguchi, M.; Takeuchi, T.; Morimoto, K.; Kubo, T. *Acta Oto Laryngol* **1998**, *118*, 428-431.

[105) Balaban, N.; Moni, J.; Shannon, M.; Dang, L.O.; Murphy, E.; Goldkorn, T. *Bba Mol Cell Res,***1996**,*1314*, 147-156.

[106] You, X. L.; Yen, L. Y.; Zeng Rong, N.; Al Moustafa, A. E.; Alaoui Jamali, M. A. *Oncogene* **1998**, *17 [24)*, 3177-3186.

[107] Stoll, S. W.; Benedict, M.; Mitra, R.; Hiniker, A.; Elder, J. T.; Nunez, G. *Oncogene* **1998**, *16*, 1493-1499.

[108] Goldkorn, T.; Balaban, N.; Shannon, M.; Matsukuma, K. *Bba Mol Cell Res* **1997**, *1358*, 289-299.

[109] Schmidtullrich, R. K.; Valerie, K.; Fogleman, P. B.; Walters, J. *Radiat Res* **1996**, *145*, 81-85.

[110] SchmidtUllrich, R. K.; Mikkelsen, R. B.; Dent, P.; Todd, D. G.; Valerie, K.; Kavanagh, B. D.; Contessa, J. N.; Rorrer, W. K.; Chen, P. B. *Oncogene* **1997**, *15*, 1191-1197.

[111] O'Rourke, D. M.; Kao, G. D.; Singh, N.; Park, B. W.; Muschel, R. J.; Wu, C. J.; Greene, M. I. *Proc. Natl. Acad. Sci. USA* **1998**, *95 [18)*, 10842-10847.

[112] Stackhouse, M. A.; Buchsbaum, D. J.; Grizzle, W. E.; Bright, S. J.; Olsen, C. C.; Kancharla, S.; Mayo, M. S.; Curiel, D. T. *Int. J .Rad. Onc. Biol. Phys.* **1998**, *42 [4)*, 817-822.

[113] Balaban, N.; Moni, J.; Shannon, M.; Dang, L. O.; Murphy, E.; Goldkorn, T. *Bba Mol Cell Res* **1996**, *1314*, 147-156.

Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 101 of 182 PageID #: 1864

[114] Fan, Z.; Baselga, J.; Masui, H.; Mendelsohn, J. *Cancer Res* **1993**, *53*, 4637-4642.

[115] Baselga, J.; Mendelsohn, J. *Breast Cancer Res Treat* **1994**, *29*, 127-138.

[116] Mendelsohn, J.; Fan, Z. *J Nat Cancer Inst* **1997**, *89*, 341-343.

[117] Pietras, R. J.; Fendly, B. M.; Chazin, V. R.; Pegram, M. D.; Howell, S. B.; Slamon, D. J. *Oncogene* **1994**, *9*, 1829-1838.

[118] Pietras, R. J.; Pegram, M. D.; Finn, R. S.; Maneval, D. A.; Slamon, D. J. *Oncogene* **1998**, *17 [17]*, 2235-2249.

[119] Baselga, J.; Norton, L.; Albanell, J.; Kim, Y. M.; Mendelsohn, J. *Cancer Res* **1998**, *58*, 2825-2831.

[120] Slamon, D.; Leyland-Jones, B.; Shak, S.; Paton, V.; Bajamonde, A.; Fleming, T.; Eiermann, W.; Wolter, J.; Baselga, J.; Norton, L. *Proc. ASCO* **1998**, *17*, 98a.

[121] Goldhirsch, A.; Coates, A. S.; CastiglioneGertsch, M.; Gelber, R. D. *Ann. Oncol.* **1998**, *9 [9]*, 973-976.

[122] Ross, J. S.; Fletcher, J. A. *Stem Cells* **1998**, *16 [6]*, 413-428.

# Reider
# Exhibit D

V.8 QV 772 C0765
NO.12
C.01---------SEQ: SR0083062 1998
TI: EXPERT OPINION ON
THERAPEUTIC PATENT 12/08/98

Ashley Publications

# Expert Opinion on Therapeutic Patents

Vol. 8 No. 12

December 1998

*Reviews & Updates*
Telomeres and telomerase: targets for cancer chemotherapy?
Recent strategies for the treatment of MDR in cancer cells
Tyrosine kinase inhibitors in cancer treatment
Antineoplastic agents 1998
Ceramide derivatives as therapeutic agents
Therapeutic approaches to obesity
Antagonising the expression of VEGF in pathological angiogenesis
Calpain inhibitors for stroke and other neurodegenerative diseases

*Patenting Perspective*
The European Directive on the legal protection of biotechnological inventions

*Patent Evaluations*
Raf kinase inhibitors
Organic molecule inhibition of integrin vitronectin receptors
New therapeutic patents for Alzheimer's disease
A CIITA dominant negative mutant

PROPERTY OF THE
NATIONAL
LIBRARY OF
MEDICINE

This material was copied
at the NLM and may be

ISSN 1354-3776

This material may be protected by Copyright law (Title 17 U.S. Code)

http://www.ashley-pub.com

*Review*

1. Introduction
2. Quinazolines
3. Pyrido-pyrimidines and pyrimido-pyrimidines
4. Pyrrolo-pyrimidines
5. Pyrazolo-pyrimidines
6. Phenylamino-pyrimidines
7. Oxindoles
8. SU 101
9. Indolocarbazoles
10. Phthalazines
11. Isoflavones and quinolones
12. Tyrphostins
13. Various structural classes
14. Expert opinion
Bibliography
Patents

**Monthly Focus: Oncologic, Endocrine & Metabolic**

# Tyrosine kinase inhibitors in cancer treatment (Part II)

Peter Traxler

*Novartis Pharmaceuticals, Therapeutic Area Oncology, Novartis Limited, CH-4002 Basel, Switzerland*

In the last few years, enormous progress in the field of signal transduction inhibition has been made. Many companies have entered the field. Along with the epidermal growth factor receptor (EGFR) tyrosine kinase, many other tyrosine kinases have been identified as interesting targets for drug discovery projects. X-ray data of more than 40 crystal structures of protein kinases, in most cases complexed with an inhibitor, have been published. Pharmacophore models for the binding of inhibitors in the ATP-binding site of protein kinases have been developed that are generally applicable, enabling the rational design of tyrosine as well as serine/threonine kinase inhibitors. It has been proven by numerous examples that the ATP-binding of protein kinases is an exciting target for the design of anticancer drugs. In many cases, it has also been demonstrated that through rational design it is possible to modify a lead structure in such a way that inhibitors with an altered selectivity profile are obtained. Chemical optimisation of several lead structures led to development candidates with potent *in vitro* and *in vivo* activity fulfilling the pharmacodynamic, pharmacokinetic, toxicological and technical (synthesis, formulation) requirements for a clinical candidate. Currently, there are seven tyrosine kinase inhibitors in early phases of clinical trials. In addition, several candidates are close to entering Phase I trials this year or at the beginning of next year. It is expected that positive results from clinical trials will greatly contribute to the clinical proof of concept of the value of signal transduction inhibition and will greatly stimulate further research in this area. This review is a continuation of a review with the same title of last year and summarises published patent literature and related publications between 1997 and September 1998.

***Keywords:*** *ATP-competitive inhibitors, epidermal growth factor receptor tyrosine kinase, pharmacophore model, protein tyrosine kinase inhibitors, pyrazolo-pyrimidines, pyrido-pyrimidines, quinazolines*

*Exp. Opin. Ther. Patents (1998) 8(12):1599-1625*

## 1. Introduction

Protein tyrosine kinases (PTKs) play an important role in signal transduction pathways regulating a number of cellular functions such as cell growth, differentiation and cell death. A variety of tumour types have dysfunctional growth factor receptor tyrosine kinases resulting in inappropriate mitogenic signalling. Therefore, PTKs are attractive targets in the search for therapeutic agents against not only cancer but also many other diseases.

1998 © Ashley Publications Ltd. ISSN 1354-3776

This material was copied at the NLM and may be

About 10 years ago, when research in the signal transduction field was initiated in many pharmaceutical companies, the EGFR tyrosine kinase was chosen as a target to start drug discovery projects. Meanwhile, many other receptor and non-receptor tyrosine kinases have been detected and found to be attractive targets for research programs in cancer and non-cancer indications. Novel members of the family of the EGFR PTK, such as the p185$^{c\text{-}erbB2}$ PTK(*c-erb*B2 gene product) and the *c-erb*B3 and *c-erb*B4 gene products, have been identified and are used as targets for medicinal chemistry programs. In the last years, a switch from the EGFR target to receptor and non-receptor tyrosine kinase targets (e.g., the PDGFR, VEGFR, FGFR, insulin-like growth factor-I receptor, insulin receptor, Abl, Src family, Met, etc.) has been observed. Additional targets under evaluation also include the c-Met, Trk, or the cytoplasmic Jak2 kinases.

In the last decade, hundreds, or even thousands, of tyrosine kinases inhibitors have been described in the literature. Most of them only served as tools to set-up *in vitro* assay systems and to prove their functionality; only a few examples demonstrated *in vivo* efficacy in relevant tumour models in nude mice. The first compounds, in most cases inhibitors of the EGFR tyrosine kinase, which entered preclinical development failed to fulfil the pharmacodynamic (efficacy, selectivity), pharmacokinetic (resorption, metabolism), toxicological and technical (synthesis, formulation) requirements and never entered clinical trials. Meanwhile, some of these hurdles have been overcome. There are currently already seven low molecular weight compounds described as more or less selective tyrosine kinases inhibitors in early phases of clinical trials (**Figure 1**). In addition, several candidates are in the late stages of preclinical development and are close to entering Phase I trials.

Within the large number of different structural classes of tyrosine kinase inhibitors which have been reported and reviewed in the last few years [1-8], compounds competing with ATP for binding at the catalytic domain are considered to be of great interest. Despite the fact that catalytic domains of most protein kinases share significant amino acid sequence homology and conserved core structures, it is now accepted that the ATP-binding site of protein kinases is an exciting target for rational drug design. In fact, out of the seven tyrosine kinase inhibitors, which are currently in clinical trials, six are described to be ATP-competitive inhibitors (**Figure 1**). Meanwhile, numerous examples of structurally-diverse classes have proven to be highly potent and selective ATP-competitive tyrosine kinase inhibitors. Special interest has focused on a special group of compounds containing a phenylamino-pyrimidine moiety in their structure such as phenylamino-quinazolines [9-11], phenylamino-pyrido[*d*]pyrimidines [12,13], phenylamino-pyrimido[5,4-*d*]pyrimidines [14], phenylamino-pyrrolo[2,3-*d*]pyrimidines [15] and phenylamino-pyrazolo[3,4-*d*]pyrimidines [16].

Although more than 40 crystal structures of protein kinases complexed with ATP or an ATP-competitive inhibitor have been published in the last few years, many attempts to obtain a crystal structure of the EGFR PTK have not yet been successful. In 1995, Furet *et al.* (Novartis) published the first data of a pharmacophore model for inhibitors competing for the ATP-binding site of the EGFR PTK [17]. This pharmacophore model was fully consistent with a model of the EGFR-PTK constructed by homology to the x-ray crystal structure of the cyclic-AMP dependent protein kinase [18] and has then been successfully used for the design and synthesis of 4-substituted-pyrrolo[2,3-*d*]pyrimidines [15] and 4-phenylamino-pyrazolo[3,4-*d*]pyrimidines [16]. Based on our own experience and the availability of published crystal data of many protein kinases, the model was refined and is now of general usefulness for the rational design of protein kinase inhibitors (**Figure 2**). According to this model, the binding-site of ATP in kinases can be divided into five regions (P Furet, manuscript in preparation).

### 1.1 Adenine region

This region is mostly hydrophobic in character. In the EGFR kinase, the N1 and N6 nitrogens of the adenine ring of ATP are engaged in a bidentate hydrogen bond donor-acceptor system with two amino acid residues $Gln^{767}$ and $Met^{769}$ of the hinge region, corresponding to $Glu^{121}$ (backbone carbonyl) and $Val^{123}$ (backbone NH) in cAMP-dependent protein kinase and anchor the nucleotide. In phenylamino-pyrrolo-pyrimidines, this hydrogen bond donor-acceptor system is formed by the pyrrolo NH (H-donor) and the N1 of the pyrimidine ring (H-acceptor) [15]. Many other potent inhibitors use at least one of these two hydrogen bonds (e.g., quinazolines). Although not used by ATP, the backbone carbonyl of the residue corresponding to $Val^{123}$ in cAMP-dependent protein kinase can also serve as a hydrogen bond acceptor for inhibitor

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 1:** Tyrosine kinase inhibitors in clinical trials.
Compounds marked with an asterisk are ATP-competitive inhibitors.

**1**
SU 5271/PD 153035
(Sugen, EGFR/Psoriasis)*

**2**
CP 358774
(Pfizer, EGFR kinase)*

**3**
ZD 1839
(Zeneca, EGFR kinase)*

**80**
CGP 57148
(Novartis, Abl kinase)*

**87**
SU 5416
(Sugen, VEGFR kinase)*

**89**
SU 101, Leflunomide
(Sugen, PDGFR kinase)

**92**
CEP-2583
(Cephalon, Trk kinase)*

binding as shown by x-ray crystallography for the cholecystokinin 2 (CDK2) inhibitor olomoucine [19].

### 1.2 Sugar pocket

This pocket is of hydrophilic character in most protein kinases. It has been exploited in the design of potent and selective EGFR kinase inhibitors of the pyrrolo-pyrimidine or pyrazolo-pyrimidine classes. A chlorophenyl moiety replaces ribose of ATP. In addition, a sulfur-aromatic interaction between this moiety and residue $Cys^{773}$ of the pocket is assumed [15]. This $Cys^{733}$ is unique to the EGFR family of kinases providing potency and selectivity.

### 1.3 Hydrophobic region I

This pocket, extending in the direction of the lone pair of the N7 nitrogen of adenine, is present but not used by ATP in most protein kinases, thereby offering the medicinal chemist many possibilities for the design of new inhibitors. In the EGFR kinase, its size is controlled by two main amino acid residues $Thr^{766}$ and $Thr^{860}$, thus playing an important role in inhibitor selectivity. In other protein kinases, this pocket is

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 107 of 182 PageID #: 1870

**Figure 2:** Protein kinase pharmacophore.

relatively small (e.g., in cyclin-dependent kinases a bulky phenylalanine [$Phe^{80}$ in CDK2] occupies the position corresponding to $Thr^{766}$ in the EGFR kinase). Many potent serine/threonine or tyrosine kinase inhibitors occupy this pocket (e.g., pyrrolo-pyrimidines, pyrazolo-pyrimidines, phenylamino-quinazolines pyrido-pyrimidines, pyrimido-pyrimidines, oxindoles, olomoucines, etc.).

### 1.4 Hydrophobic region II

This region corresponds more to a hydrophobic slot that is opened to solvent. This region is not used by ATP and can be exploited to gain binding affinity. In the EGFR kinase, it is formed by residues $Leu^{694}$ and $Gly^{772}$. The x-ray crystal structures of indolinone inhibitors in complex with the FGFR kinase exploiting this slot have recently been published [20]. In certain other protein kinases (e.g., mitogen-activated protein [MAP] and CDK family kinases), the shape of the slot is slightly altered due to the deletion of the amino acid corresponding to $Gly^{772}$ in the EGFR kinase.

### 1.5 Phosphate binding region

This region has high solvent exposure and is not of primary importance with respect to binding affinity. However, it can be useful to improve the selectivity.

Independently, Parke-Davis scientists proposed a model for the binding of 4-phenylamino-quinazolines [21] and pyrimido[2,3-*d*]pyrimidines [22] at the ATP-binding site of the EGFR kinase. While there is no consistent way other than their proposed binding mode to accommodate the pyrido[2,3-*d*]pyrimidine inhibitors in the ATP-binding site of a tyrosine kinase, this is not the case for the phenylamino-quinazolines. According to their model, the phenylamino moiety of these inhibitors occupies hydrophobic region I of the ATP binding site while the N1 nitrogen of the pyrimidine ring forms a hydrogen bond with the backbone NH of the residue $Met^{769}$ (corresponding to $Val^{123}$ in cAMP-dependent protein kinase). Assuming the same hydrogen bond interaction, many of these inhibitors (with the exception of pyrazolo-quinazoline analogues alkylated at N1) can also be accommodated in a binding mode where the phenylamino moiety occupies the sugar pocket as we hypothesised for our pyrrolo-pyrimidine inhibitors. The concept that kinase inhibitors belonging to a given chemical class adopt a unique binding mode is not supported by recent x-ray crystallographic structures of purine inhibitors in complex with CDK2 [19]. Depending on the types and positions of substituents on a given kinase inhibitor template, changes in the binding mode may occur.

## 2. Quinazolines

Since the publication of the first Zeneca patents in 1992/93 [101,102] and publications from Zeneca [9] and Parke-Davis [10], Quinazolines have undergone extensive studies in more than ten pharmaceutical companies. Derivatives of this class of compound are some of the most potent and selective tyrosine kinase inhibitors, especially of the EGFR tyrosine kinase. Structure-activity relationship (SAR) and biological properties of numerous quinazoline derivatives have been published or reviewed [4-8]. Therefore, this

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

review only covers new aspects of this compound class, which have not yet been described in the preceding reviews. From the hundreds or even thousands of synthesised quinazoline derivatives, three compounds are currently in clinical development and are therefore described in more detail (**Figure 1**).

First published by Parke-Davis in *Science* [10], and covered by Zeneca [101,102], PD 153035 (**1**) selectively inhibits the EGFR kinase in the picomolar range and also blocks EGFR autophosphorylation in response to exogenous EGF in EGFR-overexpressing cells at nanomolar concentrations. In HER2/*neu*-overexpressing cell lines, the compound reduced heregulin-dependent tyrosine phosphorylation at markedly higher concentrations (1400 - 2800 nM). Co-treatment of PD 153035 with an anti-EGFR-blocking monoclonal antibody (C225) further enhanced the antitumour activity of the compound [23]. In addition, induction of protease-dependent apoptosis in human colon cancer cells at micromolar concentrations was also reported [24]. Probably due to its rather unsatisfactory bioavailability and rapid metabolism, the compound only showed weak *in vivo* activity in A431 tumours in athymic mice [25] and was therefore not further developed as an anticancer agent. The 3-bromo-4-hydroxyphenylamino derivative of PD 153035 is known as WHI-P154. The EGF-P154 conjugate was able to bind and enter target glioblastoma cells within 10 - 30 min *via* receptor-mediated endocytosis by inducing internalisation of the EGFR molecules. *In vivo,* EGF-P154 at 1 mg/kg per day for 10 consecutive days delayed tumour progression [26]. PD 153035 has been licensed by Sugen and is presently as SU 5271 in Phase I trials for topical use in the treatment of hypoproliferative skin diseases (e.g., psoriasis, skin cancer, etc.) [103].

The most exciting quinazoline derivative is Zeneca's ZD 1839 (**2**) which has already successfully passed Phase I trial in volunteers and is presently in early Phase II studies for the treatment of cancer. The compound was obtained from a programme to improve the unsatisfactory physicochemical properties (solubility) of quinazolines by introduction of basic amino side-chains in position 6 of the quinazoline ring [104]. ZD 1839 has an $IC_{50}$ value between 23 and 79 nM against the EGFR tyrosine kinase and also inhibits the c-erbB-2 kinase but at markedly higher $IC_{50}$ concentrations between 1.2 and 3.7 μM. Excellent oral bioavailability and *in vivo* antitumour activity in a broad range of human solid tumour xenografts in nude mice was reported. In A431 tumours, a daily oral dose of 10 mg/kg caused 50% inhibition of tumour growth, whereas regression of large tumours to undetectable size was observed after daily dosing of 200 mg/kg for two weeks. Prolonged treatment for 4 months suppressed tumour growth completely. However, not unexpected for a cytostatic drug, tumour regrowth occurred after termination of treatment. Other treatment sensitive tumours included KB, A549 NSCLC, DU145 prostate, HT29 colorectal, HX62 ovarian, MCF-7, etc. [27]. Based on these exciting preclinical results, ZD 1839 was selected as a candidate for clinical development. Following a 4-week toxicology study in animals, Phase I studies have been performed in healthy volunteers looking at tolerability and pharmacokinetics. The compound was well-tolerated up to a single daily oral dose of 75 mg or three daily doses of 100 mg per volunteer. Dose-proportional exposure was observed. The terminal half-life was estimated at 27 - 41 h supporting a daily administration schedule. Several Phase Ib/II studies in patients are currently ongoing [28].

Pfizer is using the meta-ethynylphenyl amino group in the 4-position of the pyrimidine ring in their quinazoline series [105] and have identified CP 358774 (**3**) [106] as their clinical development candidate. This quinazoline derivative has two ethoxymethoxy groups in both positions 6 and 7 of the aromatic ring. CP 358774 is also an ATP-competitive inhibitor inhibiting the EGFR kinase with an $IC_{50}$ of 1 nM. The selectivity with respect to other tyrosine kinases (e.g., v-Src, c-Abl, IGF-IR, IR-I) is high (ratio > 1000). In intact tumour cells, EGFR autophosphorylation is blocked with an $IC_{50}$ of 20 nM. The compound also inhibited proliferation of DiFi human colon tumour cells ($IC_{50}$ = 100 nM). In addition, inhibition of cell cycle progression at the G1 phase, associated with a loss of hyper-phosphorylated retinoblastoma protein as well as induction of apoptosis, was observed. In athymic nude mice with human head and neck HN5 tumours, ip. administration of 100 mg/kg of the compound completely inhibited EGF-induced EGFR autophoshporylation in the tumour and the liver. Oral administration of a daily dose of 10 mg/kg caused 50% tumour inhibition in HN5 tumours, whereas A431 tumours were inhibited at a relatively high daily dose of 200 mg/kg [29]. Using radiolabelled compounds, uniform distribution into HN5 tumours as well as other desired target tissues (pancreas, lung) was

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

demonstrated [30]. In a 1 month oral toxicity study in rats and dogs, no prohibitive safety or toxicity effects prevented the drug from entering Phase I studies [31].

Beside these clinical candidates, there is a series of quinazoline derivatives, which were in some stage of preclinical evaluation but never entered clinical phases (**Figure 3**). This includes the tricyclic imidazolo-quinazoline derivative **4**, published by Parke-Davis [21]. This compound is derived from an SAR study of various tricyclic quinazoline analogues. It inhibited tyrosine phosphorylation of a random co-polymer of tyrosine and glutamic acid (induced by EGF-stimulated full length EGFR enzyme from A431 cells) with an $IC_{50}$ value of 37 nM, and also blocked EGFR autophosphorylation in A431 cells ($IC_{50}$ = 13 nM). Compound **5**, another analogue of this series, was used to construct a model for the binding of 4-anilino-quinazolines in the ATP-binding site of the EGFR kinase. According to this model, the pyrrole ring or the 6- and 7-positions of quinazolines or pyrido-pyrimidines occupies the entrance of the ATP-binding pocket. The pyrrole nitrogen is located at the bottom of the cleft, whereas the pyrrole C3 atom is oriented towards the 'sugar pocket', thus allowing bulk tolerance for C3 substituents and to some extent for N1 substituents. The substituted aniline ring at the 4-position binds in the large hydrophobic pocket adjacent to the 'sugar pocket'. The amino acid composition of this pocket, which is unique to the EGFR, might contribute to selectivity of the compounds [21].

By testing the response of a variety of primary cultures derived from patients with cancer of the lung, ovary, breast, cervix and endometrium to PD 156273 (**6**), it could be shown that the presence of the EGFR was necessary but not sufficient for *in vitro* responses [32].

A series of new patents has been filed in the last two years describing quinazolines with novel side-chains in 4-, 6- or 7-positions (**Figure 3**). American Cyanamid claims *in vivo* activity in A 431 tumours at relatively high doses with 7-amido-substituted quinazolines (e.g., **7**) [107]. Zeneca expanded their series of patents covering solubilising, basic substituents at the 6- or 7-positions and 3-chloro-4-fluoro-aniline in the 4-position with three new patents [108-110]. Compound **8** is an example with a thiophene moiety directly attached to the aromatic ring [109], whereas compound **9** is a 7-methoxy-quinazoline with an ethoxyl-1,3-dioxolane moiety in the 6-position [110]. *In vitro* activity with $IC_{50}$ values between 10 and 40 nM as well as *in vivo* activity in A431 tumours was reported for these inhibitors. Pfizer applied the 3-ethynyl-anilino group, successfully used in CP 358774, to the tricyclic quinazoline **10** (no biological data were given) [111]. Another Pfizer patent covers derivatives with a 4-indolyamino group and a vinyl-pyridyl side-chain in the 6-position (e.g., **11**) [112]. Glaxo attached a bulky benzyl-indazolyl substituent in the 4-position and an optically active heterocyclic carbocylic acid amide in the 6-position (**12**), thereby widening the biological spectrum to include tyrosine kinase inhibitory activity against the c-erbB2 and c-erbB4 kinases (reported $IC_{50}$ values of 45 and 34 nM, respectively) [113]. Finally, Kyowa Hakko claims PDGF antagonistic properties with a series of 6,7-dimethoxy-quinazolines bearing a bulky piperazinyl carboxamide group in the 4-position (**13**) [114].

In a SAR study of a series of novel quinazolines, compound **14** was identified as a derivative with interesting biological properties [33]. This compound has a solubilising, basic dimethylamino group at the 6-position, combined with an aromatic cyclopropylamino moiety at the 4-position. It inhibited the EGFR kinase from A431 cells and EGF-stimulated proliferation of KB cells in culture with $IC_{50}$ values of 27 and 310 nM, respectively. In the murine A431 model, tumour growth was blocked by 36% after 21 days of administration of a daily oral dose of 50 mg/kg [33].

Parke-Davis scientists designed a series of irreversible inhibitors by the introduction of Michal-acceptor-type substituents at either the 6- or 7-position (**15-18**) of the quinazoline ring (**Figure 4**) [115]. SAR studies showed that the acrylamide moiety is optimal as a Michael-acceptor and that the 6-position is preferred over the 7-position [34]. PD 168393 (**16**) irreversibly blocked purified EGFR kinase and EGFR autophosphorylation in A431 cells with $IC_{50}$ values of 0.7 and 4.3 nM, respectively. In addition, heregulin-dependent inhibition of autophosphorylation of erbB2, erbB3 and erbB4 in MDA-MB-453 cells was also seen. Growth inhibition studies in A431 cells showed that a brief exposure (15 min) to the irreversible inhibitor, followed by its removal, inhibited proliferation, whereas no effect was seen with a reversible inhibitor of related structure [35]. Potent *in vivo* antitumour activity in several xenograft models (A431, H-125, MCF-7 tumours) was also reported with **16**. In the A431 model in nude mice,

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 3:** Quinazolines as EGFR tyrosine kinase inhibitors.

tumour growth delay and tumour growth inhibition by 191% or even regression in 5 out of 6 animals was observed after an oral dose of 150 - 200 mg/kg [36]. Further optimisation and especially introduction of a morpholino-propyloxy moiety in the 7-position, which was already successfully used in Zeneca's ZD 1839 at the 6-position, led to PD 169540 (**18**). PD 169540 showed rapid and irreversible inhibition of the EGFR kinase ($IC_{50}$ = 3.6 nM) with high selectivity over other tyrosine and serine/threonine kinases. Inhibition of autophosphorylation in A431 cells occurred at an $IC_{50}$ of 5.3 nM. The compound was highly effective *in vivo* in several EGFR or c-erbB2-dependent xenograft models (A431, H125, BCA-1, SF767 or MCF-7) at oral doses of 60 - 100 mg/kg, thereby causing a delay of tumour regrowth compared to reversible inhibitors [34,37]. Mechanistically, it is proposed that the acrylamide moiety irreversibly binds to $Cys^{773}$ in the 'sugar pocket' of the EGFR kinase. In fact, this was consistent with the findings after incubation of the compound with the catalytic domain of the EGFR kinase. Tryptic digestion

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 4:** 4-Phenylamino-quinazolines as irreversible EGFR tyrosine kinase inhibitors.



**15**
PD-160678



**16**
PD-168393



**17**
PD-179651



**18**
PD-169450

combined with mass spectroscopy indicated that Cys$^{773}$ was stochiometrically alkylated [38]. This amino acid is unique in the EGFR kinase and is not present in many other tyrosine or serine/threonine kinases. Whether the high selectivity observed at the enzyme level also translates into selectivity at a cellular level has to be proven by an irreversible Michael-acceptor-type inhibitor. Irreversible inhibitors and especially PD 169540 represent an interesting novel type of potent and selective EGFR tyrosine kinase inhibitors. A derivative of this class has been selected for further preclinical development by Parke-Davis.

## 2.1 Quinazolines as VEGFR tyrosine kinase inhibitors

From the numerous crystal structures of protein kinases complexed with inhibitors which have been published in the last few years, enough data and knowledge have been accumulated enabling the modification of a known lead structure in a way that new inhibitors are obtained which possess an altered selectivity profile and are potent against novel kinases. So far, most patents and publications describe quinazolines as selective inhibitors of the EGFR family of tyrosine kinases. However, some recent patent applications from Zeneca [116-121] and Sugen [122] claim certain 4-anilino-quinazolines of the general structure **19** to have potent activity against the VEGFR tyrosine kinase (**Figure 5**). It seems that altering the substitution pattern in the 4-anilino part of the molecule contributes to potency and eventually also to selectivity against this kinase. Preferred substituents are 2-fluoro and 3-hydroxy in combination with a 4-halogen or a 4-methyl group. It is noteworthy that 4-anilino-quinazolines with EGFR kinase inhibitory activity in most cases have a 3-chloro- or 3-bromo-anilino moiety. With regard to substituents at the 6- or 7-postition, it is stated that the VEGFR enzyme, in contrast to the EGFR kinase, cannot tolerate large substituents at the 6-position. In fact, only small groups, in most cases methoxy, are claimed in these patents. The solubilising groups are therefore attached to the 7-position. The most interesting compounds from this series appeared to be compound **20** [116] with a pyridylmethyl side-chain, compound **21** [119] with the methoxyethoxy side-chain used by Pfizer in their clinical candidate CP 358774 and especially compound **22** [117]. This compound with the morpholino-propyloxy side-chain in the 7-position is a regioisomer of ZD 1839. Unfortunately, no detailed *in vitro* data are given in the patents. But assuming that compounds **21** and **22** have nanomolar inhibitory activity against the VEGFR kinase and in addition have a pharmacokinetic profile similar to these of the clinical candidates CP 35874 or ZD 1839, respectively, these two VEGFR kinase inhibitors might be interesting development candidates [39].

In addition, inhibition of the VEGFR and fibroblast growth factor receptor 1 (FGF-IR) tyrosine kinase activities was claimed in a recent Zeneca patent describing a 6,7-dimethoxyquinazoline with an oxindole group in the 4-position (**23**) [123]. Finally, angiogenic properties were claimed in a Pharmacia

© Ashley Publications Ltd. All rights reserved.

This material was copied
at the NLM and may be
Subject US Copyright Laws

**Figure 5:** Quinazolines as VEGFR tyrosine kinase inhibitors.

19 20 21

22 23 24

patent describing a 6,7-dimeth-oxyquinazoline with an *(S)*-acetoxymethylbenzylamino side-chain in the 4-position (**24**, no biological data are given) [124].

## 3. Pyrido-pyrimidines and pyrimido-pyrimidines

Pyrido[*d*]pyrimidines, first patented by Parke-Davis [125,126], are structurally related to quinazolines (**Figure 6**). They have an additional nitrogen in the aromatic ring system. SAR studies with regard to EGFR kinase inhibition of this compound class can be summarised in the following way:

- Similar to 4-anilino-quinazolines, there is a preference for halogens in the meta-position of the aniline of 7-amino-pyrido[4,3-*d*]pyrimidines [12].
- Comparing four series of isomeric pyrido[*d*]pyrimidines with electron-withdrawing substituents at the 6-or 7-positions showed superiority of pyrido[3,4,-*d*]- and pyrido[4,3-d]pyrimidines over pyrido[3,2-*d*]- and pyrido[2,3-*d*]pyrimidines [14].
- Introduction of a basic methylamino- or dimethylamino group in 6-substituted pyrido[3,4-*d*]pyrimidines (e.g., **25**, PD 158780) or in the 7-position of pyrido[4,3-*d*]pyrimidines, respectively, increased potency [12].

PD 158780 (**Figure 6**) is a highly potent inhibitor of the full-length EGFR enzyme ($IC_{50}$ = 0.008 nM) and of EGFR autophosphorylation in A431 cells ($IC_{50}$ = 13 nM). Higher concentrations were required to inhibit PDGF- and bFGF-dependent processes. In SK-BR3 and MDA-MB-453 breast carcinoma cells, heregulin-stimulated phosphorylation was inhibited with an $IC_{50}$ of 49 and 52 nM, respectively [40]. However, the *in vivo* antitumour activity of PD 158780 was disappointing. In oestrogen-dependent MCF-7 breast and A431 epidermoid tumours, PD 158780 (25 - 75 mg/kg, ip.) only delayed tumour growth. The treated tumours remained the same size, thereby indicating cytostatic activity of the drug. In other EGFR-transfected tumour models (e.g., ovarian SK-OV3), the drug (30 mg/kg, ip.) was inactive or had only weak activity [41]. Increased water-solubility could be demonstrated with a series of 7-substituted-4-anilino-pyrido[4,3-*d*]pyrimidines while the *in vitro* activity against the EGFR kinase remained [42]. Compound **26** with a morpholinopropyl moiety attached to the 7-amino group had a solubility of > 40 mM and inhibited phosphorylation of the EGFR enzyme and autophosphorylation of EGFR in A431 cells with an $IC_{50}$ of 1.9 and 8.1 nM, respectively. In nude mice, the drug at 25 mg/kg (ip., twice per day on days 7 - 21 after tumour implantation) delayed tumour growth against advanced stage A431 epidermoid xenografts by 13 days. Again, treated tumours did not increase in size during treatment and regrowth of

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 6:** Pyrido[3,4-*d*]pyrimidines and pyrido[4,3-*d*]pyrimidines.

tumour occurred after termination of therapy. Continuous long-term therapy with the drug may result in substantial tumour growth inhibition [42]. In accordance to the binding mode proposed by Parke-Davis [21] it is assumed that the 7-position of the pyrido-pyrimidine ring is at the entrance of the adenine binding cleft, allowing steric freedom for large substituents at this position, whereas the anilino moiety occupies the unique hydrophobic pocket which is adjacent to the ATP-binding pocket [42].

In three patents, Glaxo used the same side-chains in the 4- and 6-position of pyrido-pyrimidines (e.g., **27**) which they already claimed in quinazolines (e.g., **12**), thereby again expanding the biological spectrum to include potent activity against the c-erbB2 and c-erbB4 kinases ($IC_{50}$ values between 11 and 100 nM) [127-129].

Karl Thomae GmbH filed two patents covering pyrido[4,3-*d*]pyrimidines and pyrido[3,4-*d*] pyrimidines with a basic piperidinyl side-chain in the 6- or 7-position, respectively. EGFR kinase inhibition combined with anti-angiogenic properties is described for compounds **28** and **29** [130,131].

