IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) | |
| Plaintiffs/ Counterclaim Defendants, | ) ) ) | |
| v. | ) ) | C.A. No. 21-1338 (MFK) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) | |
| Defendants/ Counterclaim Plaintiffs. | ) ) | |

**AMENDED JOINT CLAIM CONSTRUCTION CHART**

The parties have met and conferred and present the following Amended Joint Claim Chart pursuant to the Scheduling Order (D.I. 30). The parties have reached agreement on several previously disputed terms, but also continue to dispute certain terms of U.S. Patent Nos. 10,603,314 ("the '314 patent"), 10,596,162 ("the '162 patent"), and WO 2006/084058 ("'058 Publication" or "WO '058"), as shown in the tables on the following pages.

The parties' claim constructions are based on their knowledge as of the date of this exchange. The parties reserve all rights to supplement or modify the proposed claim constructions as the claim construction process continues, based on any positions taken by the opposing party, based on facts elucidated during discovery, by agreement of the parties, rulings by the Court, or as otherwise appropriate. The parties reserve the right to cite and rely on additional intrinsic evidence in response to any arguments made by the opposing party. The parties also reserve the right to cite and rely on any intrinsic evidence cited by the opposing party.

– AMENDED JOINT CLAIM CONSTRUCTION CHART –

**AGREED-UPON CONSTRUCTIONS**

| Claim Term(s) | Patent(s) (Claim(s)) | Agreed-Upon Construction |
|---|---|---|
| **"administering daily to the patient"** | '314 (1) '162 (1) | The parties agree that this term does not require construction. |
| **"cancer"** | WO '058, Claims 11, 23 | "the presence of cells in a patient possessing characteristics typical of cancer-causing cells, such as uncontrolled proliferation, immortality, metastatic potential, rapid growth and proliferation rate, and certain characteristic morphological features. Cancer includes epithelial cell cancers, such as lung, ovarian, breast, brain, colon and prostate cancers, as well as gastrointestinal cancer, prostate cancer, ovarian cancer, breast cancer, head and neck cancer, esophageal cancer, lung cancer, non-small cell lung cancer, cancer of the nervous system, kidney cancer, retina cancer, skin cancer, liver cancer, pancreatic cancer, genital-urinary cancer and bladder cancer" |
| **"epithelial cell cancer"** | WO '058, Claims 9, 19, 26 | "a disease characterized by abnormal, accelerated growth of epithelial cells, including prostate cancer, breast cancer, colon cancer, lung cancer, pancreatic cancer, ovarian cancer, cancer of the spleen, testicular cancer, cancer of the thymus" |
| **"gefitinib and/or erlotinib resistant cancer" / "cancer that is resistant to gefitinib and/or erlotinib treatment"** | WO '058, Claim 1 | The parties agree that the "cancer" portion of this term will be construed the same as the construction of "cancer" for WO '058 Claims 11 and 23, above. The parties also agree that the "gefitinib and/or erlotinib resistant" portion of this term should be construed consistent with the Court's resolution of the parties' dispute related to the "gefitinib and/or erlotinib resistant" portion of the "gefitinib and/or erlotinib resistant non-small cell lung cancer" and "gefitinib and/or erlotinib resistant non-small cell lung cancer having a T790M mutation in SEQ ID NO: 1" terms in the Patents-in-Suit. |

