IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1338-MFK |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) | |
| Defendants. | ) ) ) | |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) ) | |
| Counterclaim-Defendants. | ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on December 14, 2022, the following documents were served on Puma-TagrissoLitigation@jonesday.com and the persons listed below in the manner indicated:

1) Defendants' Third Set of Interrogatories (Nos. 13-15)

**BY EMAIL**

Jack B. Blumenfeld
Megan E. Dellinger
Rodger D. Smith, II
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
mdellinger@morrisnichols.com
rsmith@morrisnichols.com
*Attorneys for Plaintiffs*

Sara T. Horton
Ren-How Harn
WILKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406
(312) 728-9040
shorton@willkie.com
rharn@willkie.com
*Attorneys for Plaintiff Wyeth LLC*

Shehla Wynne
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
(202) 879-3939
swynne@jonesday.com
*Attorneys for Plaintiff Puma Biotechnology, Inc.*

Steven N. Geise
Anthony M. Insogna
Meredith A. Stewart
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
(858) 314-1200
sngeise@jonesday.com
aminsogna@jonesday.com
meredithstewart@jonesday.com
*Attorneys for Plaintiff Puma Biotechnology, Inc.*

Gasper J. LaRosa
Lisamarie LoGuidice
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
gjlarosa@jonesday.com
llogiudice@jonesday.com
*Attorneys for Plaintiff Puma Biotechnology, Inc.*

Jason G. Winchester
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
(312) 782-3939
jgwinchester@jonesday.com
*Attorneys for Plaintiff Puma Biotechnology, Inc.*

OF COUNSEL:
Christopher N. Sipes
Einar Stole
Megan P. Keane
Kaveh V. Saba
Pricilla Dodson
Melissa Keech
Ashley Winkler
Tobias Ma
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Dated: December 14, 2022

/s/ Emily S. DiBenedetto
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca AB*