IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1338-MFK |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) | |
| Defendants. | ) ) | |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) | |
| Counterclaim-Plaintiffs, | ) ) | |
| v. | ) ) | |
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) | |
| Counterclaim-Defendants. | ) | |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on December 21, 2022, the following documents were served on Puma-TagrissoLitigation@jonesday.com, wyeth-tagrissolitigation@willkie.com, and the persons listed below in the manner indicated:

1) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Jeffrey E. Settleman

2) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Sridhar Krishna Rabindran

3) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Raffaella Sordella

4) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Daphne Winifred Bell

5) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Eunice L. Kwak

**BY EMAIL**
Megan E. Dellinger
Rodger D. Smith, II
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
mdellinger@morrisnichols.com
rsmith@morrisnichols.com

|  |  |
|---|---|
| OF COUNSEL:<br><br>Christopher N. Sipes<br>Einar Stole<br>Megan P. Keane<br>Kaveh V. Saba<br>Pricilla Dodson<br>Melissa Keech<br>Ashley Winkler<br>Tobias Ma<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000 | /s/ Andrew E. Russell<br>Karen E. Keller (No. 4489)<br>Andrew E. Russell (No. 5382)<br>Nathan R. Hoeschen (No. 6232)<br>Emily S. DiBenedetto (No. 6779)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com<br>*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca AB* |

Dated: December 27, 2022