IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, <br><br>   Plaintiffs/Counterclaim-Defendants, <br><br>       v. <br><br>ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, <br><br>   Defendants/Counterclaim-Plaintiffs. | C.A. No. 21-1338-MFK |

## STIPULATION AND [PROPOSED] ORDER TO
## EXTEND CERTAIN DEADLINES

WHEREAS Puma Biotechnology, Inc. and Wyeth LLC (collectively, "Plaintiffs Counterclaim-Defendants") and AstraZeneca Pharmaceuticals LP and AstraZeneca AB (collectively, "Defendants Counterclaim-Plaintiffs") request an extension of the deadlines of the Scheduling Order entered on February 16, 2022 (D.I. 30).

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, to amend the Scheduling Order as follows:

| Event | Current Deadline | Proposed New Date |
|---|---|---|
| Fact discovery closes | March 24, 2023 | May 5, 2023 |
| Parties to serve opening expert reports by party with initial burden of proof | May 19, 2023 | June 30, 2023 |
| Parties to serve rebuttal expert reports | June 30, 2023 | August 11, 2023 |
| Parties to serve reply expert reports | August 11, 2023 | September 15, 2023 |
| Expert discovery closes | September 22, 2023 | October 20, 2023 |

1

No other deadlines set forth in the February 16, 2022 Order (D.I. 30) are altered by way of this Stipulation.

| | |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Andrew E. Russell* |
| Jack B. Blumenfeld (No. 1014) | Karen E. Keller (No. 4489) |
| Rodger D. Smith, II (No. 3778) | Andrew E. Russell (No. 5382) |
| Megan E. Dellinger (No. 5739) | Nathan R. Hoeschen (No. 6232) |
| MORRIS, NICHOLS, ARSHT | Emily S. DiBenedetto (No. 6779) |
| & TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | kkeller@shawkeller.com |
| rsmith@morrisnichols.com | arussell@shawkeller.com |
| mdellinger@morrisnichols.com | nhoeschen@shawkeller.com |
| | edibenedetto@shawkeller.com |
| *Attorneys for Puma Biotechnology, Inc. and Wyeth LLC* | *Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca AB* |

Dated: February 17, 2023

SO ORDERED this \_\_\_\_ day of _____, 2023.

_____
United States District Judge