IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) |
| Plaintiffs/Counterclaim-Defendants, | ) ) |
| v. | ) ) C.A. No. 21-1338-MFK ) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) |
| Defendants/Counterclaim-Plaintiffs. | ) ) |

**NOTICE OF SERVICE**

PLEASE TAKE NOTICE that on April 19, 2023, the following document was served on Puma-TagrissoLitigation@jonesday.com, Wyeth-TagrissoLitigation@willkie.com, and the persons listed below in the manner indicated:

1) Defendants' Fifth Set of Interrogatories (Nos. 19-24)

**BY EMAIL**
Rodger D. Smith, II
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT
 & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
mdellinger@morrisnichols.com

|  |  |
|---|---|
| | /s/ Emily S. DiBenedetto |
| | Karen E. Keller (No. 4489) |
| OF COUNSEL: | Andrew E. Russell (No. 5382) |
| Christopher N. Sipes | Nathan R. Hoeschen (No. 6232) |
| Einar Stole | Emily S. DiBenedetto (No. 6779) |
| Megan P. Keane | SHAW KELLER LLP |
| Kaveh V. Saba | I.M. Pei Building |
| Pricilla Dodson | 1105 North Market Street, 12th Floor |
| Melissa Keech | Wilmington, DE 19801 |
| Ashley Winkler | (302) 298-0700 |
| Tobias Ma | kkeller@shawkeller.com |
| COVINGTON & BURLING LLP | arussell@shawkeller.com |
| One CityCenter | nhoeschen@shawkeller.com |
| 850 Tenth Street NW | edibenedetto@shawkeller.com |
| Washington, DC 20001-4956 | *Attorneys for AstraZeneca Pharmaceuticals* |
| (202) 662-6000 | *LP and AstraZeneca AB* |

Dated: April 20, 2023