IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) |
| Plaintiffs/Counterclaim-Defendants, | ) ) |
| v. | ) )   C.A. No. 21-1338-MFK |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) ) |
| Defendants/Counterclaim-Plaintiffs. | ) |

**STIPULATION AND [PROPOSED] ORDER TO
EXTEND CERTAIN DEADLINES**

WHEREAS, Puma Biotechnology, Inc. and Wyeth LLC (collectively, "Plaintiffs/Counterclaim-Defendants") and AstraZeneca Pharmaceuticals LP and AstraZeneca AB (collectively, "Defendants/Counterclaim-Plaintiffs") request an extension of the deadlines of the Scheduling Order entered on February 16, 2022 (D.I. 30), and the Stipulation and Proposed Order filed on April 7, 2023 (D.I. 134).

THE PARTIES HEREBY STIPULATE AND AGREE, subject to the approval of the Court, to amend the Scheduling Order as follows:

| Event | Current Deadline | Proposed New Date |
|---|---|---|
| Defendants/Counterclaim-Plaintiffs to complete production of documents pursuant to the Court's June 15, 2023 Order as to the enforced Requests for Production | N/A | By July 7, 2023 |
| Defendants/Counterclaim-Plaintiffs to supplement interrogatory responses | N/A | By July 10, 2023 |

1

| Event | Current Deadline | Proposed New Date |
|---|---|---|
| pursuant to the Court's June 15, 2023 Order as to the enforced Interrogatories | | |
| Defendants/Counterclaim-Plaintiffs to make available their witnesses pursuant to the Court's June 15, 2023 Order as to the enforced 30(b)(6) Topics | N/A | July 20, 2023 |
| Parties to serve opening expert reports by party with initial burden of proof | July 14, 2023 | July 28, 2023 |
| Parties to serve rebuttal expert reports | August 25, 2023 | September 8, 2023 |
| Disclosure of expert availability for deposition | N/A | September 15, 2023 |
| Parties to serve reply expert reports | September 22, 2023 | October 6, 2023 |
| Expert discovery closes | October 27, 2023 | November 17, 2023 |
| Parties to file any case dispositive motions and any *Daubert* motions | November 17, 2023 | December 8, 2023 |
| Parties to file answering briefs for dispositive and *Daubert* motions | December 15, 2023 | January 12, 2024 |
| Parties to file reply briefs for dispositive and *Daubert* motions | January 19, 2024 | February 2, 2024 |

No other deadlines set forth in the February 16, 2022 Order (D.I. 30) are altered by way of this Stipulation.

| | |
|---|---|
| */s/ Megan E. Dellinger* | */s/ Karen E. Keller* |
| Jack B. Blumenfeld (No. 1014) | Karen E. Keller (No. 4489) |
| Rodger D. Smith, II (No. 3778) | Andrew E. Russell (No. 5382) |
| Megan E. Dellinger (No. 5739) | Nathan R. Hoeschen (No. 6232) |
| MORRIS, NICHOLS, ARSHT | Emily S. DiBenedetto (No. 6779) |
|  & TUNNELL LLP | SHAW KELLER LLP |
| 1201 North Market Street | I.M. Pei Building |
| P.O. Box 1347 | 1105 North Market Street, 12th Floor |
| Wilmington, DE 19899 | Wilmington, DE 19801 |
| (302) 658-9200 | (302) 298-0700 |
| jblumenfeld@morrisnichols.com | kkeller@shawkeller.com |
| rsmith@morrisnichols.com | arussell@shawkeller.com |
| mdellinger@morrisnichols.com | nhoeschen@shawkeller.com |
| *Attorneys for Puma Biotechnology, Inc.* | edibenedetto@shawkeller.com |
| *and Wyeth LLC* | *Attorneys for AstraZeneca Pharmaceuticals* |
| | *LP and AstraZeneca AB* |

Dated: July 7, 2023

       SO ORDERED this \_\_\_\_ day of _____, 2023.

                                                           _____
                                                           United States District Judge