IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) C.A. No. 21-1338 (MFK) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) |
| Defendants. | ) |

## PLAINTIFFS' MOTION TO ENFORCE THE COURT'S JUNE 15 ORDER

Plaintiffs Puma Biotechnology, Inc. and Wyeth LLC (collectively "Plaintiffs"), by and through the undersigned attorneys, respectfully move pursuant to Fed. R. Civ. P. 26 and 37 for an order enforcing the Court's June 15 Order that compelled Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca AB (collectively "AstraZeneca") to produce materials, information, and testimony responsive to Plaintiffs' Requests for Production Nos. 12, 25-26, and 61, Interrogatory Nos. 8-10 and 16, and Topic Nos. 2, 16, and 20.

Plaintiffs' Opening Brief in Support of their Motion to Enforce, filed concurrently herewith, sets forth the grounds for this motion. A proposed order is attached.

Plaintiffs have, in accordance with Fed. R. Civ. P. 37, D. Del. LR 7.1.1, and the Court's judicial preferences regarding discovery disputes, consulted in good faith with AstraZeneca's counsel through correspondence and teleconferences in an effort to resolve Plaintiffs' issues with respect to AstraZeneca's failure to comply with the Court's June 15 Order, but the Parties' efforts over the past several weeks have been unsuccessful.

The Parties' most recent effort to meet and confer occurred on July 28, 2023, at 11:00 a.m. ET. Attending the teleconference for Plaintiffs were John Evans, Rodger Smith,

Jeffrey Messing, and Henry Thomas.  Attending the teleconference for AstraZeneca were Megan Keane, Alex Trzeciak, Ashley Winkler, and Nathan Hoeschen.  During the meet and confer, Plaintiffs explained to AstraZeneca why AstraZeneca's unilateral narrowing of its subject matter waiver was improper.  Despite these efforts and despite subsequent correspondence between the Parties, the Parties were unable to resolve their differences.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

OF COUNSEL:

Steven N. Geise
Anthony M. Insogna
Meredith A. Stewart
Miguel A. Alvarez
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA  92121-3134
(858) 314-1200

Gasper J. LaRosa
Lisamarie LoGuidice
JONES DAY
250 Vesey Street
New York, NY  10281
(212) 326-3939

Jason G. Winchester
Michelle B. Smit
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL  60606
(312) 782-3939

John C. Evans, Ph.D.
JONES DAY
North Point 901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Megan E. Dellinger (#5739)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
mdellinger@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

Shehla Wynne
Daniele San Román
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC  20001-2113
(202) 879-3939

*Attorneys for Puma Biotechnology, Inc.*

August 2, 2023

## CERTIFICATE OF COMPLIANCE WITH D. DEL. LR 7.1.1

Pursuant to D. Del. LR 7.1.1, and this Court's procedures, I hereby certify that Plaintiffs consulted in good faith with AstraZeneca's counsel through teleconferences[1] (as well as correspondence), in which Delaware counsel for the Parties' were involved, regarding the discovery at issue in this motion, and made a reasonable effort to resolve Plaintiffs' issues with respect to deficiencies in AstraZeneca's responses to Plaintiffs' discovery requests, but the Parties' efforts over the past several weeks have been unsuccessful.

*/s/ Rodger D. Smith*

Rodger D. Smith II (#3778)

---

[1] The Parties' most recent effort to meet and confer occurred on July 28, 2023, at 11:00 a.m. ET.  Attending the teleconference for Plaintiffs were John Evans, Rodger Smith, Jeffrey Messing, and Henry Thomas.  Attending the teleconference for AstraZeneca were Megan Keane, Alex Trzeciak, Ashley Winkler, and Nathan Hoeschen.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   C.A. No. 21-1338 (MFK) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) |
| Defendants. | ) ) |

### **[PROPOSED] ORDER**

This _____ day of _____, 2023, upon consideration of Plaintiffs' Motion to Enforce the Court's June 15 Order ("Plaintiffs' Motion"); and all responses and replies thereto;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is **GRANTED**. The Court holds that:

- AstraZeneca must re-produce its July 7 Production with all redactions removed.

- AstraZeneca must produce all withheld documents that the Court Ordered AstraZeneca to produce in its June 15 Order.

- AstraZeneca must supplement its responses to Plaintiffs' Interrogatory Nos. 8-10 and 16 as required by the Court's June 15 Order.

- AstraZeneca must produce a new Rule 30(b)(6) witness adequately prepared to testify regarding the full scope of Topic Nos. 2, 16, and 20 in view of AstraZeneca's supplemental production as required by the Court's June 15 Order, all no later than August 30, 2023.

_____
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2023, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 2, 2023, upon the following in the manner indicated:

Karen E. Keller, Esquire  *VIA ELECTRONIC MAIL*
Andrew E. Russell, Esquire
Nathan R. Hoeschen, Esquire
Emily DiBenedetto, Esquire
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE  19801
*Attorneys for Defendants*

Christopher Sipes, Esquire  *VIA ELECTRONIC MAIL*
Einar Stole, Esquire
Kaveh Saba, Esquire
Priscilla Dodson, Esquire
Megan Keane, Esquire
Ashley Winkler, Esquire
Melissa Keech, Esquire
Elaine Nguyen, Esquire
Tobias Ma, Esquire
Alexander Trzeciak, Esquire
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001
*Attorneys for Defendants*

*/s/ Rodger D. Smith*

Rodger D. Smith II (#3778)