IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 21-1338 (MFK) |

**JOINT STATUS REPORT**

Pursuant to the Court's Order dated July 10, 2023, the parties hereby submit this joint status report.

**1.    Fact Discovery**

*Plaintiffs' Position*.  Fact discovery closed on May 19, 2023.  However, there remains outstanding fact discovery to be produced by AstraZeneca to comply with the Court's Orders of June 15, 2023 (D.I. 200) and August 23, 2023 (Minute Entry).  On August 23, the Court further explained its earlier June 15 ruling enforcing certain of Plaintiffs' Requests for Production, Interrogatories, and Rule 30(b)(6) topics to make clear "that [in] enforcing certain discovery requests relating to the 'Patents in Suit' and 'Asserted Patents' [the Court] intended to require production of information concerning the US patent applications that directly led to the issuance of the two patents in suit" (Aug. 23, 2023, Minute Entry).

As of the date of this Joint Status Report, AstraZeneca has not produced any additional documents or information in response to the Court's Orders.  Plaintiffs have asked what efforts AstraZeneca has made or is making to comply, whether and when additional responsive documents and information will start being produced, and when those efforts will be completed.

That information has not been provided. Plaintiffs repeatedly asked AstraZeneca to at least reproduce its July 7 production of 113 documents immediately, removing any redactions made based on AstraZeneca's prior position that it was not required to produce any information about the applications that led to the Patents-in-Suit, which the Court has clarified was incorrect. AstraZeneca responded this morning with the information in its position statement below, indicating that none of the information that it redacted from the July 7 production related to the applications that led to the Patents-in-Suit, because all of those documents came after the Notices of Allowance for the Patents-in-Suit had issued. AstraZeneca also responded this morning to Plaintiffs' request for a meet and confer to discuss the outstanding fact discovery issues, including AstraZeneca's search for and production of documents and information created before the Notices of Allowance issued. That discussion is scheduled to take place on Thursday, September 14, at 10 am Central.

*AstraZeneca's Position.* AstraZeneca fully complied with the Court's June 15, 2023 Order (D.I. 200) granting in part and denying in part Plaintiffs' Second Motion to Compel, as explained through briefing to the Court in response to Plaintiffs' Motion to Enforce (D.I. 235). On August 23, the Court clarified the June 15 Order, stating that "[t]he Court clarifies that enforcing certain discovery requests relating to the 'Patents in Suit' and 'Asserted Patents' it intended to require production of information concerning the US patent applications that directly led to the issuance of the two patents in suit." (Aug. 23, 2023, Minute Entry). As AstraZeneca repeatedly informed Plaintiffs, in the 2.5 weeks since the Court's clarification, AstraZeneca has been diligently searching to discover what (if any) additional information responsive to the Court's clarification that has not been produced to Plaintiffs. To the extent any is found, AstraZeneca has ensured Plaintiffs that it will promptly supplement its discovery responses.

Plaintiffs provided AstraZeneca with a draft of this Joint Status Report, including their position statement above, on Friday afternoon (September 8). AstraZeneca promptly responded on Monday morning (September 11), again explaining that we are working to discover whether additional enforced, unproduced information exists. AstraZeneca also again explained that AstraZeneca has already produced the enforced information following the Notices of Allowance of the Patents-in-Suit. To the extent there was any enforced information about the U.S. patent applications after the Patents-in-Suit were allowed in the documents that AstraZeneca produced it was not redacted. Although it is not clear to AstraZeneca what more Plaintiffs seek, AstraZeneca has agreed to meet and confer with Plaintiffs this week.

**2.     Expert Discovery**

Pursuant to the Scheduling Order, the parties served opening expert reports on issues for which they bear the initial burden of proof on July 28, 2023, and served rebuttal expert reports on September 8, 2023. The parties will disclose the availability of their experts for deposition on September 15, 2023, followed by reply expert reports on October 6, 2023. Expert discovery closes November 17, 2023.

**3.     Pending Motions**

On *August* 17, 2023, Plaintiffs filed a Motion for Judgment on the Pleadings on Defendants' Fifth Affirmative Defense Pursuant to Fed. R. Civ. P. 12(c) and 12(h) and to Strike the Related Expert Report of Teresa Stanek Rea. D.I. 240. That motion is now fully briefed. The parties are available for argument on the motion if it would be useful to the Court.

**4.     Settlement Discussions**

Although the parties engaged in preliminary, pre-suit discussions, no further discussions regarding a resolution of the parties' dispute have taken place since the case was filed.

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| */s/ Rodger D. Smith II* | */s/ Emily S. DiBenedetto* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Megan E. Dellinger (#5739)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>mdellinger@morrisnichols.com<br>tmurray@morrisnichols.com | Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>jcastellano@shawkeller.com<br>nhoeschen@shawkeller.com |
| *Attorneys for Counterclaim Defendants* | *Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca AB* |
| OF COUNSEL:<br><br>Steven N. Geise<br>Anthony M. Insogna<br>Meredith A. Stewart<br>Miguel A. Alvarez<br>JONES DAY<br>4655 Executive Drive<br>Suite 1500<br>San Diego, CA 92121-3134<br>(858) 314-1200<br><br>Gasper J. LaRosa<br>Lisamarie LoGiudice<br>JONES DAY<br>250 Vesey Street<br>New York, NY 10281<br>(212) 326-3939<br><br>Jason Winchester<br>Michelle B. Smit<br>Jeffrey S. Messing<br>JONES DAY<br>110 N. Wacker, Suite 4800<br>Chicago, Illinois 60606<br>(312) 782-3939 | OF COUNSEL:<br><br>Christopher Sipes<br>Einar Stole<br>Megan Keane<br>Kaveh Saba<br>Pricilla Dodson<br>Alexander Trzeciak<br>Ashley Winkler<br>Melissa Keech<br>Tobias Ma<br>Elaine Nguyen<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC 20001-4956<br>(202) 662-6000 |

4

John C. Evans
JONES DAY
901 Lakeside Avenue
Cleveland, Ohio 44114
(216) 586-3939

Shehla Wynne
Daniele San Román
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001-2113
(202) 879-3939

*Attorneys for Puma Biotechnology, Inc.*

Sara T. Horton
Ren-How Harn
Henry C. Thomas
WILLKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406
(312) 728-9040

*Attorneys for Wyeth LLC*

September 11, 2023