IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | C.A. No. 21-1338 (MFK) |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) ) ) ) | |
| Defendants. | ) | |

**STIPULATION AND ORDER**
**REGARDING PREPARATION OF FINAL PRETRIAL ORDER**

The parties hereby stipulate and agree, subject to the approval of the Court, that the Final Pretrial Order in this case will be prepared according to Judge Kennelly's Final Pretrial Order requirements ("Judge Kennelly's PTO Requirements"),[1] subject to the modifications included below. The schedule below will govern deadlines prior to the Pretrial Conference on Tuesday, April 30, 2024, beginning at 9:30 am ET (*see* D.I. 30)[2]:

| Event | Date (All exchanges to occur at 9:00 pm ET unless otherwise noted) |
|---|---|
| Initial Exchange of Pretrial Disclosures for the Pretrial Order (hereinafter "Joint PTO") pursuant to Judge Kennelly's PTO Requirements unless otherwise noted as detailed below: | Wednesday, March 6, 2024 |

---

[1] Preparation of Final Pretrial Order for civil cases before Judge Kennelly (Revised 11/2020), available at: https://www.ilnd.uscourts.gov/_assets/_documents/_forms/_judges/KENNELLY/FinalPretrialOrder.pdf

[2] This stipulation supersedes the requirements of the Scheduling Order (D.I. 30) at paragraph 24 regarding Motions *in Limine* and paragraph 26 regarding Jury Instructions, Voir Dire and Special Verdict Forms.

| Event | Date (All exchanges to occur at 9:00 pm ET unless otherwise noted) |
|---|---|
| **Parties Exchange:**<br>• Lists of exhibits (Judge Kennelly's PTO Requirements, ¶ 5),<br>   o Including columns for exhibit number, document description, document confidentiality designation under the Protective Order (D.I. 40), beginning bates, ending bates, and objections<br>   o Exhibit lists to be exchanged between the parties in native Excel files<br>   o Exception to Judge Kennelly's Requirements: this exchange need not include demonstratives. The parties have agreed to negotiate in good faith as to the identification and exchange of demonstratives closer to trial, and the parties will document that arrangement in their submission of the Joint PTO<br>• Electronic copies of exhibits<br>   o Exhibits are to be stamped with trial exhibit number and page number on each page, and should be searchable. Native versions of exhibits should be provided where applicable<br>• Witness lists (Judge Kennelly's PTO Requirements, ¶ 4)<br>   o Including a list of all witnesses: (a) who will be called; (b) who may be called; and (c) whose deposition will be used<br>   o If by deposition, a list of deposition designations (including a .csv file(s) with all designations) (*id.*, ¶ 4(b), subsection(a))<br><br>**Plaintiffs Provide:**<br>• Draft Joint PTO, including the following:<br>   o Jurisdiction (Judge Kennelly's PTO Requirements, ¶ 1)<br>   o Claims (*id.*, ¶ 2)<br>   o Relief Sought (*id.*, ¶ 3)<br>   o Witnesses (*id.*, ¶ 4)<br>   o Exhibits (*id.*, ¶ 5)<br>   o Type and Length of trial (*id.*, ¶ 6)<br>   o Proposed voir dire questions (*id.*, ¶ 8)<br>   o Proposed jury instructions (*id.*, ¶ 9) - **Seventh Circuit pattern patent jury instructions should be used.**<br>      ▪ Including verdict form<br>   o Any other matters which the parties deem appropriate (L.R. 16.3(c)(13)) | |

| Event | Date (All exchanges to occur at 9:00 pm ET unless otherwise noted) |
|---|---|
| **Defendants Provide:**<br>• Draft proposed findings of fact and conclusions of law related to any issues subject a bench trial and/or to be decided by the court (*id.*, ¶ 7)<br>    ○ The parties agree that to the extent a separate bench trial is required, such a bench trial should be scheduled at the Court's convenience in Delaware or Illinois at a date after the scheduled jury trial | |
| **Parties Exchange:**<br>• Objections to Exhibits (Judge Kennelly's PTO Requirements, ¶ 5(a))<br>    ○ Exhibit lists to be exchanged between the parties in native Excel files<br>• Objections to Witnesses and Deposition Designations (*id.*, ¶ 4(a) and ¶ 4(b), subsection (b))<br>    ○ Statement of objections to any witnesses<br>    ○ Counter-designations to any identified deposition designations (including a .csv file(s) with all counter-designations)[3]<br>    ○ Objections to deposition designations[4]<br><br>**Plaintiffs Provide:**<br>• Joint Exhibit List<br>    ○ Including all exhibits listed on both parties' exhibit lists<br>• Revised draft proposed findings of fact and conclusions of law related to any issues subject a bench trial and/or to be decided by the Court<br><br>**Defendants Provide:** | Tuesday, March 26, 2024 |

