# Exhibit A

| | |
|---|---|
| **From:** | Smith, Lexi |
| **To:** | Winkler, Ashley; Smit, Michelle B.; AZ-Tagrisso-Puma; SKAstraZeneca |
| **Cc:** | Puma-TagrissoLitigation; Wyeth-TagrissoLitigation; Dellinger, Megan E.; Smith, Rodger |
| **Subject:** | RE: Puma v. AstraZeneca, C.A. No. 21-1338 |
| **Date:** | Friday, March 22, 2024 12:10:17 AM |
| **Attachments:** | image001.png |

**[EXTERNAL]**
Counsel,

Your position is surprising and the timing of your request is unreasonable. We made clear during the meet and confer today our position that Puma remains in the case as a counterclaim defendant, and you did not disagree in any way. There can be no question that AstraZeneca's invalidity counterclaims directly implicate – and, if successful, would eradicate – the valuable rights that Puma holds as an exclusive licensee of the Patents-in-Suit. The Court's ruling related to Puma's standing as a plaintiff to assert infringement of the patents by AstraZeneca in connection with osimertinib, although we respectfully disagree with it. But the Court was not asked to, and did not, consider whether Puma should remain as a counterclaim-defendant. The cases that you offer below for the *first time* were never cited to the Court in any of AstraZeneca's briefing on the motion to dismiss, nor addressed by the Court in its Order, which only dismissed Puma "as a plaintiff." Nor are those cases on point.

If AstraZeneca disagrees, it should address its counterclaims against Puma in the ordinary course through proper motion practice that affords Puma a fair and reasonable opportunity to respond. Puma does not agree to your proposed stipulation. We have also conferred with counsel for Wyeth, and they do not agree to the stipulation either.

Regards,
Lexi

Alexis Smith (Lexi) (bio)
Partner
**JONES DAY® - One Firm Worldwide**<sup>SM</sup>
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
Office +1.213.243.2653
asmith@jonesday.com

---

**From:** Winkler, Ashley <AWinkler@cov.com>
**Sent:** Thursday, March 21, 2024 2:05 PM
**To:** Smit, Michelle B. <msmit@jonesday.com>; AZ-Tagrisso-Puma <AZ-Tagrisso-Puma@cov.com>; SKAstraZeneca <SKAstraZeneca@shawkeller.com>
**Cc:** Puma-TagrissoLitigation <Puma-TagrissoLitigation@jonesday.com>; Wyeth-TagrissoLitigation <Wyeth-TagrissoLitigation@willkie.com>; Dellinger, Megan E. <mdellinger@morrisnichols.com>; Smith, Rodger <RSmith@morrisnichols.com>
**Subject:** RE: Puma v. AstraZeneca, C.A. No. 21-1338

Counsel,

We write in further follow up to our correspondence this week and the parties' meet and confer today. In light of the Court's order dismissing Puma Biotechnology, Inc., from this case due to lack of standing, *see* D.I. 372, the Court likewise lacks jurisdiction over AstraZeneca's counterclaims as to Puma and thus those counterclaims (as to Puma) are now moot. *Fina Research S.A. v. Baroid Drilling Fluids, Inc.*, 98 F.3d 1357 (Table), 1996 WL 521465, at *2 (Fed. Cir. Sept. 16, 1996) (there is no "case" or "controversy" sufficient to confer Article III standing between a declaratory-judgment plaintiff and a party that is not entitled to sue on the patents at issue); *Sanyo Elec. Co., Ltd. v. Intel Corp.*, C.A. No. 18-1709-RGA, 2019 WL 1650067, at *10-11 (D. Del. Apr. 17. 2019) (if a party lacks standing to bring a patent infringement suit against a declaratory-judgment plaintiff, then the declaratory judgment plaintiff lacks standing to seek declaratory judgment of invalidity against that party); *Walker Digital, LLC. v. Expedia, Inc.* C.A. No. 11–313–SLR, 2013 WL 5799912, at *1 (D. Del. Oct. 25, 2013) (defendant's counterclaims were moot once plaintiff was dismissed for lack of standing); *see also Prasco, LLC v. Medicis Pharm. Corp.*, 537 F.3d 1329, 1335 (Fed. Cir. 2008) ("The Declaratory Judgment Act is not an independent basis for subject matter jurisdiction. . . . Such jurisdiction is limited by Article III of the Constitution, which restricts federal judicial power to the adjudication of 'Cases' or 'Controversies.'") (internal citations omitted)). Accordingly, AstraZeneca attaches a draft stipulation dismissing our counterclaims against Puma without prejudice.  Please confirm by 9 PM ET that Puma and Wyeth agree to the attached stipulation and that we may file it with the Court.