With pyrido[2,3-*d*]pyrimidines, also included in Parke-Davis' patent [132], the activity and selectivity profile was significantly extended (**Figure 7**). PD 89828 ( **30**) and PD 90560 ( **31**), identified through screening of a compound library for inhibitors of the PDGFR, FGFR and c-Src kinases, are also ATP-competitive inhibitors with micromolar activity against these kinases [43-46]. Extensive SAR studies of these lead structures by exploring the 2-, 6- and 7-positions of the molecule led to a series of interesting molecules with increased biological activity and aqueous solubility [43,44,46]. It was found that the 2,6-dichlorophenyl substituent at C6 is preferred for PDGFR, FGFR and c-Src activity, while a 3,5-dimethoxyphenyl substituent at this position contributes to selectivity against the FGFR tyrosine kinase. A combination of a solubilising diethylaminobutyl or N-methylpiperazinyl-propyl/butyl side-chain in the 2-position combined with a t-butyl or ethyl urea moiety in the 7-position resulted in a first series of potent compounds. Compound **32** (PD 161570) inhibited the PDGFR, FGFR, EGFR, c-Src and insulin receptor (IR) tyrosine kinases with $IC_{50}$ values of 310, 48, 240, 44 and > 50 nM, respectively. In rat aortic smooth muscle cells, PDGFR autophosphorylation was blocked at an $IC_{50}$ of 450 nM. In addition, the constitutive phosphorylation of the FGF-1R was suppressed with an $IC_{50}$ between 450 and 670 nM [44,45,47]. Replacement of the 2,6-dichlorophenyl substituent by a 3,5-dimethoxyphenyl moiety controlled selectivity with respect to the FGFR kinase as shown for compound **33** (PD 166866) which had an $IC_{50}$ value of 60 nM against this kinase but did not inhibit the PDGFR, c-Src, MAP, CDK4, EGFR and IR kinases. In a 4-day growth inhibition assay, this inhibitor blocked FGF-stimulated human umbilical vein endothelial growth ($IC_{50}$ = 59 nM) [44,45]. In L6

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 7:** Pyrido[2,3-*d*]pyrimidines.

30
PD-89829
31
PD-90560
32
PD-161750
33
PD-166866
34
PD-173074
35
PD-176863285
36
PD-166285
37
PD-173592
38

cells, **33** at a daily concentration of 1 - 100 nM dose, dependently blocked the bFGF-stimulated cell growth for 8 consecutive days ($IC_{50}$ = 4 nM) without affecting PDGFR-stimulated growth of L6 cells or serum-stimulated vascular smooth muscle cell proliferation, thus proving that this compound is a potent and selective FGF-1R tyrosine kinase inhibitor. In addition, potent inhibition of microvessel outgrowth from cultured artery fragments of human placenta was also reported [48]. Further optimisation of **33** led to PD 173074 (**34**) and PD 178663 (**35**), two highly selective FGFR kinase inhibitors, inhibiting this kinase with $IC_{50}$ values between 20 and 30 nM. Both compounds showed potent *in vitro* and *in vivo* anti-angiogenic activities in relevant tumour models such as inhibition of *in vitro* endothelial cell capillary formation and *in vivo* microcapillary formation (complete inhibition at 30 nM concentration). In an angiogenesis model in

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 8:** Pyrimido[5,4-*d*]pyrimidines.

39
40
41

nude mice, PD 173074 was active at oral doses of 50 - 60 mg/kg [49,50]. In a model for the binding of pyrido[2,3-*d*]pyrimidines at the kinase domain of tyrosine kinases, it was proposed that PD 173074 binds in the ATP-binding cleft of the FGF-1R kinase. The NH of the butylamino group and N3 of the pyrimidine ring form a hydrogen-bond donor-acceptor system. The 6-aryl substituent of the heterocycle is deep in the large hydrophobic pocket, thereby conferring high affinity binding and specificity, whereas the substituents at the 2-position as well as the 7-urea moiety are located at the entrance of the binding cleft allowing variability and bulk tolerance for these substituents [22]. Quite recently, the crystal structure of the tyrosine kinase domain of the FGF receptor in complex with PD 173074 at 2.5 Å resolution fully confirmed this proposed binding mode [51].

Optimisation of PD 90560 led to a series of so-called 'multi-specificity' inhibitors with improved selectivity against the c-Src kinase, as exemplified by PD 166285 (**36**) [46,52-54] and PD 173952 (**37**) (**Figure 8**) [55]. These compounds have a substituted anilino moiety in the 2-position but lack the alkyl urea function in the 7-position. PD 166285 had $IC_{50}$ values of 79, 43, 9, 44, > 50 and > 20 against the PDGFR, bFGRR, c-Src, EGFR, IR kinases and against PKC, respectively. It inhibited PDGF- and EGF-stimulated receptor autophosphorylation in vascular smooth muscle cells as well as basic fibroblast-mediated tyrosine phosphorylation in Sf9 cells with $IC_{50}$ values of 6.5, 1.6 and 97 nM, respectively [22,46,54]. PD 166285 also inhibited microcapillary formation dose-dependently in several cell lines (e.g., HUVEC, LCC, LCC-MDR, etc.) in the nanomolar range. The compound was bioavailable after p.o. and ip. administration. In a murine angiogenesis model in nude mice, a dose-dependent effect on neovascularisation as determined by the number of blood vessels and endothelial cells was observed after daily oral administration of the compound for 7 days [49]. With $IC_{50}$ values of 11 and 16 nM, respectively, against the c-Src kinase, PD173592 (**37**) had a satisfactory selectivity ratio against the EGFR, FGFR and PDGFR kinases. Both compounds inhibited a panel of tumour cell lines (HCT 8, SW 620, HT 29, NIH 3T3, A431, etc.) with $IC_{50}$ values between 0.17 and 1.52 μM [55]. Recently, compound **38** with an unsubstituted phenyl group at C6 and an ethyl group at N7 was described as a broad-spectrum tyrosine kinase inhibitor with $IC_{50}$ values of 31, 88 and 31 nM against PDGFR, FGFR and c-Src kinases, respectively. **38** blocked PDGFR autophosphorylation ($IC_{50}$ = 1.5 nM), had antiproliferative activity against a variety of PDGF-dependent tumour cell lines ( e.g., C6 rat glioma cells), and exhibited *in vivo* antitumour activity at oral doses between 20 and 40 mg/kg against several tumour xenografts in nude mice (e.g., C6 glioma, DU-145 prostate) [56]. In a recent Parke-Davis patent, the activity spectrum of pyrido[2,3-*d*]pyrimidines was extended and includes derivatives with activities against the CDK and FGFR kinases [133].

Insertion of a second nitrogen into the pyridine ring of pyrido-pyrimidines led to pyrimido[5,4-*d*]pyrimidines (e.g., **39**), also included in Parke-Davis' pyrido-pyrimidine patents (**Figure 8**) [125,126]. This compound class was reported to exert potent *in vitro* and *in vivo* antitumour activity [14]. In addition to the patents filed in 1996 [134,135], Karl Thomae GmbH published two new patents, describing pyrimido-pyrimidines with a 4-amino-3,5-dichlorophenyl amino side-chain in the 4-position and a bulky morpholinocarbonyl-cyclohexylamino group in the 6-position (**40**) [136] and compound **41** which is a 4-indolyamino-6-morpholino derivative [137]. For both compounds selective inhibition of EGF-dependent cell proliferation with $IC_{50}$ values of 1 and 21 nM, respectively, but not of IL-3-dependent proliferation ($IC_{50}$ > 1-10 μM) was mentioned.

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 9:** Pyrrolo[2,3-*d*]pyrimidines as EGFR tyrosine kinase inhibitors.

42 (CGP 59326)

43

44 (CGP 62706)

45 R = $OCH_3$
46 R = $NHCH_3$

47

48

49 R = p-OH
50 R = m-OH
51 R = p-$NH_2$
52 R = m-$NH_2$
53 R = p-COOH
54 R = p-$COOC_2H_5$

55 R = $NHCOCH_3$
56 R = $NHSO_2CH(CH_3)_2$
57 R = $NHCONHC_2H_5$
58 R = $OCH_3$

## 4. Pyrrolo-pyrimidines

Pyrrolo-7H-[2,3-*d*]pyrimidines (e.g., **42**) represent another interesting structural class of ATP-competitive inhibitors possessing a phenylamino-pyrimidine moiety as a structural element (**Figure 9**). Its optimisation, pursued at Novartis using their pharmacophore model for ATP-competitive inhibitors, led to a series of interesting EGFR kinase inhibitors [15]. According to this model it is postulated that:

- the pyrrole-NH(7) together with the N1 of the pyrimidine ring forms a hydrogen bond donor-acceptor system
- the phenylamino group in the 4-position of pyrimidine replaces ribose of ATP in the 'sugar pocket'
- the substituents in the 5- and/or 6-position of the pyrrole-ring fill a large hydrophobic pocket, which is common to most protein kinases. This pocket is not occupied in most protein kinases and is accessible for derivatisation

The first patent on pyrrolo-pyrimidines was filed by Novartis (ex-Ciba) in 1995 [138], followed by a publication in *J. Med. Chem.* in 1996 [15]. In this publication, SAR studies showed the same preference for electron-withdrawing substituents (e.g., Cl, Br) at the meta- or para-position of the anilino moiety as already described for 4-anilino-quinazolines or pyrido-pyrimidines. In addition, an aromatic ring in the 5- and/or 6-position of the pyrrole ring contributed to the increase of enzyme inhibitory activity (e.g., **43**). Two compounds, the indolo-pyrimidine **44** (CGP 62706) and **42** (CGP 59326), were of greater interest for further biological evaluation. They inhibited the EGFR kinase with $IC_{50}$ values of 27 and 6 nM, respectively, and were highly selective with respect to the inhibition of tyrosine and serine/threonine kinases. Although more potent than CGP 59326, compound **42** was not further evaluated due to its unsatisfactory solubility profile. Instead, CGP 59326 was selected as

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 10:** Pyrrolo[2,3-*d*]pyrimidines as c-Src tyrosine kinase inhibitors.

59 60 61 62 63 64

a development candidate. The compound blocked EGF-stimulated tyrosine phosphorylation in cells with an $IC_{50}$ value of 0.3 µM but did not affect PDGF-induced phosphorylation. It also inhibited the induction of c-fos mRNA expression by EGF in a EGF-dependent cell line ($IC_{50}$ of 2 µM) but had no effect on the induction of c-fos mRNA in response to PDGF or PMA ($IC_{50}$ > 100 µM). When tested on a number of EGF-over-expressing epithelial cell lines (NCI-H596, MDA-MB468, A431, BALB/MK, SK-BR3, BT20, etc.), CGP 59326 inhibited their proliferation with $IC_{50}$ values between 0.5 and 1.9 µM, while having only weak antiproliferative activity against EGFR-negative cell lines (e.g., NCI-H520, NCI-H69. FDC-P1, etc.) [57]. Moderate antitumour effect was described with **42** in an orthotopic bladder carcinoma (253JB-V) in nude mice at oral doses between 10 and 40 mg/kg. In addition, inhibition of activated EGF-receptor, down-regulation of VEGF in the plasma and inhibition of metastasis was also seen in these experiments [58]. In PK studies, good bioavailability with high plasma levels was demonstrated after oral administration of the compound to mice, rats and dogs (Traxler *et al.*, unpublished results). CGP 59326 was withdrawn from development, but still is an interesting candidate for further evaluations.[1]

Further optimisation of the pyrrolo-pyrimidine structure by attachment of numerous substituents in the 6-position of the pyrrole ring, thereby filling the 'hydrophobic region I', led to a series of new derivatives with improved biological and physicochemical properties (**Figure 9**) [139-141]. This includes compounds with acids, ester or amide groups (e.g., **45**, **46**), heterocyclic rings (**47** and **48**) and especially meta- or para-substituted aromatic rings (**49-54**) in the 6-position. Most of these compounds were more potent than CGP 59326 and had $IC_{50}$ values between 1 and 5 nM against the EGFR kinase. Compounds **49-54** were then used as for further derivatisation leading to compounds **55-58**). In the course of this program, it was found that the meta-chloro-anilino moiety could be replaced by the *(R)*-phenethylamino moiety, thereby improving the pharmacokinetic behaviour of the compounds. Interestingly, the corresponding enantiomeric analogues with a *(S)*-phenethylamino group were only weakly active ($IC_{50}$ > 1 µM). The most interesting compounds of this series inhibited the EGFR kinase with $IC_{50}$ values between 1 and 3 nM and had a selectivity ratio > 1000 against most of the tested tyrosine and threonine/serine kinases [59] and were orally bioavailable after administration of 50-100 mg/kg to mice ($C_{max}$ > 3 µM). In EGFR-overexpressing A431 cells, EGF-stimulated phosphorylation was blocked with $IC_{50}$ values between 10 and 50 nM, whereas PDGF-induced phosphorylation was not inhibited ($IC_{50}$ > 10 µM), thus indicating high selectivity for the inhibition of the ligand-activated EGFR signal transduction pathway. When tested for antiproliferative activity, these compounds inhibited proliferation of the EGFR-dependent BALB/MK or NCI-H596 cell lines

1 A person with primary responsibility for conducting *in vivo* tumour xenograft experiments admitted to manipulating data for some of the experiments conducted. Novartis has been unable to repeat these *in vivo* data.

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

with $IC_{50}$ values between 0.1 and 0.4 µM, but were inactive against a panel of EGF-independent cell lines (e.g., FDC-P1, T24 or NCI-H520). Extended biological profiling of selected development candidates is currently ongoing at Novartis.

In two recent patents, 7H-pyrrolo-[2,3-d]pyrimidine derivatives with either an indanylamino or a 6-chloro-2,3-dihydroindolyl side-chain in 4-position of the pyrimidine ring but without substituents in 5- and 6-positions were claimed to be orally active tyrosine kinase inhibitors (no specific tyrosine kinase mentioned) [142,143].

### 4.1 Substituted 5,7-diphenyl-pyrrolo[2,3-*d*] pyrimidines as c-Src kinase inhibitors

Optimisation strategy on 5,7-diphenyl-pyrolo[2,3-*d*]pyrimidines resulted in potent, specific and water-soluble inhibitors with nanomolar activity against the c-Src tyrosine kinase (**Figure 10**). This strategy was based on an alternative binding mode, postulating that:

- the free 4-$NH_2$ group together with the pyrimidine-N3 form the bidendate hydrogen bond donor-acceptor system
- bulky substituents (mostly phenyl) at the pyrrole-N7 replace ribose in the 'sugar pocket)'
- a substituted 5-phenyl ring is locked into the 'hydrophobic pocket I' conferring potency

Prototype compounds **59** and **60** were disclosed in 1996 in a Novartis patent [144]. A new series of derivatives with various substituents in the 5-phenyl ring and substituted cycloalkyl or non-aromatic substituted heterocyclic rings attached to the pyrrole nitrogen was described in four follow-up patents of Novartis **(61-64)** [145-148]. The best compounds inhibited the c-Src kinase with $IC_{50}$ values of less than 10 nM and in addition showed good cellular and *in vivo* activity [60].

## 5. Pyrazolo-pyrimidines

The 4-phenylamino-pyrazolo[3,4-*d*]pyrimidine structural class, under investigation at Novartis [149], adds a further interesting class of ATP-competitive EGFR kinase inhibitors to the other phenylamino-pyrimidine-type structural classes (**Figure 11**). Identified from a random-screening program, the lead structure **65** ($IC_{50}$ = 220 nM) was optimised using Novartis' pharmacophore model leading to a series of 4-phenylamino-1H-pyrazolo[3,4-*d*]pyrimidines which preferentially inhibit the EGF-mediated signal transduction pathway and have the potential to provide candidates for further evaluation as anticancer agents. In this case, the proposed binding mode would indicate that:

- the NH-1 of pyrazole and N-7 of the pyrimidine ring form the bidendate hydrogen bond-donor-acceptor system
- the 4-amino group is located at the entrance of the 'sugar pocket' but does not fill it
- the anilino substituent at the C3-position of the pyrazole ring occupies the large hydrophobic pocket I

This binding model suggested the addition of a phenyl- or n-chlorophenyl moiety, respectively, to the 4-amino-group of the pyrimidine ring in the lead compound **65**, thus leading to the 4-phenylamino-pyrazolo pyrimidine analogue **66**. In fact, this compound had an $IC_{50}$ of 33 nM and was one order of magnitude more potent than the parent compound **65** [16]. Further optimisation of this structural class has mainly concentrated on derivatives with various substituents at the C3-position of the pyrazole ring, thereby exploiting the large hydrophobic pocket of the target enzyme [58,150-152].

SAR studies showed tolerance for rather bulky substituents in this position, as exemplified by the 3-phenylamino derivatives **67-69**, the benzylamino derivative **70** and **71**, the 3-pyridylamino derivative **72** or compounds **73-77**, where a phenyl ring is directly attached to the pyrazole ring. The most potent compounds of this series had $IC_{50}$ values between 1 and 10 nM against the EGFR enzyme and a selectivity ratio > 1000 against most tested tyrosine and serine/threonine kinases. In cells, the EGF-stimulated cellular tyrosine phosphorylation was inhibited at $IC_{50}$ values below 50 nM, whereas PDGF-induced tyrosine phosphorylation was not affected ($IC_{50}$ > 10 µM). In EGF-dependent MK cells, proliferation was blocked with $IC_{50}$ values between 0.4 and 1 µM. Further derivatisation of the hydroxy or amino functions led to a new series of interesting derivatives such as the N-acetyl derivative **78**. Docking analyses of compound **68** in a homology-built model of the EGFR kinase suggests a hydrogen bond interaction with the backbone amide group of residue $Phe^{832}$ [58]. This amino acid corresponds to $Phe^{832}$ in the x-ray

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 119 of 182 PageID #: 1882

**Figure 11:** Phenylamino-pyrazolo[3,4-*d*]pyrimidines.

Pharmacophore model

**65** (Random Screening)

**66**

**67** R = p-OH
**68** R = m-OH
**69** R = p-$NH_2$

**70** R = p-$OCH_3$
**71** R = m-$NH_2$

**72**

**73** R = p-OH
**74** R = m-OH
**75** R = p-$NH_2$
**76** R = p-$NH_2$
**77** R = p-COOH

**78**

structure of the cyclic-AMP-dependent protein kinase [18] and is known to form a hydrogen bond with a water molecule. It is suggested that expulsion and replacement of this buried water molecule by a hydroxyl or amino substituent of the inhibitor could provide additional binding affinity. Further biological profiling of these lead compounds is ongoing at Novartis.

## 6. Phenylamino-pyrimidines

The most prominent representative of this compound class is probably Novartis' CGP 57148 (**80**), identified in the course of an optimisation program of the unselective lead compound **79** (**Figure 12**) [153,154]. CGP 57148 is a water-soluble dual inhibitor of the v-Abl/PDGFR tyrosine kinases with $IC_{50}$ values of 33 and 300 nM, respectively, and shows a high selectivity against a panel of > 20 serine/threonine and tyrosine kinases (including EGFR, IGF-1R, IR and c-Src) [61-63]. In cells, v-Abl and PDGFR autophosphorylation as well as PDGF-induced c-fos mRNA expression were blocked with similar $IC_{50}$ values. Antiproliferative activity of **80** against v-Abl- or v-Sis-transformed cell lines but not against EGF-dependent MK or FDC-P1 cells (IL-3-dependent) and a 60 - 80%

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 12:** Phenylamino-pyrimidines.





decrease in the number of Bcr-Abl colonies in a colony-forming assay of peripheral blood or bone marrow from patinas with chronic myelogenous leukaemia (CML) was reported. *In vivo*, CGP 57148 inhibited tumour growth in nude mice inoculated with tumourigenic Bcr-Abl-expressing cells [64-68] . The compound has recently entered Phase I study in CML patients.

CGP 53716 (**81**), structurally related to CGP 57148, has a very similar *in vitro* and *in vivo* profile. However, its preclinical development was discontinued due to its low technical feasibility (solubility, formulation) [61,62].

Substituted pyrimidines (e.g., *bis*-anilinopyrimidines), are easily accessible to combinatorial chemistry approaches. Two patents from Celltech Therapeutics describe 2,4-*bis*-anilinopyrimidines [155] and fused pyrimidine derivatives (e.g., **82**) [156] as protein kinase inhibitors (no specific tyrosine kinase mentioned). Potent *in vitro* activity against the EGFR kinase was described with the 4,6-*bis*-anilinopyrimidine **83** ($IC_{50}$ = 10 nM) [69]. The compound also inhibited EGF-induced proliferation of KB2 cells ($IC_{50}$ = 0.31 μM) and was active *in vivo* (inhibition of proliferation of rat liver, induced by TGF-α).

## 7. Oxindoles

In the last few years, the interest in this new class of tyrosine kinase inhibitors which is based on an oxindole core has greatly increased. Since 1994, when the first patents of this structural class were filed [157,158], numerous oxindole derivatives have been synthesised. In 1996, Sugen filed a patent covering > 100 derivatives with heterocyclic moieties at the 3 position of the oxindole ring [159]. Mainly specific activity against the KDR and Flt-1 tyrosine kinases, two members of the family of the VEGFR tyrosine kinases, and against the FGF-IR tyrosine kinase was described for compounds of this structural class (**Figure 13**). Most compounds can easily be synthesised in one step from a substituted oxindole and the corresponding heterocyclic aldehyde, in most cases a substituted pyrrolo-2-aldehyde. Recently, the crystal structures of SU 5402 (**84**) and SU 4984 (**85**) in complex with the FGF-1R kinase were published in *Science* [20]. Both compounds were relatively weak ATP-competitive inhibitors of the FGF-1R as well as the VEGFR kinases ($IC_{50}$ values between 10 and 20 μM), but did not inhibit tyrosine phosphorylation of IR kinase and kinase activity of the EGFR. In the crystal structure, the oxindole moiety binds at the same site where adenine of ATP binds. The acidic side-chain at the 3-position of the pyrrole ring builds up contacts

© Ashley Publications Ltd. All rights reserved.

This material was copied
at the NLM and may be
Subject US Copyright Laws

**Figure 13:** Oxindoles.

with amino acids in the region between the two kinase lobes. A conformational change in the nucleotide-binding loop is induced upon binding of the compound. The structural information provided by this crystal structure probably helped in the design of more specific inhibitors not only against the FGF-1R but also especially against the VEGFR (Flt-1) kinase.

In fact, at the ACS meeting in spring 98 (Dallas), Sugen scientists presented SAR data of a series of 3-substituted indolin-2-ones as inhibitors of various tyrosine kinases including the Flt-1 kinase. Meanwhile these data were published in *J. Med. Chem.* [70]. From these SAR data it is concluded that phenyl-substituted indolin-2-ones in their E isomeric form are inhibitors of the EGFR/HER 2 tyrosine kinases (e.g., **86**), whereas for activity against the Flk-1 kinase a substituted pyrrole ring in the Z isomeric form is preferred. More detailed SAR analysis revealed that for Flt-1 selectivity:

- only small alkyl groups (methyl) are tolerated at the 4′- and 5′-position
- no substitution is tolerated at the pyrrole-NH
- that the 3′-position is open for various substitutions **(Figure 13)**

Based on its biological profile and probably ease of synthesis, SU 5416 (**87**) was selected for clinical development. SU 5416 is a potent and selective inhibitor of the Flk-1 kinase with an $IC_{50}$ of 20 nM. In a cell-based assay, the $IC_{50}$ is approximately 1 µM. The compound shows > 20 to 100-fold less inhibitory activity compared to ligand-stimulated activation of the PDGFR, EGFR, HER-2, IGF-IR and other kinases. It is also inactive against the FGFR kinase. SU 5416 exhibits potent and selective (> 700-fold) antiproliferative activity on VEGF-driven (KDR) human endothelial cells ($IC_{50}$ between 40 and 70 nM) [68]. It showed high efficacy against a variety of tumour xenografts in nude mice after ip. administration of a daily dose of 25 mg/kg (e.g., A375 melanoma, A431, Calu-6 lung carcinoma, C6 glioma, LNCAP prostate carcinoma, etc.) [71]. In C6 glioma, 92% inhibition of tumour growth was observed, accompanied by a significant reduction of total and functional vascular density [72]. Phase I trials with SU 5416 as an anti-angiogenic agent in 30 patients with advanced malignancies (iv. administration, twice per week) are currently ongoing. Evidence of biological activity in some tumour types (Kaposi's sarcoma and colorectal cancer) was recently reported [73].

Apart from Sugen's oxindole series, Pharmacia filed a patent describing quinolylmethylen-oxindole derivatives with weak activity against the v-Abl tyrosine kinase ($IC_{50}$ of 15 µM) and with angiogenic properties (e.g., **88**) [160].

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 14:** Various tyrosine kinase inhibitors.

Metabolism

89
SU 101, Leflunomide

90
SU 20, A 771726

Indolocarbazoles

93 3744W

91 R = H CEP-751, KT-6587

92 R = CEP-2563

Phthalazines

94

Isoflavones and Quinolones

95 X = O
96 X = NH

## 8. SU 101

SU 101 is N[(4-trifluoromethyl)-phenyl]isoxazole-4-carboxamide (**89**, **Figure 14**) and is currently in Phase II/III trials by Sugen in recurrent malignant glioma. The compound is also known under the name leflunomide and is in Phase II trials by Hoechst AG in rheumatoid arthritis. Inhibition of PDGF-mediated signalling as well as effects on DNA synthesis and cell cycle progression have been described for SU 101 [74]. Growth of several PDGFR-dependent cell lines (e.g., C6 glioma, SF763T) was affected with $IC_{50}$ values between 0.2 and 0.8 μM. In nude mice, the compound was active (50 - 90 % inhibition) at daily ip. doses of 5 - 20 mg/kg in several tumour models (e.g., glioma, ovarian, prostate, melanoma, leukaemia or lung). When tested in patients, the drug was well-tolerated and a good correlation between efficacy and PDG receptor status was observed. However, rapid metabolism of the parent compound SU 101 to an open-ring oxazole-type metabolite SU 20 (**90**) was observed. An unusual long elimination half-life of

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

approximately 20 days was reported for the metabolite **90** leading to its accumulation and high concentration in the plasma after 34 weeks [75]. Published data associate different modes of action to the parent SU 101 and its metabolite SU 20. It seems that PDGF-mediated signalling is mainly attributed to the parent compound, whereas different biological effects were described for the metabolite such as weak inhibition of the tyrosine kinases Fyn and Lck, and inhibition of tyrosine phosphorylation of various receptors including the EGFR, the T-cell receptor (μ-chain) and the μ-chain of the IL-2 receptor [76-80]. However, beside all these described effects on signalling events, inhibition of pyrimidine nucleotide synthesis seems to be the dominant mode of action of this metabolite [81]. Quite recently it has been stated that only parental administration of SU 101 leads to inhibition of PDGF-mediated tumour growth, because after oral administration the drug is converted to its metabolite in the gastrointestinal tract, thereby preventing its delivery to the tumour [7].

## 9. Indolocarbazoles

Cephalon has licensed from Kyowa Hakko a series of over 200 indolocarbazole molecules derived from the natural product K 252a. CEP-751 (KT-6587, **91**) [161] is the prototype inhibitor of the tyrosine kinase domain of the nerve growth factor (NGF) receptor Trk A, as well as the related neurotrophin receptors Trk B and Trk C (**Figure 14**). There is evidence that NGF is involved in prostate cancer growth. The Trk kinase is inhibited by CEP-751 with an $IC_{50}$ of 5 nM. The drug produced impressive tumour regression in Dunning H prostate cancer in rats after sc. administration of 10 mg/kg/qd for 5 days every 2 weeks [82]. Its water-soluble prodrug ester CEP-2563 (**92**) is currently in Phase I clinical trials against prostate cancer [83].

Another series of indolocarbazole analogues has been described as PDGFR kinase inhibitors. The lead compound 3744W (**93**) selectively inhibited the enzyme with an $IC_{50}$ value of 15 nM and was effective in blocking PDGFR autophosphorylation in human smooth muscle cells at 1 μM concentration [84].

## 10. Phthalazines

With a series of phthalazine analogues, an interesting new structural class of selective VEGFR tyrosine kinase inhibitors was described in a recent Novartis patent [162]. The most potent compounds (e.g., **94**) of the series inhibited the VEGFR tyrosine kinases in the submicromolar range and showed ATP-competitive inhibition. They also inhibited the PDGFR tyrosine kinase but not other receptor and non-receptor tyrosine kinases (e.g., EGF, FGF-1, FGF-2, Tek, c-Src, v-Abl). In cell based assays, autophosphorylation of the KDR and PDGF receptors and HUVEC proliferation was inhibited with sub-micromolar concentrations. In concentrations up to 10 μM, selected compounds did not have any cytotoxic or antiproliferative effect on cells that do not express VEGF receptors. Selected compounds were active *in vivo*. Dose-dependent inhibition of VEGF and PDGF-induced angiogenesis in a growth factor implant model as well as in a tumour cell-driven angiogenesis model in mice was observed. They inhibited the growth of a broad panel of human carcinomas, grown subcutaneously in nude mice. Histological examination revealed inhibition of microvessel formation in the tumours [85]. This compound class has therapeutic potential for the treatment of solid tumours and other diseases where angiogenesis plays an important role. In a joint development effort with Schering-Berlin and Tumourklinik Freiburg, BRD, a lead compound of this series has already passed preclinical development and will enter Phase I trials at the end of this year.

## 11. Isoflavones and quinolones

Another successful application of Novartis' pharmacophore model for ATP-competitive tyrosine kinase inhibitors led to the design of the isoflavone **95** ($IC_{50}$ = 95 nM) and the quinolone **96** ($IC_{50}$ = 8 nM) as highly potent and selective EGFR kinase inhibitors of nM potency (**Figure 14**) [86,163]. Superimposition of **95** onto 4-(3-chlorophenylamino)-6,7-dimethoxyquinazoline assumes a similar binding mode for both structural classes [81].

## 12. Tyrphostins

Although only one tyrphostin patent has been published in the last two years, covering acrylonitrile derivatives as rather weak EGFR and HER2 (erbB2) inhibitors (e.g., **97**, **Figure 15**) [164], some tyrphostin analogues were evaluated in preclinical models and are worthwhile to be mentioned in this review. In human lymphoma cell lines overexpressing the bcl-2 gene, AG-17 (**98**) inhibited DNA synthesis between

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 15:** Tyrphostins.

97

98
AG-17

99
AG-490

100
AG-555

101
AG-1295

0.5 and 5 μM and induced arrest at G1 phase followed by apoptosis with reduction of cycline-dependent kinase 2 (CDK2) activity and intracellular levels of tyrosine-phosphorylated proteins. Since certain lymphoma cells with bcl-2 overexpression are resistant to chemotherapy, apoptosis inducing drugs may be a new approach for lymphoma therapy [87]. AG-490 (**99**) was shown to selectively block the growth of human leukaemia cells (e.g., in acute lymphoblastic leukaemia ALL) *in vitro* and *in vivo* by inducing apoptosis through inhibition of the Jak-2 tyrosine kinase ($IC_{50}$ between 1 and 3 μM). This kinase is constitutively activated in ALL [88]. Inhibition of the CDK 2 kinase, cell cycle arrest in G1/S and growth-arresting and apoptotic properties at relatively high concentrations (10 - 50 μM) were mentioned for two EGFR kinase inhibitors AG-1478 and AG-555 (**100**), identifying these compounds as potential antipapilloma agents [89,90]. Recently, effects on the inhibition of restenosis *in vivo* after balloon injury were demonstrated with the quinoxaline AG 1295 (**101**), a selective PDGFR tyrosine kinase inhibitor [91].

## 13. Various structural classes

This last section includes patents and related publications of compounds of various structural classes, which showed some interesting biological effects against various kinases (**Figure 16**). New quinoline derivatives were disclosed in three patents. Sugen claimed inhibition of various kinases (EGFR, MER2, FGFR, PDGFR, KDR/FLK-1, met and Src) with compound **102** [165]. Rhône-Poulenc Rorer described inhibition of the EGFR and PDGFR kinases with compound **103** [166], and inhibition of the VEGFR tyrosine kinase with the 4-anilino-substituted quinolines (e.g., **104** is claimed in a Zeneca patent [167]).

New 5-aminopyrazole derivatives as specific inhibitors of the p56 Lck tyrosine kinase were described in a patent from Celltech [168]. Compounds of the invention (e.g., **105**) inhibited Lck kinase with $IC_{50}$ values below 5 μM, while showing little or no inhibitory activity against Zap-70, CSK kinases or PKC.

Whether compound **106** described in a patent from Takeda is a selective tyrosine kinase inhibitor is unclear since no specific kinase is mentioned in the patent [169].

## 14. Expert opinion

Competition in the field of signal transduction has become very intense. More and more companies have entered the field. There are a large number of protein kinase targets under evaluation, and with the discovery of novel tyrosine kinases more targets will

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

**Figure 16:** Various tyrosine kinase inhibitors.

103 104 105

106 107

be identified which are suitable for drug discovery projects. In the last few years, a switch from the EGFR kinase target to other tyrosine kinase targets has been observed. Rational drug design has made enormous progress. Several binding models for the binding of lead structures in the ATP-binding site have been developed. With data of more than 40 crystal structures of protein kinases available, alone or in complex with an inhibitor, the ATP-binding pocket has carefully been analysed. This enabled the refinement of these pharmacophore models and to adapt it to almost any new kinase chosen as a target. Medicinal chemists now have tools in hand that will allow 3D screening of large compound libraries for the identification of hits and new lead structures. Combinatorial chemistry and synthesis will probably accelerate the optimisation process of such lead structures.

It has been demonstrated by numerous examples that the ATP-binding site of protein kinases is an exciting target for drug design. Most tyrosine kinase inhibitors in clinical trials or in preclinical development are ATP-competitive. It has also been demonstrated that it is possible to modify a lead structure in such a way that inhibitors with an altered selectivity profile are obtained. Chemical modification of the pyrrolo[2,3-*d*]pyrimidine- or phenylamino-quinazoline lead classes which were known to predominantly inhibit the EGFR family of tyrosine kinases, led to inhibitors with potent and selective activity against the c-Src or the VEGFR kinases, respectively. Multi-specificity inhibitors of the pyrido[2,3-*d*]pyrimidine class with unselective EGFR, PDGFR, FGFR and c-Src tyrosine kinase activity were converted into highly potent and selective FGFR tyrosine kinase inhibitors. It was possible to modify arylmethylidene oxindoles with micromolar FGFR tyrosine kinase activity to obtain selective VEGFR kinase inhibitors. Novartis converted a phenylamino-pyrimidin lead structure with predominantly PKC activity into dual v-Abl/PDGFR tyrosine kinase inhibitors. High selectivity with respect to tyrosine and serine/threonine kinases seems still to be an important criterion for a protein kinase inhibitor. However, with more and more protein kinase assays available it is getting more and more difficult to obtain absolute selectivity. A discussion has started whether a certain unselectively might be beneficial to a profile of a tyrosine kinase inhibitor. No doubt, dual EGFR/c-erbB2 tyrosine kinase inhibition is preferred over single EGFR kinase inhibition. An EGFR kinase inhibitor with VEGFR kinase inhibition, providing anti-angiogenic properties to the compound, might have an ideal profile, or even the combination of two different signal transduction pathways (e.g., adding apoptotic properties to the compound profile) might be wised for. Nevertheless, for clinical proof of concept it was important to have compounds in clinical trials with the best possible selectivity profile.

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

Currently there are seven tyrosine kinase inhibitors in clinical trials. It is expected that results from these clinical trials, especially with highly selective inhibitors such as the EGFR kinase inhibitors ZD 1839 or CP 358774, the VEGFR kinase inhibitor SU 5416, or the v-Abl tyrosine kinase inhibitor CGP 57148 will soon provide interesting data and will contribute essentially to the clinical proof of concept of the value of signal transduction inhibitors. Positive results will then greatly stimulate further research in this area.