**DISPUTED CONSTRUCTIONS**

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| **"A method for treating gefitinib and/or erlotinib resistant non-small cell lung cancer in a patient in need thereof"** | U.S. Patent No. 10,603,314 ("'314 Patent") (1) | The preamble is not limiting and requires no construction. | See Plaintiffs' construction of "gefitinib and/or erlotinib resistant non-small cell lung cancer" for intrinsic evidence related to this term, which appears in the body of the claim. | The preamble is limiting "Administration of an effective amount of drug to a patient diagnosed with gefitinib and/or erlotinib resistant non-small cell lung cancer for the purpose of providing a therapeutically beneficial effect on the gefitinib and/or erlotinib resistant non-small cell lung cancer. An effective amount is an amount that results in a beneficial effect for at least a statistically significant fraction of patients considering both its | **'314 Patent** at Title, Abstract, 3:32–39, 3:43–46, 3:49–55, 3:60–4:31, 7:15–23–36, 7:47–9:6, 13:3–6, 13:14–21, Claim 1; **'314 Patent File History:** July 14, 2010 Amendment and Response at 2–19; February 27, 2014 Amendment and Response at 2–9, March 30, 2015 Amendment and Response at 2–9, August 1, 2016 Amendment and Response at 2–7, December 27, 2016 Amendment and Response at 3–9, February 23, 2018 Response at 2–8 and attached |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | pharmacologic effectiveness and its physiological safety" | Declaration; August 14, 2019 Amendment and Response at 2–12. |
| **"A method of treating gefitinib and/or erlotinib resistant non-small cell lung cancer having a T790M mutation in SEQ ID NO: 1 in a patient"** | U.S. Patent 10,596,162 ("'162 Patent") (1) | The preamble is not limiting and requires no construction. | See Plaintiffs' construction of "gefitinib and/or erlotinib resistant non-small cell lung cancer" for intrinsic evidence related to this term having a T790M mutation in SEQ ID NO: 1, which appears in the body of the claim. | The preamble is limiting "Administration of an effective amount of drug to a patient diagnosed with gefitinib and/or erlotinib resistant non-small cell lung cancer having a T790M mutation in SEQ ID NO: 1 for the purpose of providing a therapeutically beneficial effect on the gefitinib and/or erlotinib resistant non-small cell lung cancer. An effective amount is an amount that results in a beneficial effect for at least a | **'162 Patent** at Title, Abstract, 3:37–44, 3:48–51, 3:54–60, 3:65–4:35, 7:18–39, 7:60–9:9, 13:4–7, 13:15–22, Claim 1; **'314 Patent File History:** July 14, 2010 Amendment and Response at 2–19; February 27, 2014 Amendment and Response at 2–9, March 30, 2015 Amendment and Response at 2–9, August 1, 2016 Amendment and Response at 2–7, December 27, 2016 Amendment and Response at 3–9, February 23, 2018 |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | | statistically significant fraction of patients considering both its pharmacologic effectiveness and its physiological safety" | Response at 2–8 and attached Declaration; August 14, 2019 Amendment and Response at 2–12; **'162 Patent File History:** November 14, 2016 Amendment and Response at 2–7, May 7, 2019 Amendment and Response at 2–11. |
| **"gefitinib and/or erlotinib resistant non-small cell lung cancer"** | '314 (1) | This term requires no construction.<br><br>If the court is inclined to construe the term: Non-small cell lung cancer (NSCLC) that will not respond to gefitinib and/or erlotinib treatment, including NSCLC that | **'314 Patent**[1] at Abstract, 1:17-22, 1:26-3:39, 3:43-6:11, 6:15-8:53, 12:52-63, 13:14-25, 13:37-18:67, 19:1-22:8, 3-4, 13, 15, Figures 1-6; Claim 1;**'162 Patent**, Claim 1; **60/649,483 ("'483 Application")** at [001-0020], [0033], [0063-0070], 18-22, Figures 1-5, | "non-small cell lung cancer that has progressed after initiation of treatment with gefitinib and/or erlotinib"<br><br>Indefinite | **'314 Patent** at Abstract, FIGS. 1A-1B, 2A, 2C, 6, 3:19–3:27, 3:32–36, 3:43–55, 3:60–4:39, 4:42–5:17, 5:20–24, 6:6–11, 6:31–35, 6:41–46, 6:59–62, 7:57–8:30, 13:61–2, 14:10–14:28, 15:10–16:2, 16:31– |

---

[1] The '314 and '162 patents share a common specification.  Plaintiffs have limited their citations the '314 patent; the corresponding passages in the '162 patent would equally apply.