---

[3] The parties have agreed that for the purposes of providing counter-deposition designations for the Joint PTO, the counter designations may be provided collectively and need not be linked to specific testimony designated by the opposing party in the Joint PTO. To be clear, the parties' agreement with respect to the scope of counter-deposition designations for purposes of the Joint PTO does not change any admissibility requirements, including applicable requirements to link counter-designations to specific designated testimony before trial.

[4] The parties have agreed to negotiate in good faith as to the identification and exchange of designated deposition testimony to be played at trial and objections to such designated testimony closer to trial. The parties will document that arrangement in their submission of the Joint PTO.

| Event | Date (All exchanges to occur at 9:00 pm ET unless otherwise noted) |
|---|---|
| • Revised Draft Joint PTO, including any proposed revisions, objections, or counterstatements to the following:<br>  o Jurisdiction (Judge Kennelly's PTO Requirements, ¶ 1)<br>  o Claims (*id.*, ¶ 2)<br>  o Relief Sought (*id.*, ¶ 3)<br>  o Witnesses (*id.*, ¶ 4)<br>  o Exhibits (*id.*, ¶ 5)<br>  o Type and Length of trial (*id.*, ¶ 6)<br>  o Proposed voir dire questions (*id.*, ¶ 8)<br>  o Proposed jury instructions (*id.*, ¶ 9) - **Seventh Circuit pattern patent jury instructions should be used.**<br>    ▪ Including verdict form<br>    ▪ Including objections to any disputed instructions<br>  o Any other matters which the parties deem appropriate (L.R. 16.3(c)(13))<br>Defendants Provide any Revisions to Joint Exhibit List | Friday, March 29, 2024 |
| **Parties Exchange:**<br>• Objections to counter-designations of deposition testimony<br><br>**Plaintiffs Provide:**<br>• Updated exhibit list in view of Joint Exhibit List<br>• Proposed Joint PTO for Filing, including:<br>  o Objections to jury instructions<br><br>**Defendants Provide:**<br>• Updated exhibit list in view of Joint Exhibit List<br>• Proposed findings of fact and conclusions of law related to any issues requiring a bench trial and/or to be decided by the Court | Wednesday, April 3, 2024 |
| Deadline for parties to meet and confer regarding Joint PTO<br><br>Plaintiffs provide electronic copies of stamped and searchable joint exhibits | Friday, April 5, 2024 |
| **Parties to File Joint Pretrial Order and Pretrial Submissions pursuant to Local Rule 16.3(c)** | Tuesday, April 9, 2024 **(by 5:00 pm ET)** |
| Parties exchange anticipated motion *in limine* topics and availability to meet and confer regarding these motions. | Wednesday, April 10, 2024 |
| Parties meet and confer regarding motion *in limine* topics. | Thursday, April 11, 2024 |

4

| Event | Date (All exchanges to occur at 9:00 pm ET unless otherwise noted) |
|---|---|
| Parties file and serve opening motions *in limine*<br>• Limited to fifteen pages per side | Tuesday, April 16, 2024<br>**(by 5:00 pm ET)** |
| Parties file and serve oppositions to motions *in limine*<br>• Limited to fifteen pages per side | Tuesday, April 23, 2024<br>**(by 5:00 pm ET)** |
| **Final Pretrial Conference** | Tuesday, April 30, 2024<br>**(9:30 am ET)** |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
Megan E. Dellinger (#5739)
Travis J. Murray (#6882)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
mdellinger@morrisnichols.com
tmurray@morrisnichols.com

*Attorneys for Plaintiffs*

SHAW KELLER LLP

*/s/ Andrew E. Russell*

Karen E. Keller (#4489)
Andrew E. Russell (#5382)
Nathan R. Hoeschen (# 6232)
Emily S. DiBenedetto (# 6779)
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
jcastellano@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com

*Attorneys for Defendants*

February 15, 2024

IT IS SO ORDERED this 15th day of February, 2024.

_____
United States District Judge

5