In addition, during the parties' meet and confer today, counsel for Puma and Wyeth represented that they do not intend to raise any issues with the Court during tomorrow's (March 22) status conference with respect to Puma's role in the case. Puma and Wyeth also represented that they do not know if Jones Day will enter a notice of appearance on behalf Plaintiff Wyeth. AstraZeneca asked Puma and Wyeth to immediately inform AstraZeneca if their positions change with respect to any of these issues, including if necessary before the parties' status conference with the Court.

Regards,
Ashley

**Ashley Winkler**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5108 | awinkler@cov.com
www.cov.com

COVINGTON

---

**From:** Winkler, Ashley
**Sent:** Thursday, March 21, 2024 2:10 PM
**To:** 'Smit, Michelle B.' <msmit@jonesday.com>; AZ-Tagrisso-Puma <AZ-Tagrisso-Puma@cov.com>; SKAstraZeneca <SKAstraZeneca@shawkeller.com>
**Cc:** Puma-TagrissoLitigation <Puma-TagrissoLitigation@jonesday.com>; Wyeth-TagrissoLitigation <Wyeth-TagrissoLitigation@willkie.com>; Dellinger, Megan E. <mdellinger@morrisnichols.com>;

Smith, Rodger <RSmith@morrisnichols.com>
**Subject:** RE: Puma v. AstraZeneca, C.A. No. 21-1338

Counsel,

As discussed at today's meet and confer, AstraZeneca is willing to narrow our prior art invalidity defenses as requested by Wyeth to no more than 6 prior art references per patent for combination in 4 prior art (Section 102/Section 103) grounds per claim. However, as previously discussed, AstraZeneca requests that Wyeth first identify specific conception and reduction to practice dates for each claim. Wyeth does not dispute that the information as to conception and reduction to practice in its expert reports fails to clearly identify specific dates for each claim despite it being patent owner's burden to come forward with this information. *See, e.g.*, *Natera, Inc. v. ArcherDX, Inc.*, C.A. No. 20-125-LPS, D.I. 115 at 1 (D. Del. Jan. 12, 2021) (ordering plaintiff to identify conception and reduction to practice on a claim-by-claim basis); *Integra LifeScience Corp. v. HyperBranch Med. Tech., Inc.*, C.A. No. 15-819-LPS-CJB, D.I. 380-1 at 16:25-18:17 (D. Del. Dec. 1, 2016) (rejecting plaintiff's identification of a conception date "at least as earlier as" and ordering a more detailed, claim-by-claim response); *Vehicle Interface Technologies, LLC v. Jaguar Land Rover North America, LLC*, C.A. No. 12-1285-RGA, Transcript at 4:11-19, 8:8-20, 19:14-20:7, 21:19-22:2 (D. Del. June 13, 2013) (compelling detailed response to conception interrogatory, and stating that "to the extent that any of your answers [regarding the conception date] depend[] on the idea that you don't have to provide the information now, because they haven't provided invalidity contentions, I reject that."). Once Wyeth provides specific conception and reduction to practice dates, AstraZeneca will be able to promptly identify narrowed prior art invalidity references and grounds. To avoid burdening the Court with this issue, please confirm the date by which Wyeth will identify conception and reduction to practice dates, and AstraZeneca will agree to subsequently identify narrowed prior art invalidity references and grounds within one week from Wyeth's disclosure.

In addition, at today's meet and confer, AstraZeneca asked Wyeth to confirm whether it has any objection to clarifying with the Court that Dr. Scott Alban testified both in his personal capacity pursuant to Wyeth's 30(b)(1) notice and as AstraZeneca's 30(b)(6) designee. *E.g.*, Alban Tr. at 44:24-45:12 & Alban Exhibit 7 (Q: And you understand that you're here to testify in your personal capacity pursuant to 30(b)(1)? A: Yes.); *cf.* D.I. 372 at 41. Wyeth represented that it would follow up by email today. Please confirm today that Wyeth does not have any objection to AstraZeneca correcting the record with respect to Dr. Alban's testimony.

Moreover, Plaintiff represented that it would promptly provide a response identifying whether Plaintiff will agree to bifurcate willfulness and/or damages from liability for the upcoming jury trial.

Regards,
Ashley

## Ashley Winkler

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5108 | awinkler@cov.com

www.cov.com

**COVINGTON**

---

**From:** Smit, Michelle B. <msmit@jonesday.com>
**Sent:** Wednesday, March 20, 2024 6:58 PM
**To:** Winkler, Ashley <AWinkler@cov.com>; AZ-Tagrisso-Puma <AZ-Tagrisso-Puma@cov.com>; SKAstraZeneca <SKAstraZeneca@shawkeller.com>
**Cc:** Puma-TagrissoLitigation <Puma-TagrissoLitigation@jonesday.com>; Wyeth-TagrissoLitigation <Wyeth-TagrissoLitigation@willkie.com>; Dellinger, Megan E. <mdellinger@morrisnichols.com>; Smith, Rodger <RSmith@morrisnichols.com>
**Subject:** RE: Puma v. AstraZeneca, C.A. No. 21-1338

[EXTERNAL]

Counsel,

Yes, counsel of record for Wyeth and counsel of record for Puma are available tomorrow at 11 am ET.