## Bibliography

1. LEVITZKI A, GAZIT A: **Tyrosine kinase inhibition: an approach to drug development.** *Science* (1995) **267**:1782-1788.

2. FRY DW: **Protein tyrosine kinases as therapeutic targets in cancer chemotherapy and recent advances in the development of new inhibitors.** *Exp. Opin. Invest. Drugs* 1994) **3**:577-595.

3. TRAXLER P, LYDON N: **Recent advances in protein tyrosine kinase inhibitors.** *Drugs Future* (1995) **20**:1261-1274.

4. SPADA AP, MYERS MR: **Small molecule inhibitors of tyrosine kinase activity.** *Exp. Opin. Ther. Patents* (1995) **5**:805-817.

5. BRIDGES AJ: **The current status of tyrosine kinase inhibitors: do the diarylamine inhibitors of the EGF receptor represent a new beginning?** *Exp. Opin. Ther. Patents* (1995) **5**:1245-1257.

6. TRAXLER P: **Protein tyrosine kinase inhibitors in cancer treatment.** *Exp. Opin. Ther. Pat.ents* (1997) **7**:571-587.

7. STRAWN LM, SHAWVER LK: **Tyrosine kinase in diseases. Overview of kinase inhibitors as therapeutic agents and current drugs in clinical trials.** *Exp. Opin. Invest. Drugs* (1998) **7**:533-573.

8. BRIDGES AJ: **Current progress towards the development of tyrosine kinase inhibitors as anticancer agents.** *Emerging Drugs: The Prospect for Improved Medicines.* WC Bowman, JD Fitzgerald, JB Taylor (Eds.), Ashley Publications Ltd., London, UK (1998) **3**:279-292.

9. WARD WHJ, COOK PN, SLATER AM, DAVIES DH, HOLDGATE GA, GREEN LR: **Epidermal growth factor receptor tyrosine kinase. Investigation of catalytic mechanism, structure-based searching and discovery of a potent inhibitor.** *Biochem. Pharmacol.* (1994) **48**:659-666.

10. FRY DW, KRAKER AJ, MCMICHAEL A *et al.*: **A specific inhibitor of the epidermal growth factor receptor tyrosine kinase.** *Science* (1994) **265**:1093-1095.

11. REWCASTLE GW, DENNY WA, BRIDGES AJ *et al.*: **Tyrosine kinase inhibitors. 5. Synthesis and structure-activity realtionships for 4-[(phenylmethylamino]- and 4-(phenylamino)quinazolines as potent adenosine 5'-triphosphate binding site inhibitors of the tyrosine kinase domain of the epidermal growth factor receptor.** *J. Med. Chem.* (1995) **38**:3482-3487.

12. THOMPSON AM, BRIDGES AJ, FRY DW, KRAKER AJ, DENNY WA: **Tyrosine kinase inhibitors. 7. 7-Amino-4-(phenylamino)- and 7-Amino-4-[(phenylmethyl)-aminopyrido[4,3-*d*]pyrimidines: a new class of inhibitors of the tyrosine kinase activity of the epidermal growth factor receptor.** *J. Med. Chem.* (1995) **3**:3780-3788.

13. REWCASTLE GW, PALMER BD, THOMPSON AM *et al.*: **Tyrosine kinase inhibitors. 10. Isomeric 4-[(3-bromophenyl)-amino]-pyrido[*d*]pyrimidines are potent ATP binding site inhibitors of the tyrosine kinase function of the epidermal growth factor receptor.** *J. Med. Chem.* (1996) **39**:1823-1835.

14. REWCASTLE GW, BRIDGES AJ, FRY DW, RUBIN JA, DENNY WA: **Tyrosine kinase inhibitors. 12. Synthesis and structure-activity relationships for 6-substituted 4-)phenylamino)pyrimido[5,4-*d*]pyrimidines designed as inhibitors of the epidermal growth factor receptor.** *J. Med. Chem.* (1997) **40**:1820-1826.

15. TRAXLER P, FURET P, METT H, BUCHDUNGER E, MEYER T, LYDON N: **4-(Phenylamino)pyrrolopyrimidines: potent and selective, ATP site directed inhibitors of the EGF-receptor protein tyrosine kinase.** *J. Med. Chem* (1996) **38**:2285-2292.

16. TRAXLER P, BOLD G, FREI J *et al.*: **Use of a Pharmacophore model for the design of EGF-R tyrosine kinase inhibitors: 4-(phenylamino)pyrazolo[3,4-*d*]-pyrimidines.** *J. Med. Chem* (1997) **40**:3601-3616.

17. FURET P, CARAVATTI G, LYDON N *et al.*: **Modeling study of protein kinase inhibitors: binding mode of staurosporine-origin of the selectivity of CGP 52 411.** *J. Comp.-Aid. Mol. Design* (1995) **9**:465-472.

18. ZHENG J, KNIGHTON DR, ZHENG J *et al.*: **Crystal structure of the catalytic subunit of cAMP-dependent protein kinase complexed with MgATP and peptide inhibitor.** *Biochemistry* (1993) **32**:2154-2161.

19. SCHULZE-GAHMEN U, BRANDSEN J, JONES HD *et al.*: **Multiple modes of ligand recognition: crystal structures of cyclin-dependent protein kinase 2 in complex with ATP and two inhibitors, olomoucine and isopentenyladenine.** *Proteins* (1995) **22**:378-391.

20. MOHAMMADI M, MCMAHON G, SUN L *et al.*: **Structure of the tyrosine kinase domain of fibroblast growt factor receptor in complex with inhibitors.** *Science* (1997) **276**:955-960.

21. PALMER BD, TRUMPP-KALLMEYER S, FRY DW; NELSON JM, SHOWALTER HDH, DENNY WA: **Tyrosine kinase inhibitors. 11. Soluble analogues of pyrrolo- and pyrazoloquinazolines as epidermal growth factor receptor inhibitors: synthesis, biological evaluation, and modeling of the mode of binding.** *J. Med. Chem.* (1997) **40**:1519-1529.

22. TRUMPP-KALLMEYER S, RUBIN JR, HUMBLET C, HAMBY JM, SHOWALTER HDH: **Development of a binding model to protein tyrosine kinases for substituted pyrido[2,3-*d*]pyrimidine inhibitors.** *J. Med. Chem.* (1998) **41**:1752-1763.

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

23. BOS M, MENDELSOHN J, KIM YM, ALBANELL J, FRY DW, BASELGA J: **PD 153 035, a tyrosine kinase inhibitor, prevents epidermal growth factor receptor activation and inhibits growth of cancer cells in a receptor number-dependent manner.** *Clin. Cancer Res.* (1997) 3:2099-2106.

24. KARNES WE, JR., WELLER SG, ADJEI PN *et al.*: **Inhibition of epidermal growth factor receptor kinase induces protease-dependent apoptosis in human colon cancer cells.** *Gastroenterology* (1998) **114**:930-939.

25. KUNKEL MW, HOOK KE, HOWARD CT *et al.*: **Inhibition of the epidermal growth factor receptor tyrosine kinase by PD153035 in human A431 tumors in athymic nude mice.** *Invest. New Drugs* (1996) **13**:295-302.

26. NARLA RK, LIU X, MYERS DE, UCKUN FM: **4-(3'-Bromo--4'-hydroxyphenyl)amino-6,7-dimethoxy- quinazoline: a novel quinazoline derivative with potent cytotoxic activity against human glioblastoma cells.** *Clin. Cancer Res.* (1998) **4**:1405-1414.

27. WOODBURN JR, BARKER AJ, GIBSON KH *et al.*: **ZD 1839, an epidermal growth factor tyrosine kinase inhibitor selected for clinical development.** *Proc. Am. Assoc. Cancer Res.* (1997) **38**:6333.

28. KELLY AC, LAIGHT A, MORRIS CO, WOODBURN JR, RICHMOND GHP: **Phase I data of ZD 1839-an oral epidermal growth faxctor receptor tyrosine kinase inhibitor.** *10th NCI-EORTC Symposium on New Drugs in Cancer Therapy.* Amsterdam, The Netherlands (16-19 June, 1998) Poster.

29. MOYER JD, BARBACCI EG, IWATA KK *et al.*: **Inducution of Apopotosis and cell cycle arrest by CP-358 774, an inhibitor of epidermal growth factor receptor tyrosine kinase.** *Cancer Res.* (1997) **57**:4838-4848.

30. POTCHOIBA MJ, WEST M, SMOLAREK TA, POLLACK V, BAKER D: **Tissue distribution of CP-358,774, a selective and potent EGF receptor tyrosine kinase inhibitor in HN5 tumor-bearing athymic (nude) mice.** *Proc. Am. Assoc. Cancer Res.* (1997) **38**:3139.

31. UPDIKE L, SMOLAREK, T, GUZZLE P P *et al.*: **Pre-clinical safety assessment of CP-358, 774, an epidermal growth factor receptor tyrosine kinase inhibitor.** *Proc. Am. Assoc. Cancer Res.* (1997) **38**:3140.

32. BAGULEY BC, MARSHALL ES, HOLDAWAY KM, REWCASTLE GW, DENNY WA: **Inhibition of growth of primary human tumour cell cultures by a 4-anilinoquinazoline inhibitor of the epidermal growth factor receptor family of tyrosine kinases.** *Eur. J. Cancer* (1998) **34**:1086-1090.

33. GIBSON KH, GRUNDY W, GODFREY AA *et al.*: **Epidermal growth factor receptor tyrosine kinase: structure-activity relationships and antitumor activity of novel quinazolines.** *Bioorg. Med. Chem. Lett.* (1997) **7**:2723-2728.

34. DENNY WA: **Quinazolines and pyridopyrimidine acrylamides: a new class of potent and selective irreversible inhibitors of the tyrosine kinase activity of the epidermal growth factor receptor.** *215th American Chemical Society National Meeting.* Dallas, TX, USA (March 29-April 2, 1998). Lecture MEDI 118.

35. NELSON JM, SLINTAK V, DENNY WA, SMAILL JB, REWCASTLE JB, SHOWALTER HDH: ***In vitro* comparison of irreversible *vs.* reversdible inhibition for a series of substituted quinazolines and pyridopyrimidines that are potent and specific inhibitors of the epidermal growth factor receptor (EGFR) family of tyrosine kinases.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisiana, USA (March 28-April 1, 1998). Poster 2158.

36. PATMORE SJ, ROBERTS BJ, STONER CL, VINCENT PW, LEOPOLD WR, DYKES DJ: ***In vivo* evaluation of the irreversible EGF receptor tyrosine kinase inhibitor PD 168393.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisiana, USA (March 28-April 1, 1998). Poster Discussion 3805.

37. DENNY WA, SMAILL JB, PALMER BD, REWCASTLE GW, THOMPSON AM, SHOWALTER HDH: **Structure-activity relationships for 4-anilinoquinazolines and related pyrido[*d*]pyrimidine acrylamides as specific, irreversible inhibitors of the ATP site of the epidermal growth factor receptor.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisiana, USA (March 28-April 1, 1998). Poster Discussion 3804.

38. FRY DW: **Specific, irreversible inhibitors of the epidermal growth factor receptor (EGFR) family of tyrosine kinases.** *Cell. Mol. Biol. Lett.* (1998) **3**:291.

39. **4-Anilinoquinazoline derivatives.** *Exp. Opin. Ther. Patents* (1998) **8**:475-478.

40. FRY DW, NELSON JM, SLINTAK V *et al.*: **Biochemical and antiproliferative properties of 4-[Ar(alk)ylamino]pyridopyrimidiens, a new chemical class of potent and specific epidermal growth factor receptor tyrosine kinase inhibitors.** *Biochem. Pharmacol.* (1997) **54**:877-887.

41. REWCASTLE GW, MURRAY DK, ELLIOTT WL *et al.*: **Tyrosine kinase inhibitors. 14. Structure-activity relationships for methyl-amino-substituted derivatives of 4-((3-bromo-phenylamino)-6-(methylamino)-pyrido[3,4-*d*]pyrimidine (PD 158780), a potent and specific inhibitor of the tyrosine kinase activity of receptors for the EGF family of growth factors.** *J. Med. Chem* (1998) **41**:742-751.

42. THOMPSON AM, MURRAY DK, ELLIOTT WL *et al.*: **Tyrosine kinase inhibitors. 13 Structure-activity relationships for soluble 7-substituted-4-((3-bromophenly) amino)pyrido [4,3-*d*]pyrimidines designed as inhibitors of the tyrosine kinase activity of the epidermal growth factor receptor.** *J. Med. Chem.* (1997) **40**:1820-1826.

43. CONOLLY CJC, HAMBY JM, SCHROEDER MC *et al.*: **Discovery and structure-activity studies of a novel series of pyrido[2,3-*d*]pyrimidine tyrosine kinase inhibitors.** *Bioorg. Med. Chem. Lett.* (1997) **7**:2415-2420.

44. HAMBY JM, CONOLLY CJ, SCHROEDER MC *et al.*: **Structure-activity relationships for a novel series of pyrido[2,3-*d*]pyrimidine tyrosine kinase inhibitors.** *J. Med. Chem.* (1997) **40**:2296-2303.

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

45. DAHRING TK, LU GH, HAMBY JM, BATLEY BL, KRAKER AJ, PANEK RL: **Inhibition of growth factor-mediated tyrosine phosphorylation in vascular smooth muscle by PD 089828, a new synthetic protein tyrosine kinase inhibitor.** *J. Pharmacol. Exp. Ther.* (1997) **281**:1446-1456.

46. KLUTCHO SR, HAMBY JM, BOSCHELLI DH, WU Z, KRAKER AJ *et al.*:**2-Substituted aminopyrido[2,3-*d*]pyrimidin-7(8H)-ones. Structure-activity realtionships against selected tyrosine kinases and *in vitro* and *in vivo* anticancer activity.** *J. Med. Chem.* (1998) **41**:3276-3292.

47. BATLEY BL, DOHERTY AM, HAMBY JM *et al.*: **Inhibition of FGF-1 receptor tyrosine kinase activity by PD 161570, a new protein-tyrosine kinase inhibitor.** *Life Sci.* (1998) **62**:143-150.

48. PANEK RL, LU GH, DAHRING TK*et al.*: ***In vitro* biological characterization and angiogenic effects of PD 166866, a selective inhibitor of the FGF-1 receptor tyrosine kinase.** *J. Pharmacol. Exp. Ther.* (1998) **286**:569-577.

49. DRISCOLL D, STEINKAMPF R, HAMBY J, SCHROEDER M, KLUTCHKO S, CONOLLY C: **Evaluation of tyrosine kinase inhibitors in *in vitro* models of angiogenesis.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisiana, USA (March 28-April 1, 1998). Poster Discussion 654.

50. SHOWALTER HDH: **Designing selectivity into the pyrido[2,3-*d*]-pyrimidines, a novel and potent class of tyrosine kinase inhibitors.** *1st International Conference on Inhibitors of Protein Kinases.* Warsaw, Poland (September 15-20, 1998). Lecture.

51. MOHAMMADI M, FROUM S, HAMBY JM *et al.*: **Crystal structure of an angiogenesis inhibitor bound to the FGF receptor tyrosine kinase domain.** *EMBO J.* (1998) **17**:5896-5904.

52. DIMITROFF CJ, KLOHS W, SHARMA A *et al.*: **Evaluation of the effects of PD-166285 and PD-173074 on *in vitro* and *in vivo* angiogenesis.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisiana, USA (March 28-April 1, 1998). Poster Discussion 653.

53. SHOWALTER HD, KRAKER AJ: **Small molecule inhibitors of the platelet-derived growth factor receptor, the fibroblast growth factor receptor, and SRC familiy tyrosine kinases.** *Pharamcol. Ther.* (1997) **76**:55-71.

54. PANEK RL, LU GH, KLUTCHKO SR *et al.*: **In *vitro* characterization of PD 166285, a new nanomolar potent and broadly active protein tyrosine kinase inhibitor.** *J. Pharmacol. Exp. Ther.* (1998) **283**:1433-1444.

55. KRAKER AJ, MOORE CW, HARTL BG, PANOPOULOS AD, LU GH, NELSON JM: **Effects of c-src selective pyrido[2,3-*d*]pyramidine tyrosine kinase inhibitors on the phosphorylation of p130cas, paxillin and STAT3 and on proliferation in human carcinoma cell lines.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisian, USA (March 28-April 1, 1998). Poster Discussion 3800.

56. BOSCHELLI D, WU Z, KLUTCHKO SR, SHOWALTER HDH *et al.*: **The synthesis and tyrosine kinase inhibitory activity of a series of 2-amino-8 *H*-pyrido[2.3-*d*] pyrimidines. Identification of potent, selective platelet derived growth factor receptor tyrosine kinase inhibitors.** *J. Med. Chem.* (1998). (In Press).

57. METT H, BUCHDUNGER E, COZENS R, STOVER D, LYDON N: **CGP 59326, a potent protein tyrosine kinase inhibitor which selectively blocks growth of epidermal growth factor receptor expressing tumor cells.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisiana, USA (1998). Poster Discussion 3809.

58. PERROTTE P, KIM YK, KNIGHTON B, RADINSKY R, KILLION JJ, DINNEY CPN: **Oral administration of a new epidermal growth factor receptor protein tyrosine kinase inhibitor, CGP 59326, inhibits growth of human transitional cell carcinoma (TCC) of the bladder.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisiana, USA (1998). Poster 2153.

59. TRAXLER P, BOLD G, BUCHDUNGER E, LANG M, METT H, FURET P: **The use of a pharmacophore model for the design of potent and selective EGFR tyrosine kinase inhibitors.** *215th American Chemical Society National Meeting.* Dallas, Texas, USA (March 29-April 2, 1998). Lecture MEDI 104.

60. MISSBACH M, GREEN J, SUSA M*et al.*: **Substituted 5,7-diphenyl pyrrolo[2,3-*d*]pyrimidines: potent and specific inhibitors of the tyrosine kinase PP60 C SRC.** *215th American Chemical Society National Meeting.* Dallas, Texas, USA (March 29- April 2, 1998). Lecture MEDI 168.

61. ZIMMERMANN J, BUCHDUNGER E, METT H, MEYER T, LYDON N, TRAXLER P: **Phenylamino-pyrimidine (PAP)-derivatives: a new class of potent and highly selective PDGF-receptor autophosphorylation inhibitors.** *Bioorg. Med. Chem. Lett.* (1996) **6**:1221-1226.

62. ZIMMERMANN J, BUCHDUNGER E, METT H, MEYER TH, LYDON N: **Potent and selective inhibitors of the Abl-kinase: phenylaminopyrimidine (PAP)-derivatives.** *Bioorg. Med. Chem. Letters* (1997) **7**:187-192.

63. BUCHDUNGER E, ZIMMERMANN J, METT H *et al.*: **Selective inhibition of the platelet-derived growth factor signal transduction pathway by a protein-tyrosine kinase inhibitor of the 2-phenylaminopyrimidine class.** *Proc. Natl. Acad. Sci. USA* (1995) **92**:2558-2562.

64. DRUKER BJ, TAMURA S, BUCHDUNGER E *et al.*: **Effects of a selective inhibitor of the Abl tyrosine kinase on the growth of Bcr-Abl positive cells.** *Nature Med.* (1996) **2**:561-566.

65. DEININGER MWN, GOLDMAN JM, LYDON N, MELO JV: **The tyrosine kinase inhibitor CGP 57148B, selectively inhibits the growth of Bcr-Abl-positive celles.** *Blood* (1997) **90**:3691-3698.

66. GAMBACORTI-PASSERINI C, LE COUTRE P, MOLOGNI L *et al.*: **Inhibition of the Abl kinase activity blocks the proliferation of Bcr/Abl$^+$ leukemic cells and induces apoptosis.** *Blood Cells Mol. Dis.* (1997) **23**:380-394.

67. CARROLL M, OHNO-JONES S, TAMURA S *et al.*: **CGP 57148B, a tyrosine kinase inhibitor, inhibits the growth of cells expressing BCR-ABl, TEL-ABL, and TEL-PDGFR fusion proteins.** *Blood* (1997) **90**:4947-4952.

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

68. BERAN M, CAO X, ESTROV Z *et al.*: **Selective inhibition of cell proliferation and BCR-ABL phosphorylation in acute lymphoblastic leukemia cells expressing Mr 190,000 BCR-ABL protein by a tyrosine kinase inhibitor (CGP 57148).** *Clin. Cancer Res.* (1998) **4**:1661-1672.

69. THOMAS AP, GLARVEY D, CULSHAW JD, WOODBURN J: **EGF RTK inhibitor SAR - discovery of 4,6-bis-anilinopyrimidines.** *9th RSC-SCI Med. Chem. Symp.* Cambridge, UK (Sept. 7-10, 1997). Poster 17.

70. SUN L, TRAN N, TANG F *et al.*: **Synthesis and biological evaluations of 3-substituted indolin-2-ones: a novel series of tyrosine kinase inhibitors that exhibit selectivity toward particular receptor tyrosine kinases.** *J. Med. Chem.* (1998) **41**:2588-2603.

71. FONG TAT, SHAWER LK, APP H, SUN L, TANG C, RICE A: **SU 5416: a potent and selective Flk-1/KDR kinase inhibitor that blocks Flk-1 phosphorylation, endothelial cell mitogenesis, and tumor growth.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisiana, USA (March 28-April 1, 1998). Poster Discussion 3811.

72. VAJKOCZY P, MENGER MD, VOLLMAR B, SCHILLING L, SCHMIEDEK P, ULLRICH A: **Effect of the Flk-1 antagonist SU 5416 on tumor growth, angiogenesis and microhemodynamics.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisiana, USA (March 28-April 1, 1998). Poster Discussion 651.

73. ROSEN LS, KABBINAVAR F, ROSEN P, MULAY M, QUIGLEY S, HANNAH AL: **Phase I trials of SU 5416, a novel angiogenesis inhibitor, in patients with advanced malignancies.** *10th NCI-EORTC Symposium on New Drugs in Cancer Therapy.* Amsterdam, The Netherlands (16-19 June, 1998). Poster 290.

74. SHAWVER LK, SCHWARTZ DP, MANN E *et al.*: **Inhibition of platelet-derived growth factor-mediated signal transduction and tumor growth by N[(4-trifluoromethyl)-phenyl]isoxazole-4-carboxamide.** *Clin. Cancer Res.* (1997) **44**:1167-1177.

75. MASON W, MALKIN M, LIEBERMANN F, CROPP G, HANNAH A: **Pharmacokinetics of SU 101, a novel signal transduction inhibitor, in patients with recurrent malignant glioma.** *87th Annual Meeting of the American Association for Cancer Research.* Washington, DC, USA (20-24 April, 1996). Poster 1145.

76. NIKCEVICH DA, FINNEGAN A, CHONG AS-F, WILLIAMS JW, BREMER EG: **Inhibition of interleukin 3 (IL-2)-stimulated tyrosine kinase activity by leflunomide.** *Agents Actions* (1994) **41**:C279-C282.

77. XU X, WILLIAMS JW, BREMER EG, FINNEGAN A, CHONG AS-F: **Inhibition of protein tyrosine phosphorylation in T-cells by a novel immunosuppressive agent, leflunomide.** *J. Biol. Chem.* (1995) **270**:12398-12403.

78. XU X, WILLIAMS JW, GONG A, FINNEGAN A, CHONG AS-F: **Two activities of the immunosuppressive metabolite of leflunomide, A77 1726; inhibition of pyrimidine nucleotide biosynthesis and protein tyrosine phosphorylation.** *Biochem. Pharmacol.* (1996) **52**:527-534.

79. MATTAR T, KOCHHAR K, BARTLETT R, BREMER EG, FINNEGAN A: **Inhibition of the epidermal growth factor receptor tyrosine kinase activity by leflunomide.** *FEBS Lett.* (1993) **334**:161-164.

80. ELDER RT, XU X, WILLIAMS JW, GONG H, FINNEGAN A, CHONG AS-F: **The immunisuppressive metabolite of leflunomide, A77 1726, affects murine T cells through two biochemical mechanisms.** *J. Immunol.* (1997) **159**:22-27.

81. CHERWINSKI HM, BYARS N, BALLARON SJ, NAKANO GM, YOUNG JM, RANSON JT: **Leflunomide interferes with pyrimidine nucleotide biosynthesis.** *Inflamm. Res.* (1995) **44**:317-322.

82. GEORGE DJ, DIONNE CA, JANI L, LAMB J, ISAACS JT: **Combined effects of the Trk tyrosine kinase inhibitor, CEP-751 (KT-6587), and castration of Dunnung H rat prostate cancers *in vivo*.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisiana, USA (March 28-April 1, 1998). Lecture 4387.

83. HUDKINS RL, IQBAL M, PARK C-H *et al.*: **Prodrug esters of the indolocarbazole CEP-751 (KT-6587).** *Bioorg. Med. Chem. Lett.* (1998) **8**:1873-1876.

84. SPACEY GD, UINGS IJ, SLATER M, HIRST S, BONSER RW: **Indolocarbazoles. Potent and selective inhibitors of platelet-derived growth factor receptor autophosphorylation.** *Biochem. Pharmacol.* (1998) **55**:261-171.

85. WOOD J, BUCHDUNGER E, COZENS R *et al.*: **Pharmacological profile of a potent and orally active inhibitor of VEGF receptor tyrosine kinases.** *89th Annual Meeting of the American Association for Cancer Research.* New Orleans, Louisiana, USA (March 28-April 1, 1998). Abstract 655.

86. TRAXLER P, GREEN J, METT H, SEQUIN U, FURET P: **Use of a pharmacophore model for the design of EGFR tyrosine kinase inhibitors: isoflavones and 3-phenyl-4(1H)-quinolones.** *J. Med. Chem.* (1998). (Submitted).

87. PALUMBO GA, YAROM N, GAZIT A *et al.*: **The tyrphostin AG17 induces apoptosis and inhibition of CDK2 activity in a lymphoma cell line that overexpresses bcl-2.** *Cancer Res.* (1997) **57**:2434-2439.

88. MEYDAN N, GRUNBERGER T, DADI H *et al.*: **Inhibition of acute lymphoblastic leukemia by a JAK-2 inhibitor.** *Nature* (1996) **379**:645-648.

89. BEN-BASSAT H, ROSENBAUM-MITRANI S, HARTZSTARK Z *et al.*: **Inhibitors of epidermal growth factor reeptor kinase and cyclin-dependent kinase 2 activation induce growth arrest, differentiation, and apoptosis of human papilloma virus 16-immortalized human keratinocytes.** *Cancer Res.* (1997) **57**:3741-3750.

90. KLEINBERGER-DORON N, SHELAH N, CAPONE R, GAZIT A, LEVITZKI A: **Inhibition of CDK2 activation by selected tyrphostins causes cell cycle arrest at late G1 and S phase.** *Exp. Cell. Res.* (1998) **241**:340-351.

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

91.  BANAI S, WOLF Y, GOLOMB G *et al.*: **PDGF- receptor tyrosine kinase blocker AG 1295 selectively attenuates smooth muscle cell growth *in vitro* and reduces neointimal formation after balloon angioblasty in swine.** *Circulation* (1998) **97**:1960-1969.

## Patents

101.  ZENECA: EP-520722-A1 (1992).

102.  ZENECA: EP-566226-A1 (1993).

103.  SUGEN: WO9810767 (1998).

104.  ZENECA: WO9633980 (1996).

105.  PFIZER: US5747498 (1998).

106.  PFIZER: WO9630347 (1996).

107.  AMERICAN CYANAMID: EP-787722-A1 (1997).

108.  ZENECA: WO9730034 (1997).

109.  ZENECA: WO9730044 (1997).

110.  ZENECA: WO9738994 (1997).

111.  PFIZER: WO9749688 (1997).

112.  PFIZER: EP-837063-A1 (1998).

113.  GLAXO: WO9802434 (1998).

114.  KYOWA HAKKO: WO9814431 (1998).

115.  WARNER-LAMBERT: WO9738983 (1997).

116.  ZENECA: WO9722596 (1997).

117.  ZENECA: WO9732856 (1997).

118.  ZENECA: WO9730035 (1997).

119.  ZENECA: WO9734876 (1998).

120.  ZENECA: WO9813350 (1998).

121.  ZENECA: WO9813354 (1998).

122.  SUGEN: US5792771 (1998).

123.  ZENECA: WO9742148 (1997).

124.  PHARMACIA & UPJOHN: WO9749689 (1997).

125.  PARKE-DAVIS: WO9519774 (1995).

126.  PARKE-DAVIS: WO9519970 (1995).

127.  GLAXO: WO9713771 (1997).

128.  GLAXO: WO9802437 (1998).

129.  GLAXO: WO9802438 (1998).

130.  KARL THOMAE GMBH: DE-19608631-A1 (1997)/ WO9732881 (1997).

131.  KARL THOMAE GMBH: DE-19629652-A1 (1998).

132.  PARKE-DAVIS: WO9634867 (1996).

133.  WARNER-LAMBERT: WO9833798 (1998).

134.  KARL THOMAE GMBH: DE-19503151-A1 (1996).

135.  KARL THOMAE GMBH: DE-19521386-A1 (1996).

136.  KARL THOMAE GMBH: DE-19608588-A1 (1997)/ WO9732880 (1997).

137.  KARL THOMAE GMBH: DE-19608653-A1 (1998)/ WO9732882 (1997).

138.  CIBA: EP-682027-A1 (1995).

139.  CIBA: WO9702266 (1997).

140.  NOVARTIS: WO9727199 (1997).

141.  NOVARTIS: WO9807726 (1998).

142.  PHARMACIA: EP-795556-A1 (1997).

143.  PFIZER: WO9823613 (1998).

144.  CIBA: WO9610028 (1996).

145.  NOVARTIS: WO9728161 (1997).

146.  NOVARTIS: WO9734895 (1997).

147.  NOVARTIS: WO9733879 (1997).

148.  NOVARTIS: WO9749706 (1997).

149.  CIBA: WO9631510 (1996).

150.  NOVARTIS: WO9814449 (1998).

151.  NOVARTIS: WO9814450 (1998).

152.  NOVARTIS: WO9814451 (1998).

153.  CIBA: EP-564409-A1 (1993).

154.  CIBA: WO9509847 (1995).

155.  CELLTECH THERAPEUTICS: WO9719065 (1997).

156.  CELLTECH THERAPEUTICS: WO9828281 (1998).

157.  FARMITALIA-CARLO ERBA: WO9414808 (1994).

158.  FARMITALIA-CARLO ERBA: WO9501349 (1995).

159.  SUGEN: WO9640116 (1996).

160.  PHARMACIA & UPJOHN: WO9746551 (1997).

161.  CEPHALON: WO9721677 (1997).

162.  NOVARTIS: WO9835958 (1998).

163.  NOVARTIS: WO9817662 (1998).

164.  SUGEN: US5789427 (1998).

165.  SUGEN: US5650415 (1997).

166.  RHÔNE-POULENC RORER: US5656643 (1997).

167.  ZENECA: WO9813350 (1998).

168.  CELLTECH: WO9740019 (1997).

169.  TAKEDA: WO9803505 (1998).

Peter Traxler
Novartis Pharmaceuticals, Therapeutic Area Oncology, Novartis Limited, CH-4002 Basel, Switzerland

© Ashley Publications Ltd. All rights reserved.

This material was copied at the NLM and may be Subject US Copyright Laws

# Reider Exhibit E

*Proc. Natl. Acad. Sci. USA*
Vol. 95, pp. 12022–12027, September 1998
Pharmacology

# Specific, irreversible inactivation of the epidermal growth factor receptor and erbB2, by a new class of tyrosine kinase inhibitor

DAVID W. FRY*†, ALEXANDER J. BRIDGES‡, WILLIAM A. DENNY§, ANNETTE DOHERTY‡, KENNETH D. GREIS‡, JAMES L. HICKS‡, KENNETH E. HOOK*, PAUL R. KELLER*, WILBUR R. LEOPOLD*, JOSEPH A. LOO‡, DENNIS J. MCNAMARA‡, JAMES M. NELSON*, VERONIKA SHERWOOD*, JEFF B. SMAILL§, SUSANNE TRUMPP-KALLMEYER‡, AND ELLEN M. DOBRUSIN‡

Departments of *Cancer Research and ‡Chemistry, Parke–Davis Pharmaceutical Research, Division of Warner-Lambert Company, 2800 Plymouth Road, Ann Arbor, MI 48106; and §Auckland Cancer Society Research Centre, Faculty of Medicine and Health Science, University of Auckland, Auckland, New Zealand

*Communicated by Pedro M. Cuatrecasas, Rancho Santa Fe, CA, July 27, 1998 (received for review May 21, 1998)*

**ABSTRACT** **A class of high-affinity inhibitors is disclosed that selectively target and irreversibly inactivate the epidermal growth factor receptor tyrosine kinase through specific, covalent modification of a cysteine residue present in the ATP binding pocket. A series of experiments employing MS, molecular modeling, site-directed mutagenesis, and $^{14}$C-labeling studies in viable cells unequivocally demonstrate that these compounds selectively bind to the catalytic domain of the epidermal growth factor receptor with a 1:1 stoichiometry and alkylate Cys-773. While the compounds are essentially nonreactive in solution, they are subject to rapid nucleophilic attack by this particular amino acid when bound in the ATP pocket. The molecular orientation and positioning of the acrylamide group in these inhibitors in relation to Cys-773 entirely support these results as determined from docking experiments in a homology-built molecular model of the ATP site. Evidence is also presented to indicate that the compounds interact in an analogous fashion with erbB2 but have no activity against the other receptor tyrosine kinases or intracellular tyrosine kinases that were tested in this study. Finally, a direct comparison between 6-acrylamido-4-anilinoquinazoline and an equally potent but reversible analog shows that the irreversible inhibitor has far superior *in vivo* antitumor activity in a human epidermoid carcinoma xenograft model with no overt toxicity at therapeutically active doses. The activity profile for this compound is prototypical of a generation of tyrosine kinase inhibitors with great promise for therapeutic significance in the treatment of proliferative disease.**

Considerable evidence has emerged, both preclinically and clinically, over the last decade to implicate the epidermal growth factor (EGF) receptor (EGFr) and erbB2 in the development, progression, and severity of certain human cancers. More recently, however, it has become clear that these receptors can intensify the transforming signal in a synergistic manner through their ability to form both homo- and heterodimers (1–7). Coexpression of the EGFr and erbB2 to levels where either receptor alone had little effect was highly transforming (8–10). The association between overexpression and/or constitutive activation of members of the type 1 receptor TK family (11) as well as coexpression of their cognate ligands (EGF, the heregulin family, transforming growth factor-$\alpha$, betacellulin) and transformation has been well established in many primary tumors. In particular, high expression levels of the EGFr and erbB2 have been frequently observed in breast, prostate, ovarian, and various squamous cell carcinomas in which overexpression positively correlates with shortened survival times and increased relapse rates (12–21).

Over the past decade drug discovery efforts have produced a wide variety of chemical structures, generated either by synthetic means or as fermentation products, that reportedly inhibit purified or partially purified preparations of the EGFr tyrosine kinase (TK). The results of this work have been summarized in a number of review articles (22–27). Recent studies, however, with 2′-thioadenosine (28) and *N*-ethylmaleimide (29, 30) combined with the current advances in high-affinity inhibitors of EGFr (31–34) have revealed an exploitable opportunity to design potent and specific irreversible inhibitors of EGFr TK. This strategy (35, 36) is founded on the critical observation that two prominent cysteines, Cys-751 and Cys-773, are uniquely positioned within the ATP binding pocket of EGFr and erbB2 to provide an immediate direction for a rational synthetic approach. By using a model for binding of the general class of 4-anilinoquinazolines within the ATP pocket (37), we have designed a class of EGFr TK inhibitors that specifically bind with high affinity to EGFr and erbB2 and irreversibly alkylate Cys-773.