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | is no longer responding to gefitinib and/or erlotinib treatment after a period of initial response. | Claims 1, 3; **60/671989 ("'989 Application")** at [001-0020], [0033], [0063-0070], 18-22, 25-47, Figures 1-9B, Claims 1, 3; **WO 2006/084058 ("'058 Publication")** at Abstract, [001-0013], [0015-0037], [0067], [0072-0091], 32, Table 1, Figures 1-4, 6, Claims 1, 4-11, 14-20, 23, 26-27; **'314 Patent File History**, 7/31/2007 original claims; 4/9/2010 office action at 5-6; 7/14/2010 amendment at 2-19; 9/14/2010 office action at 4-5, 13-23, 26, 28;  10/13/2010 amendment at 2-7; 9/27/2013 office action at 3-5, 8,10; 2/27/2014 amendment and response at 2-8; 5/2/2014 office action at 2, 3, 5, 10; 8/20/2014 amendment and response at 2-4; 9/29/2014 office action at | | 43, 17:50–18:4, 18:7–11, Claim 1; **'314 Patent File History:** July 31, 2007 Claims at Claim 1. |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | 3-8; 3/30/2015 response at 2-9; 5/21/2015 office action at 7, 12-13, 15-18; 9/10/2015 Notice of Allowance; 3/9/2016 response at 4-6; 8/1/2016 amendment and response at 2-7; 9/26/2016 office action at 2-11, 15-17; 12/27/2016 amendment and response at 2-8; 2/23/2018 response and amendment at 2-3; 12/17/2019 at 2, 5; 1/30/2020 Notice of Allowance; **'162 Patent File History** at 7/11/2016 original claims and Preliminary Amendment at 3; 8/12/2016 office action at 4-5, 10; 11/14/2016 amendment and response at 2-6; 1/24/2017 office action at 7; 7/24/2017 amendment and response at 2-5; 8/17/2017 advisory action at 2-3 of continuation sheet; 2/22/2018 | | |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | amendment and response at 2-4; 6/8/2018 office action at 4-8, 12/7/2018 response at 2, 6-12; 10/28/2019 amendment and response at 2-4. | | |
| **"gefitinib and/or erlotinib resistant non-small cell lung cancer having a T790M mutation in SEQ ID NO: 1"** | '162 (1) | This term requires no construction.  If the court is inclined to construe the term: Non-small cell lung cancer (NSCLC) having a T790M mutation in SEQ ID NO: 1 that will not respond to gefitinib and/or erlotinib treatment, including NSCLC that is no longer responding to gefitinib and/or erlotinib treatment after a period of initial response. | **'314 Patent** at Abstract, 1:17-22, 1:26-3:39, 3:43-6:11, 6:15-8:53, 12:52-63, 13:14-25, 13:37-18:67, 19:1-22:8, 3-4, 13, 15, Figures 1-6; Claim 1; **'162 Patent**, Claim 1; **'483 Application** at [001-0020], [0033], [0063-0070], 18-22, Figures 1-5, Claims 1, 3; **'989 Application** at [001-0020], [0033], [0063-0070], 18-22, 25-47, Figures 1-9B, Claims 1, 3; **'058 Publication** at Abstract, [001-0013], [0015-0037], [0067], [0072-0091], 32, Table 1, Figures 1-4, 6, Claims 1, 4-11, 14-20, 23, 26-27; **'314 Patent File** | "non-small cell lung cancer having a T790M mutation in SEQ ID NO: 1 that has progressed after initiation of treatment with gefitinib and/or erlotinib"  Indefinite | **'162 Patent** at Abstract, FIGS. 1A-1B, 2A, 2C, 6, 3:24–3:32, 3:37–41, 3:48–60, 3:65–4:42, 4:46–5:21, 5:24–28, 6:9–14, 6:34–38, 6:44–49, 6:62–65, 7:60–8:33, 13:59–60, 14:8–26, 15:6–64, 16:25–37, 17:44–53, 17:58–65, 18:1–5, Claim 1;  **'314 Patent File History:** July 31, 2007 Claims at Claim 1. |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | **History**, 7/31/2007 original claims; 4/9/2010 office action at 5-6; 7/14/2010 amendment at 2-19; 9/14/2010 office action at 4-5, 13-23, 26, 28; 10/13/2010 amendment at 2-7; 9/27/2013 office action at 3-5, 8,10; 2/27/2014 amendment and response at 2-8; 5/2/2014 office action at 2, 3, 5, 10; 8/20/2014 amendment and response at 2-4; 9/29/2014 office action at 3-8; 3/30/2015 response at 2-9; 5/21/2015 office action at 7, 12-13, 15-18; 9/10/2015 Notice of Allowance; 3/9/2016 response at 4-6; 8/1/2016 amendment and response at 2-7; 9/26/2016 office action at 2-11, 15-17; 12/27/2016 amendment and response at 2-8; 2/23/2018 response and amendment at 2-3; | | |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | 12/17/2019 at 2, 5; 1/30/2020 Notice of Allowance; **'162 Patent File History** at 7/11/2016 original claims and Preliminary Amendment at 3; 8/12/2016 office action at 4-5, 10; 11/14/2016 amendment and response at 2-6; 1/24/2017 office action at 7; 7/24/2017 amendment and response at 2-5; 8/17/2017 advisory action at 2-3 of continuation sheet; 2/22/2018 amendment and response at 2-4; 6/8/2018 office action at 4-8, 12/7/2018 response at 2, 6-12; 10/28/2019 amendment and response at 2-4. | | |