Regards,

Michelle B. Smit
Associate
**JONES DAY® - One Firm Worldwide®**
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Office +1.312.269.1565

---

**From:** Winkler, Ashley <AWinkler@cov.com>
**Sent:** Wednesday, March 20, 2024 2:00 PM
**To:** Smit, Michelle B. <msmit@jonesday.com>; AZ-Tagrisso-Puma <AZ-Tagrisso-Puma@cov.com>; SKAstraZeneca <SKAstraZeneca@shawkeller.com>
**Cc:** Puma-TagrissoLitigation <Puma-TagrissoLitigation@jonesday.com>; Wyeth-TagrissoLitigation <Wyeth-TagrissoLitigation@willkie.com>; Dellinger, Megan E. <mdellinger@morrisnichols.com>; Smith, Rodger <RSmith@morrisnichols.com>
**Subject:** RE: Puma v. AstraZeneca, C.A. No. 21-1338

Counsel,

Yesterday, AstraZeneca sent the email below in response to an email from Jones Day requesting a time to meet and confer.  We are still waiting for your response.  AstraZeneca is available for a meet and confer tomorrow (Thursday, March 21) at 11 am ET.  Please confirm that Counsel of Record for Wyeth is available to attend and we will circulate a dial in.

Regards,
Ashley

**Ashley Winkler**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5108 | awinkler@cov.com
www.cov.com

**COVINGTON**

---

**From:** Winkler, Ashley <AWinkler@cov.com>
**Sent:** Tuesday, March 19, 2024 4:15 PM
**To:** Smit, Michelle B. <msmit@jonesday.com>; AZ-Tagrisso-Puma <AZ-Tagrisso-Puma@cov.com>; SKAstraZeneca <SKAstraZeneca@shawkeller.com>
**Cc:** Puma-TagrissoLitigation <Puma-TagrissoLitigation@jonesday.com>; Wyeth-TagrissoLitigation <Wyeth-TagrissoLitigation@willkie.com>; Dellinger, Megan E. <mdellinger@morrisnichols.com>; Smith, Rodger <RSmith@morrisnichols.com>
**Subject:** RE: Puma v. AstraZeneca, C.A. No. 21-1338

Counsel,

We received yesterday's email from Jones Day counsel concerning scheduling a meet and confer in advance of the Friday (March 22) status conference. In light of the Court's order dismissing Puma Biotechnology, Inc. (D.I. 372), and in view of the current notices of appearance by counsel from Jones Day on behalf of Puma alone, please advise whether Plaintiff Wyeth LLC continues to be represented by Willkie Farr & Gallagher LLP, or if Wyeth will be updating their Counsel of Record.

In addition, pursuant to the Court's order dismissing Puma, in advance of the parties' status conference with the Court on Friday, tomorrow (Wednesday, March 20) please provide AstraZeneca with a draft stipulation addressing the updated case caption.

Regards,
Ashley

**Ashley Winkler**

Covington & Burling LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
T +1 202 662 5108 | awinkler@cov.com
www.cov.com

**COVINGTON**

---

**From:** Smit, Michelle B. <msmit@jonesday.com>
**Sent:** Monday, March 18, 2024 2:50 PM
**To:** AZ-Tagrisso-Puma <AZ-Tagrisso-Puma@cov.com>; SKAstraZeneca <SKAstraZeneca@shawkeller.com>
**Cc:** Puma-TagrissoLitigation <Puma-TagrissoLitigation@jonesday.com>; Wyeth-TagrissoLitigation

<Wyeth-TagrissoLitigation@willkie.com>; Dellinger, Megan E. <mdellinger@morrisnichols.com>; Smith, Rodger <RSmith@morrisnichols.com>
**Subject:** Puma v. AstraZeneca, C.A. No. 21-1338

[EXTERNAL]

Counsel,

Pursuant to the Court's Order today, please provide your availability to meet and confer regarding the pending motion to limit AstraZeneca's prior art defenses before Friday's hearing.  *See* D.I. 372 at 52-53.

Regards,

Michelle B. Smit
Associate
**JONES DAY® - One Firm Worldwide®**
110 North Wacker Drive, Suite 4800
Chicago, IL 60606
Office +1.312.269.1565

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***

***This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege. If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.***