## MATERIALS AND METHODS

**Antibodies.** Anti-phosphotyrosine, EGFr, and erbB2 antibodies were from Upstate Biotechnology (Lake Placid, NY). F4 EGFr antibodies were from Sigma. EGF was obtained from Chiron (Emeryville, CA). Platelet-derived growth factor and basic fibroblast growth factor (FGF) were from Intergen (Purchase, NY). The active fragment of heregulin-$\beta$ was cloned, expressed, and purified as described earlier (33).

**Tissue Culture.** The human breast carcinoma, MDA-MB-453, human epidermoid carcinoma, A431, and human fibroblast (HS-27) were obtained from the American Type Culture Collection (Manassas, VA). All cell lines were maintained as monolayers in DMEM/F12, 50:50 (GIBCO/BRL) containing 10% fetal bovine serum and grown in a humidified atmosphere containing 5% $CO_2$ in air.

**Recombinant Proteins, Purification of TKs, and Enzyme Assays.** EGFr cytoplasmic fusion protein was made by cloning the sequence coding for Arg-646 to Ala-1185 into the baculoviral vector pBlueBac4 (Invitrogen), using PCR. Oligonucleotide primers containing an epitope tag (FLAG; IBI) sequence at the N terminus were used to facilitate purification (38). A point mutation changing amino acid 773 from cysteine to serine was introduced by PCR using QuickChange SDM (Stratagene). The EGFr catalytic fusion protein was con-

The publication costs of this article were defrayed in part by page charge payment. This article must therefore be hereby marked "*advertisement*" in accordance with 18 U.S.C. §1734 solely to indicate this fact.

© 1998 by The National Academy of Sciences 0027-8424/98/9512022-6$2.00/0
PNAS is available online at www.pnas.org.

Abbreviaitons: EGF, epidermal growth factor; EGFr, EGF receptor; FGF, fibroblast growth factor; ESI, electrospray ionization; TK, tyrosine kinase.

†To whom reprint requests should be addressed. e-mail: david.fry@wl.com.

structed by cloning the sequence coding for Ser-671 to Phe-973 into the baculoviral vector pETL by using PCR to also add an N-terminal FLAG sequence (38). DNA sequencing was used to confirm the correct sequence of the entire ORF of all constructs. Similar procedures were used to obtain recombinant full-length EGFr.

All tagged proteins were purified with anti-FLAG M2 affinity gel (Eastman Kodak) according to the manufacturer's procedure. Fibroblast growth factor, platelet-derived growth factor, and insulin receptor TKs were obtained as described (38). Protein kinase C was obtained as a rat brain preparation (Promega). $IC_{50}$ values were determined as described (33, 39).

**Immunoprecipitation and Western Blot Analysis.** Inhibition of receptor autophosphorylation in viable cells and immunoprecipitation of individual proteins were assessed as described (33, 38).

**MS.** A solution of PD 168393 or 174265 (in dimethyl sulfoxide) was added to 50 $\mu$g of EGFr TK catalytic domain in 20 mM Tris (pH 8.0), 150 mM NaCl, 1 mM DTT, 1 mM EDTA, and 1 $\mu$g/ml of the protease inhibitors (aprotinin and leupeptin), and diluted with 75 mM ammonium bicarbonate (pH 7.5). After 90 min, the reaction was quenched by addition of 5% (vol/vol) acetic acid. An aliquot of protein was analyzed by electrospray ionization (ESI)-MS on a Finnigan MAT 900Q mass spectrometer (Finnigan-MAT, San Jose, CA), equipped with a low-flow micro-ESI source operating at 150 nl/min. The remaining protein was reduced, alkylated, and digested with 0.5 $\mu$g of trypsin as described (40). Lyophilized tryptic peptides were suspended in 0.1% trifluoroacetic acid/2% $CH_3CN$ and analyzed by liquid chromatography-ESI-MS on a Michrom BioResources (Auburn, CA) Magic 2002 HPLC equipped with a 0.3 × 15 mm Vydac C18 column and coupled to a Finnigan LCQ quadruple ion trap mass spectrometer. Data were collected using the Finnigan NAVIGATOR 1.0.1 data acquisition software set to the following default values for the automatic gain control for full scan MS, zoom scan MS, and MS/MS, respectively: $5 \times 10^7$, $1 \times 10^7$, and $2 \times 10^7$. A maximum injection time of 200 ms and three microscans were used to collect data in all modes. A relative collision energy of 35% was used for MS/MS fragmentation spectra.

## RESULTS

**Irreversible Inhibition by 6- or 7-Acrylamido-4-anilinoquinazolines.** The four compounds used in this study are illustrated in Fig. 1 along with their $IC_{50}$ values, which indicate that all possess comparable subnanomolar potency against purified EGFr TK activity. As expected, all four compounds completely suppressed EGF-dependent receptor autophosphorylation in A431 cells during continuous exposure (Fig. 2*a*). Only those cells treated with either PD 160678 or 168393, however, continued to have suppressed kinase activity after 8 hr in compound-free medium, despite the fact that all four compounds have similar $IC_{50}$ values against the isolated enzyme. The reduction or absence of phosphotyrosine was not due to changes in protein content because receptor expression did not change during the pretreatment or the washout periods (Fig. 2*a*). More extended time frames showed that 50% of the autophosphorylation activity returns after ≈22 hr (data not shown), which corresponds to the half-life of new receptor synthesis in these cells (41). Evidence that these compounds permanently associate with certain members of the EGFr family was obtained by incubating A431 human epidermoid

PD 160678
$IC_{50}$ = 0.45 ± 0.06 nM

PD 168393
$IC_{50}$ = 0.70 ± 0.09 nM

PD 160879
$IC_{50}$ = 0.68 ± 0.18 nM

PD 174265
$IC_{50}$ = 0.45 ± 0.06 nM

FIG. 1. Chemical structures for PD 160678, 160879, 168393, and 174265. The compounds were synthesized as described (35). The $IC_{50}$ values represent the concentration of compound necessary to inhibit purified full-length EGFr TK activity by 50% ± SE and represent the average of three separate experiments.

FIG. 2. (*a*) A431 human epidermoid carcinoma cells were grown in 6-well plates to ≈90% confluence and then incubated in serum-free media for 18 hr. Duplicate sets of cells were treated with 2 $\mu$M designated compound for 1 hr. One set of cells was then stimulated with 100 ng/ml EGF for 5 min, and extracts were made as described (33). The other set of cells was washed free of the compound with warmed compound-free medium, incubated for 2 hr, washed again, incubated another 2 hr, washed again, and then incubated a further 4 hr and then stimulated with EGF. (*b*) $^{14}$C-labeled PD 160678 permanently associates with EGFr and erbB2, but not the reversible congener, PD 160879. A431 human epidermoid carcinoma cells or MDA-MB-453 human breast carcinoma cells were exposed to 2 $\mu$M $^{14}$C-labeled PD 160678 or 160879 for 2 hr and excess compound was washed away. Extracts were made and either the EGFr or erbB2 was immunoprecipitated as described (33). (*c*) Placement of the acrylamide side chain at the 6 position of the quinazoline allows a much more rapid irreversible interaction than at the 7 position. Cells were pretreated with the designated compound for the times shown, washed as described for *a*, and assayed for autophosphorylation activity 8 hr later.

FIG. 3. MS analysis of PD 168393 binding to EGFr TK or intracellular domain. (*a*) Deconvoluted ESI mass spectra of EGFr TK protein and protein after addition of PD 174265 or 168393, with the latter showing a mass increase of ≈370 Da, consistent with a 1:1 protein–drug covalent binding stoichiometry. A small amount (≈15% abundance) of a 1:2 protein-drug species (molecular mass 36,626 Da) is also observed in the spectrum. (*b*) Fragmentation mass spectrum (MS/MS) of the selected doubly charged tryptic peptide at mass-to-charge *m/z* 1266 produces predominantly C-terminal containing y-ion series ions, using the nomenclature of Biemann (42). Tandem mass spectra were acquired from an on-line liquid chromatography-MS/MS experiment. The continuous y-ion series and the few N-terminally containing b-ions observed (marked with *) are consistent with the tryptic fragment EILDEAYVMASVDNPHVCR, with the drug attached to the cysteine residue. (*Inset*) Blowup of the isotope peak pattern for $Y_{10}$ indicating the nearly equal abundant M and M+2 peak pattern, consistent for a Br-containing ion resulting from addition of a Br-containing compound.

carcinoma or MDA-MB-453 human breast carcinoma cells with $^{14}$C-labeled PD 160879 or 160678. The cells were washed and then EGFr or erbB2 was immunoprecipitated from the cell extracts. Fig. 2*b* shows that radioactivity was permanently associated with either EGFr in A431 cells or erbB2 in MDA-MB-453 cells preincubated with the irreversible inhibitor PD 160678, but not with the reversible inhibitor PD 160879.

FIG. 4. Deconvoluted ESI mass spectra of wild-type or mutant (C773S) EGFr intracellular domain as described in Fig. 3.

The location of the acrylamide was critical not only for irreversibility to occur but also for efficient and rapid interaction with the enzyme. When cells were pretreated with PD 168393 (acrylamide in the 6 position) for various amounts of time, washed to remove compound, and assayed for autophosphorylation activity 8 hr later, 100% of the activity was irreversibly lost in 1 min or less (Fig. 2*c*). If the acrylamide was in the 7 position as is the case for PD 160678, nearly 2 hr were required to irreversibly inhibit the enzyme activity by >90%.

**PD 168393 Specifically Interacts with Cys-773 in EGFr.** The binding stoichiometry between EGFr TK and PD 168393 and the site of interaction were determined through the use of MS by using an EGFr catalytic domain truncate Ser-671–Phe-973 (Fig. 3*a*). The molecular mass of the protein-compound complex, as measured by ESI-MS, was ≈370 Da higher than the apoprotein, and this mass difference is consistent with a covalent 1:1 protein–drug complex (Fig. 3*a*). A small amount (10–20% relative abundance) of 1:2 protein–drug complex was also observed. When the protein was incubated with PD 174265, no increase in mass occurred, indicating the lack of a covalent modification. Trypsin digestion of the drug-bound protein and analyses by liquid chromatography-ESI tandem MS (MS/MS) identified Cys-773 as the predominant site of interaction (Fig. 3*b*). The only other modified residue detected was Cys-926; however, this represented a relatively minor component. No other residues, including the four remaining cysteines, were found to be altered. As additional evidence that Cys-773 is the specific amino acid that combines with PD 168393, recombinant wild-type full cytoplasmic domain of human EGFr and a point mutant, in which Cys-773 was replaced with Ser (C773S), were expressed in baculovirus and purified from infected insect cells. Both wild-type and mutant protein exhibited comparable TK activity and were inhibited by both PD 168393 and 174265 at similar doses. Both proteins were incubated in the presence or absence of PD 168393 and molecular masses were measured by ESI-MS. As shown in Fig. 4, wild-type protein that was exposed to PD 168393 exhibited an increase in molecular mass of ≈370 Da, the precise molecular mass of the compound, whereas the same experiment utilizing the mutant protein showed no increase in molecular mass. These data provide proof that the nucleophilic sulfur atom of Cys-773 is absolutely required for PD 168393 to add to the EGFr and is consistent with its activity against erbB2, which has an analogous cysteine in its ATP binding pocket.

Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 135 of 182 PageID #: 1898

Table 1. Effect of irreversible inhibitors on purified protein kinase activities and growth factor-dependent receptor tyrosine phosphorylation in HS-27 human fibroblasts

| | | $IC_{50}$, nM | | | | |
|---|---|---|---|---|---|---|
| Activity affected | PD no. | EGFr | Insulin receptor | PDGFr | Basic FGFr | PKC |
| Purified protein kinase | 160678 | 0.45 | >50,000 | >50,000 | >50,000 | >50,000 |
| | 168393 | 0.70 | >50,000 | >50,000 | >50,000 | >50,000 |
| Receptor phosphorylation | 160678 | 6.4 | | >50,000 | >50,000 | |
| in fibroblasts | 168393 | 1.3 | | >50,000 | >50,000 | |

$IC_{50}$ values represent the concentration of compound that inhibits the designated activity by 50%. PDGFr, platelet-derived growth factor receptor; PKC, protein kinase C.

A lack of inhibitory activity against other protein kinases by PD 160678 and 168393 indicates that despite their alkylating potential, these inhibitors possess a high specificity toward the EGFr. Both compounds were inactive against insulin, platelet-derived growth factor, and basic FGF receptor TKs as well as protein kinase C at 50 $\mu$M, indicating a selectivity ratio of nearly $10^5$-fold (Table 1). This high selectivity also occurred in viable cells, where both compounds inhibited EGF-mediated tyrosine phosphorylation in HS-27 human fibroblasts with $IC_{50}$ values ranging from 1 to 6 nM but had little effect on FGF- or platelet-derived growth factor-mediated tyrosine phosphorylation at concentrations as high as 50 $\mu$M (Table 1).

**Molecular Modeling.** A binding mode for quinazolines, pyrazolo-, and pyrroloquinazolines has been proposed on the basis of the three-dimensional model of EGFr kinase and an extensive structure–activity relationship for this class of inhibitors, details of which have provided elsewhere (37). Employing a previously described molecular model (37), PD 168393 was docked into the ATP binding pocket of EGFr TK. The proposed binding mode brings the $\gamma$-carbon atom of the 6-acrylamide into close proximity (no greater than 2.8 Å) to the nucleophilic thiol atom of Cys-773, located on the extended coil stretch that facilitates rapid formation of the addition product shown in Fig. 5. In contrast, the corresponding C$\gamma$–S distance for the 7-acrylamide analog, PD 160879, is greater than 7 Å. This model is consistent with the specific interaction of PD 168393 with Cys-773 and explains why analogs with 6-acrylamide alkylate this amino acid much more rapidly than the those possessing a 7-acrylamide.

FIG. 5. The reaction product of PD 168393 in the EGFr TK ATP pocket. The three-dimensional model was constructed by using the homology modeling module implemented in LOOK (Molecular Applications Group, Palo Alto, CA) with cAMP kinase as the template. The basis for the three-dimensional model was the sequence alignment recently published (43). PD 168393 was constructed in SYBYL 6.2 (Trips E & S, St. Louis) and the charges were derived from the semi-empirical molecular orbital package MOPAC using the modified neglect of differential overlap (MNDO) approach (44). The inhibitor was docked manually into the ATP binding site and the geometry of the reaction product was derived by using structural information from the Cambridge crystallographic data bank (48). The geometry was then optimized with the Trips force field implemented in SYBYL 6.2 to relieve unfavorable steric contacts.

***In Vivo* Efficacy.** To illustrate the advantage of irreversibility, a direct comparison between PD 168393 (irreversible) and 174265 (reversible) for target modulation in viable cells is shown in Table 2. PD 168393 inhibited EGFr autophosphorylation in A431 human epidermoid carcinoma cells with >9-fold greater potency than PD 174265. An even greater difference was seen against heregulin-mediated tyrosine phosphorylation in MDA-MB-453 human breast carcinoma cells, where PD 168393 was >30-fold more potent. The therapeutic advantage of irreversible inhibition is illustrated quite dramatically in Fig. 6*a,* which shows a head-to-head comparison of *in vivo* activity for PD 168393 and 174265 against the A431 human epidermoid carcinoma grown as a xenograft in nude mice. PD 168393 was far superior to PD 174265 in maintaining suppression of tumor growth with once-daily i.p. dosing. PD 168393 produced tumor growth inhibition of 115%, which for this experiment is defined as the median time for treated tumors to reach three volume doublings minus the median time for control tumors to reach three volume doublings, expressed as a percent of treatment duration (15 days). PD 174265, in contrast, produced a tumor growth inhibition of only 13%. The antitumor activity of these two compounds correlated with their ability to suppress the phosphotyrosine content of the EGFr. Both compounds had reduced the phosphorylation status by ≈80%, 4 hr after injection (Fig. 6*b*). However, by 8 hr, phosphorylation had returned to 75% of controls in mice treated with the reversible compound, PD 174265, and to 100% after 24 hr. In contrast, the phosphotyrosine content of EGFr in animals receiving PD 168393 was still reduced by 50% 24 hr after injection. The therapeutic advantage of PD 168393 was maintained despite a lower

Table 2. Inhibition of ligand-dependent receptor phosphorylation in viable cells

| | $IC_{50}$, nM | |
|---|---|---|
| Phosphorylation | PD 168393 | PD 174265 |
| Purified EGFr TK | 0.70 ± 0.09 | 0.45 ± 0.06 |
| EGF-induced tyrosine phosphorylation in A431 cells | 4.3 ± 0.6 | 39 ± 12 |
| Heregulin-induced tyrosine phosphorylation in MDA-MB-453 cells | 5.7 ± 0.8 | 220 ± 65 |

$IC_{50}$ values represent the concentration of compound that inhibits activity by 50% ± SE and are the mean of three separate experiments.

FIG. 6. Comparative antitumor activity of PD 168393 and its reversible congener PD 174265 (*a*) and corresponding modulation of the EGFr phosphotyrosine content (*b*). ●, Control; □, PD 174265; ▼, PD 168393. (*a*) Athymic nude mice housed in filtered cages were implanted s.c. with a fragment (≈30 mg) of A431 human epidermoid carcinoma and were randomized into treatment groups when the tumors were palpable. Animal dosing and tumor measurement were carried out essentially as described (45). The compounds were suspended in a vehicle containing 4% dimethylacetamide in aqueous 50 mM sodium lactate buffer (pH 4) and delivered i.p. to the mice at 58 mg/kg on days 10–14, 17–21, and 24–28 (shown with arrows) after tumor implant. Bars = mean ± SE. (*b*) Nude mice bearing 300- to 500-mg A431 tumors were treated with a single 58 mg/kg i.p. dose of either inhibitor or vehicle as described above. At various times after treatment the tumors were excised and ground to a frozen powder with a mortar and pestle chilled with liquid nitrogen. EGFr was extracted (33) and phosphotyrosine content was determined by ELISA (Calbiochem).

plasma concentration than that of PD 174265 at all time points examined (data not shown).

## DISCUSSION

The present report describes a class of EGFr and erbB2 TK inhibitor that builds on previous work and extends this field to yet another level. Further to the already demonstrated potency and specificity of the quinazolines, the present series of compounds incorporate a mild Michael acceptor in the quinazoline ring, which allows very specific alkylation of Cys-773 in the ATP pocket of the EGFr. This reaction becomes even more extraordinary when it is realized that these molecules are virtually unreactive with any other nucleophile and are active only when bound to the enzyme. The process of binding into the ATP pocket places the acrylamide in an optimal position to react with the target cysteine, an orientation that is accurately predicted by the current molecular modeling studies.

The ability of the currently described class of molecules to bind irreversibly to both EGFr and erbB2 is a distinguishing property that may give these inhibitors a therapeutic advantage over existing compounds. Although suppression of the EGFr alone has been efficacious (46, 47), most data imply that erbB2 and EGFr are equally involved in the progression of certain tumors and the outcome of the disease. Furthermore, both preclinical and clinical evidence continue to indicate that the highest transforming potential and the most aggressive tumors are those that express both of these receptors. Inactivation of both receptors provides the greatest opportunity for the irreversible compounds to provide meaningful antitumor activity in a larger spectrum of tumors driven by either EGFr or erbB2 or by both.

The irreversible nature of these compounds may offer other potential advantages in terms of target suppression and *in vivo* pharmacokinetics. Prolonged suppression of the kinase target(s) will likely be necessary for maximum antitumor activity, and an irreversible inhibitor will provide an advantage in this respect by permanently eliminating existing kinase activity, which will return only when new receptor is synthesized. The present compounds would require that plasma concentrations be attained only long enough to briefly expose the receptors to drug, which would irreversibly suppress their kinase activity. Plasma levels could then rapidly decline while kinase activity would remain inactivated. This has the potential advantage of lowering the minimal plasma concentration at which activity occurs, minimizing multiple dosing requirements and eliminating the requirement for long plasma half-lives without compromising efficacy. All of these considerations could reduce toxicity due to any nonspecific interactions that may occur at high or prolonged plasma levels. These pharmacokinetic factors may be contributing in part to the data in Fig. 6, where it is clear that under the dosing schedule given in this experiment, PD 168393 was markedly superior to the reversible compound, PD 174265.

These studies then have demonstrated that the enzyme activity of two relevant cancer chemotherapeutic targets, EGFr and erbB2, can be specifically targeted and irreversibly suppressed through very selective covalent modification of an individual cysteine located within the ATP binding site. Furthermore, the targeting nature of these molecules was possible through exploiting specific high-affinity binding to precisely position the electrophile. In addition, we have shown that the property of irreversibility confers a significant therapeutic advantage over equally potent reversible analogs in terms of *in vivo* tumor suppression.

1. Carraway, K. L. & Cantley, L. C. (1994) *Cell* **78,** 5–8.
2. Pinkas-Kramarski, R., Soussan, L., Waterman, H., Levkowitz, G., Alroy, I., Klapper, L., Lavi, S., Seger, R., Ratzkin, B. J., Sela, M. & Yarden, Y. (1996) *EMBO J.* **15,** 2452–2467.
3. Reese, D. M. & Slamon, D. J. (1997) *Stem Cells* **15,** 1–8.
4. Burke, C. L., Lemmon, M. A., Coren, B. A., Engelman, D. M. & Stern, D. F. (1997) *Oncogene* **14,** 687–696.
5. Graus-Porta, D., Beerli, R. R., Daly, J. M. & Hynes, N. E. (1997) *EMBO J.* **16,** 1647–1655.
6. Tzahar, E., Pinkas-Kramarski, R., Moyer, J. D., Kapper, L. N., Alroy, I., Levkowitz, G., Shelly, M., Henis, S., Eisenstein, M., Ratzkin, B. J., *et al.* (1997) *EMBO J.* **16,** 4938–4950.
7. Riese, D. J., II, & Stern, D. F. (1998) *BioEssays* **20,** 41–48.

8. Dougall, W. C., Qian, X. & Greene, M. I. (1993) *J. Cell. Biochem.* **53,** 61–73.
9. Qian, X. L., Dougall, W. C., Fei, Z. Z. & Greene, M. I. (1995) *Oncogene* **10**, 211–219.
10. Muller, W. J., Arteaga, C. L., Muthuswamy, S. K., Siegel, P. M., Webster, M. A., Cardiff, R. D., Meise, K. S., Li, F., Halter, S. A. & Coffey, R. J. (1996) *Mol. Cell. Biol.* **16,** 5726–5736.
11. Rajkumar, T. & Gullick, J. (1994) *Breast Cancer Res. Treat.* **29,** 3–9.
12. Klijn, J. G. M., Berns, P. M. J. J., Schmitz, P. I. M. & Foekens, J. A. (1992) *Endocr. Rev.* **13,** 3–17.
13. Rajkumar, T. & Gullick, W. J. (1994) *Cancer Breast Cancer Res. Treat.* **29,** 3–9.
14. Bucci, B., D'Agnano, I, Botti, C., Mottolese, M., Carico, E., Zupi, G. & Vecchione, A. (1997) *Anticancer Res.* **17,** 769–774.
15. Klijn, J. G., Look, M. P., Portengen, H., Alexieva-Figusch, J., van Putten, W. L. & Foekens, J. A. (1994) *Breast Cancer Res. Treat.* **29,** 73–83.
16. Toi, M., Tominaga, T., Osaki, A. & Toge, T. (1994) *Breast Cancer Res. Treat.* **29,** 51–58.
17. Bartlett, J. M., Langdon, S. P., Simpson, B. J., Stewart, M., Datsaros, D., Sismondi, P., Love, S., Scott, W. N., Williams, A. R., Lessells, A. M., *et al*. (1996) *Br. J. Cancer* **73,** 301–306.
18. Scambia, G., Benedetti-Panici, P., Ferrandina, G., Distefano, M., Salerno, G., Romanini, M. E., Fagotti, A. & Mancuso, S. (1995) *Br. J. Cancer* **72,** 361–366.
19. Meden, H., Marx, D., Raab, T., Schauer, K. M. & Kuhn, W. (1995) *J. Obstet. Gynaecol. Br. Emp.* **21,** 167–178.
20. Maurizi, M., Almadori, G., Ferrandina, G., Distefano, M., Romanini, M. E., Cadoni, G. Benedetti-Panici, P., Paludetti, G., Scambia, G. & Mancuso, S. (1996) *Br. J. Cancer* **74,** 1253–1257.
21. Gilbertson, R. J., Perry, R. H., Kelly, P. J., Pearson, D. J. & Lunec, J. (1997) *Cancer Res.* **57,** 3272–3280.
22. Levitzki, A. & Gazit, A. (1995) *Science* **267,** 1782–1788.
23. Fry, D. W. (1994) *Exp. Opin. Invest. Drugs* **3,** 577–595.
24. Fry, D. W. & Bridges, A. J. (1995) *Curr. Opin. Biotechnol.* **6,** 662–667.
25. Fry, D. W. (1996) *Annu. Rev. Med. Chem.* **31**, 151–160.
26. Lawrence, D. S. & Niu, J. K. (1998) *Pharmacol. Ther.* **77,** 81–114.
27. Spada, A. P. & Myers, M. R. (1995) *Exp. Opin. Ther. Patents* **5,** 805–817.
28. Singh, J., Dobrusin, E. M., Fry, D. W., Haske, T., Whitty, A. & McNamara, D. J. (1997) *J. Med. Chem.* **40,** 1130–1135.
29. Clark, S. & Konstantopoulos, N. (1993) *Biochem. J.* **292,** 217–223.
30. Woltjer, R. L. & Staros, J. V. (1997) *Biochemistry* **36,** 9911–9916.
31. Fry, D. W., Kraker, A. J., McMichael, A., Ambroso, L. A., Nelson, J. M., Leopold, W. R., Connors, R. W. & Bridges, A. J. (1994) *Science* **265,** 1093–1095.
32. Bridges, A. J., Zhou, H., Cody, D. R., Rewcastle, G. W., McMichael, A., Showalter, H. D. H., Fry, D. W., Kraker, A. J. & Denny, W. A. (1996) *J. Med. Chem.* **39,** 267–276.
33. Fry, D. W., Nelson, J. M., Slintak, V., Keller, P. R., Rewcastle, G. W., Denny, W. A., Zhou, H. & Bridges, A. J. (1997) *Biochem. Pharmacol.* **54,** 877–887.
34. Rewcastle, G. W., Murray, D. K., Elliott, W. L., Fry, D. W., Winters, R. T., Showalter, H. D. H. & Denny, W. A. (1998) *J. Med. Chem.* **41,** 742–751.
35. Bridges, A. J., Denny, W. A., Dobrusin, E. M., Doherty, A. M., Fry, D. W., McNamara, D. J., Showalter, H. D. H., Smaill, J. B. & Zhou, H. (1997) World Patent Appl. WO 9738983**.**
36. Wissner, A., Johnson, B. D., Floyd, M. B. & Kitchen, D. B (1997) Eur. Patent Appl. EP 0 787 722 A1.
37. Palmer, B. D., Trumpp-Kallmeyer, S., Fry, D. W., Nelson, J. M., Showalter, H. D. H. & Denny, W. A. (1997) *J. Med. Chem.* **40,** 1519–1529.
38. Fry, D. W., Kraker, A. J., Connors, R. C., Elliott, W. L., Nelson, J. M., Showalter, H. D. H. & Leopold, W. R. (1994) *Anticancer Drug Design* **9**, 331–351.
39. Martiny-Baron, G., Kazanietz, M. G., Mischak, H., Blumberg, P. M., Kochs, G., Hug, H., Marme, D. & Schachtele, C. (1993) *J. Biol. Chem.* **268,** 9194–9197.
40. Greis, K. D., Zhu, S. & Matalon, S. (1996) *Arch. Biochem. Biophys.* **335,** 396–402.
41. Decker, S. J. (1984) *Mol. Cell. Biol.* **4,** 571–575.
42. Biemann, K. (1988) *Biomed. Environ. Mass Spectrom.* **16,** 99–111.
43. Knighton, D. R., Cadena, D. L., Zheng, J., Ten Eyck, L. F., Taylor, S. S., Sowadski, J. M. & Gill, G. N. (1993) *Proc. Natl. Acad. Sci. USA* **90,** 5001–5005.
44. Dewar, M. J. S. & Thiel, W. (1977) *J. Am. Chem. Soc.* **99,** 4907.
45. Leopold, W. R., Nelson, J. M., Plowman, J. & Jackson, R. C. (1985) *Cancer Res.* **45,** 5532–5539.
46. Gibson, K. H., Grundy, W., Godfrey, A. A., Woodburn, J. R., Ashton, S. E., Curry, B. J., Scarlett, L., Barkder, A. J. & Brown, D. S. (1997) *Bioorg. Med. Chem.* **7,** 2723–2728.
47. Moyer, J. D., Barbacci, E. G., Iwata, K. K., Arnold, L., Boman, B., Cunningham, A., DiOrio, C., Doty, J., Morin, M. J., Moyer, M. P., *et al.* (1997) *Cancer Res.* **57,** 4838–4848.
48. Allen, F. H., Davies, J. E., Galloy, J. J., Johnson, O., Kennard, O., Macrea, C. F., Mitchell, E. M., Mitchell, G. F., Smith, J. M. & Watson, D. G. (1991) *J. Chem. Inf. Comput. Sci.* **31,** 187–195.

# Reider
# Exhibit F



OXFORD
An Introduction to
Medicinal
Chemistry
THIRD
EDITION
Graham L. Patrick

An Introduction to Medicinal Chemistry

# An Introduction to Medicinal Chemistry

THIRD EDITION

Graham L. Patrick

OXFORD
UNIVERSITY PRESS

OXFORD
UNIVERSITY PRESS

Great Clarendon Street, Oxford OX2 6DP

Oxford University Press is a department of the University of Oxford. It furthers the University's objective of excellence in research, scholarship, and education by publishing worldwide in

Oxford New York

Auckland Cape Town Dar es Salaam Hong Kong Karachi
Kuala Lumpur Madrid Melbourne Mexico City Nairobi
New Delhi Shanghai Taipei Toronto

With offices in

Argentina Austria Brazil Chile Czech Republic France Greece
Guatemala Hungary Italy Japan Poland Portugal Singapore
South Korea Switzerland Thailand Turkey Ukraine Vietnam

Oxford is a registered trade mark of Oxford University Press in the UK and in certain other countries

Published in the United States by Oxford University Press Inc., New York

© Graham L. Patrick, 2005

The moral rights of the author have been asserted
Database right Oxford University Press (maker)

First edition 1995
Second edition 2001
Third edition 2005

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, without the prior permission in writing of Oxford University Press, or as expressly permitted by law, or under terms agreed with the appropriate reprographics rights organization. Enquiries concerning reproduction outside the scope of the above should be sent to the Rights Department, Oxford University Press, at the address above

You must not circulate this book in any other binding or cover and you must impose the same condition on any acquirer

British Library Cataloguing in Publication Data

Data available

Library of Congress Cataloging in Publication Data

Data available

Typeset by Newgen Imaging Systems (P) Ltd., Chennai, India
Printed in Great Britain by
Ashford Colour Press Ltd, Gosport, Hampshire

ISBN 0-19-927500-9 978-0-19-927500-7

10 9 8 7 6 5 4 3 2



Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 143 of 182 PageID #: 1906

Figure 4.17 Enzyme 'clogging'.

- Prosthetic groups are coenzymes which are bound covalently to an enzyme.
- Enzymes are regulated by internal and/or external control.
- External control involves regulation initiated by a chemical messenger from outside the cell, and which ultimately involves the phosphorylation of enzymes.
- Allosteric inhibitors bind to a different binding site from the active site and alter the shape of the enzyme such that the active site is no longer recognizable. Allosteric inhibitors are usually involved in the feedback control of biosynthetic pathways.
- Isozymes are variations of the same enzyme. They catalyse the same reaction but differ in their primary structure, substrate specificity, and tissue distribution.

Figure 4.18 Competitive inhibition.

## 4.8 Enzyme inhibitors

### 4.8.1 Competitive (reversible) inhibitors

Binding interactions between substrate and enzyme are clearly important. If there were no interactions holding the substrate to the active site, then the substrate would drift in and drift out again before there was a chance for it to react. Therefore, the more binding interactions there are, the better the substrate will bind, and the better the chance of reaction. But there is a catch! What would happen if a substrate or product bound so strongly to the active site that it was not released again (Fig. 4.17)?

The answer is that the enzyme would become clogged up and would be unable to accept any more substrate. Therefore, the bonding interactions between the substrate or the product with the enzyme have to be properly balanced such that they are strong enough to keep the substrate at the active site to allow reaction, but weak enough to allow the product to depart. This bonding balancing act can be turned to great advantage if the medicinal chemist wishes to inhibit a particular enzyme, or to switch it off altogether. A molecule can be designed which is similar to the natural substrate or product, and can fit the active site, but which binds more strongly. It may not undergo any reaction when it is in the active site, but as long as it is there, it blocks access to the natural substrate and the enzymatic reaction stops (Fig. 4.18). This is known as competitive inhibition, as the drug is competing with the natural substrate for the active site. The longer the inhibitor is present in the active site, the greater the inhibition. Therefore, if the medicinal chemist knows which binding groups are present in an active site and where they are, a range of molecules can be designed with different inhibitory strengths.

Case 1:21-cv-01338-MFK Document 83-3 Filed 12/02/22 Page 144 of 182 PageID #: 1907

There are many examples of useful drugs which act as competitive inhibitors (Box 4.2). For example, the **sulfonamides** act as antibacterial agents by inhibiting a bacterial enzyme in this fashion (section 16.4.1). Many diuretics used to control blood pressure are competitive inhibitors, as are many antidepressive agents.

## BOX 4.2 A CURE FOR ANTIFREEZE POISONING

Competitive reversible inhibitors can generally be displaced by increasing the level of natural substrate. This feature has been useful in the treatment of accidental poisoning by antifreeze. The main constituent of antifreeze is **ethylene glycol**, which is oxidized in a series of enzymatic reactions to **oxalic acid**, which is toxic (Fig. 1). Blocking the synthesis of oxalic acid will lead to recovery.

The first step in this enzymatic process is the oxidation of ethylene glycol by **alcohol dehydrogenase (ADH)**. Ethylene glycol is acting here as a substrate, but we can view it as a competitive inhibitor because it is competing with the natural substrate for the enzyme (Fig. 2a). If the levels of natural substrate are increased, it will compete far better with ethylene glycol and prevent it from reacting (Fig. 2b). Toxic oxalic acid would no longer be formed and the unreacted ethylene glycol would eventually be excreted from the body. The cure, then, is to administer high doses of the natural substrate—alcohol!

**Figure 1** Formation of oxalic acid from ethylene glycol.

**Figure 2** (a) Oxidation of ethylene glycol and (b) blocking with excess alcohol.

### 4.8.2 Non-competitive (irreversible) inhibitors

To stop an enzyme altogether, the chemist can design a drug that binds irreversibly to the active site and blocks it permanently. This would be a non-competitive form of inhibition, because increased levels of natural substrate would not be able to budge the unwanted squatter. The most effective irreversible inhibitors are those that can react with an amino acid at the active site to form a covalent bond. Amino acids such as **serine** and **cysteine** which bear nucleophilic residues (OH and SH respectively) are commonly present in enzyme active sites, as they are frequently involved in the mechanism of the enzyme reaction (section 4.5.3). By designing an electrophilic drug that fits the active site, it is possible to alkylate these nucleophilic groups and hence permanently clog up the active site (Fig. 4.19). The nerve gases (section 19.17.2) are irreversible inhibitors of mammalian enzymes and are therefore highly toxic. In the same way, penicillins (section 16.5.1) are highly toxic to bacteria by irreversibly inhibiting an enzyme crucial to cell wall synthesis.