| **"a pharmaceutical composition comprising a unit dosage"** | '314(1) '162(1) | This term requires no construction. If the court is inclined to construe the term: Physically discrete units suitable as | **'314 Patent** at 8:45–53, 9:30-59, 10:8-25, 11:42-57, 13:14–25, Claim 1; **'162 Patent** at Claim 1; **'483 Application** at [0039-0041], [0044- | "a pharmaceutical composition comprising a physically discrete unit suitable as unitary dosage for | **'314 Patent** at 3:5–9, 7:26–36, 8:45–53, 9:30–46, 13:14–25, Claim 1; **'162 Patent** at 3:10–12, 7:29–39, |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | unitary dosage for the subject, each unit containing a predetermined quantity of active material calculated to produce the desired therapeutic effect in association with the required diluents; i.e., carrier, or vehicle. | 0045], [0054-0055]; **'989 Application** at [0039-0041], [0044-0045], [0054-0055]; **'058 Publication** at [0043-0045], [0048-0049], [0058-0059]; **'314 Patent File History**, 12/27/2016 response and amendment at 3-9; 7/28/2017 amendment and response at 2-7; 8/16/2017 advisory action continuation sheet at 1-4; 2/23/2018 response at 5-7; 12/13/2018 response at 4-5; 8/14/2019 amendment and response at 2, 6-10; 1/30/2020 Notice of Allowance; **'162 Patent File History**, 8/17/2017 examiner interview summary at 1; 2/22/2018 amendment and response at 2-3; 2/8/2019 office action at 5; 5/7/2019 amendment and response | the patient, each unit containing an effective amount of the irreversible inhibitor in association with the required diluents; i.e. carrier, or vehicle. An effective amount is an amount that results in a beneficial effect for at least a statistically significant fraction of patients considering both its pharmacologic effectiveness and its physiological safety" | 8:48–56, 9:36–50, 13:15–26, Claim 1; **'314 Patent File History:** July 28, 2017 Amendment and Response at 2–8, February 23, 2018 Response at 2–8, December 13, 2018 Response at 4–6, August 14, 2019 Amendment and Response at 2–12. |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | at 2, 5-8; 12/30/2019 Notice of Allowance. | | |
| **"irreversible epidermal growth factor receptor (EGFR) inhibitor that covalently binds to cysteine 773 residue in the ligand-binding pocket of EGFR or cysteine 805 residue in the ligand-binding pocket of erb-B2"** | '314(1) | A low molecular weight N-(heteroaryl)-aniline compound having a Michael acceptor that covalently binds to cysteine 773 residue in the ligand-binding pocket of EGFR or cysteine 805 residue in the ligand-binding pocket of erb-B2 | **'314 Patent** at Abstract, 1:17-22, 1:51-63, 2:10-26, 2:31-32, 2:39-3:36, 3:43-59, 4:32-6:30, 7:10-42, 7:49-50, 12:24-12:35, 12:52-63, 13:3-13, 13:50-58, 15:8-18:67, 16:9-28, 17:21-27, 18:7-48, 20:60-64, 3-6, 13, 15-16, Figures 1A-6, Claims 1-4; **'162 Patent** Claims 1-4; **'483 Application** at [003], [005], [007-0010], [0013], [0017-0018], [0020], [0022], [0033], [0063-0070], 18-22, Figures 3-4, Claims 1, 2; **'989 Application** at [003], [005], [007-0010], [0013], [0017-0018], [0020], [0022], [0033], [0063-0070], 18-22, 25-28, 32-37, 40-47, Figures 3-4, 7A-7C, 8B, 9A-9B, Claims 1, 2; **'058 Publication** at Abstract, | "a compound that permanently inhibits EGFR and covalently binds to cysteine 773 residue in the ligand-binding pocket of EGFR or cysteine 805 residue in the ligand-binding pocket of erb-B2" | **'314 Patent** at 2:41–46, 2:57–62, 3:3–18, 3:57–59, 6:14–30, 7:15–20, 13:3–13, 16:49–53, 16:58–49, 18:29–49, Claim 1; **'314 Patent File History:** July 14, 2010 Amendment and Response at 2–19; March 9, 2016 Response at 2–7, August 1, 2016 Amendment and Response at 2–7, December 27, 2016 Amendment and Response at 3–9, February 23, 2018 at 2–8 and attached Declaration. |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | [003], [005], [007-0010], [0013-0014], [0021-0028], [0031-0032], [0067], [0069], [0073], [0079-0088], [0090-0091], Figures 1A-6, Claims 1-3, 11-13, 23-25; **'314 Patent File History**, 7/31/2007 original claims; 4/9/2010 office action at 2-9; 7/14/2010 amendment at 2-19; 9/14/2010 office action at 2, 4-5, 7-11, 13-28; 10/13/2010 amendment at 2-7; 9/27/2013 office action at 2-10; 2/27/2014 response and amendment at 2-8; 5/2/2014 office action at 2-10; 8/20/2014 amendment and response at 2-4; 9/29/2014 office action at 3-8; 3/30/2015 response at 4-9; 5/21/2015 office action at 7, 12-13, 15-18; 8/20/2015 response at 4-5; 9/10/2015 Notice of | | |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | Allowance; 