Not all irreversible inhibitors are highly toxic. For example, **aspirin's** anti-inflammatory activity is due to irreversible inhibition of the **cyclooxygenase** (COX) enzyme, which is required for **prostaglandin** synthesis. Aspirin inhibits the enzyme by acetylating a serine residue in the active site.

### 4.8.3 Non-competitive, reversible (allosteric) inhibitors

So far we have discussed inhibitors that bind to the active site and prevent the natural substrate from binding. We would therefore expect these inhibitors to have some sort of structural similarity to the natural substrate. We would also expect reversible inhibitors to be displaced by increased levels of natural substrate.

However, there are many enzyme inhibitors that appear to have no structural similarity to the natural substrate. Furthermore, increasing the amount of natural substrate has no effect on the inhibition. Such inhibitors are therefore non-competitive inhibitors, but unlike the non-competitive inhibitors mentioned above, the inhibition can be reversible or irreversible.

Non-competitive or allosteric inhibitors bind to the allosteric binding site described in section 4.6 and are therefore not competing with the substrate for the active site. On binding to the allosteric binding site, an induced fit takes place (Fig. 4.14) which makes the active site unrecognizable to the substrate, so the substrate can no longer react. Adding more substrate will not reverse the situation, but that does not necessarily mean that the inhibition is irreversible. If the inhibitor uses non-covalent bonds to bind to the allosteric binding site, it will eventually depart in its own good time. If the inhibitor uses covalent bonds, it will bind irreversibly.

An enzyme with an allosteric binding site offers the medicinal chemist an extra option in designing an inhibitor. The chemist can not only design drugs which are based on the structure of the substrate and which bind directly to the active site, but can also design drugs based on the structure of the compound that binds to the allosteric binding site and controls the activity of the enzyme.

The drug **6-mercaptopurine**, used in the treatment of leukaemia (Fig. 4.20), is an example of an allosteric inhibitor. It inhibits the first enzyme involved in the synthesis of purines (section 7.1) and therefore blocks purine synthesis. This in turn blocks DNA synthesis.










**Figure 4.19** Irreversible inhibition. (X = halogen leaving group.)

**Figure 4.20** 6-Mercaptopurine.

### 4.8.4 Transition-state analogues—renin inhibitors

An understanding of an enzyme mechanism can help medicinal chemists design more powerful inhibitors. For example, it is possible to design inhibitors which bind so strongly to the active site (using non-covalent forces) that they are effectively irreversible inhibitors—a bit like inviting the mother-in-law for dinner and finding that she has moved in on a permanent basis. One way of doing this is to design a drug that resembles the transition state for the catalysed reaction. Such a drug should bind more strongly than either the substrate or the product, and be a strong inhibitor as a result. Such compounds are known as **transition-state analogues or inhibitors.**

The use of transition-state analogues has been particularly effective in the development of renin inhibitors (Fig. 4.21). Renin is a protease enzyme which is responsible for hydrolysing a specific peptide bond in the protein angiotensinogen to form angiotensin I. Angiotensin I is further converted to angiotensin II, which acts to constrict blood vessels and retain fluid in the kidneys, both of which lead to a rise in blood pressure. Therefore, an inhibitor of renin should act as an antihypertensive agent (i.e. lower blood pressure) by preventing the first stage in this process.

Renin contains two aspartyl residues and a bridging water molecule in the active site which are crucial to the mechanism of action (Fig. 4.22). As far as the protein substrate is concerned, a tetrahedral intermediate is formed during the reaction mechanism. The transition state for the reaction will be closer in character to the intermediate than either the substrate or the product and therefore a transition-state

**Figure 4.21** Synthesis of angiotensin I and angiotensin II.

**Figure 4.22** Mechanism of renin-catalysed hydrolysis.

analogue should mimic the intermediate. The intermediate itself cannot be used, as it is reactive and easily cleaved. Therefore, an analogue has to be used which mimics the tetrahedral intermediate, will bind more strongly than the substrate or the product, but will also be stable to hydrolysis. A variety of mimics has been tried, but a hydroxyethylene moiety has proved effective (e.g. CGP 38560; Fig. 4.23). The hydroxyethylene group mimics the transition state by having a tetrahedral geometry and one of the two hydroxyl groups. It is stable to hydrolysis because there is no leaving group present.

Similar strategies have been successfully used to design antiviral agents which act as transition-state analogue inhibitors for the HIV protease enzyme (section 17.7.4).

### 4.8.5 Suicide substrates

Transition-state analogues can be viewed as *bona fide* visitors to an enzyme's active site that become stubborn squatters once they have arrived. Other apparently harmless visitors can turn into lethal assassins

once they have bound to their target enzyme. Such agents are designed to undergo an enzyme-catalysed transformation which converts them into a highly reactive species that forms a covalent bond to the active site. One example of this is the unnatural amino acid **trifluoroalanine** which irreversibly inhibits the enzyme **alanine transaminase** (Fig. 4.24).

The normal mechanism for the transamination reaction is shown in Fig. 4.25 (R = H) and involves the condensation of alanine and **pyridoxal phosphate** to give an imine. A proton is lost from the imine to give a dihydropyridine intermediate. This reaction is catalysed by a basic amino acid provided by the enzyme, and by the electron-withdrawing effects of the protonated pyridine ring. The dihydropyridine structure now formed is hydrolysed to give the products.

Trifluoroalanine contains three fluorine atoms, which are very similar in size to the hydrogen atoms in alanine. The molecule is therefore able to fit into the active site of the enzyme and take alanine's place. The reaction mechanism proceeds as before to give the dihydropyridine intermediate. However, at this stage, an alternative mechanism now becomes possible



**Figure 4.23** CGP 38560.



**Figure 4.24** Irreversible inhibition of the enzyme alanine transaminase.

**Figure 4.25** Mechanism for the transamination reaction and its inhibition.

(Fig. 4.25; R = F). A fluoride atom is electronegative and can therefore act as a leaving group. When this happens, a powerful alkylating agent is formed which can irreversibly alkylate any nucleophilic group present in the enzyme's active site. A covalent bond is now formed and the active site is unable to accept further substrate. As a result, the enzyme is irreversibly inhibited.

Drugs that operate in this way are often called **suicide substrates** because the enzyme is committing suicide by reacting with them (Box 4.3). The great advantage of this approach is that the alkylating agent is generated at the site where it is meant to act and is therefore highly selective for the target enzyme. If the alkylating group had not been disguised in this way, the drug would have alkylated the first nucleophilic group it met in the body and would have shown little or no selectivity. The uses of alkylating agents and the problems associated with them are also discussed in section 18.2.3.

Inhibiting the transaminase enzyme has no medicinal application; the enzyme is crucial to mammalian biochemistry, and inhibiting it would be toxic to the host. The main use for suicide substrates has been in labelling specific enzymes. The substrates can be labelled with radioactive isotopes and reacted with their target enzyme in order to locate the enzyme in tissue preparations. However, the suicide substrate approach has potential therapeutic applications against enzymes that are unique to foreign invaders such as bacteria, protozoa, and fungi. **Clavulanic acid** (section 16.5.4.1) can also be classed as a suicide substrate.

One interesting example of a suicide substrate is **5-fluorodeoxyuracil monophosphate** (5-FdUMP). The anticancer agent **5-fluorouracil** is used to treat breast, liver, and skin cancers, and is converted to 5-FdUMP in the body. This then acts as the suicide substrate (section 18.3.2).

### BOX 4.3 SUICIDE SUBSTRATES

Suicide substrates are agents which are converted to highly reactive species when they undergo an enzyme-catalysed reaction. They form covalent bonds to the enzyme and inhibit it irreversibly. In some cases, this can cause toxicity. For example, the diuretic agent **tienilic acid** had to be withdrawn from the market because it was found to act as a suicide substrate for the cytochrome P450 enzymes involved in drug metabolism (section 8.4). Unfortunately, the metabolic reaction carried out by these enzymes converted tienilic acid to a thiophene sulfoxide which proved highly electrophilic. This encouraged a Michael reaction leading to alkylation of a thiol group in the enzyme's active site. Loss of water from the thiophene sulfoxide restored the thiophene ring and resulted in the formation of a covalent link to the enzyme, thus inhibiting the enzyme irreversibly.



Inhibition of cytochrome P450 by tienilic acid.

Indometacin Valdecoxib Rofecoxib Celecoxib

**Figure 4.26** Cyclooxygenase inhibitors.

## 4.8.6 Isozyme selectivity of inhibitors

Identification of isozymes that are selective for certain tissues allows the possibility of designing tissue-selective enzyme inhibitors (see Box 4.4).

For example, the non-steroidal anti-inflammatory drug (NSAID) **indometacin** (Fig. 4.26) is used to treat inflammatory diseases such as rheumatoid arthritis, and works by inhibiting the enzyme **cyclooxygenase**. This enzyme is involved in the biosynthesis of **prostaglandins**—agents which are responsible for the pain and inflammation of rheumatoid arthritis. Inhibiting the enzyme lowers prostaglandin levels and alleviates the symptoms of the disease. However, the drug also inhibits the synthesis of beneficial prostaglandins in the gastrointestinal tract and the kidney. It has been discovered that cyclooxygenase has two isozymes, COX-1 and COX-2. Both isozymes carry out the same reactions, but COX-1 is the isozyme that is active under normal healthy conditions. In rheumatoid arthritis, the normally dormant COX-2 becomes activated and produces excess inflammatory prostaglandins. Therefore, drugs such as **valdecoxib, rofecoxib**, and **celecoxib** have been developed to be selective for the COX-2 isozyme, so that only the production of inflammatory prostaglandins is reduced. (Rofecoxib was authorized in 1999, but had to be withdrawn in September 2004 as it was linked to an increased risk of heart attack and stroke when taken over a period of 18 months or so.)

## 4.8.7 Medicinal uses of enzyme inhibitors

### 4.8.7.1 Enzyme inhibitors used against microorganisms

Inhibitors of enzymes have been extremely successful in the war against infection. If an enzyme is crucial to a microorganism, then switching it off will clearly kill the cell or prevent it from growing. Ideally, the enzyme chosen should be one that is not present in our own bodies, and fortunately such enzymes exist because of the significant biochemical differences between bacterial cells and our own. Nature, of course, is well ahead in this game. For example, many fungal strains produce metabolites such as **penicillin** which are toxic to bacteria but not to themselves. This gives fungi an advantage over their microbiological competitors when competing for nutrients.

Although it is preferable to target enzymes that are unique to the foreign invader, it is still possible to target enzymes that are present in both bacterial and mammalian cells, as long as there are significant differences between them. Such differences are perfectly feasible. Although the enzymes in both species may have derived from a common ancestral protein, they have evolved and mutated separately over several million years. Identifying these differences allows the medicinal chemist to design drugs that will bind and act selectively against the bacterial enzyme. Chapter 16 covers antibacterial agents such as the sulfonamides, penicillins, and cephalosporins, all of which act by inhibiting enzymes.

### 4.8.7.2 Enzyme inhibitors used against viruses

Enzyme inhibitors are also extremely important in the battle against viral infections (e.g. herpesvirus and HIV). Successful antiviral drugs include **aciclovir** for herpes, and drugs such as **zidovudine** and **saquinavir** for HIV (see Chapter 17).

### BOX 4.4 DESIGNING DRUGS TO BE ISOZYME SELECTIVE

Designing drugs to be isozyme selective means that they can be designed to act on different diseases despite acting on the same enzyme. This is because isozymes differ in substrate specificity and are distributed differently in the body. **Monoamine oxidase (MAO)** is one of the enzymes responsible for the metabolism of important neurotransmitters such as **dopamine, noradrenaline**, and **serotonin** (Chapter 5) and exists in two isozymic forms (MAO-A and MAO-B). These isozymes differ in substrate specificity, tissue distribution, and primary structure but carry out the same reaction by the same mechanism (Fig. 1). MAO-A is selective for noradrenaline and serotonin whereas MAO-B is selective for dopamine. MAO-A inhibitors such as **clorgiline** are used clinically as antidepressants; MAO-B inhibitors such as **selegiline** are administered with **levodopa** for the treatment of Parkinson's disease. MAO-B inhibition protects levodopa from metabolism. Clorgiline and selegiline are thought to act as suicide substrates where they are converted by the enzyme to reactive species which react with the enzyme and form covalent bonds. The amine and alkyne functional groups present in both drugs are crucial to this process (Fig. 2).

$$R{-}CH_2NH_2 \xrightarrow[\text{Flavin coenzyme}]{\text{Monoamine oxidase (MAO)}} R{-}CHO$$

**Figure 1** Reaction catalysed by MAO.

**Figure 2** Clorgiline, levodopa, and selegiline.

### 4.8.7.3 Enzyme inhibitors used against the body's own enzymes

Drugs that act against the body's own enzymes are important in medicine. Some examples are given in Table 4.2. Agents known as **anticholinesterases**, which are used in a variety of diseases including Alzheimer's disease, are considered in sections 19.16–19.17. Proton pump inhibitors, used as antiulcer agents, are discussed in section 22.3.

The search continues for new enzyme inhibitors, especially those that are selective for a specific isozyme or act against recently discovered enzymes. Some current research projects include investigations into inhibitors of the **COX-2 isozyme** (sections 4.8.6 and 18.7.2), **matrix metalloproteinases** (antiarthritic and anticancer drugs; section 18.7.1), **aromatases** (anticancer agents; section 18.4.8) and **caspases**. The caspases are implicated in the processes leading to cell death. Inhibitors of caspases may have potential in the treatment of stroke victims. A vast amount of research is also taking place on inhibitors of a family of enzymes known as **kinases**. These enzymes catalyse the phosphorylation of proteins and play an important role in signalling pathways within cells (see also Chapter 6 and section 18.6.2).

#### KEY POINTS

- Enzyme inhibitors binding to the active site are classed as competitive (reversible) or non-competitive (irreversible). Increasing the substrate concentration displaces the former but not the latter.

- Allosteric inhibitors bind to a different binding site from the active site and alter the shape of the enzyme such that the active site is no longer recognizable.
- Transition-state analogues are enzyme inhibitors which are designed to mimic the transition state of an enzyme-catalysed reaction mechanism. They bind more strongly than either the substrate or the product.
- Suicide substrates are molecules which act as substrates for a target enzyme but which are converted into highly reactive species as a result of the enzyme-catalysed reaction mechanism. These species react with amino acid residues present in the active site to form covalent bonds, and act as irreversible inhibitors.
- Drugs that selectively inhibit isozymes are less likely to have side effects and be more selective in their effect.
- Enzyme inhibitors are used in a wide variety of medicinal applications.

## 4.9 Enzyme kinetics

Studies of enzyme kinetics are extremely useful in determining the properties of an enzyme inhibitor (e.g. whether an inhibitor is competitive or non-competitive).

### 4.9.1 The Michaelis–Menten equation

The Michaelis–Menten equation holds for an enzyme (E) which combines with its substrate (S) to form an enzyme–substrate complex (ES). The enzyme–substrate complex can then either dissociate back to E and S, or go on to form a product (P). It is assumed that formation of the product is irreversible.

$$E + S \underset{k_2}{\overset{k_1}{\rightleftharpoons}} ES \xrightarrow{k_3} E + P$$

where $k_1$, $k_2$, and $k_3$ are rate constants.

**Table 4.2** Medicinally useful drugs that act against enzymes in the body

| Drug | Target enzyme | Field of therapy |
|---|---|---|
| Aspirin | Cyclooxygenase | Anti-inflammatory |
| Captopril, enalapril | Angiotensin-converting enzyme (ACE) | Antihypertension |
| Simvastatin | HMG-CoA reductase | Lowering of cholesterol levels |
| Desipramine | Monoamine oxidase | Antidepressant |
| Clorgiline | Monoamine oxidase-A | Antidepressant |
| Selegiline | Monoamine oxidase-B | Treatment of Parkinson's disease |
| Methotrexate | Dihydrofolate reductase | Anticancer |
| 5-Fluorouracil | Thymidylate synthase | Anticancer |
| Gefitinib, imatinib | Tyrosine kinases | Anticancer |
| Sildenafil (Viagra) | Phosphodiesterase enzyme (PDE5) | Treatment of male erectile dysfunction |
| Allopurinol | Xanthine oxidase | Treatment of gout |
| Zidovudine | HIV reverse transcriptase | AIDS therapy |
| Saquinavir | HIV protease | AIDS therapy |
| Aciclovir | Viral DNA polymerase | Treatment of herpes |
| Penicillins and cephalosporins | Bacterial transpeptidase | Antibacterial |
| Clavulanic acid | Bacterial β-lactamases | Antibacterial |
| Sulfonamides | Dihydropteroate synthetase | Antibacterial |
| Fluoroquinolones | Bacterial topoisomerases | Antibacterial |
| Ro41-0960 | Catechol-*O*-methyltransferase | Treatment of Parkinson's disease |
| Omeprazole | $H^+/K^+$ ATPase proton pump | Ulcer therapy |
| Organophosphates | Acetylcholinesterase | Treatment of myasthenia gravis, glaucoma, and Alzheimer's disease |
| Acetazolamide | Carbonic anhydrase | Diuretic |
| Zileutin | 5-Lipoxygenase | Antiasthmatic |

the active site that binds ATP, as well as a region that binds the substrate. Considering the fact that there are so many kinases, and that they all use ATP as the phosphorylating agent, many scientists thought that the protein kinases would be poor targets for drugs. It was believed that the ATP binding region would be very similar for all protein kinases, so that any inhibitor would show poor selectivity and end up inhibiting all protein kinases. This has not turned out to be the case. Crystal structures of protein kinases bound to ATP have been studied and it has been shown that ATP is bound quite loosely to the binding region, and that there are areas of the binding region which remain unoccupied. There are also significant differences in the amino acids present in the ATP binding region from one active site to another. As a result, it is quite possible to design selective inhibitors. Indeed, all the protein kinase inhibitors of clinical interest have been designed to bind to this region of the active site, rather than the substrate binding site.

The binding interactions of ATP with the kinase active site of one protein kinase receptor (the epidermal growth factor receptor, EGF-R) are shown in Fig. 18.64 and are representative of all the kinase binding sites. The purine base is buried deep in the binding site and makes two important hydrogen bonding interactions with the protein backbone. The ribose sugar is bound into a ribose binding pocket and the triphosphate chain lies along a cleft leading to the surface of the enzyme. The ionized triphosphate interacts with two metal ions and with several amino acids through hydrogen bonding. There are also various areas of unoccupied space—in particular, a hydrophobic pocket opposite the ribose binding pocket. These unoccupied regions show a structural variability between different kinases, allowing the possibility of selective inhibitors designed to access these regions. A knowledge of how ATP and the various protein kinase inhibitors are bound to the kinase active site has helped enormously in the design of potent and selective agents.

### 18.6.2.1 Kinase inhibitors of the epidermal growth factor receptor

EGF-R is a membrane-bound tyrosine kinase receptor having an extracellular binding site for epidermal growth factor (EGF), and an intracellular kinase active site (section 6.7.2). The over-expression or alteration of EGF-R arises from a mutation to the normal gene such that it becomes an oncogene. Abnormal or over-expressed EGF-R protein has been associated with a variety of cancers in the breast, lung, brain, prostate, gastrointestinal tract, and ovaries, and several agents have been studied as kinase inhibitors. The most



**Figure 18.64** Binding of ATP to the kinase active site of the epidermal growth factor receptor.

advanced of these is **gefitinib** (**Iressa**) (Fig. 18.65), which has been approved for the treatment of refractory lung cancers.

Gefitinib was developed by AstraZeneca and belongs to a group of structures known as the 4-anilinoquinazolines (see Box 18.2). It was developed from a potent inhibitor (I in Fig. 18.66) which had various important features previously identified by SAR studies, mainly a secondary amine, electron-donating substituents at positions 6 and 7, and a small lipophilic substituent on the aromatic ring. The structure had useful *in vitro* activity, but its *in vivo* activity was hampered by the fact that it was rapidly metabolized by cytochrome P450 enzymes to give two metabolites. Oxidation of the aromatic methyl group resulted in metabolite II, and oxidation of the aromatic *para*-position resulted in metabolite III. Both these types of positions are well known to be vulnerable to oxidative metabolism (section 8.4). Therefore, it was decided to modify the structure such that both metabolic routes were blocked. In structure IV in Fig. 18.66, the methyl group was replaced by a chloro substituent. This has a similar size and lipophilicity to a methyl group, but is resistant to oxidation. A fluoro substituent was chosen to block oxidation of the aromatic *para*-position. Fluorine is essentially the same size as hydrogen and so there is little risk of any adverse steric effects arising from its introduction. Although the resulting compound was less active *in vitro* as an enzyme inhibitor, it showed better *in vivo* activity since it proved resistant to metabolism. Further modifications were then carried out to optimize the pharmacokinetic properties of the drug. A variety of alkoxy substituents at the 6-position were tried, culminating in the discovery of gefitinib. This contains a morpholine ring, which is well known to enhance water solubility because of its basic nitrogen atom.

A molecular modelling study was carried out to investigate how gefitinib might bind to a model of the kinase binding site, based on a knowledge of the structure of similar active sites. Gefitinib was found to mimic ATP and bind to the ATP-binding region of the kinase active site. The binding of ATP itself involves two important hydrogen bonding interactions between the purine base of ATP and the protein backbone between amino acids Gln-767 and Met-769 (Fig. 18.64). One of these interactions involves the purine group acting as a hydrogen bond donor, while the other involves purine acting as a hydrogen bond acceptor. Gefitinib has two nitrogen atoms in the quinazoline ring which both act as hydrogen bond acceptors (Fig. 18.65). One of these



**Figure 18.65** Structure and binding interactions of gefitinib (Iressa).



**Figure 18.66** Design of a metabolically stable analogue of structure (I).

## BOX 18.2 GENERAL SYNTHESIS OF GEFITINIB AND RELATED ANALOGUES

A general synthesis for gefitinib and its analogues starts from a quinazolinone starting material which acts as the central scaffold for the molecule. The synthesis is then a case of introducing the two important substituents. Selective demethylation reveals a phenol which is protected by an acetate group. Chlorination is now carried out on the carbonyl group and the resulting chloro substituent is substituted by an aniline to introduce the first important substituent. Deprotection of the phenol group and reaction with an alkyl halide introduces the second important substituent.

Synthesis of gefitinib (Iressa) and related analogues.

interacts directly with Met-769, while the other interacts with a bridging water molecule which interacts in turn with the hydroxyl group of Thr-830. The aniline ring occupies the normally vacant hydrophobic pocket opposite the ribose binding pocket (Fig. 18.64).

Other EGF-R kinase inhibitors include **PKI-166** and **Tarceva** (Fig. 18.67), both of which are undergoing clinical trials. PKI-166 is a pyrrolopyrimidine structure which binds differently from the quinazoline structures above. Here the important hydrogen bonding interactions to the adenine binding region involve an N on the pyrimidine ring and an NH on the pyrrole ring.

The binding interactions of ATP, quinazolines, and pyrrolopyrimidines illustrate an important point. All three classes of compound contain a pyrimidine ring with an NH substituent at position 4. Having seen how this group binds for ATP (Fig. 18.64), it would be tempting to assume that it binds in the same manner for the other structures containing it. The fact that it doesn't illustrates the importance of analysing crystal structures of enzyme–inhibitor complexes and not making assumptions. The binding site for ATP is quite spacious, so it is perfectly feasible for molecules to bind in different modes. Indeed, it is possible for different molecules within the same structural class to bind in different modes depending on the substituents that are present.

**Figure 18.67** Inhibitors of the EGF-R kinase.

### 18.6.2.2 Inhibitors of the Abelson tyrosine kinase

As the first protein kinase inhibitor to reach the market, **Imatinib** (**Glivec** or **Gleevec**; Fig. 18.68)

**Hydrophobic** Refers to compounds that are non-polar and water insoluble. Literally means water hating.

**Hydrophobic interactions** Refers to the stabilization that is gained when two hydrophobic regions of a molecule or molecules interact and shed the ordered water 'coat' surrounding them. The water molecules concerned become less ordered, resulting in an increase in entropy.

**Hyperchem** A molecular modelling software package.

**Hypoglycaemia** Lowered glucose levels in the blood.

**$IC_{50}$** The concentration of an inhibitor required to inhibit an enzyme by 50%.

**IND** *see* Investigational Exemption to a New Drug Application

**Immunomodulators** Agents that either suppress or enhance the immune system.

**Immunosuppressants** Drugs that inhibit the immune response. Useful in the treatment of autoimmune disease and in reducing the chances of rejection following organ transplants.

**Impurity profiling** The study of drug batches to identify and quantify any impurities that might be present.

**Indicator variables** A variable used in QSAR equations which is given the value of 1 or 0 depending on whether a substituent is present or not.

**Induced dipole interactions** The situation where a charge or a dipole on one molecule induces a dipole in another molecule to allow an ion–dipole interaction or a dipole–dipole interaction respectively. An induced dipole normally requires the presence of $\pi$ electrons.

**Induced fit** The alteration in shape that arises in a macromolecule such as a receptor or an enzyme when a ligand binds to its binding site.

**Inhibitor** An agent that binds to an enzyme and inhibits its activity.

***In silico*** Refers to procedures that are carried out on a computer.

**Institutional Review Board (IRB)** A regulatory body in the USA that grants approval to clinical trials at a particular site.

**Integrins** Molecules displayed on the cells of new blood vessels to protect them from apoptosis.

**Investigational Exemption to a New Drug Application** A document required by the FDA before clinical trials on a drug can begin.

**Iontophoresis** A means of encouraging topical absorption of a drug by applying a painless pulse of electricity to increase skin permeability.

**Integrase** A viral enzyme present in HIV that catalyses the insertion of viral DNA into host DNA.

**Integrins** Molecules that are involved in anchoring cells to the extracellular matrix.

**Intercalating agents** Agents containing a planar moiety that is capable of slipping between the base pairs of DNA. Important anticancer and antibacterial agents.

**Interferons** Endogenous proteins that are part of the body's defence system against viral infections. They work by inhibiting the metabolism of infected cells.

**Interleukin-6** A protein that stimulates metastasis.

**Intermolecular bonds** Bonding interactions that take place between two separate molecules.

**International Preliminary Examination Report (IPER)** A report on a patent application that can be used when applying for patents to individual countries.

**International Search Report (ISR)** A report on a patent application that can be used when applying for patents to individual countries.

**Intramolecular bonds** Bonding interactions other than covalent bonds that take place within the same molecule.

**Intramuscular injection** The administration of a drug by injection into muscle.

**Intraperitoneal injection** The administration of a drug by injection into the abdominal cavity.

**Intrathecal injection** The administration of a drug by injection into the spinal column.

**Intravenous injection** The administration of a drug by injection into a vein.

**Inverse agonist** A compound which acts as an antagonist, but which also decreases the 'resting' activity of target receptors (i.e. those receptors which are active in the absence of agonist).

***In vitro* procedures** Testing procedures carried out on isolated macromolecules, whole cells, or tissue samples.

***In vivo* procedures** Studies carried out on animals or humans.

**Ion channels** Protein complexes in the cell membrane which allow the passage of specific ions across the cell membrane.

**Ion channel disrupters** A term used to describe a group of antiviral agents that act against the flu virus by disrupting ion channels.

**Ion–dipole interactions** A non-covalent bonding interaction that takes place between a charged atom and a dipole moment, such as the interaction of a positive charge with the negative end of the dipole.

**Ionic interaction** A non-covalent bonding interaction between two molecular regions having opposite charges.

**Ionophores** Agents which act on a cell membrane to produce an uncontrollable passage of ions across the membrane.

**Irreversible inhibitor** An enzyme inhibitor that binds so strongly to the enzyme that it cannot be displaced.

**IsisDraw** A chemical drawing software package.

**Isomerases** Enzymes that catalyse isomerizations and intramolecular group transfers.

**Isostere** A chemical group which can be considered to be equivalent in physical and chemical properties to another chemical group.

**Isozymes** A series of enzymes that catalyse the same chemical reaction but which differ in their amino acid composition.

**$K_d$** The dissociation binding constant.

**$K_i$** The inhibitory or affinity constant.

**Kinases** Enzymes which catalyse the phosphorylation of alcoholic or phenolic groups present in a substrate. The substrate is normally a protein.

**Koshland's theory of induced fit** *see* induced fit

**β-Lactamase inhibitors** Agents which inhibit the β-lactamase enzymes.

**Lactamases** Bacterial enzymes that hydrolyse the β-lactam ring of penicillins and cephalosporins.

**$LD_{50}$** The mean lethal dose of a drug required to kill 50% of the test sample.

**Lead compound** A compound showing a desired pharmacological property which can be used to initiate a medicinal chemistry project.

**LHRH** *see* luteinizing hormone-releasing hormone

**Ligand** Any molecule capable of binding to a binding site.

**Ligand-gated ion channels** Ion channels that are under the control of a chemical messenger or ligand.

**Ligases** Enzymes that join two substrates together at the expense of ATP hydrolysis.

**Lincosamides** A group of antibiotics acting against protein synthesis.

**Lineweaver–Burk plots** Plots which can be used to determine whether an enzyme inhibitor is competitive or non-competitive.

**Linker** A term used in combinatorial chemistry for a molecule that is covalently linked to a solid phase support and contains a functional group to which another molecule can be attached for the start of a synthesis.

**Lipinski's rule of five** A set of rules obeyed by the majority of orally active drugs. The rules take into account the molecular weight, the number of hydrogen bonding groups, and the hydrophobic character of the drug.

**Lipophilic** Refers to compounds that are fatty and non polar in character. Literally means fat loving.

**Liposomes** Small vesicles consisting of a phospholipid bilayer membrane. Used to encapsulate drugs for drug delivery.

**Local energy minimum** Refers to the nearest stable conformation reached where energy minimization is carried out on a molecule by molecular modelling software.

**Lock and key hypothesis** The now redundant theory that a ligand fits its binding site like a key fitting a lock.

**log *P*** *see* partition coefficient

**LUDI** A software program used for *de novo* drug design.

**LUMO** Lowest unoccupied molecular orbital.

**Luteinizing hormone-releasing hormone** Hormones that are used in anticancer therapy.

**Lyases** Enzymes that catalyse the addition or removal of groups to form double bonds.

**Lysis** The process where a cell loses its contents due to weakening of a cell wall or cell membrane.

**Lysosomes** Membrane-bound structures within eukaryotic cells that contain destructive enzymes.

**MAA** *see* Marketing Authorization Application

**Macrolides** Macrocyclic structures that act as antibacterial agents. Erythromycin is the most used example of this class of agents.

**Macromolecule** A molecule of high molecular weight such as a protein, carbohydrate, lipid, or nucleic acid.

**Magic bullet** *see* principle of chemotherapy

**Marketing Authorization Application (MAA)** A document provided to the EMEA in order to receive marketing approval for a new drug.

**Malignant cancers or tumours** Life-threatening tumours that are undergoing metastasis and setting up secondary tumours elsewhere in the body.

**Matrix metalloproteinases** Enzymes that catalyse the hydrolysis of the proteins making up basement membranes. A target for new anticancer drugs called matrix metalloproteinase inhibitors.

**MDRTB** Multi-drug resistant tuberculosis.

**Merrifield resin** A resin used in solid phase peptide synthesis.

**Messenger RNA (mRNA)** Carries the genetic code required for the synthesis of a specific protein.

**'Me too' drugs** Drugs which have been modelled as variations of an existing drug.

**Metabolic blockers** Groups added to a drug to block metabolism at a particular part of the skeleton.

**Metalloproteinases** Enzymes that catalyse the hydrolysis of peptide bonds in protein substrates and which contain a metal ion as a cofactor in the active site.

**Metastasis** Refers to the breaking away of individual cancer cells from an established tumour such that they enter the blood supply and start up new tumours elsewhere in the body.

**Methylene shuffle** A strategy used to alter the hydrophobicity of a molecule. One alkyl chain is shortened by one carbon unit, while another is lengthened by a one carbon unit.

**Michaelis constant** The substrate concentration when the reaction rate of an enzyme catalysed reaction is half of its maximum value.

**Microfluidics** The manipulation of tiny volumes of liquids in a confined space.

**Microspheres** Small spheres made up of a biologically degradable polymer. Used in drug delivery.

**Microtubules** Small tubules that are formed in cells by the polymerization of a structural protein called tubulin. Important for cell division and as targets for anticancer drugs.

**Mitochondria** Organelles within eukaryotic cells that can be viewed as the cell's energy generators. They also play a role in cell apoptosis.

**Mitosis** The process of cell division.

**Mix and split** The procedure involved when synthesizing mixtures of compounds by combinatorial synthesis.

**Modulator** An agent that binds to the allosteric binding site of a target and modulates the activity of that target.

**Molar refractivity (*MR*)** A measure of a substituent's steric influence in a QSAR equation.

**Molecular dynamics** A molecular mechanics program that mimics the movement of atoms within a molecule.

**Monoamine oxidase inhibitors** Compounds which inhibit the metabolic enzyme monoamine oxidase. Have been used as antidepressants but are less favoured now since they have side effects.

**Monoclonal antibodies** Refers to antibodies that are cloned and are identical in nature.

**Monosaccharides** The carbohydrate or sugar monomers that make up a polysaccharide.

**Motor nerves** Nerves carrying messages from the central nervous system to the periphery.

***MR*** *see* molar refractivity

**MRSA** Methicillin-resistant *Staphylococcus aureus*: strains of *S. aureus* that have acquired resistance to methicillin (a penicillin).

**Multidrug resistance** Refers to the situation where a cancer cell acquires resistance to a range of drugs other than the one it was exposed to. Related to the overexpression of P-glycoprotein which expels drugs from the cell.

**Murine antibodies** Refers to monoclonal antibodies that were originally isolated from mice.

**Mutation** An alteration in the nucleic acid base sequence making up a gene. Results in a different amino acid in the resultant protein.

**Muscarinic receptors** One of the two main types of cholinergic receptor.

**Mutagen** A chemical or substance that induces a mutation in DNA.

**NCE** *see* New Chemical Entity

**NDA** *see* New Drug Application

**Neighbouring group participation** A mechanism by which a functional group in a molecule assists a reaction without being altered itself.

**Nanotubes** Tubular structures on the molecular scale which are being considered as possible antibacterial agents.

**Neoplasm** The proper term for a cancer or tumour. Means new growth.

**Nephrons** Tubes that collect water and small molecules from the glomeruli and carry these towards the bladder. Much of the water, along with hydrophobic molecules, is reabsorbed into the blood supply from the nephrons and does not reach the bladder.

**Neuraminidase** An enzyme present in the flu virus that catalyses the hydrolysis of a sialic acid molecule from host glycoconjugates and which is crucial to the infection process.

**Neuropeptides** Peptides that act as neurotransmitters.

**Neurotransmission** The process by which nerves communicate with other cells.

**Neurotransmitter** A chemical released by a nerve ending that acts as a chemical messenger by interacting with a receptor on a target cell.

**New Chemical Entity (NCE)** A novel drug structure.

**New Drug Application** A document provided to the FDA in order to receive marketing approval for a new drug.

**New Molecular Entity** *see* New Chemical Entity

**Nicotinic receptors** One of the two main types of cholinergic receptor.

**Nitrogen mustards** Alkylating agents used in anticancer therapy.

**NME** *see* New Molecular Entity

**Non-nucleoside reverse transcriptase inhibitors (NNRTI)** A group of antiviral agents that target an allosteric binding site on the viral enzyme reverse transcriptase.