12/9/2015 office action at 2-5; 3/9/2016 response at 4-6; 5/9/2016 office action at 5-7, 9; 8/1/2016 response and amendment at 2-7; 9/26/2016 office action at 2-11, 15-17; 12/27/2016 response and amendment at 2-9; 3/28/2017 office action at 7-9; 7/28/2017 amendment and response at 2-7; 6/14/2018 office action at 9-11; 12/13/2018 response at 4-6; 8/14/2019 amendment and response at 2-3, 8-10; 9/17/2019 office action at 2, 5; 12/17/2019 amendment and response at 2, 5; 1/30/2020 Notice of Allowance; **'162 Patent File History**, 7/11/2016 original claims and Preliminary Amendment at 3; 8/12/2016 office action at 2-9; 11/14/2016 amendment and response | | |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | at 2-6; 1/24/2017 office action at 7; 7/24/2017 amendment and response at 2-5; 8/17/2017 advisory action at 2-3 of continuation sheet; 2/22/2018 amendment and response at 2-4; 6/8/2018 office action at 4-8; 12/7/2018 response at 5-12; 2/8/2019 office action at 4-8; 5/7/2019 amendment and response at 2, 5-10; 6/27/2019 office action at 7-8; 10/10/2019 applicant initiated interview summary at 3 (continuation sheet); 10/28/2019 amendment and response at 3, 5-6; 12/30/2019 Notice of Allowance; 1/29/2020 Notice of Allowance. | | |
| "irreversible EGFR inhibitor that covalently binds to cysteine | '162(1) | A low molecular weight N-(heteroaryl)-aniline compound having a Michael | '314 Patent at Abstract, 1:17-22, 1:51-63, 2:10-26, 2:31-32, 2:39-3:36, 3:43-59, 4:32-6:30, 7:10- | "a compound that permanently inhibits EGFR and covalently binds to | '162 Patent at 2:45–51, 2:62–67, 3:8–23, 3:62–64, 6:18–33, 7:18–23, |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| **773 of the catalytic domain within the SEQ ID NO: 1 having a T790M mutation"** | | acceptor that covalently binds to cysteine 773 of the catalytic domain within the SEQ ID NO: 1 having a T790M mutation | 42, 7:49-50, 12:24-12:35, 12:52-63, 13:3-13, 13:50-58, 15:8-18:67, 16:9-28, 17:21-27, 18:7-48, 20:60-64, 3-6, 13, 15-16, Figures 1A-6, Claims 1-4; **'162 Patent** Claims 1-4; **'483 Application** at [003], [005], [007-008], [0010], [0013], [0017-0018], [0020], [0022], [0033], [0063-0070], 18-22, Figures 3-4, Claims 1, 2; **'989 Application** at [003], [005], [007-0010], [0013], [0017-0018], [0020], [0022], [0033], [0063-0070], 18-22, 25-28, 32-37, 40-47, Figures 3-4, 7A-7C, 8B, 9A-9B, Claims 1, 2; **'058 Publication** at Abstract, [003], [005], [007-0010], [0013-0014], [0021-0028], [0031-0032], [0067], [0069], [0073], [0079-0088], [0090-0091], Figures 1A-6, Claims 1-3, 11-13, 23- | cysteine 773 of the catalytic domain within the SEQ ID NO: 1 having a T790M mutation" | 13:4–14, 16:44–48, 16:53–43, 18:23–42, Claim 1; **'314 Patent File History:** July 14, 2010 Amendment and Response at 2–19; March 9, 2016 Response at 2–7, August 1, 2016 Amendment and Response at 2–7, December 27, 2016 Amendment and Response at 3–9, February 23, 2018 Response at 2–8 and attached Declaration; **'162 Patent File History:** August 12, 2016 Non-Final Rejection at 2–11, November 14, 2016 Amendment and Response at 2–7. |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | 25; **'314 Patent File History**, 7/31/2007 original claims; 4/9/2010 office action at 2-9; 7/14/2010 amendment at 2-19; 9/14/2010 office action at 2, 4-5, 7-11, 13-28; 10/13/2010 amendment at 2-7; 9/27/2013 office action at 2-10; 2/27/2014 response and amendment at 2-8; 5/2/2014 office action at 2-10; 8/20/2014 amendment and response at 2-4; 9/29/2014 office action at 3-8; 3/30/2015 response at 4-9; 5/21/2015 office action at 7, 12-13, 15-18; 8/20/2015 response at 4-5; 9/10/2015 Notice of Allowance; 12/9/2015 office action at 2-5; 3/9/2016 response at 4-6; 5/9/2016 office action at 5-7, 9; 8/1/2016 response and amendment at 2-7; 9/26/2016 office action at | | |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | 2-11, 15-17; 12/27/2016 response and amendment at 2-9; 3/28/2017 office action at 7-9; 7/28/2017 amendment and response at 2-7; 6/14/2018 office action at 9-11; 12/13/2018 response at 4-6; 8/14/2019 amendment and response at 2-3, 8-10; 9/17/2019 office action at 2, 5; 12/17/2019 amendment and response at 2, 5; 1/30/2020 Notice of Allowance; **'162 Patent File History**, 7/11/2016 original claims and Preliminary Amendment at 3; 8/12/2016 office action at 2-9; 11/14/2016 amendment and response at 2-6; 1/24/2017 office action at 7; 7/24/2017 amendment and response at 2-5; 8/17/2017 advisory action at 2-3 of continuation sheet; 2/22/2018 amendment | | |