**NRTI** *see* nucleoside reverse transcriptase inhibitors

**Nuclear hormone or transcription receptors** *see* transcription factors

**Nucleases** Enzymes that hydrolyse oligonucleotides and nucleic acids.

**Nucleic acids** RNA or DNA macromolecules made up of nucleotide units. Each nucleotide is made up of a nucleic acid base, sugar, and phosphate group.

**Nucleocapsid** Consists of a viral capsid and its nucleic acid contents. Viral enzymes may be present.

**Nucleoside** A building block for RNA or DNA that consists of a nucleic acid base linked to a sugar molecule.

**Nucleoside reverse transcriptase inhibitors** A group of antiviral agents that mimic nucleosides and target the viral enzyme reverse transcriptase.

**Nucleosomes** Repeating units of histone proteins within a chromatin structure.

**Nucleotide** A molecule consisting of a nucleoside linked to one, two, or three phosphate groups.

**NVOC** The nitroveratryloxycarbonyl protecting group.

**Oestrogens** Female hormones that are used in anticancer therapy.

**Oligonucleotides** A series of nucleotides linked together by phosphate bonds. Smaller versions of nucleic acid.

**Olivanic acids** A group of agents which inhibit β-lactamases.

**Oncogenes** Genes which normally code for proteins involved in the control of cell growth and division, but which have undergone a mutation such that they code for rogue proteins, resulting in the uncontrolled growth and division of cells.

**Opportunistic pathogens** Pathogens which are normally harmless but which cause serious infection when the immune system is weakened.

**Organelles** Identifiable structures within the cytoplasm of a eukaryotic cell.

**Oripavines** Complex multicyclic analogues of morphine which have powerful analgesic and sedative properties.

**Organophosphates** Agents that inhibit the acetylcholinesterase enzyme and which are used as nerve gases, medicines, and insecticides.

**Orphan drugs** Drugs that are effective against rare diseases. Special financial incentives are given to pharmaceutical industries to develop such drugs.

**Orphan receptors** Novel receptors for which the endogenous ligand is unknown.

**Oxazolidinones** A group of synthetic antibacterial agents that act against protein synthesis.

**Oxidases** Enzymes that catalyse oxidation reactions.

**Oximinocephalosporins** A group of second- and third-generation cephalosporins.

**P1 or P1'** Nomenclature use to label the substituents of a substrate that can fit into the binding subsites of an enzyme. P1, P2, P3, etc. refer to substituents on one side of the reaction centre, and P1', P2', P3' to substituents on the other side.

**p53 protein** An important protein that monitors the health of the cell and the integrity of its DNA. Important to the apoptosis process.

**Papillomavirus** A DNA virus responsible for genital warts.

**Parasympathetic nerves** Nerves of the autonomic motor nervous system that use acetylcholine as neurotransmitter.

**Parietal cells** Cells lining the stomach which release hydrochloric acid into the stomach.

**Partial agonist** A drug which acts like an antagonist by blocking an agonist, but which retains some agonist activity of itself.

**Partition coefficient (*P*)** A measure of a drug's hydrophobic character. Usually quoted as a value of log *P*.

**Patent Cooperation Treaty (PCT)** A treaty to which about 122 countries have signed up.

**PEGylation** Covalently linking molecules of polyethylene glycol to macromolecules.

**Penicillins** Natural and semi-synthetic antibacterial agents that are bactericidal in nature.

**Peptidases** Enzymes which hydrolyse peptide bonds.

**Peptidomimetics** Agents that have been developed from peptide lead compounds such that their peptide nature is removed or disguised in order to improve their pharmacokinetic properties.

**Peptoids** Peptides which are partly or wholly made up of non- naturally occurring amino acids. As such, they may no longer be recognized as peptides by the body's protease enzymes.

**P-glycoprotein** A protein that expels toxins and drugs from cells. Plays an important role in drug resistance in the anticancer field when cancer cells mutate and produce increased levels of the protein.

**Phage** *see* bacteriophage

**Pharmacodynamics** The study of how ligands interact with their target binding site.

**Pharmacokinetics** The study of drug absorption, drug distribution, drug metabolism, and drug excretion.

**Pharmacophore** The atoms and functional groups required for a specific pharmacological activity, and their relative positions in space.

**Pharmacophore triangle** A triangle connecting three of the important binding centres making up the overall pharmacophore of a molecule.

**Partial charges** A measure of the partial charge on each atom of a molecule calculated by molecular modelling software.

**Partial least squares** A statistical method of reaching a QSAR equation in 3D QSAR.

**PDGF** Platelet-derived growth factor.

**Penicillanic acid sulfone derivatives** A group of agents which inhibit β-lactamases.

**Penicillinases** *see* lactamases

**Phase I metabolism** Reactions undergone by a drug which normally result in the introduction or unmasking of a polar functional group. Most phase I reactions are oxidations.

**Phase II metabolism** Conjugation reactions where a polar molecule is attached to a functional group that has often been introduced by a phase I reaction.

**Phosphatase** An enzyme that catalyses the hydrolysis of phosphate bonds.

**Phosphodiesterases** Enzymes which are responsible for hydrolysing the secondary messengers, cyclic AMP and cyclic GMP.

**Phosphorylase** An enzyme that catalyses the hydrolysis of phosphate bonds.

**Photodynamic therapy** The use of light to activate a prodrug in the body. Used in cancer therapy.

**Photolithography** A method of combinatorial synthesis involving the synthesis of products on a solid surface. Reactions only occur on those areas of the surface where photolabile protecting groups have been removed by exposure to light.

**π (pi) bond** A weak covalent bond resulting from the 'side on' overlap of p-orbitals. Only occurs when the atoms concerned are sp or $sp^2$ hybridized, and when the bond between the atoms is a double bond or a triple bond.

**π (pi) bond cooperativity** A situation which can arise in conjugated systems where a hydrogen bond donor and a hydrogen bond acceptor enhance their respective hydrogen bonding strengths by a resonance mechanism involving π bonds.

**Picornaviruses** A family of viruses that include polio, hepatitis A, cold viruses, and foot and mouth viruses.

**Pinocytosis** A method by which molecules can enter cells without passing through cell membranes. The molecule is 'engulfed' by the cell membrane and taken into the cell in a membrane bound vesicle.

**p*Ka*** A measure of the acid–base strength for a drug or a functional group.

**Placebo** A preparation that contains no active drug, but should look and taste as similar as possible to the preparation of the actual drug. Used to test for the placebo effect where patients improve because they believe they have been given a useful drug, regardless of whether they received it or not.

**Placental barrier** Membranes that separate a mother's blood from the blood of her fetus. Some drugs can pass through this barrier.

**Plasma proteins** Proteins in the plasma of the blood. Drugs which bind to plasma proteins are unavailable to reach their target.

**Plasmid** Segments of circular DNA that are transferred naturally between bacterial cells. Useful in cloning and genetic engineering.

**Podophyllotoxins** A group of natural and semi-synthetic agents used as anticancer agents.

**Polymerases** Enzymes that catalyse the polymerization of molecular units to form macromolecules.

**Polysaccharides** Macromolecules consisting of carbohydrate (sugar) monomers.

**Porins** Protein structures that create pores in the outer membrane of Gram-negative bacteria through which essential nutrients can pass. Some drugs can pass through these pores if they have the correct physical properties.

**Potency** The amount of drug required to achieve a defined biological effect.

**pRB** A powerful growth-inhibitory molecule that binds to a transcription factor to inactivate it.

**Presynaptic control systems** Receptors on the ends of presynaptic nerves that affect the release of neurotransmitter from the nerve.

**Principle of chemotherapy** The principle where a drug shows selective toxicity towards a target cell but not a normal cell.

**Privileged scaffolds** Scaffolds that are commonly present in established drugs.

**Procaspase 9** An enzyme that activates caspase enzymes to produce apoptosis.

**Prodrug** A molecule that is inactive in itself, but which is converted to the active drug in the body, normally by an enzymatic reaction. Used to avoid problems related to the pharmacokinetics of the active drug and for targeting.

**Progestins** Hormones that are used in anticancer therapy.

**Prokaryotic cells** Simple bacterial cells that contain no organelles or well-defined nucleus.

**Prostaglandins** Endogenous chemicals that play an important role as chemical messengers.

**Prosthetic group** A cofactor which is covalently linked to the active site of an enzyme.

**Protease inhibitors** A group of antiviral agents which inhibit the HIV protease enzyme.

**Proteases** Enzymes which hydrolyse peptide bonds.

**Protein** A macromolecule made up of amino acid monomers. Includes enzymes, receptors, carrier proteins, ion channels, hormones, and structural proteins.

**Protein kinases** *see* kinases

**Proteoglycan** A molecule consisting of a protein and a carbohydrate.

**Protomers** The protein subunits that make up a viral capsid.

**Proteomics** A study of the structure and function of novel proteins discovered from genomic studies.

**Proto-oncogenes** Genes which code for proteins involved in the control of cell growth and division, but which can cause cancer if they undergo mutation to form oncogenes.

**Proton pump inhibitors** A series of drugs which inhibit the proton pump responsible for releasing hydrochloric acid into the stomach.

$q^2$ *see* cross-validated correlation coefficient

**quantitative structure–activity relationships (QSAR)** Studies which relate the physicochemical properties of compounds with their pharmacological activity.

**Quinolones** A group of synthetic antibacterial agents, largely replaced by fluoroquinolones.

***R*** A symbol used in QSAR equations to represent the electronic influence of a substituent due to resonance effects.

**Racemate or racemic mixture** A mixture of the various stereoisomers of a molecule. A molecule having one asymmetric centre would be present as both possible enantiomers.

**Racemization** A reaction which affects the absolute configuration of asymmetric centres to produce a racemic mixture.

**Radioligand labelling** The use of a radioactively labelled irreversible inhibitor to label a macromolecular target.

**Ras protein** A small G-protein that plays an important role in the signal transduction pathways leading to cell growth and division.

**Receptor** A protein with which a chemical messenger or drug can interact to produce a biological response.

**Receptor-mediated endocytosis** Refers to the process by which a virus binds to a host cell glycoprotein and induces endocytosis to enter the cell.

**Recombinant DNA technology** The process by which DNA is manipulated to produce new DNA. Involves the controlled splitting of DNA from different sources, followed by the formation or recombination of hybrid DNA.

**Recursive deconvolution** A method of identifying the constituents in a combinatorial synthetic mixture. The method requires the storage of intermediate mixtures.

**Reductases** Enzymes that catalyse reduction reactions.

**Regression coefficient** A measure of how well a QSAR equation explains the variance in biological activity of a series of drugs.

**Relaxation time** The time taken for excited nuclei to return to their resting state in NMR spectroscopy.

**Renal** Relating to the kidney.

**Replication** The process by which DNA produces a copy of itself.

**Restriction enzymes** Enzymes that are used in recombinant DNA technology to split DNA chains in a controlled fashion.

**Reverse transcriptase** A viral enzyme present in HIV that catalyses DNA from an RNA template.

**Reverse transcriptase inhibitors** A group of antiviral compounds that inhibit the viral enzyme reverse transcriptase.

**Reversible inhibitors** Enzyme inhibitors that compete with the substrate for the enzyme's active site and which can be displaced by increasing the concentration of substrate.

**Ribosomes** Structures consisting of rRNA and protein which bind mRNA and catalyse the synthesis of the protein coded by mRNA.

**Ribosomal RNA (rRNA)** Present in ribosomes as the major structural and catalytic component.

**Ribozymes** RNA molecules with an enzymatic property.

**Rifamycins** A group of antibiotics and semi-synthetic agents used as antibacterial agents.

**Rigidification strategies** Strategies used to limit the number of conformations that a drug can adopt with the aim of retaining the active conformation.

**Ring contraction/expansion strategy** The variation of ring size in a drug to optimize the relative positions of different binding groups.

**Ring fusion or extension strategy** The fusion of one ring onto another to enhance a drug's binding interactions.

**Ring variation strategies** The replacement of an aromatic, heteroaromatic, or saturated ring with a different ring system to obtain different structural classes of a drug.

**Rink resin** A resin used in combinatorial chemistry.

**RNA** Ribonucleic acid.

**RNA-dependent RNA polymerase** An enzyme that catalyses the synthesis of RNA from an RNA template.

**RNA viruses** Viruses that contain RNA as their nucleic acid.

**S1 or S1'** Nomenclature used to label binding subsites of an enzyme. The subsites accept the amino acid residues of a peptide substrate. S1, S2, S3, etc. refer to subsites on one side of the reaction centre, and S1', S2', S3' to subsites on the other side.

**Safety catch linker** An example of a linker in combinatorial chemistry on which two molecules can be constructed, one the target molecule and the other a tagging molecule.

**SAR** *see* structure–activity relationships

**Sarcodictyins** Naturally occurring anticancer agents that inhibit tubulin depolymerization.

# Reider
# Exhibit G

*Anal. Chem.* **1998,** *70,* 5150−5158

# Modification of Cysteine Residues by Alkylation. A Tool in Peptide Mapping and Protein Identification

Salvatore Sechi* and Brian T. Chait

*The Rockefeller University, 1230 York Avenue, New York, New York 10021*

**Although mass spectrometric peptide mapping has become an established technique for the rapid identification of proteins isolated by polyacrylamide gel electrophoresis (PAGE), the results of the identification procedure can sometimes be ambiguous. Such ambiguities become increasingly prevalent for proteins isolated as mixtures or when only very small amounts of the proteins are isolated. The quality of the identification procedure can be improved by increasing the number of peptides that are extracted from the gel. Here we show that cysteine alkylation is required to ensure maximal coverage in matrix-assisted laser desorption/ionization time-of-flight mass spectrometry (MALDI-TOF MS) peptide mapping of proteins isolated by PAGE. In the described procedure, alkylation was performed prior to electrophoresis to avoid the adventitious formation of acrylamide adducts during electrophoresis. In this way, homogeneous alkylation was obtained with three different alkylating reagents (4-vinylpyridine, iodoacetamide, acrylamide). Cysteine alkylation was also used as a tool for the identification of cysteine-containing peptides. Using a 1:1 mixture of unlabeled acrylamide and deuterium-labeled acrylamide ([2,3,3′-$D_3$]acrylamide), the proteins of interest were alkylated prior to electrophoretic separation. Peptide mixtures produced by trypsin digestion of the resulting protein bands were analyzed by MALDI-TOF MS, and the cysteine content of the peptides was inferred from the isotopic distributions. The cysteine content information was readily obtained and used to improve the protein identification process.**

Mass spectrometric peptide mapping used in conjunction with DNA and protein database searching is becoming a method of choice for the rapid identification of proteins.[1−8] A typical protein identification experiment involves the following steps: (1) The proteins of interest are separated by one-dimensional or two-dimensional polyacrylamide gel electrophoresis (1D or 2D PAGE). (2) The bands containing the proteins of interest are excised whereupon the proteins are in-gel digested by a protease with high specificity (e.g., trypsin). (3) The resulting proteolytic peptides are analyzed by matrix-assisted laser desorption/ionization (MALDI) mass spectrometry to yield a peptide mass map. (4) Identification of proteins is achieved by searching for the best match between the experimentally determined masses in the peptide map and those calculated by theoretical cleavage of each of the proteins in an appropriate sequence database.[4−8]

Although protein identification using this peptide mapping strategy is proving to be highly successful, the results can sometimes be ambiguous. Such ambiguities become increasingly prevalent for proteins isolated as mixtures or when only very small amounts of the proteins are isolated. In such cases, it is advantageous to use supplementary information (in addition to the peptide masses) to constrain the database search.[1−3] Supplementary information can been obtained, for example, through amino acid analysis of the proteins,[9,10] Edman degradation sequence analysis of component peptides,[11,12] or fragment analysis of selected peptides.[13−25] Such additional information improves the reliability of the search but generally requires a more complex

* Corresponding author: (e-mail) SechiS@erols.com.

(1) Patterson, S. D.; Aebersold, R. *Electrophoresis* **1995**, *16*, 1791−1814.
(2) Patterson, S. D. *Anal. Biochem.* **1994**, *221*, 1−15.
(3) Yates, J. R. *J. Mass Spectrom.* **1998**, *33*, 1−19.
(4) Henzel, W. J.; Billeci, T. M.; Stultz, J. T.; Wong, S. C.; Grimley, C.; Watanbe, C. *Proc. Natl. Acad. Sci. U.S.A.* **1993**, *90*, 5011−5015.
(5) Mann, M.; Hojrup, P.; Roepstorff, P. *Biol. Mass Spectrom.* **1993**, *22*, 388−345.
(6) Pappin, D. D. J.; Hojrup, P.; Bleasby, A. J. *Curr. Biol.* **1993**, *3*, 327−332.
(7) Yates, J. R.; Speichner, S.; Griffin, P. R.; Hunkapiller, T. *Anal. Biochem.* **1993**, *214*, 397−408.
(8) James, P.; Quadroni, M.; Carafoli, E.; Gonnet G. *Biochem. Biophys. Res. Commun.* **1993**, *195*, 58−64.
(9) Weeler, C. H.; Berry, S. L.; Wilkins, M. R.; Corbett, J. M.; Ou, K.; Gooley, A. A.; Humphery-Smith, I.; Williams, K. L.; Dunn, M. J. *Electrophoresis* **1996**, *17*, 580−587.
(10) Cordwell, S. J.; Wilkins, M. R.; Cerpa-Poljak, A.; Gooley, A. A.; Duncan, M.; Williams, K. L.; Humprey-Smith, I. *Electrophoresis* **1995**, *16*, 438−443.
(11) Patterson, S. D.; Thomas, D.; Bradshaw, R. A. *Electrophoresis* **1996**, *17*, 877−891.
(12) Jensen, O. N.; Vorm, O.; Mann, M. *Electrophoresis* **1996**, *17*, 938−944.
(13) Mortz, E.; O'Connor, P.; Roepstorff, P.; Kelleher, N. L.; Wood, T. D.; McLafferty, F. W.; Mann, M. *Proc. Natl. Acad. of Sci. U.S.A.* **1996**, *93*, 8264−8267.
(14) Eng, J. K.; McCormack, A. L.; Yates, J. R. *J. Am. Soc. Mass Spectrom.* **1994**, *5*, 976.
(15) Mann, M.; Wilm, M. *Anal. Chem.* **1994**, *66*, 4390−4399.
(16) Yates, J. R.; Eng, J. K.; McCormack, A. L.; Schieltz, D. *Anal. Chem.* **1995**, *67*, 1426−1436.
(17) Yates, J. R.; Eng, J. K.; McCormack A. L., *Anal. Chem.* **1995**, *67*, 3202−3210.
(18) Figeys, D.; van Oostveen, I.; Ducret, A.; Aebersold, R. *Anal. Chem.* **1996**, *68*, 1822−1828.
(19) Yates, J. R.; Eng, J. K.; Clauser, K. R.; Burlingame, A. L. *J. Am. Soc. Mass Spectrom.* **1996**, *7*, 1089−1098.
(20) Qin, J.; Fenyo, D.; Zhao, Y.; Hall, W. W.; Chao, D. M.; Wilson, C. J.; Young, R. A.; Chait, B. T. *Anal. Chem.* **1997**, *69*, 3995−4001.
(21) Figeys, D.; Aebersold, R. *Electrophoresis* **1997**, *18*, 360−368.
(22) Mccormack, A. L.; Schieltz, D. M.; Goode, B.; Yang, S.; Barnes, G.; Drubin, D.; Yates, J. R. *Anal. Chem.* **1997**, *69*, 767.
(23) O'Connell, K. L.; Stults, J. T. *Electrophoresis* **1997**, *18(3−4)*, 349−59.

10.1021/ac9806005 CCC: $15.00 © 1998 American Chemical Society
Published on Web 11/07/1998

and time-consuming analysis than is the case for simple peptide mapping.

In a recent theoretical investigation of the value of different types of mass spectrometric information for protein identification,[26] it was shown that knowledge of the presence or absence of cysteine residues in peptides could be valuable for improving the reliability of protein identification via peptide mapping. For example, when searching the *Saccharomyces cerevisiae* genome, the knowledge that a peptide contains at least one cysteine residue (in addition to a knowledge of the peptide molecular mass $\pm$ 0.5 Da) reduces the number of possible proteins from which the peptide could arise by a factor of between 2.5 and 10.0 for peptide masses between 5000 and 800. Although this improvement is not dramatic for a single peptide, the knowledge that a cysteine is present (or absent) can be highly constraining when applied to many peptides in the peptide map.[26] Thus, a rapid, simple means for determining information about the cysteine content of peptides in peptide maps is of considerable potential use for the reliable identification of proteins.

Cysteine is a strong nucleophile that is readily modified by a variety of reagents.[27−30] For example, it has been reported that cysteine is sometimes modified (usually nonquantitatively) by traces of nonpolymerized acrylamide in the gel to Cys-*S*-$\beta$-proprionamide during electrophoresis.[1,2,31,32] This modification is usually considered to be an undesired side reaction that has the effect of increasing the complexity of the analysis of proteins separated by electrophoresis. Acrylamide has also been used as a cysteine-alkylating reagent to quantitatively protect reactive thiols prior to Edman degradation.[32] Several other reagents have been shown to be useful for protection of thiols prior to Edman sequencing and mass spectrometry, including iodoacetamide, 4-vinylpyridine, and iodoacetic acid.[33,34] These three reagents are widely used in mass spectrometric peptide mapping, where they are usually applied just prior to proteolytic digestion, following electrophoretic separation of proteins[4,25,35−40]—i.e., the protection is carried out after the electrophoretic separation. Because adventitious acrylamide alkylation can occur during electrophoresis (see above), cysteines in the proteins of interest may already be partially modified prior to treatment by these alkylating reagents, and the cysteines will be modified in more than one way.

In this study, we demonstrate a simple procedure for efficiently alkylating cysteines prior to 1D PAGE, thus avoiding the problem of heterogeneous alkylation. We compare the relative attributes for peptide mapping and protein identification of the three alkylation reagents acrylamide, iodoacetamide, and 4-vinylpyridine. We show that alkylation with a mixture of unlabeled and deuterium-labeled acrylamide (i.e., [2,3,3′-$D_3$]acrylamide) can be used to determine the cysteine content for each component in a MALDI-MS peptide map and demonstrate the value of this cysteine-counting procedure for the identification of proteins.

## EXPERIMENTAL SECTION

**Materials and Reagents.** Bovine serum albumin, bovine ribonuclease A, and chicken ovalbumin were purchased from Sigma (St. Louis, MO). Stock solutions of known concentration were obtained by weighing the protein crystals and dissolving them in water. Dithiothreitol (DTT), 4-vinylpyridine, and iodoacetamide were purchased from Sigma Chemical Co. Unlabeled electrophoresis-grade acrylamide was obtained from Bio-Rad (Hercules, CA). Deuterium-labeled (98% enriched) [2,3,3′-$D_3$]acrylamide was obtained from Cambridge Isotope Laboratories (Woburn, MA). Precast gels and all electrophoresis reagents including colloidal coomassie blue were purchased from Novex (San Diego, CA). Copper staining and destaining solutions were from Bio-Rad. Sequencing-grade trypsin was from Boehringer Mannheim (Indianapolis, IN). The water used in all procedures was purified using a Millipore (Bedford, MA) Milli-Q UV plus purification system. All the organic solvents were HPLC grade, and all the other chemicals were reagent grade.

The human cyclin-dependent kinase inhibitor p21 (kindly provided by Yue Xiong and Hiroyuki Watanabe (University of North Carolina at Chapel Hill)) was expressed in *Escherichia coli* using a pET vector (Novagen, Madison, WI) as described by the manufacturer. The protein was purified by metal affinity chromatography using Ni−NTA agarose beads purchased from Quiagen (Valencia, CA). The concentration of p21 in the beads was estimated by comparing the stain intensity to standards in a coomassie-stained gel. The human signal transducer and activator of transcription 1-$\alpha/\beta$ (Stat-1) (kindly provided by Uwe Vinkemeier (The Rockefeller University)) was expressed in *E. coli* and purified as described.[41] The protein concentration was determined by the absorbance at 280 nm using an extinction coefficient of 1.27 mg/mL.

**Cysteine Alkylation and SDS−PAGE.** Prior to sodium dodecyl sulfate−polyacrylamide gel electrophoresis (SDS−PAGE) analysis, the protein solutions (except for the one containing p21) were mixed with an equal volume of a buffer containing 0.9 M Tris-HCl, pH 8.45, 24% glycerol, 8% SDS, 0.01% coomassie G, 0.01% phenol red, and 5 mM DTT. In this paper, we will refer to this buffer as tricine sample buffer. In the case of the sample containing p21, the proteins still bound to Ni−NTA agarose beads

(24) Clauser, K. R.; Hall, S. C.; Smith, D. M.; Webb, J. W.; Andrews, L. E.; Tran, H. M.; Epstein, L. B.; Burlingame, A. L. *Proc. Natl. Acad. of Sci. U.S.A.* **1995**, *92*, 5072−5076.
(25) Matsui, N. M.; Smith, D. M.; Clauser, K. R.; Fichmann, J.; Andrews, L. E.; Sullivan, C. M.; Burlingame, A. L.; Epstein, L. B. *Electrophoresis* **1997**, *18*, 409−417.
(26) Fenyo, D.; Qin, J.; Chait, B. T. *Electrophoresis* **1998**, *19*, 998−1005.
(27) Liu, T. W. In *The Proteins*; Neurath, H., Hill, R. L., Eds.; Academic Press: New York, 1977; Vol. 3, pp 240−271.
(28) Kenyon, G. L.; Bruice, T. W. *Methods Enzymol.* **1977**, *47*, 407−430.
(29) Gorman, J. J. *Anal. Biochem.* **1987**, *160*, 376−387.
(30) Lundbland, R. L. *Techniques in Protein Modification*; CRC Press: Boca Raton, FL, 1994.
(31) Chiari, M.; Righetti, P. G.; Negri, A.; Ceciliani, F.; Ronchi, S. *Electrophoresis* **1992**, *13*, 882−884.
(32) Brune, D. C. *Anal. Biochem.* **1992**, *207*, 285−90.
(33) Friedman, M.; Krull, L. H.; Cavins, J. F. *J. Biol. Chem.* **1970**, *245*, 3868−3871.
(34) Gurd, F. R. N. *Methods Enzymol.* **1972**, *25*, 424−438.
(35) Moritz, R. L.; Eddes, J. S.; Reid, G. E.; Simpson, R. J. *Electrophoresis* **1996**, *17*, 907−917.
(36) Shevchenko, A.; Wilm, M.; Vorm, O.; Mann, M. *Anal. Chem.* **1996**, *68*, 850−858.
(37) Wilm, M.; Shevchenko, A.; Houthaeve, T.; Breit, S.; Schweigerer, L.; Fotsis, T.; Mann, M. *Nature* **1996**, *379*, 466−9.
(38) Jeno, P.; Mini, T.; Moes, S.; Hintermann, E.; Horst, M. *Anal. Biochem.*, **1995**, *224*, 75−82.
(39) Ploug, M.; Stoffer, B.; Jensen, A. L. *Electrophoresis* **1992**, *13*, 148−153.
(40) Jensen, O. N.; Podtelejnikov, A. V.; Mann, M. *Anal. Chem.* **1997**, *69*, 4741−4750.
(41) Vinkemeier, U.; Cohen, S. L.; Moarefi, I.; Chait, B. T.; Kuriyan, J.; Darnell, J. E. *EMBO J.* **1996**, *15*, 5616−5626.

were eluted with tricine sample buffer that was first diluted 1:1 with water. The final DTT concentration (2.5 mM) was usually sufficient to obtain complete reduction of the proteins. For more concentrated protein samples, the amount of DTT should be increased to achieve a 50-fold molar excess of DTT to cysteine residues.[42] To ensure complete unfolding and reduction, the protein solutions were incubated at 100 °C for 5 min before returning them to room temperature.

The procedures used to alkylate the cysteines were as follows:

**(1) Iodoacetamide.** A 2-$\mu$L aliquot of iodoacetamide stock solution (125 mM in water) was added to 20 $\mu$L of the reduced sample (to yield a 5:1 molar ratio of iodoacetamide to DTT). The resulting mixture was incubated in the dark for 1 h at room temperature.

**(2) 4-Vinylpyridine.** A 2-$\mu$L aliquot of neat 4-vinylpyridine and 2.5 $\mu$L of methanol were added to 20 $\mu$L of the reduced sample. The resulting mixture was incubated in the dark for 1 h at room temperature. The addition of methanol to a final concentration of 10% was necessary to keep the alkylating reagent in solution.

(3) **Acrylamide.** A 10-$\mu$L aliquot of acrylamide stock solution (7 M in water) was added to 20 $\mu$L of reduced sample, and the resulting mixture was incubated in the dark for 1 h at room temperature. For the experiment with the mixture of unlabeled acrylamide and [2,3,3′-$D_3$]acrylamide, the two individual 7 M stock solutions were mixed 1:1.

These alkylating reagents are highly toxic and should be handled with caution. The addition of the alkylating reagents to the samples was carried out in a chemical hood, and the reactions were terminated by running the samples on the gel. If necessary, the samples can be stored at −20 °C for several days without the addition of terminating reagents.

The reduced and reduced−alkylated samples were run on a 10% tricine SDS−PAGE gel. The composition of the gel and of the running buffer has been described by Schagger and Von Jagow.[43] Proteins were localized by staining with colloidal coomassie blue or with copper staining.[44] Conditions used for staining were as suggested by the manufacturer, except that the washings with water in the copper staining procedure were reduced to twice for 15 s.

**In-Gel Digest and Peptide Extraction.** The protocols used for the in-gel digest were a modification of those previously described by Wilm et al.[37] for coomassie-stained gels and by Qin et al.[20] for copper-stained gels. In the case of coomassie-stained gels, the gel bands of interest were excised with a razor blade, placed in an Eppendorf tube, and destained by washing sequentially for 30 min with each of the three following solutions: (1) 200 mM ammonium bicarbonate, (2) 50% methanol/10% acetic acid, and (3) 40% ethanol. The three washing steps were repeated until the gel bands were clear (since the time required for destaining depends on the intensity of the gel band). The gel pieces were dehydrated by addition of acetonitrile. Excess acetonitrile was removed with a pipet, followed by a 2−3-min drying by a SpeedVac vacuum centrifuge apparatus (Savant, Holbrook, NY). The gels where rehydrated by adding 15−30 $\mu$L of a solution containing 20 mM ammonium bicarbonate containing 0.03 $\mu$g/$\mu$L of sequencing-grade trypsin. The volume added was the minimum necessary to completely rehydrate the gel. The rehydrated gels were kept at room temperature for 10−12 h (although digestion for 4 h at 37 °C gave similar results). Peptides were extracted by adding 30 $\mu$L of a solution containing 50% acetonitrile and 0.1% trifluroacetic acid (TFA), vortexing for 5 min, before carefully removing the liquid phase. The extraction was repeated two more times with the same solution and was completed by adding 20−50 $\mu$L of acetonitrile. In the final extraction, the volume added was the minimum necessary to completely dehydrate the gel (i.e., the gel turned white). The extract solutions were pooled together in a 0.5-mL Eppendorf tube and evaporated to dryness in a SpeedVac vacuum centrifuge. In the case of the copper-stained gels, the excised bands were destained by washing with Bio-Rad copper destaining solution (1 min × 3). A final washing step was carried out for 15 min with a solution containing 50% methanol and 10% acetic acid—conditions that ensured that the proteins were fixed (precipitated) in the gel and that all SDS was removed. Finally, the gel pieces were dehydrated and incubated with trypsin, and the peptides were extracted as described above for the coomassie-stained gel. To avoid contamination from small gel particles, the gel slices were maintained intact and not squashed.

**MALDI Mass Spectrometry.** For comparison of the three different alkylating reagents (Figure 1), the mass spectrometric analysis was carried on a MALDI linear time-of-flight instrument constructed at the Rockefeller University.[45,46] The MALDI matrix was a saturated solution of 4-hydroxy-α-cyanocinnamic acid in 0.1% trifluoroacetic acid/acetonitrile (2:1 v/v). A 5-$\mu$L aliquot of matrix solution was added to the dried peptide digest samples in the Eppendorf tubes, and 0.5 $\mu$L of this sample/matrix solution was spotted on the sample probe for mass spectrometric analysis.

The remaining mass spectra were obtained using a PerSeptive Biosystems Voyager-DE STR mass spectrometer (Framingham, MA). The matrix solution was 25 mg/mL 2, 5-dihydroxybenzoic acid (DHB) in 0.1% TFA/acetonitrile (2:1 v/v). The dried peptide digest were redissolved by addition of 5 $\mu$L of 0.1% TFA/acetonitrile (2:1 v/v). A 0.5-$\mu$L aliquot of matrix solution was added to the probe, whereupon 0.5 $\mu$L of the sample was added to the drop, thoroughly mixed, and allowed to dry under ambient conditions.

Spectra were externally calibrated using a mixture of known synthetic peptides. After data collection, the mass spectra were transferred to the program *m/z*[47] for data analysis.

**Database Searches.** The database searches were carried out with the program ProFound,[48] which is accessible over the World Wide Web at http://prowl.rockefeller.edu/. ProFound performs fast database searching by comparing experimentally determined masses from the proteolytic digestion of a protein with peptide database masses calculated from the OWL protein database. A Baysian probability algorithm is applied to rank the identified

(42) *Methods Enzymol.* **1972**, *25*, 185−188.
(43) Schagger, H.; Von Jagow, G. *Anal. Biochem.* **1987**, *166*, 368−379.
(44) Lee, C.; Levin, A.; Branton, D. *Anal. Biochem.* **1987**, *166*, 308−312.
(45) Beavis, R. C.; Chait, B. T. *Proc. Natl. Acad. Sci. U.S.A.* **1990**, *87*, 6873−6877.
(46) Beavis, R. C.; Chait, B. T. *Anal. Chem.* **1990**, *62*, 1836−1840.
(47) Fenyo, D.; Ens, W. E.; Carroll, J.; Beavis, R. C. *Proceedings of the 45th ASMS Conference on Mass Spectrometry and Allied Topics*, Palm Springs, CA, 1997.
(48) Zhang W.; Chait B. T. *Proceedings of the 43th ASMS Conference on Mass Spectrometry and Allied Topics*, Atlanta, GA, 1995.



Figure 1. Comparison of different cysteine-alkylating agents. Four samples, each containing 10 pmol of bovine serum albumin, were dissolved in tricine sample buffer containing DTT. In one sample, no alkylating reagent was added (A). In the other samples, the cysteines were alkylated using iodoacetamide (B), 4-vinylpyridine (C), and acrylamide (D). The samples were loaded on a 10% tricine gel, and the proteins were visualized by coomassie stain. The MALDI-TOF spectra of the peptide maps were obtained as described in the Experimental Section. The numbering on top of the mass spectra peaks indicates the amino acid numbers from the protein sequence. An arrow indicates that a peptide contains at least one cysteine. (*) This acrylamidation was due to nonpolymerized acrylamide in the gel.

proteins. All the searches were performed using the following conditions and constraints: (1) Digestion was with trypsin; (2) two incomplete proteolytic cleavages were allowed; (3) the entire protein database was searched with no constraint on the species; and (4) the molecular mass of the proteins was constrained to be between 0 and 300 kDa. An important feature of the ProFound search routine for the present study is its capacity to utilize information concerning the cysteine content for each peptide. Thus, each peptide in the map can be specified to contain 0, 1, or ≥2 cysteine residues.