| Claim Term(s) | Patent(s) (Claim(s)) | Plaintiffs' Proposed Construction | Plaintiffs' Cited Intrinsic Evidence | Defendants' Proposed Construction | Defendants' Cited Intrinsic Evidence |
|---|---|---|---|---|---|
| | | | and response at 2-4; 6/8/2018 office action at 4-8; 12/7/2018 response at 5-12; 2/8/2019 office action at 4-8; 5/7/2019 amendment and response at 2, 5-10; 6/27/2019 office action at 7-8; 10/10/2019 applicant initiated interview summary at 3 (continuation sheet); 10/28/2019 amendment and response at 3, 5-6; 12/30/2019 Notice of Allowance; 1/29/2020 Notice of Allowance. | | |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Megan E. Dellinger
_____
Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Megan E. Dellinger (#5739)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Puma Biotechnology, Inc. and Wyeth LLC*

OF COUNSEL:

Steven N. Geise
Anthony M. Insogna
Meredith A. Stewart
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121-3134
(858) 314-1200

Gasper J. LaRosa
Lisamarie LoGiudice
JONES DAY
250 Vesey Street
New York, NY  10281
(212) 326-3939

Jason Winchester
JONES DAY
110 N. Upper Wacker Drive, Suite 4800
Chicago, IL  60606
(312) 782-3939

SHAW KELLER LLP

/s/ Emily S. DiBenedetto
_____
Karen E. Keller (#4489)
Andrew E. Russell (#5382)
Nathan R. Hoeschen (#6232)
Emily S. DiBenedetto (#6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca AB*

OF COUNSEL:

Christopher Sipes
Einar Stole
Megan Keane
Kaveh Saba
Priscilla Dodson
Ashley Winkler
Melissa Keech
Tobias Ma
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-6000

Shehla Wynne*
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939
*Admitted in New York; not admitted in
District of Columbia; practice limited to cases
in federal court and agencies

Attorneys for Puma Biotechnology, Inc.

Sara T. Horton
Ren-How Harn
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406
(312) 728-9040

Attorneys for Wyeth LLC

December 8, 2022