## RESULTS AND DISCUSSION

**Comparison of Three Cysteine-Alkylating Reagents.** We compare here the relative attributes of three different alkylating reagents for protecting cysteine residues prior to MALDI-MS proteolytic peptide mapping of PAGE-separated proteins. In PAGE, the presence of nonpolymerized acrylamide has been shown to be problematic because of its tendency to react with protein during electrophoresis.[1,2,31,32] The amino acid most reactive to acrylamide is cysteine. Therefore, to evaluate different-cysteine-alkylating reagents without the interference of adventi-

tious acrylamide, we developed a protocol for modifying cysteine prior to electrophoresis. Tricine gels were used in the electrophoresis rather than tris−glycine for two reasons. First, peptide extraction is more efficient with tricine gels because good separations can be obtained using a lower acrylamide percentage than that required for the same resolution separation using tris−glycine gels.[2,43] Second, since reduction and alkylation are optimum at pH >8, the tricine sample buffer[43] (pH 8.45) is more appropriate than the Laemmli sample buffer[49] (pH 6.8) generally used for tris−glycine gels.

Figure 1 shows a comparison of MALDI-MS peptide maps obtained from reduced bovine serum albumin after alkylation with iodoacetamide (B), 4-vinylpyridine (C), and acrylamide (D). Also provided for comparison is the spectrum obtained from reduced albumin that was not subjected to alkylation (Figure 1A). The most striking difference is seen when we compare the mass map obtained without alkylation versus those obtained with alkylation of the protein. Without alkylation, peptides containing cysteine (marked with arrows) are virtually absent from the spectrum and the coverage by the observed peptides of the total sequence is only ∼22%. Conversely, with alkylation, a large number of peaks that arise from peptides that contain alkylated cysteine residues are observed and the coverage is improved to ∼50% for each of the three different alkylating reagents. A previous quantitative study of in situ alkylation on poly(vinylidene difluoride) (PVDF) membranes showed acrylamide and iodoacetamide to be highly efficient alkylating reagents and 4-vinylpyridine to be somewhat less efficient.[39] At the same time, it has been suggested that 4-vinylpyridine may be a better alkylating reagent for mass spectrometric analyses because 4-vinylpyridylethylated cysteine is basic and can confer additional positive charge to the modified peptides.[35] In the present study, the improvement in peptide map coverage of the albumin sequence was found to be comparable for the three different alkylating reagents.

Our finding that cysteine-containing peptides are largely absent from the peptide map when the albumin sample was not alkylated is consistent with our previous investigations of more than 300 proteins isolated by gel electrophoresis from *S. cerevisiae*. Without alkylation, few of the cysteine-containing peptides from this large collection of proteins were observed in the MALDI mass spectra (data not shown), although on occasion cysteine-containing peptides were manifest. More frequently, cysteinyl-*S*-*β*-proprionamide-modified peptides were observed, presumably as a result of adventitious acrylamidation in the gel[2]—see, for example, the small peak corresponding to the acrylamidated peptide encompassing residues 508−523 (Figure 1A). Another example of such adventitious in-gel acrylamidation is shown in the peptide map of bovine ribonuclease A obtained from a sample that was reduced but not alkylated prior to electrophoresis (Figure 2A).

The present procedure allows simple, effective alkylation of cysteine residues, prior to electrophoresis. It is noteworthy that no other amino acid residues in addition to cysteine were observed to be modified under the conditions used (for each of the three different alkylating reagents). Features of the present approach are that (1) all proteins contained in the sample can be alkylated in a single step (data not shown) and (2) all cysteines are homogeneously alkylated with a single reagent because adventitious modification during electrophoresis (e.g., acrylamidation) is precluded (see Figure 1). In the present study, the procedure was limited to the case of proteins separated by 1D PAGE. However, it would appear that a similar approach could be applied for alkylating cysteine residues on proteins in a 2D PAGE experiment. In this case, alkylation could be performed after the isoelectric separation step, during incubation of the gel with the SDS−PAGE sample buffer.

Figure 2. Identification of cysteine-containing peptides. Three samples, each containing 2.5 pmol of bovine serum albumin, 2.5 pmol of bovine ribonuclease A, and 2.5 pmol of chicken ovalbumin were dissolved in tricine sample buffer. In one sample, no alkylating reagent was added. In the other samples, the cysteines were alkylated using acrylamide or a 1:1 mixture of acrylamide and [2,3,3′-$D_3$]acrylamide. The samples were loaded on a 10% tricine gel, and the proteins were visualized by copper chloride stain. Tryptic peptide maps of one of the proteins with an apparent molecular mass of 16 kDa (ribonuclease A) are shown: sample without alkylating reagent treatment (A); sample treated with acrylamide (B); sample treated with a 1:1 mixture of acrylamide and [2,3,3′-$D_3$]acrylamide (C). The numbering on top of the mass spectra peaks indicate the amino acid numbers from the protein sequence. T indicates that the peptide is an autolysis product of trypsin. (*) This acrylamidation was due to nonpolymerized acrylamide in the gel.

(49) Laemmli, U.K. *Nature* **1970**, *227*, 680−685.



Figure 3. Scheme showing the peptide-mapping procedure with determination of cysteine content. The sample dissolved in tricine sample buffer is reduced with DTT and alkylated with a 1:1 mixture of unlabeled acrylamide and labeled acrylamide ([2,3,3′-$D_3$]acrylamide) before running the SDS−PAGE. The proteins of interest are excised from the gel and digested with trypsin, and the mixture of peptides is extracted. The peptide map is obtained by MALDI-TOF MS and the cysteine content of the peptides determined by the shapes of their isotopic distributions.

**Determination of the Cysteine Content of Peptides.** Several mass spectrometric approaches to the determination of the cysteine content of peptides have been described.[35,50,51] Thus, for example, high-energy collision-induced dissociation mass spectrometry has been used to investigate the fragmentation of *S*-alkylcysteine-containing peptide ions produced by cesium ion bombardment,[50] yielding fragments characteristic of the presence of *S*-alkylcysteine. Low-energy tandem mass spectrometry has been applied to the analysis of peptides containing pyridylethylated cysteine,[35] again, yielding fragment ions characteristic of the presence of pyridylethylated cysteines. One of these latter fragment ion species (at $m/z$ 106) was used in ESI tandem mass spectrometry for the identification of cysteine-containing peptides of proteins that were *S*-pyridylethylated in the intact gel.[35] Cyanylation of cysteines has been used in combination with MALDI-MS to locate cysteine residues in pure proteins that have been immobilized on a membrane.[51]

In the present study, we developed a simple strategy for identifying cysteine-containing peptides from tryptic digests of proteins isolated by SDS−PAGE and for counting the number of cysteine residues in each peptide. The procedure (Figure 3) does not require significantly more sample handling than is usual for a typical peptide-mapping experiment. The protein mixture is reduced and alkylated directly in the tricine sample buffer prior to PAGE. Proteins of interest are excised from the gel and digested with an enzyme and the extracted peptides analyzed by MALDI-MS. The alkylating reagent was a 1:1 mixture of acrylamide and [2,3,3′-$D_3$]acrylamide. Because these two reagents differ by 3 Da, peptides containing alkylated cysteine yield peaks in the mass spectrum with a isotope distribution signature characteristic of the cysteine content of the peptide. The characteristic isotope distributions allow identification of the presence and determination of the number of cysteine residues in the peptides (compare, for example, the isotope distribution expected for no Cys versus 1 Cys in Figure 3).

To test this strategy, we treated a mixture of bovine serum albumin, bovine ribonuclease A, and chicken ovalbumin in three different ways: (1) reduced with DTT; (2) reduced with DTT and alkylated with acrylamide; and (3) reduced with DTT and alkylated with 1:1 acrylamide/[2,3,3′-$D_3$]acrylamide. The proteins in these three samples were separated by SDS−PAGE, whereupon MALDI-MS tryptic maps were obtained from the proteins as described in the Experimental Section. Figure 2 shows the resulting peptide maps of the gel-separated bovine ribonuclease A from the three different samples. Without addition of alkylating reagent, no unmodified peptides from ribonuclease were observed. However, we did observe an apparent acrylamide adduct of the peptide encompassing residues 105−124 of the protein (Figure 2A). This adduct presumably arises from traces of nonpolymerized acrylamide in the gel—a side reaction that has been previously reported.[2] The spectra of the two alkylated samples appear similar (compare parts B and C of Figure 2), both containing three alkylated peptide ion peaks. However, on closer inspection, we see clear differences between the isotopic distributions of peptide peaks in parts B and C of Figure 2 (see insets). The cysteine-containing peptides of the sample treated with the mixture of unlabeled and labeled acrylamide have isotopic distributions that result from the overlap of two distributions that differ from each other by 3 Da (inset in Figure 2C). One envelope arises from peptide alkylated with acrylamide and the other from peptide alkylated with [2,3,3′-$D_3$]acrylamide. Thus, the use of this mixture

(50) Wolf, S. M.; Biemann, K. *Int. J. Mass. Spectrom. Ion Processes* **1997**, *160*, 317−329.
(51) Wu, J.; Gage, D. A.; Watson, J. T. *Anal. Biochem.* **1996**, *235*, 161−174.





Figure 4. Comparison of experimental (A) and theoretical (B) MALDI-TOF spectra. Five picomoles of the protein p21, partially purified from a cell lysate, was reduced and alkylated with a 1:1 mixture of acrylamide and [2,3,3′-$D_3$]acrylamide before running SDS−PAGE. The protein with an apparent molecular mass of 21 kDa was excised from the gel and the peptide map spectrum obtained as described (A). The theoretical spectrum for each peptide was generated using the natural isotopic abundance of C, H, N, O, and S and assuming a resolution of ∼10 000 (B).

of alkylating reagents provides an isotopic distribution signature that allows the identification of cysteine-containing peptides.

We also used alkylation with the mixture of acrylamide and [2,3,3′-$D_3$]acrylamide to characterize an overexpressed recombinant form of the protein p21.[52] After partial purification from a cell lysate and separation by SDS−PAGE, the most intense band in the gel was excised, analyzed by MALDI-MS peptide mapping, and identified as p21 using the program ProFound. Figure 4A gives selected portions of the peptide map of p21 magnified to show details of the isotopic distribution of the ion peaks. The peptide ion peak at $m/z$ ∼1672 has an isotopic distribution that is consistent with no incorporation of labeled acrylamide (compare the experimental and theoretical isotopic distributions in parts A and B of Figure 4). By contrast, the peaks at $m/z$ ∼3137 and ∼1640 have isotopic distributions that are consistent with incorporation of one and two cysteines, respectively (compare the experimental and theoretical isotopic distributions in Figure 4A and B). For example, the peptide containing two cysteines is a mixture of three components. One of these components has both cysteines modified by unlabeled acrylamide. A second component has one cysteine modified by unlabeled acrylamide and the other by [2,3,3′-$D_3$]acrylamide. A third component has both cysteines modified by [2,3,3′-$D_3$]acrylamide. These three components are present in a ratio of 1:2:1, respectively. We conclude from these data that the isotopic distribution signature allows us to count the number of cysteines (0, 1, or 2) present in a given peptide.

Although the isotopic distributions illustrated above provide signatures for the presence of cysteine residues, it is possible to falsely identify a peptide as cysteine-containing in cases where non-cysteine-containing peptides are observed by chance with a spacing of 3 Da. To determine the probability of such a false positive identification of a cysteine-containing peptide, we performed a theoretical tryptic digest of the whole yeast genome using a computer. Considering a mass determination accuracy of ±0.02 Da for tryptic peptides in the range 900−3000 Da, we found that ∼5% of the proteins could give peptide maps in which two peptides differing by 3 Da are present (D. Fenyo and S. Sechi, unpublished data). However, if we keep in mind that we normally observe <50% of the peptides in the map of any given protein, the possibility of getting such false positives decreases. In addition, for an isotopic distribution to yield a false positive, the two closely spaced peptides would have to yield ion peaks with approximately the same intensities. This requirement further reduces the possibility of a false positive identification, and we

(52) Xiong, Y.; Hannon, G. J.; Zhang, H.; Casso, D.; Kobayashi, R.; Beach, D. *Nature* **1993**, *366*, 701−704.

Table 1. Effect of Cysteine Alkylation on Coverage[a]

| proteins analyzed | no alkylation | | alkylation | |
|---|---|---|---|---|
| | no. of identified peptides | coverage | no. of identified peptides | coverage |
| ribonuclease pancreatic (bovine) | 0 | 0 | 3 | 49 |
| serum albumin (bovine) | 11 | 23 | 13 | 30 |
| ovalbumin (chicken) | 9 | 33 | 11 | 42 |
| cyclin-dependent kinase inhibitor p21 (human) | 8 | 45 | 11 | 73 |
| signal transducer and activator of transcription 1-$\alpha/\beta$ (human) | 34 | 44 | 37 | 68 |

[a] Mixtures of proteins containing 2.5 pmol of bovine ribonuclease, 2.5 pmol of bovine albumin, 2.5 pmol of ovalbumin, 5 pmol of cyclin-dependent kinase inhibitor p21, and 5 pmol of the signal transducer and activator of transcription 1-$\alpha/\beta$ were reduced with DTT and alkylated with acrylamide (alkylation) or only reduced with DTT (no alkylation) prior to electrophoresis. The proteins of interest were excised from the gel and the MALDI peptide maps obtained as described in the Experimental Section. Peptides were identified by matching the measured masses with those expected from the sequences within a mass measurements error of $\pm$0.02 Da. The percent coverage was calculated by dividing the number of identified amino acids by the number of total amino acids and multiplying by 100.

Table 2. Cysteine Content in the Identification of an Unknown Protein[a]

| identified using peptide masses | | | identified using peptide masses and cysteine content | | |
|---|---|---|---|---|---|
| rank | probability | protein candidate | rank | probability | protein candidate |
| 1 | 1.0 × e-00 | elongation factor TU (P-43) *E. coli* | 1 | 1.0 × e-00 | elongation factor TU (P-43) *E. coli* |
| 2 | 2.2 × e-04 | MMU83913 NID: g1899066 house mouse | 2 | 5.5 × e-10 | MMU83913 NID: g1899066 house mouse |
| 3 | 1.6 × e-06 | MMU28789 NID: g1546778 house mouse | 3 | 4.6 × e-11 | CET04H1 NID: g1491660 *Caenorhabditis Elegans* |

[a] A preparation supposedly containing the cyclin-dependent kinase inhibitor p21 was reduced with DTT and alkylated using a 1:1 mixture of unlabeled acrylamide and labeled acrylamide. The sample was loaded on a 10% tricine SDS−PAGE gel, and the proteins were visualized using copper staining. One of the major components had an apparent molecular mass of 42kDa. This protein was excised from the gel and its MALDI peptide map obtained. The cysteine content of each peptide in the map was determined from the isotopic distribution. The database search was performed twice using all peptides in the spectra. In one case, information regarding the cysteine content in addition to the peptide masses was used. In the other case, only the information regarding the peptide masses was used.

conclude that the possibility of false positive cysteine-containing peptide identification is not very significant.

In summary, the use of a mixture of labeled and unlabeled alkylating reagents allows the characterization of the cysteine content of peptides from a tryptic digest of proteins isolated by SDS−PAGE.

**Cysteine Alkylation in Peptide Mapping and Protein Identification.** An important parameter for the success of protein identification by peptide mapping is the number of peptides that are identified from the protein. The higher the number of peptides that match the protein sequence (or more strictly, the higher the coverage (i.e., the number of identified amino acids/the number of total amino acids in the protein)), the higher will be the level of confidence for the identification. Achieving high coverage is also crucial in many studies that involve the definition of post-translational modifications.

To study the effect of cysteine alkylation on coverage, we analyzed a series of proteins with and without modification of the cysteines (Table 1). It is apparent that, for all of the proteins investigated, the number of identified peptides and the coverage is significantly higher when cysteines are alkylated (see also Figures 1 and 2). The most striking example was bovine ribonuclease where no peptide with unmodified cysteine was identified in the absence of alkylation (Table 1), and the protein could be identified by database searching only in the case where the cysteines were alkylated.

As discussed in the introduction, the masses from the peptide map do not always provide sufficient information for unambiguous identification of a protein. Here we propose a method in which the peptide cysteine content is used in conjunction with the peptide masses in the identification process. For all the proteins listed in Table 1, we searched the database both with and without the information regarding the cysteine content of the observed peptides. In each case, the level of confidence for the identification was improved by adding this information.

For example, in the study of the p21 (see above), the partially purified cell lysate contained a major band that had an apparent molecular mass of 42 kDa. This band could originate either from a dimer of p21 (since the protein has an apparent molecular mass of 21 kDa) or from a major contaminant. When the database was searched using the masses from the peptide map but not the cysteine content information, the identification was uncertain (Table 2). The probability difference between the first and the second candidates was only $10^{-4}$, which in our experience is insufficient for a confident identification. However, with the addition of the cysteine content information, the difference between the first and second candidate rose to $10^{-10}$, providing a highly confident identification of the protein as elongation factor tu (Table 2).

## CONCLUSIONS

Genome sequencing has been proceeding at very fast pace. The complete genome sequence of several organisms is already available and the sequencing of many more is in progress. Peptide mapping is a rapid method for identifying proteins whose sequence is present in a database. However, the masses from a peptide map are not always sufficient for confident identification of the proteins present in a sample. In the study described here, we apply cysteine alkylation as a tool for improving the information content of peptide-mapping experiments. The procedure is simple and efficient and does not cause significant loss of sample. We demonstrate that cysteine alkylation is crucial for improving the coverage of proteins by proteolysis and mass spectrometric

peptide mapping. We also show that the use of a mixture of unlabeled and labeled alkylating reagents allows the determination of the cysteine content for each peptide in a peptide map and that this information can be used to significantly improve protein identification by database searching. In the postgenome era, high-throughput protein identification will play a key role in biological research. Procedures capable of enhancing mass spectrometric peptide-mapping strategies (like the one described here) might be of considerable value.

## ACKNOWLEDGMENT

This work was supported by the National Institute of Health (Grant RR00862) and the National Science Foundation (Grant 9630936). We thank Yue Xiong and Hiroyuki Watanabe (University of North Carolina at Chapel Hill) for providing the preparation containing p21 and Uwe Vinkemeier (The Rockefeller University) for providing a preparation of Stat-1. We are grateful to David Fenyo for assistance in drawing the peptides theoretical isotopic distributions and to Wenzhu Zhang for developing the program ProFound.

Received for review June 2, 1998. Accepted September 29, 1998.

AC9806005

# Reider
# Exhibit H

1130 *J. Med. Chem.* **1997,** *40,* 1130−1135

# Structure-Based Design of a Potent, Selective, and Irreversible Inhibitor of the Catalytic Domain of the erbB Receptor Subfamily of Protein Tyrosine Kinases

Juswinder Singh,*,† Ellen M. Dobrusin,‡ David W. Fry,‡ Taraneh Haske,‡ Adrian Whitty,† and Dennis J. McNamara‡

*Parke-Davis Pharmaceutical Research, Division of Warner-Lambert Company, 2800 Plymouth Road, Ann Arbor, Michigan 48106-1047, and Biogen Inc., 12 Cambridge Center, Massachusetts 02142*

*Received May 28, 1996*[⊗]

We report the use of structure-based drug design to create a selective erbB-1 (a.k.a. epidermal growth factor receptor) and erbB-2 (a.k.a. neu/her2 growth factor receptor) tyrosine kinase inhibitor. Using the X-ray crystal structure of the ternary complex of the cAMP-dependent Ser/Thr kinase[1] together with a sequence alignment of the catalytic domains of a representative set of Ser/Thr and Tyr protein kinases, we have examined the nucleotide binding site for potential positions to attach an irreversible inhibitor. This information, combined with homology modeling of the erbB-1 and erbB-2 tyrosine kinase catalytic domains, has led to the identification of Cys797 of erbB1 and Cys805 of erbB2, which are structurally equivalent to Glu127 in the cAMP dependant Ser/Thr kinase as potential target residues. The X-ray structure of the cAMP Ser/Thr kinase shows Glu127 to be involved in a hydrogen-bonding interaction with the 2′-OH of the ribose portion of ATP. Using molecular modeling, it was predicted that the Cys side chains in erbB-1 and erbB-2 performed an analogous role, and it was postulated that the replacement of the 2′-OH of adenosine with a thiol might allow for a covalent bond to form. Since only erbB-1 and erbB-2 have a Cys at this position, the inhibitor should be selective. This model was subsequently tested experimentally by chemical synthesis of 2′-thioadenosine and assayed against the full length erbB-1 receptor and the catalytic domains of erbB-2, insulin receptor, $\beta$-PDGF receptor, and the FGF receptor. Our results show that thioadenosine covalently inactivates erbB-1 with a second-order rate constant of $k_{max}/K_S = 2000 \pm 500\ M^{-1}\ s^{-1}$. Inactivation is fully reversed by 1 mM dithiothreitol, suggesting that inactivation involves the modification of a cysteine residue at the active site, presumably Cys797. The rate of inactivation saturates with increasing thioadenosine concentrations, suggesting that inactivation occurs through initial formation of a noncovalent complex with $K_D = 1.0 \pm 0.3\ \mu M$, followed by the slow formation of a disulfide bond with a rate constant of $k_{max} = (2.3 \pm 0.2) \times 10^{-3}\ s^{-1}$. This approach may have application in the design of selective irreversible inhibitors against other members of the kinase family.

Downloaded via PRINCETON UNIV on September 28, 2022 at 20:25:45 (UTC).
See https://pubs.acs.org/sharingguidelines for options on how to legitimately share published articles.

## Introduction

The elucidation of the components of the signal transduction pathways are providing new intervention points in the treatment of cancer. One exciting target is the erbB receptor family which includes erbB-1 receptor (a.k.a EGF receptor) and erbB-2 receptor (a.k.a. neu and her-2 receptor), both of which are transmembrane proteins which, on ligand binding, activate cytoplasmic catalytic domains involved in tyrosine phosphorylation. The overexpression of the erbB-1 receptor has been shown to produce neoplastic phenotype in cells[2−4] and transgenic mice[5] while overexpression of erbB-2 occurs at high frequency in human breast and ovarian carcinomas.[6,7]

While the search for antagonists targeted at the extracellular ligand binding portions of growth factor receptors has proved difficult, there exist compounds known to block their cytoplasmic tyrosine kinase activity. Of these inhibitors, those which compete for binding with peptide substrate have in general been low in potency, moderate in selectivity, and difficult to optimize. However, several examples now exist of ATP competitive inhibitors which are selective against Ser/Thr and Tyr kinases, as well as between Tyr kinases, which are potent, and inhibit cellular transformation.[8,9] One example are the 4-substituted quinazolines, which are picomolar inhibitors of the EGF receptor and have been shown to block oncogenic transformation.[10] These and other inhibitor classes have been reviewed elsewhere.[11,12] However, structural insight into the means by which these inhibitors act is not available.

An alternative, rational approach would be to use information about the mode of ligand binding to these enzymes to design inhibitors. Over the last decade a wealth of sequence information on the protein kinase family has been generated.[13,14] There currently exists over 200 different protein kinase sequences in the Swissprot database, with the possible number of such proteins being estimated to be a thousand.[15] Over the last several years, crystallographic methods have been used to provide atomic detail to the structure and function of several members of the Ser/Thr[16−20] and Tyr kinase family.[21] The studies have provided insight into both peptide and ATP molecular recognition by these enzymes, as well as providing clues as to their mechanism of activation and inactivation.[22]

Here we report the use of structure-based drug design to design a selective irreversible nucleoside inhibitor to the erbB receptor subfamily of protein tyrosine kinases. The work described here is an extension of a comparative analysis[23] of sequence conservation between the Ser/Thr and Tyr kinases in the context of the structure

* To whom correspondence should be addressed.
† Biogen Inc.
‡ Parke-Davis Pharmaceutical Research.
⊗ Abstract published in *Advance ACS Abstracts*, February 15, 1997.

S0022-2623(96)00380-9 CCC: $14.00 © 1997 American Chemical Society

of the cAMP dependent Ser/Thr kinase.[1,16,17] Here we specifically address the conservation of Cys residues in the nucleotide binding site of the kinase family and how this could be exploited to design specific inhibitors. Also we describe the experimental testing of our model-building studies. As far as we are aware, these results are the first example of structure-based drug design on the erbB receptor family and provide a conceptual framework for the design of inhibitors against other members of the kinase family.

## Results and Discussion

**Prediction of erbB Nucleotide Binding Site.** Figure 1 shows a sequence alignment of the catalytic domains of several members of the protein kinase family.[13] In order to assess the feasibility of designing irreversible nucleoside inhibitors against members of the kinase family we examined the conservation of sequence (and thereby structure) in their nucleotide binding sites. Using the ternary complex of cAPK, which had been determined by X-ray crystallography,[1] we defined the nucleotide binding site as those protein residues within 4.5 Å of ATP. Using the sequence alignment we inferred the nucleotide binding site of the other kinases by extrapolation of those defined in cAPK (Figure 1). It consists of 21 residues, of which 6 of these residue positions in the alignment are invariant and an additional 6 positions are almost invariant, with most of these sequences involving a single residue substitution at this position. The majority of the remaining nine positions involve exchanges between more than two related amino acids. The strong conservation of sequence suggested that the mode of binding of ATP was likely to be the same throughout the family and thus provided a structural framework for the design of nucleoside inhibitors. Although the rational design of specific noncovalent inhibitors would be predicted to be difficult since the ATP binding sites are similar, the distribution of Cys residues, with their thiol moieties capable of forming disulfide bonds with sulfur-containing inhibitors, provided a means for the design of specific irreversible inhibitors. Interestingly, none of the Ser/Thr kinases were predicted to have a Cys in the nucleotide binding site, while five of the seven Tyr kinases have a Cys. In addition, the distribution of Cys residues among the Tyr kinase suggested that formation of a covalent attachment to different Cys residues could result in the selective inhibition of different Tyr kinases. Our hypothesis was that a selective inhibitor against both erbB-1 and erbB-2 could be formed by linking to Cys797 of erbB-1 or Cys805 of erbB-2 (structurally equivalent to Glu127 of cAPK).

**Model Building of erbB-1 and erbB-2 Catalytic Domains.** The viability of developing a selective inhibitor of erbB-1 and erbB-2 was assessed through constructing molecular models of ATP binding to these proteins based upon the ternary complex of cAPK. Figure 2 shows the contacts formed between adenosine and the nucleotide binding sites of cAPK and erbB-2. (This is identical to that seen in erbB-1.) The known ternary structure of cAPK shows that position 127 is a Glu residue in which the carboxylate is involved in a hydrogen-bonding interaction with the 2′-hydroxyl of the ribose moiety of ATP (Figure 2a). The conservation of a hydrogen-bonding residue at this position in the other kinases suggests a similar role is played in other members of the family. This is supported by the structure of Cys127 and the adenosine portion of ATP in our model-built structure of the erbB-1 and erbB-2. The geometry of the Cys residue is ideal for a hydrogen-bonding interaction between its sulfhydryl and the ribose hydroxyl (Figure 2b). This suggested that replacement of the 2′-OH with a sulfhydryl to form a thioadenosine derivative might allow for a covalent disulfide bond to form. Rather than synthesizing the 2′-thio analog of ATP, we focused on the more chemically accessible nucleoside derivative, 2′-thioadenosine, assuming it would bind similarly. This assumption was supported by experimental data from cAPK which shows most of the binding energy of ATP complexing to the enzyme comes from the adenosine portion and not the triphosphate portion (Kd ATP 10 $\mu$m; ADP 10 $\mu$m; adenosine 35 $\mu$M).[24] To explore the structural implications of the covalent linkage we built a model of the covalently attached thioadenosine/Cys127 protein complex to both erbB-1 and erbB-2. The minimized structures suggested little structural perturbation to the nucleotide binding site and to the conformation of adenosine relative to the noncovalent complexes.

**Inhibition of erbB Catalytic Activity by Thioadenosine.** The above hypothesis was tested experimentally by chemically synthesizing 2′-thioadenosine and measuring its inhibitory potency against a panel of protein tyrosine kinases. Adenosine was also tested to specifically assess the importance of a sulfhydryl at the 2′-position. Figure 3 shows the time-dependent loss of kinase activity of full-length erbB-1 when incubated with 0.2−6.25 $\mu$M thioadenosine for various times before being assayed, as described in the Experimental Section. The pseudo-first-order rate constant for inactivation increases with increasing concentrations of thioadenosine, as shown in Figure 4, displaying a hyperbolic dependence that saturates at a maximum rate constant for inactivation of $k_{max} \approx 0.15$ min$^{-1}$. Data measured at the highest concentrations of thioadenosine tested, up to 25 $\mu$M, show increased scatter (Figure 4, inset); however, including all of the data in the fit has only a small effect on the $k_{max}$ and $K_S$ values obtained from the data. From the data in Figure 4 we calculate that thioadenosine inactivates erbB-1 with a second-order rate constant of $k_{max}/K_S = 2000 \pm 500$ M$^{-1}$ s$^{-1}$, with a maximum rate of $k_{max} = (2.3 \pm 0.2) \times 10^{-3}$ s$^{-1}$ and a half-saturating thioadenosine concentration of $K_S = 1.0 \pm 0.3$ $\mu$M. After incubation of erbB-1 with a 5 $\mu$M thioadenosine for a period that was shown to result in ~70% inhibition of the kinase activity, the activity of the enzyme could be fully restored by treatment with 1 mM dithiothreitol, suggesting that inactivation by thioadenosine involves modification of a free cysteine residue at the active site of erbB-1, presumably Cys797. This result and the kinetic data thus suggest a two-step inactivation mechanism, involving the initial formation of a noncovalent complex with $K_D \approx 1$ $\mu$M, followed by the slow formation of a disulfide bond between the thioadenosine and Cys797. The rate constant for the slow irreversible step, $k_{max} \approx 2.3 \times 10^{-3}$ s$^{-1}$, corresponds to a half-time of 5 ± 0.5 min for the formation of the disulfide bond within the initially-formed encounter complex.

Minus a thiol group at the 2′-position, adenosine itself was a much less potent inhibitor of erbB-1, having an $IC_{50}$ of 195 $\mu$M under comparable conditions (data not shown). ErbB-2 also was substantially more sensitive

**Figure 1.** Sequence alignment of a representative set of the protein kinase family. The sequence alignment is based upon that described by Hanks et al.[13] The secondary structure was taken from the crystal structure of the ternary complex of cAMP dependent Ser/Thr kinase (cAPK).[1] The nucleotide binding site of the cAPK is defined in the ATP row. The letters denote the type of interaction the residue forms with ATP; an n indicates a contact between the protein and the purine portion of adenosine, r is ribose, p is phosphate, c is a nonspecific contact, and m is metal. The arrow denotes position 127 (cAPK numbering system) which was determined to be suitable for the design of an irreversible and specific kinase inhibitor against erbB-1 and erbB-2.





**Figure 2.** Schematic plots of the contacts between adenosine and the nucleotide binding sites of (a) cAPK and (b) erbB-2 generated using LIGPLOT.[37] The bonds of the ligand are shown by a thick line, whereas the enzyme is shown by thin lines. Dashed lines represent hydrogen bonds with distances given in angstroms. The spiked arms represent hydrophobic interactions (defined by non-bonded carbon−carbon contacts of <3.9 Å).

**Figure 3.** Semilogarithmic plots showing the time-dependent inactivation of full-length erbB-1 by various concentrations of thioadenosine. The enzyme was incubated with 0.1−25 $\mu$M thioadenosine in kinase assay buffer containing all components except ATP. Reactions were initiated after incubation periods of 1, 5, 15, or 30 min by adding ATP to the reaction mixtures, as described in the Experimental Section. Kinase activity is expressed as percent of control. For clarity, curves are shown in the figure for a subset of thioadenosine concentrations from 0.2−6.25 $\mu$M, as indicated on the plot. Small deviations in the percent activity at zero incubation time are due to a small amount of inactivation that occurs during the kinase assay itself. Experiments were performed in duplicate.

**Figure 4.** Observed rate constants for inactivation of erbB-1 by 0.1−6.25 $\mu$M thioadenosine, measured as described in the legend to Figure 3. The solid line is a hyperbolic fit to the data, as described in the text. Inset plot: data for all thioadenosine concentrations tested (0.1−25 $\mu$M), showing that including even the less accurate data measured at higher thioadenosine concentrations does not significantly alter the result (details are given in the text). Experiments were performed in duplicate.

to inhibition by 2′-thioadenosine (50% inhibition achieved at 45 $\mu$M thioadensoine upon 10 min incubation) than by adensosine ($IC_{50} \approx 1.6$ mM). Neither adenosine nor thioadenosine exhibited activity against FGF, PDGF or insulin receptor tyrosine kinases at 50 $\mu$M (data not shown).

Interpretation of the rate saturation in Figure 4 in terms of the formation of a noncovalent complex between thioadenosine and erbB-1 with $K_S \approx 1$ $\mu$M suggests the 2′-thiol group, in addition to allowing the formation of a disulfide bond with the enzyme, may also confer some additional noncovalent binding affinity over that seen with adenosine. However, the inhibition by adenosine was measured in the presence of ATP, and so the $IC_{50}$ that was determined for adenosine may be larger than the actual $K_S$ for the binding of this

compound to the active site because of competition by the ATP.

## Conclusion

Due to the important role of protein kinases in controlling cell division and differentiation, the identification of their selective inhibitors is an active area of drug discovery research.[10-12] This may be facilitated through the availability of structural information on these proteins which should make them amenable for structure-based drug design. Our work has described the use of molecular modeling based upon ATP binding to the cAMP Ser/Thr kinase to design a nucleoside inhibitor specific to erbB-1 and erbB-2 through the subtle modification of the 2′-hydroxyl of adenosine to a thiol. Our model for ATP binding is supported by recent structural information on ATP binding to other members of the protein kinase family. The structures of cyclin-dependent protein kinase 2 (CDK2) is now known with ATP bound.[25] For cAPK and CDK2, the binding mode of the adenosine portion of ATP is similar, while the triphosphate portion is different and supports our hypothesis of adenosine binding to erbB-1 and erbB-2 will be similar to that seen in the above kinases. For example, in CDK2 the contact seen in cAPK between Glu127 and the ribose 2′-OH is functionally replaced by an Asp. The X-ray structure of the insulin receptor is the only tyrosine kinase structure known.[21] Our alignment predicts that as for CDK2 an Asp functionally replaces Glu127 in the insulin receptor; however this has not been experimentally verified since the current structure exists in the inactive state without ATP bound.

We have created a potent and selective tyrosine kinase inhibitor. Inactivation of erbB-1 was shown to be time-dependent and reversible by DTT and to display kinetic features consistent with a two-step inactivation mechanism. Each of these features, plus the much greater sensitivity of erbB-1 and erbB-2 to inhibition by thioadensosine compared to adenosine, and the fact that thioadenosine inhibits only erbB-1 and erbB-2 out of the panel of kinases tested, supports our predicted mode of inhibition by formation of a disulfide bond with Cys797 in the active site of erbB-1.

The X-ray structure determination of how these inhibitors bind would be useful to confirm our model. The structure of CDK2 bound to two inhibitors, olomoucine and isopentenyladenine, has been determined, both of which are competitive inhibitors of ATP and both of which bind in a different orientation to that seen for ATP.[25] However, our nucleoside analog represents a subtle derivative of adenosine and combined with the predicted covalent nature of the interaction suggests more confidence in our model.

There exist advantages in the design of irreversible inhibitors for controlling cellular transformation. Such an irreversible inhibitor might result in prolonged suppression of the tyrosine kinase activity of the EGF receptor with a single dose compared to the more frequent administration required for a reversible inhibitor. We are currently performing cellular studies to assess the *in vivo* activity of these compounds. There also exists the possibility for optimizing these inhibitors. One suggestion will be to take advantage of the polar interactions formed by the phosphate portion of the nucleotide. As mentioned earlier the $K_d$ for adenosine binding to cAPK is 35 $\mu$M while that of ADP and ATP is 10 $\mu$M.[34] Therefore we predict 3−5-fold improvement in binding by the modification of thioadenosine to thioadenosine di- or triphosphate.

## Experimental Section

**Sequence and Structure Analysis of the Protein Kinase Family.** A multiple sequence alignment of protein kinases was generated based upon a previous alignment[13] but was slightly modified to include structural information from the cAMP dependent Ser/Thr kinase.[1] The sequences were obtained from the March 1992 version of the Catalytic Domain Database (distributed by S. K. Hanks and A. M. Quinn, The Salk Institute for Biological Studies). This sequences chosen for alignment were based according to a subfamily classification,[13] with only one member of each being represented (Figure 1). The five Ser/Thr kinases used were cAPK (mouse cyclic-AMP dependent Ser/Thr Kinase), PKC-α (rat protein kinase C alpha), Camii-A (rat calcium-calmodulin dependent kinase II alpha subunit), Cdc2hs (cell division control protein 2), C-Mos (human cellular homolog of v-mos). The eight Tyr kinases were C-Src (human cellular homolog of v-src), C-Abl (human cellular homolog of v-abl), erbB-1 (human epidermal growth factor receptor), erbB-2 (human oncogene product, a.k.a. Neu and HER2), erbB-3 (gene product related to epidermal growth factor receptor), Insr (human insulin receptor), Pdgf-B (human platelet derived growth factor receptor, B-type), and the Fgf (human fibroblast growth factor receptor). The X-ray coordinates of cAPK complexed with a peptide inhibitor and ATP[1,16,17] was obtained from the Brookhaven Databank (Brookhaven code pdb1atp.ent).[26]

The sequence of the murine cAPK for which the 3D structure has been determined was aligned with respect to the other kinase sequences. In order to explore the influence of sequence variation on the known 3D structure of the protein kinase, we considered only those residues in the protein kinase catalytic domains which could be aligned to the murine cAPK. The analysis described here includes residues 43−290 (using the numbering scheme of cAPK). This was chosen since the definition of the kinase domain in the sequence file varies, and according to the definition of Hanks et al. (1988)[13] this includes the 11 conserved subdomains. Those residues of the cAPK structure within 4.5 Å of ATP were defined as the nucleotide binding site.

**Model Building of the Catalytic Domains of ErbB-1 and ErbB-2.** Using homology modeling,[27] we have constructed a 3D model of the catalytic domain of erbB-1 and erbB-2 using the X-ray structure of the ternary complex of cAPK as the template. From the sequence alignment of the protein kinase family described above we have substituted those side chains from cAPK with those seen in erbB-1 and erbB-2. The conformation of the side chains were built using the side chain optimization program Maxsprout.[28] Those side chains common between cAPK and erbB-1 and cAPK and erbB-2 were held fixed during the model building procedure. This was based upon studies which have shown that, in general, topologically equivalent side chains in homologous structures adopt the same torsion angles.[29,30] The structure of ATP was taken from the cAPK and fitted into an equivalent position in the two models. These were then subjected to 100 cycles of energy minimization using the Powell optimization procedure and the Amber forcefield as implemented in the Sybyl modelling package[31] using the Kollman united atom charges.[32]

**Purification of Epidermal Growth Factor Receptor Tyrosine Kinase.** Full-length human erbB-1 receptor tyrosine kinase was isolated from A431 human epidermoid carcinoma cells by the method described in Gill and Weber.[33] Briefly, cells were grown in roller bottles in dMEM/F12 media (Gibco) containing 10% fetal calf serum. Approximately $10^9$ cells were lysed in two volumes of buffer containing 20 mM Hepes, pH 7.4, 5 mM EGTA, 1% Triton X-100, 10% glycerol, 0.1 mM sodium *o*-vanadate, 5 mM sodium flouride, 4 mM pyrophosphate, 4 mM benzamide, 1 mM DTT, 80 $\mu$g/mL aprotinin, 40 $\mu$g/mL leupeptin, and 1 mM PMSF. After centrifugation at 25000$g$ for 10 min, the supernatant was equilibrated for 2 h at 4 °C with 10 mL of sepharose conjugated

with anti-EGF receptor antibody.[33] Contaminating proteins were washed from the resin with 1 M NaCl followed by 1 mM urea. The enzyme was eluted with 0.1 mg/mL EGF. The receptor appeared to be homogeneous as assessed by Coomassie blue stained polyacrylamide gels.

**Recombinant Kinases.** The intracellular domains of $p185^{erbB-2}$, $\beta$-PDGF receptor, FGF-1 receptor, and insulin receptor were obtained as described previously.[34]

**Tyrosine Kinase Assays.** Enzyme reactions for the full-length erbB-1 receptor tyrosine kinase were performed in a total volume of 0.1 mL containing 25 mM Hepes, pH 7.4, 5 mM $MgCl_2$, 2 mM $MnCl_2$, 5−10 ng of enzyme, and 10 $\mu$M ATP containing 1 $\mu$Ci of [$^{32}$P]ATP, varying concentrations of nucleoside and 100 $\mu$g of a random polymer of tyrosine and glutamic acid (Sigma).

All components except the ATP were added to the wells. In certain experiments, the enzyme was preincubated with inhibitor for varying times as described in the figure legends. The reaction was initiated by the addition of [$^{32}$P]ATP and incubated at 25 °C for 10 min. The reaction was terminated with 10% trichloroacetic acid (TCA) and the precipitate washed twice with ice-cold TCA. Radioactivity was determined by scintillation counting.

Assays using intracellular kinase domains were performed in a total volume of 100 $\mu$L containing 50 mM HEPES buffer (pH 7.4), 10 mM $MnCl_2$, 10 $\mu$M [$^{32}$P]ATP, 100 $\mu$g of a random polymer of tyrosine and glutamic acid (Sigma), and 100−500 ng of enzyme. The reaction was initiated by the addition of [$^{32}$P]ATP and incubated at 25 °C for 10 min. The reaction was terminated with 10% TCA, and the precipitate washed twice with ice-cold TCA. Radioactivity was determined by scintillation counting.

**Chemical Synthesis.** Adenosine (PD047028) was purchased from Sigma. 2′-Thioadenosine (PD157432) was synthesized as described[35] except that the 6-amino group of adenine was not protected.[36]

**Acknowledgment.** We would like to thank Kumud Kaur-Singh for critical evaluation of the manuscript. We would like to also acknowledge the useful suggestions of one of the reviewers. The authors may be contacted by e-mail at juswinder_singh@biogen.com.

## References

(1) Zheng, J.; Knighton, D. R.; Ten Eyck, L. F.; Karlsson, R.; Xuong, N.; Taylor, S. S.; Sowadski, J. M. Crystal structure of the catalytic subunit of the cAMP Ser/Thr-dependent protein kinase complexed with MgATP and peptide inhibitor. *Biochemistry* **1993**, *32*, 2154−2161.

(2) Riedel, H.; Massoglia, J.; Schlessinger, J.; Ullrich, A. Ligand activation of overexpressed epidermal growth factor receptors transforms NIH 3T3 mouse fibroblasts. *Proc. Natl. Acad. Sci. U.S.A.* **1988**, *85*, 1477.

(3) Velu, T. J.; Beguinot, L.; Vass, W. C.; Willingham, M. C.; Merlino, G. T.; Pastan, I.; Lowy, D. R. Epidermal growth factor dependent transformation by a human EGF receptor proto-oncogene. *Science* **1987**, *238*, 1408.

(4) Stern, D. F.; Hare, D. L.; Cecchini, M. A.; Weinberg, R. A. Construction of a novel oncogene based upon synthetic sequences encoding epidermal growth factor receptor. *Science* **1987**, *235*, 321.

(5) Sandgren, E. P.; Luetteke, N. C.; Palmiter, R. D.; Brinster, R. L.; Lee, D. C. Overexpression of TGF alpha in transgenic mice : induction of epithelial hyperplasia, pancreatic metaplasia and carcinoma of the breast. *Cell* **1990**, *61*, 1121.

(6) Slamon, D. J.; Godolphin, W.; Jones, L. A.; Holt, J. A.; Wong, S. G.; Keith, D. E.; Levin, W. J.; Stuart, S. G.; Udove, J.; Ullrich, A.; et al. Studies of the HER-2/neu proto-oncogene in human breast and ovarian cancer. *Science* **1989**, *244*, 707.

(7) Bacus, S. S.; Stancovski, I.; Huberman, E.; Chin, D.; Hurwitz, E.; Mills, G. B.; Ullrich, A.; Sela, M.; Yarden, Y. Tumour-inhibitory monoclonal antibodies to the HER-2/Neu receptor induce differentiation of human breast cancer cells. *Cancer Res.* **1992**, *52*, 2580.

(8) Fry, D. W.; Kraker, A. J.; McMichael, A.; Ambroso, L. A.; Nelson, J. M.; Leopold, W. R.; Connors, R. W.; Bridges, A. A specific inhibitor of the epidermal growth factor receptor tyrosine kinase. *Science* **1994**, *265*, 1093−1095.

(9) Ward, W. H. J.; Cook, P. N.; Slater, A. M.; Davies, D. H.; Holdgate, G. A.; Green, L. R. Epidermal growth factor receptor tyrosine kinase. Investigation of catalytic mechanism, structure based searching and discovery of a potent inhibitor. *Biochem. Pharmacol.* **1994**, *48*, 659−666.

(10) Fry, D. W. Protein tyrosine kinases as therapeutic targets : Cancer Chemotherapy and Recent advances in development of new inhibitors. *Expert Opin. Invest. Drugs* **1994,** *3*, 577−595.

(11) Levitzki, A.; Gazit, A. Tyrosine kinase inhibition : An approach to drug development. *Science* **1995,** *267*, 1782−1788.

(12) Bridges, A. Current status of tyrosine kinase inhibitors : Do the diarylamine inhibitors of the EGFR represent a new beginning? *Expert Opin. Ther. Pat.* **1995**, *5*, 1245−1257.

(13) Hanks, S. K.; Quinn, A. M.; Hunter, T. The protein kinase family: Conserved features and deduced phylogeny of the catalytic domains. *Science* **1988**, *241*, 42−51.

(14) Hanks, S. K.; Quinn, A. M. Protein kinase catalytic domain sequence database : identification of conserved features of primary structure and classification of family members. *Methods Enzymol.* **1991**, *200*, 38−62.

(15) Hunter, T. A thousand and one protein kinases. *Cell* **1987**, *50*, 823−829.

(16) Knighton, D. R.; Zheng, J.; Ten Eyck, L. F.; Ashford, V. A.; Xuong, N. H.; Taylor, S. S.; Sowadski, J. M. Crystal structure of the catalytic subunit of cyclic adenosine monophosphate-dependent protein kinase. *Science* **1991**, *253*, 407−413.

(17) Knighton, D. R.; Zheng, J.; Ten Eyck, L. F.; Xuong, N. H.; Taylor, S. S.; Sowadski, J. M. Structure of a peptide inhibitor bound to the catalytic subunit of cyclic adenosine monophosphate-dependent protein kinase. *Science* **1991**, *253*, 414−420.

(18) De Bondt, H. L.; Rosenblatt, J.; Jancarik, J.; Jones, H. D.; Morgan, D. O.; Kim, S. H. Crystal structure of cyclin-dependent kinase 2. *Nature* **1993**, *363*, 595−602.

(19) Hu, S. H.; Parker, M. W.; Lei, J. Y.; Wilce, M. C.; Benian, G. M.; Kemp, B. E. Insights into autoregulation from the crystal structure of twitchin kinase. *Nature* **1994,** *369*, 581−584.

(20) Zhang, F.; Strand, A.; Robbins, D.; Cobb, M. H.; Goldsmith, E. J. Atomic structure of the MAP kinase ERK2 at 2.3Å resolution. *Nature* **1994**, *367*, 704−711.

(21) Hubbard, S. R.; Wei, L.; Ellis, L.; Hendrickson, W. A. Crystal structure of the tyrosine kinase domain of the human insulin receptor. *Nature* **1994,** *372*, 746−754.

(22) Bossemeyer, D. Protein Kinases structure and function. *FEBS Lett.* **1995**, *369*, 57−61.

(23) Singh, J. Comparison of conservation within and between the Ser/Thr and Tyr protein kinase family:proposed model for the catalytic domain of the epidermal growth factor receptor. *Protein Eng.* **1994**, *7*, 849−858.

(24) Bhatnager, D.; Roskoski, R., Jr.; Rosendahl, M. S.; Leonard, N. J. Adenosine cylic 3′,5′-monophosphate dependent protein kinase: A new fluorescence displacement titration technique for characterizing the nucleotide binding site on the catalytic subunit. *Biochemistry* **1983**, *22*, 6310−6317.

(25) Schulze-Gahmen, U.; Brandsen, J.; Jones, H. D.; Morgan, D. O.; Meijer, L.; Vesely, J.; Kim, S. H. Multiple modes of ligand recognition:crystal structures of cyclin-dependent protein kinase 2 in complex with ATP and two inhibitors, olomoucine and isopentenyladenine. *Proteins: Struct. Funct. Genet.* **1995**, *22*, 378−391.

(26) Bernstein, F. C.; Koetzle, T. F.; Williams, G. J. D.; Meyer, E. F.; Brice, M. D.; Rodgers, J. R.; Kennard, O.; Schimanochi, T.; Tasumi, M. The protein databank; a computer-based archival for macromolecular structures. *J. Mol. Biol.* **1977**, *112*, 535−542.

(27) Blundell, T. L.; Sibanda, B. L.; Sternberg, M. J. E.; Thornton, J. M. Knowledge-based prediction of protein structures and the design of novel molecules. *Nature* **1987**, *326*, 347−352.

(28) Holm, L.; Sander, C. Fast and simple Monte Carlo algorithm for side chain optimization in proteins : application to model building by homology. *Proteins: Struct. Funct. Genet.* **1992**, *14*, 213−223.

(29) Lesk, A. M.; Chothia, C. H. The response of protein structures to amino-acid sequence changes. *Phil. Trans. R. Soc. London, Ser. A* **1986**, *317*, 345−356.

(30) Summers, N. L.; Carlson, W. D.; Karplus, M. Analysis of side-chain orientations in homologous proteins. *J. Mol. Biol.* **1987**, *196*, 175−198.

(31) Sybyl6.0. Tripos Associates Inc., St. Louis, MO.

(32) Weiner, S. J.; Kollman, D. A.; Case, D. A.; Singh, U. C.; Ghio, C.; Alagona, G.; Profeta, S.; Weiner, P. K. *J. Am. Chem. Soc.* **1984**, *106*, 765−784.

(33) Gill, G. N.; Weber, W. Purification of functionally active epidermal growth factor receptor protein using a competitive antagonist monoclonal antibody and competitive elution with epidermal growth factor. *Methods Enzymol.* **1987**, *146*, 82−88.

(34) Fry, D. W.; Kraker, A. J.; Connors, R. C.; Elliott, W. L.; Nelson, J. H.; Showalter, H. D.; Leopold, W. R. Strategies for the discovery of novel tyrosine kinase inhibitors with anticancer activity. *Anti-Cancer Drug Des.* **1994**, *9*, 331−351.

(35) Marriot, J. H.; Mottahedeh, M.; Reese, C. B. Synthesis of 2′-thioadenosine. *Carbohydr. Res.* **1991**, *216*, 257−269.

(36) Robins, M. J.; Hawrelak, S. D.; Hernandez, A. E.; Wnuk, S. F. Efficient general synthesis of purine (amino, azido and triflate)-sugar nucleosides. *Nucleosides Nucleotides* **1992**, *11*, 821−834.

(37) Wallace, A. C.;, Laskowski, R. A.; Thornton, J. M. *Protein Eng.* **1995**, *8*, 127−134.

JM960380S

# Reider
# Exhibit I

© 1997 Nature Publishing Group http://www.nature.com/nsmb

1. Delaisse, J.-M. *et al.* *Bone* **8**, 305–313 (1987).
2. Everts, V., Beertsen, W. & Schröder R *Calcif. Tissue Int.* **43**, 172–178 (1988).
3. Delaisse, J.-M. & Vaes, G. in *Biology and Physiology of the Osteoclast* (eds. Rifkin, B.R. & Gay, C.V.) 289–314 (CRC Press, Boca Raton, FL, 1992).
4. Tezuka, K. *et al.* *J. Biol. Chem.* **269**, 1106–1109 (1994).
5. Drake, F.H. *et al.* *J. Biol. Chem.* **271**, 12511–12516 (1996).
6. Brömme, D. & Okamoto, K. *Biol. Chem. Hoppe-Seyler* **376**, 379–384 (1995).
7. Brömme, D., Okamoto, K., Wang, B.B. & Biroc, S. *J. Biol. Chem.* **271**, 2126–2132 (1996).
8. Bossard, M.J. *et al.* *J. Biol. Chem.* **271**, 12517–12524 (1996).
9. Polymeropoulos, M.H. *et al.* *Nature Genetics* **10**, 238–239 (1995).
10. Gelb, B.D., Edelson, J.G. & Desnick, R.J. *Nature Genetics* **10**, 235–237 (1995).
11. Gelb, B.D., Shi, G.-P., Chapman, H.A. & Desnick, R.J. *Science* **273**, 1236–1238 (1996).
12. Berti, P.J. & Storer, A.C. *J. Mol. Biol.* **246**, 273–283 (1995).
13. Polgar, L. *FEBS Lett.* **47**, 15–18 (1974).
14. Rullmann, J.A.C., Bellido, M.N. & van Duijnen, P.T. *J. Mol. Biol.* **206** (1989).
15. Kamphuis, I.G., Kalk, K.H., Swarte, M.B.A. & Drenth, J. *J. Mol. Biol.* **179**, 233–256 (1984).
16. McGrath, M.E. *et al.* *J. Mol. Biol.* **247**, 251–259 (1995).
17. Musil, D., *et al.* *EMBO J.* **10**, 2321–2330 (1991).
18. Turk, D. *et al.* *Biochemistry* **34**, 4791–4797 (1995).
19. Jia, Z. *et al.* *J. Biol. Chem.* 270, 5527–5533 (1995).
20. Palmer, J.T., Rasnick, D. & Klaus, J.L. *J. Med. Chem.* **38**, 3193–3196 (1995).
21. Yamamoto, D. *et al.* *J. Biol. Chem.* **266**, 14771–14777 (1991).
22. Drenth, J., Kalk, K.H. & Swen, H.M. *Biochemistry* **15**, 3731–3738 (1976).
23. Cygler, M. *et al.* *Structure* **4**, 405–416 (1996).
24. Coulombe, R. *et al.* *EMBO J.* **15**, 5492–5503 (1996).
25. James, M.N.G. in *Keystone Symposium on the Structural and Molecular Biology of Proteinase Function and Inhibition* (Sante Fe, New Mexico, 1994).
26. Kirschke, H., Wiederanders, B., Brömme, D. & Rinne, A. *Biochem. J.* **264**, 467–473 (1989).
27. Brömme, D. *et al.* *J. Biol. Chem.* **268**, 4832–4838 (1993).
28. Pickersgill, R.W., Goodenough, P.W., Sumner, I.G. & Collins, M.E. *Biochem. J.* **254**, 235–238 (1988).
29. Taylor, M.A.J. *et al.* *Protein Engng.* **7**, 1267–1276 (1994).
30. Collaborative Computational Project, Num. 4 *Acta Crystallogr.* D**50**, 760–763 (1994).
31. McRee, D.E. *Practical Protein Crystallography* (Academic Press, New York, 1993).
32. Brünger, A.T. X-PLOR Version 3.1, Manual (Yale University, 1992).
33. Luthy, R., Bowie, J.U. & Eisenberg, D. *Nature* **356**, 83–85 (1992).
34. Bernstein, F.C. *et al.* *J. Mol. Biol.* **112**, 535–542 (1977).

# Crystal structure of human osteoclast cathepsin K complex with E-64

**The structure of human cathepsin K, a potential target for treatment of osteoporosis, reveals active site differences with homologous cysteine proteinases that should enable the design of cathepsin K selective inhibitors.**

Sir—Bone remodelling is a normal and dynamic process involving deposition and resorption of bone matrix. Bone is formed by mature osteoblast cells, while osteoclasts are responsible for bone resorption. Osteoclasts are multinuclear giant cells that solubilize mineralized bone matrix through secretion of proteolytic enzymes into an extracellular, low pH compartment on the bone surface. Cathepsin K (EC 3.4.22.38, formerly known as cathepsin O, cathepsin X or cathepsin O2) is a recently discovered cysteine proteinase that is selectively and highly expressed in osteoclasts[1–7]. Gelb *et al.* have recently linked defects in the gene encoding cathepsin K to pycnodysostosis, a disease characterized by skeletal defects such as dense, brittle bones, short stature and poor bone remodelling[8]. Thus, cathepsin K is believed to play an important role in bone resorption and is a potential therapeutic target for treatment of diseases involving excessive bone loss such as osteoporosis. We have determined the crystal structures of human cathepsin K and its complex with E-64, an active-site directed, irreversible inhibitor of cysteine proteinases[2,9]. Here we report the structure of the human cathepsin K–E-64 complex refined at 2.2 Å resolution. The structure shows that the overall fold of cathepsin K is similar to that of other cysteine proteinases of the papain family but reveals significant differences in the active site cavity.

The structure of the cathepsin K–E-64 complex is shown in Fig. 1. There are no significant differences seen in the conformation of the protein upon binding E-64 (B.Z. *et al.*, unpublished results). Cathepsin K folds into two subdomains separated by the active site cleft, a characteristic of the papain family of cysteine proteinases. The greatest structural analogy between cathepsin K and other homologous cysteine proteinases with known three dimensional structures is seen between cathepsin K and actinidin[10] (PDB entry 1AEC). Superposition of the 200 equivalent α-carbon atoms from the two structures gives an r.m.s. deviation of 0.72 Å. Papain is also homologous with cathepsin K and shares the same fold. Superposition of the structures of human cathepsin K and papain[11] (PDB entry 1PE6) is shown in Fig. 2. The r.m.s. difference with papain is 0.82 Å for 192 Cα atom pairs. A comparison of the 152 structurally homologous residues of human cathepsin B[12] (PDB entry 1HUC) and cathepsin K (Fig. 2) yields an r.m.s. difference of 1.13 Å. Most backbone differences between cathepsin K and these enzymes are confined to surface loops, and do not involve residues of the active site cavity.

The inhibitor binds in the active-site cavity of cathepsin K in the non-prime[13] direction (Fig. 3), similar to

*a*

N C

*b*

$N_4$ $N_5$ $N_3$ $N_2$ $N_1$ $O_4$ $O_5$ $C_3$ $C_2$ $O_3$ $O_1$ $C_1$ $O_2$

E-64

**Fig. 1** *a*, Ribbon drawing of human cathepsin K complexed with E-64. The figure was prepared with MOLSCRIPT[19]. *b*, Depiction of E-64.

A00742

npg © 1997 Nature Publishing Group http://www.nature.com/nsmb

**Fig. 2** Stereo view of the superposition of human cathepsin K, human cathepsin B and papain. Cathepsin K is shown in green, cathepsin B is red and papain is yellow. Sequence numbers are for cathepsin K. The S2 and S3 pockets of cathepsin K are labelled. The extra loop in cathepsin B responsible for the dipeptidyl carboxypeptidase activity of this enzyme is identified by the arrow.

that seen in the crystal structures of the papain–E-64 complex[14] and the actinidin complex with E-64[10]. As with the other cysteine proteinases, the active-site triad of cathepsin K comprises a cysteine (Cys 25), a histidine (His 162) and an asparagine (Asn 182). The opening of the epoxide ring of E-64 resulting from the nucleophilic attack by Cys 25 and the formation of a covalent bond between the Cys 25 sulphur atom and the inhibitor C2 atom are very clear in the electron density map of cathepsin K–E-64 (Fig. 3*b*). Although at the level of the Cα atoms the active site cavity of cathepsin K and papain are quite similar (Fig. 2), there are significant differences in the shapes of the two active sites resulting from side-chain differences. For example, differences in the side-chain atoms lining the S2 and S3 pockets[14] in the two enzymes give rise to different interactions between the protein and E-64. In cathepsin K, the isobutyl atoms of E-64 lie buried well in the hydrophobic pocket S2 formed by the side chain atoms of Leu 160, Ala 134 and Met 68 thus shielding these atoms of E-64 from solvent (Fig. 3*a*). This is in contrast to the papain–E-64 structure in which the isobutyl atoms of E-64 do not penetrate as deeply into this hydrophobic pocket. The S3 pocket of cathepsin K is occupied by the guanidinium atoms of E-64. A hydrogen bond forms between N4 of E-64 and the backbone carbonyl oxygen of Glu 59 and the Oδ2 oxygen of Asp 61. The carboxylate oxygen of Asp 61 also makes a hydrogen bond with the N3 atom of E-64. The side-chain atoms of Asp 61 lie at the entrance of the S3 pocket in cathepsin K. These interactions are not possible in papain because the corresponding residue in papain is a tyrosine that blocks access to the S3 pocket. The carboxylate oxygens of E-64 make hydrogen bonding interactions with the Nδ1 atom of His 162 and the Nε2 atom of Gln 19. These interactions are also seen in papain and actinidin. As in papain, the backbone nitrogen atom of residue Gly 66 in cathepsin K makes a hydrogen bond with the carbonyl oxygen atom O4 of the E-64. Also, the carbonyl oxygen of Gly 66 of cathepsin K forms a hydrogen bond with N2 of E-64. The atoms of E-64 do not penetrate the S' region of the enzyme active site. The S' regions of the active sites are very similar in conformation in cathepsin K, papain and actinidin.

A comparison of the active sites of cathepsin K and cathepsin B reveals many more differences than are observed in comparing papain or actinidin to cathepsin K. The S' portion of the active site of cathepsin B differs significantly from the corresponding portion of the active site in cathepsin K. The presence of the loop containing Glu 107 through Pro 116 in human cathepsin B is presumed responsible for the dipeptidyl carboxypeptidase activity of this enzyme[12] and has no equivalent in cathepsin K, papain or actinidin. This loop makes the S' substrate region of cathepsin B much smaller than in the other members of this papain family of cysteine proteinases including cathepsin K (Fig. 2). Despite the differences between the active sites of human cathepsin B and cathepsin K, the active-site cysteine residues are almost exactly superimposed by an alignment of structurally homologous

**Fig. 3** *a*, Stereo view of the interaction between human cathepsin K and E-64. *b*, Stereo view of the active site of cathepsin K–E-64. The orientation is similar to that shown in Fig. 3*a*. The contours are displayed from an electron density map calculated with coefficients $|2F_o - F_c|$ after final refinement. The map is contoured at 1 σ. The figure was generated with XTALVIEW[20].

npg © 1997 Nature Publishing Group http://www.nature.com/nsmb

**Table 1 Crystallographic data and refinement statistics**

| | |
|---|---|
| *a*, Data collection statistics | |
| Space Group | $P2_12_12_1$ |
| Resolution | 2.2 Å |
| Number of reflections | 33493 |
| Number of unique reflections | 10418 |
| Data completeness | 95% |
| $R_{sym}$ | 0.095 |
| *b*, Refinement statistics | |
| Resolution range | 7.0-2.2 Å |
| Number of reflections ($F > 2\sigma$) | 9622 |
| Number of atoms | 1763 |
| Number of solvent molecules | 89 |
| $R_{cryst}$ | 0.184 |
| $R_{free}$ | 0.276 |
| *c*, R.m.s. deviation from ideal geometry | |
| bond lengths | 0.007 Å |
| bond angles | 1.51° |

$R_{sym} = \Sigma|I_2 - \langle I \rangle| / \Sigma\langle I \rangle$
$R_{cryst} = \Sigma|F_o - F_c| / \Sigma F_o$
$R_{free} = \Sigma|F_o - F_c|\ \Sigma F_o$ for 10% randomly chosen reflections[16]

Cα atoms in cathepsin B and cathepsin K. Differences in the S2 hydrophobic pocket are also evident in cathepsin B. The residues forming this pocket are Pro 78 in human cathepsin B in place of Met 68 in cathepsin K; Glu 243 in cathepsin B is structurally equivalent to Leu 160 in cathepsin K. Interestingly, the residues whose side-chain atoms form hydrogen bonds to the E-64 inhibitor in cathepsin K, namely His 162, Gln 19 and Asp 61, have structurally homologous residues in cathepsin B—His 197, Gln 23 and Asp 67 respectively.

The greatest sequence homology to cathepsin K among members of the papain family is with human cathepsin S (56% identity) and cathepsin L (42% identity)[2]. No structure exists for cathepsin S, but the structures of human cathepsin L (R. Pauptit *et al.*, personal communication) and the proenzyme form of cathepsin L have been reported[15]. Although atomic coordinates are not available for these structures, based on the sequence alignments between cathepsin K and cathepsin L, we would predict that differences in the S2 binding pocket should enable the design of specific inhibitors. For example, Leu 160 in cathepsin K is replaced by Met in cathepsin L, Tyr 67 is replaced by Leu and Asp 61 is Glu in cathepsin L.

The structure of human cathepsin K in complex with E-64 will be vital in the structure-based design of inhibitors of this enzyme. The differences in the hydrophobic S2 pocket between cathepsin K and cathepsin B and L could facilitate design of inhibitor specificity, while knowledge of the hydrogen bonding interactions between E-64 and residues in the S3 pocket of cathepsin K provide valuable clues to producing potent and selective inhibitors.

## Methods

The cloning and expression of human[1–6] and rabbit[7] cathepsin K have been reported. The human cathepsin K we report here was expressed in *baculovirus* infected SF21 cells and purified as a 314 amino acid proenzyme containing a 99 amino acid leader sequence[2]. There is no carbohydrate present in the mature enzyme used in these studies. Conditioned media containing expressed procathepsin K was loaded directly onto an S-Sepharose column pre-equilibrated with 25 mM phosphate buffer at pH8. The column was eluted with a NaCl gradient. Fractions containing procathepsin K were pooled, concentrated to 2.5 mg $ml^{-1}$ and activated to mature cathepsin K in 50mM sodium acetate buffer at pH 4.0 containing 20 mM l-cysteine and 1% mature cathepsin K as seed. The activation was monitored using CBZ-Phe-Arg-AMC as fluorogenic substrate and by SDS-PAGE. When the increasing specific activity reached a plateau (~15 μmol $min^{-1}$ $mg^{-1}$), the reaction was stopped by the addition of E-64. E-64 inhibited mature cathepsin K was concentrated and dialysed against 20 mM MES, 50 mM NaCl, 2 mM l-cysteine, pH 6.

Crystals of mature, activated cathepsin K complexed with E-64 grew to a size of approximately 0.2 $mm^3$ in six days at 20°C. The concentration of E-64-inhibited cathepsin K used in the crystallization was 8 mg $ml^{-1}$. Vapour diffusion was used in hanging drops from a solution of 10% PEG 8000, 0.1 M $Na^+/K^+$ phosphate at pH 6.2 containing 0.2M NaCl. Crystals of the complex are orthorhombic, space group $P2_12_12_1$, with cell constants of *a*=38.4 Å, *b*=50.7 Å and *c*=104.9 Å (Table 1). The crystals contain one molecule in the asymmetric unit and contain 43% solvent with $V_m$ value of 2.1 $Å^3$ $Dalton^{-1}$. X-ray diffraction data were measured from a single crystal using a Siemens two-dimensional position-sensitive detector. The structure was determined by molecular replacement using X-PLOR[17]. The starting model consisted of all atoms of the main chain of papain (PDB entry 1PE6) and those side chain atoms predicted to be homologous between the two proteins as determined from sequence alignment. The cross rotation function was calculated using X-ray diffraction data from 10–4 Å and a radius of integration of 32 Å. The highest peak was 6σ. A translation search was carried out using data from 8–3.5 Å. The highest peak in the search function was 12.5 σ. The resulting model gave an *R*-factor of 0.488. This model was refined by rigid-body refinement and the resulting phases were used to calculate Fourier maps with coefficients $|F_o - F_c|$ and $|2F_o - F_c|$, into which the atomic model of cathepsin K was built using the molecular graphics program FRODO[18]. Conventional positional refinement was used to refine the structure during model building. The structure was refined using X-PLOR. The electron density for E-64 was clear in the maps. The inhibitor was built into density and several additional cycles of map fitting and refinement were carried out to a final *R* of 0.184.

The coordinates have been deposited in the Brookhaven Protein Data Bank, accession number 1ATK, where they will be held for one year prior to release.

Baoguang Zhao[1], Cheryl A. Janson[2], Bernard Y. Amegadzie[3], Karla D'Alessio[2], Charles Griffin[2], Charles R. Hanning[3], Christopher Jones[2], Jeff Kurdyla[2], Michael McQueney[2], Xiayang Qiu[1], Ward W. Smith[1] and Sherin S. Abdel-Meguid[1]

Departments of [1]Macromolecular Sciences, [2]Protein Biochemistry and [3]Gene Expression Sciences, SmithKline Beecham Pharmaceuticals, 709 Swedeland Road, King of Prussia, Pennsylvania 19406, USA

Correspondence and requests for materials should be addressed to S. S. Abdel-Meguid *sherin_s_abdel-meguid@sbphrd.com.*

**Acknowledgements**
We thank M. Bossard for her contributions to the early inhibitor studies and G. Glover for his continuing support.

Received 22 November 1996; accepted 3 January 1997.

1. Drake, F. H. *et al. J. Biol. Chem.* **271**, 12511–12516 (1996).
2. Bossard, M. J. *et al. J. Biol. Chem.* **271**, 12517–12524 (1996).
3. Inaoka, T. *et al. Biochem. Biophys. Res. Comm.* **206**, 89–96 (1995).
4. Brömme, D. & Okamoto, K. *Biol. Chem. Hoppe-Seyler* **376**, 379–384 (1995).
5. Brömme, D., Okamoto, K., Wang, B. B. & Biroc, S. *J. Biol. Chem.* **271**, 2126–2132 (1996).
6. Shi, G.-P. *et al. FEBS Lett.* **357**, 129–134 (1995).
7. Tezuka, K. *et al. J. Biol. Chem.* **269**, 1106–1109 (1994).
8. Gelb, B. D., Shi, G. P., Chapman, H. A. & Desnick, R.J. *Science.* **273**, 1236–1238 (1996).
9. Towatari, T. Tanaka, K., Yoshikawa, D. & Kataunuma, N., *J. Biochem. (Tokyo)* **84**, 659–671 (1978).
10. Varughese, K. I. *et al. Biochemistry* **31**, 5172–5176 (1992).
11. Yamamoto, D. *et al. J. Biol. Chem.* **266**, 14771–14777 (1991).
12. Musil, D. *et al. EMBO J.* **10**, 2321–2330 (1991).
13. Schechter, I. & Berger, A., *Biochem. Biophys. Res. Commun*, **27** 157–152 (1967)
14. Varughese, K. I. *et al. Biochemistry* **28**, 1330–1332 (1989)
15. Coulombe, R. *et al. EMBO J.* **15**, 5492–5503 (1996).
16. Brunger, A.T. *Nature* **355**, 472–475 (1992).
17. Brunger, A.T. , Kuriyan, J. & Karplus, M. *Science* **235**, 458–460 (1987).
18. Jones, T. A. *J. Appl. Crystallogr.* **11**, 268–272 (1978).
19. Kraulis, P. *J. Appl. Crystallogr.* **24**, 946–950 (1991).
20. McRee, D. E. *Practical Protein Crystallography* (Academic Press, San Diego, CA, 1993).