IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | C.A. No. 21-1338 (MFK) |
| ASTRAZENECA PHARMACEUTICALS | ) | |
| LP and ASTRAZENECA AB, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**[REVISED] ATTACHMENT 5 – JOINT TRIAL EXHIBIT LIST**

*Wyeth LLC v. AstraZeneca Pharmaceuticals LP et al.,*  D. Del. C.A. No. 21-1338-MFK

**Attachment 5:  Joint Trial Exhibit List**

| Joint Ex. | Ps Ex. | Ds Ex. | Beginning Bates | Ending Bates | Description | Confidentiality |
|---|---|---|---|---|---|---|
| JTX-001 | PX-005 | DTX-0001 | PUMAWYETH-TAG00000048 | PUMAWYETH-TAG00000094 | U.S. Pat. No. 10,603,314 (certified) (Mar. 31, 2020) | No |
| JTX-002 | PX-006 | DTX-0002 | PUMAWYETH-TAG00030501 | PUMAWYETH-TAG00030548 | U.S. Pat. No. 10,596,162 (certified) (Mar. 24, 2020) | No |
| JTX-003 | PX-009 | DTX-0004 | PUMAWYETH-TAG00011424 | PUMAWYETH-TAG00011456 | U.S. Provisional Application No. 60/649,483 - P1 (certified) (Filing date Feb. 3, 2005) | No |
| JTX-004 | PX-010 | DTX-0005 | PUMAWYETH-TAG00011457 | PUMAWYETH-TAG00011519 | U.S. Provisional Application No. 60/671,989 - P2 (certified) (Filing date April 15, 2005) | No |
| JTX-005 | PX-023 | DTX-0900 | AZ-PW-TAG00007706 | AZ-PW-TAG00007721 | Tagrisso (osimertinib) Prescribing Information (11/2015) (Tagrisso Label (Nov 2015)) | No |
| JTX-006 | PX-025 | DTX-0889 | AZ-PW-TAG00007427 | AZ-PW-TAG00007443 | Tagrisso (osimertinib) Prescribing Information (Rev. 8/2016) (Tagrisso Label (Aug 2016)) | No |
| JTX-007 | PX-026 | DTX-0887 | AZ-PW-TAG00007387 | AZ-PW-TAG00007409 | Tagrisso (osimertinib) Prescribing Information (Rev. 3/2017) (Tagrisso Label (Mar 2017)) | No |
| JTX-008 | PX-028 | DTX-0892 | AZ-PW-TAG00007495 | AZ-PW-TAG00007522 | Tagrisso (osimertinib) Prescribing Information (Rev.: 4/2018) (Tagrisso Label (Apr 2018)) | No |
| JTX-009 | PX-029 | DTX-0891 | AZ-PW-TAG00007467 | AZ-PW-TAG00007494 | Tagrisso (osimertinib) Prescribing Information (Rev. 8/2018) (Tagrisso Label (Aug 2018)) | No |
| JTX-010 | PX-035 | DTX-0896; DTX-0902 | AZ-PW-TAG00007609 | AZ-PW-TAG00007642 | Tagrisso (osimertinib) Prescribing Information (Rev. 7/2021) (Tagrisso Label (July 2021)) | No |
| JTX-011 | PX-036 | DTX-0899 | AZ-PW-TAG00007722 | AZ-PW-TAG00007755 | Tagrisso (osimertinib) Prescribing Information (Rev. 1/2022) (Tagrisso Label (Jan 2022)) | No |
| JTX-012 | PX-037 | DTX-0957 | AZ-PW-TAG00317153 | AZ-PW-TAG00317187 | Tagrisso (osimertinib) Prescribing Information (Rev. 09/2022) (Tagrisso Label (Sept 2022)) | No |
| JTX-013 | PX-038 | DTX-0903 | AZ-PW-TAG00413513 | AZ-PW-TAG00413547 | Tagrisso (osimertinib) Prescribing Information (Rev. 10/2022) (Tagrisso Label (Oct 2022)) | No |
| JTX-014 | PX-039 | DTX-0904 | AZ-PW-TAG00422154 | AZ-PW-TAG00422190 | Tagrisso (osimertinib) Prescribing Information (Rev. 06/2023) (Tagrisso Label (June 2023)) | No |
| JTX-015 | PX-043 | DTX-0416 | AZ-PW-TAG00007813 | AZ-PW-TAG00007824 | U.S. Pat. No. 7,399,865 (Wissner) (July 15, 2008) | No |
| JTX-016 | PX-047 | DTX-0101 | AZ-PW-TAG00421328 | AZ-PW-TAG00421329 | L.M. Greenberger et al., 388 *EKB-569: a new irreversible inhibitor of epidermal growth factor receptor tyrosine kinase for the treatment of cancer*, 6 Clin. Cancer Res. 4544s (2000) | No |
| JTX-017 | PX-049 | DTX-1209 | AZ-PW-TAG00008187 | AZ-PW-TAG00008202 | U.S. Patent Application Publication No. 2004/0067942 (Elliott 2004) | No |
| JTX-018 | PX-051 | DTX-0342 | AZ-PW-TAG00422863 | AZ-PW-TAG00422874 | Jeff B. Smaill et al., *Tyrosine Kinase Inhibitors. 18. 6-Substituted 4-Anilinoquinazolines and 4 Anilinopyrido[3,4-d]pyrimidines as Soluble, Irreversible Inhibitors of the Epidermal Growth Factor Receptor*, 44 J. Med. Chem. 429 (2001) | No |
| JTX-019 | PX-052 | DTX-0381 | No Bates (Prior AZ-PW-TAG00420711) | No Bates (Prior AZ-PW-TAG00420729) | Jeff B. Smaill et al., *Tyrosine Kinase Inhibitors. 17. Irreversible Inhibitors of the Epidermal Growth Factor Receptor: 4-(Phenylamino)quinazoline- and 4-(Phenylamino)pyrido[3,2-d]pyrimidine-6-acrylamides Bearing Additional Solubilizing Functions*, 43 J. Med. Chem. 1380 (2000) | No |
| JTX-020 | PX-102 | DTX-0098 | AZ-PW-TAG00423468 | AZ-PW-TAG00423473 | David W. Fry et al., *Specific, irreversible inactivation of the epidermal growth factor receptor and erbB2, by a new class of tyrosine kinase inhibitor*, 95 Proc. Natl. Acad. Sci. USA 12022 (1998) | No |
| JTX-021 | PX-118 | DTX-0131 | AZ-PW-TAG00420559 | AZ-PW-TAG00420563 | J. Guillermo Paez et al., *EGFR Mutations in Lung Cancer: Correlation with Clinical Response to Gefitinib Therapy*, 304 Science 1497 (2004) | No |
| JTX-022 | PX-119 | DTX-0380 | AZ-PW-TAG00420649 | AZ-PW-TAG00420654 | Letter from FDA to AstraZeneca Pharmaceuticals LP re: NDA No. 021399 (IRESSA (gefitinib tablets)) (May 5, 2003) (Iressa approval letter) | No |
| JTX-023 | PX-120 | DTX-0124 | AZ-PW-TAG00420763 | AZ-PW-TAG00420772 | Ayesha Murtuza, *Novel Third-Generation EGFR Tyrosine Kinase Inhibitors and Strategies to Overcome Therapeutic Resistance in Lung Cancer*, 79 Cancer Res. 689 (2019) | No |
| JTX-024 | PX-121 | DTX-0078 | AZ-PW-TAG00420806 | AZ-PW-TAG00420825 | A.J. Bridges, *The Rationale and Strategy Used to Develop a Series of Highly potent, Irreversible, Inhibitors of the Epidermal Growth Factor Receptor Family of Tyrosine Kinases*, 6 Curr. Med. Chem. 825 (1999) | No |
| JTX-025 | PX-122 | DTX-0656 | AZ-PW-TAG00420848 | AZ-PW-TAG00420864 | Vizimpro (dacomitinib) Prescribing Information (Rev. 12/2020) (Vizimpro Label (Dec 2020)) | No |
| JTX-026 | PX-129 | DTX-0387 | AZ-PW-TAG00421590 | AZ-PW-TAG00421611 | Debasis Das & Jian Hong, *Irreversible Kinase Inhibitors Targeting Cysteine Residues and their Applications in Cancer Therapy*, 20 Mini-Reviews Med. Chem. 1732 (2020) | No |
| JTX-027 | PX-130 | DTX-0146 | AZ-PW-TAG00421612 | AZ-PW-TAG00421626 | Jeff B. Smaill et al., *Tyrosine Kinase Inhibitors. 15. 4-(Phenylamino)quinazoline and 4-(Phenylamino)pyrido[d]pyrimidine Acrylamides as Irreversible Inhibitors of the ATP Binding Site of the Epidermal Growth Factor Receptor*, 42 J. Med. Chem. 1803 (1999) | No |
| JTX-028 | PX-131 | DTX-0153 | AZ-PW-TAG00421707 | AZ-PW-TAG00421724 | Allan Wissner et al., *Synthesis and Structure-Activity Relationships of 6,7-Disubstituted 4-Anilinoquinoline-3-carbonitriles. The Design of an Orally Active, Irreversible Inhibitor of the Tyrosine Kinase Activity of the Epidermal Growth Factor Receptor (EGFR) and the Human Epidermal Growth Factor Receptor-2 (HER-2)*, 46 J. Med. Chem. 49 (2003) | No |
| JTX-029 | PX-134 | DTX-0086 | AZ-PW-TAG00421814 | AZ-PW-TAG00421822 | William A. Denny, *Irreversible inhibitors of the erbB family of protein tyrosine kinases*, 93 Pharmacol. & Therapeutics 253 (2002) | No |

*Wyeth LLC v. AstraZeneca Pharmaceuticals LP et al.,*  D. Del. C.A. No. 21-1338-MFK

**Attachment 5:  Joint Trial Exhibit List**

| Joint Ex. | Ps Ex. | Ds Ex. | Beginning Bates | Ending Bates | Description | Confidentiality |
|---|---|---|---|---|---|---|
| JTX-030 | PX-136 | DTX-0152 | AZ-PW-TAG00422049 | AZ-PW-TAG00422073 | Hwei-Ru Tsou, *Optimization of 6,7-Disubstituted-4-(arylamino)quinoline-3-carbonitriles as Orally Active, Irreversible Inhibitors of Human Epidermal Growth Factor Receptor-2 Kinase Activity*, 48 J. Med. Chem. 1107 (2005) | No |
| JTX-031 | PX-138 | DTX-0104 | AZ-PW-TAG00422099 | AZ-PW-TAG00422106 | Pasi A. Jänne et al., *Epidermal Growth Factor Receptor Mutations in Non–Small-Cell Lung Cancer: Implications for Treatment and Tumor Biology*, 23 J. Clin. Oncol. 3227 (2005) | No |
| JTX-032 | PX-139 | DTX-0090 | AZ-PW-TAG00422107 | AZ-PW-TAG00422111 | Jeffrey A. Engelman et al., *MET Amplification Leads to Gefitinib Resistance in Lung Cancer by Activating ERBB2 Signaling*, 316 Science 1039 (2007) | No |
| JTX-033 | PX-140 | DTX-0135 | AZ-PW-TAG00422132 | AZ-PW-TAG00422142 | William Pao et al., *Acquired Resistance of Lung Adenocarcinomas to Gefitinib or Erlotinib Is Associated with a Second Mutation in the EGFR Kinase Domain*, 2 PLoS Med. 0225 (2005) | No |
| JTX-034 | PX-141 | DTX-0088 | AZ-PW-TAG00422362 | AZ-PW-TAG00422370 | Carolyn M. Discafani et al., *Irreversible Inhibition of Epidermal Growth Factor Receptor Tyrosine Kinase with In Vivo Activity by N-[4-[(3-Bromophenyl)amino]-6-quinazolinyl]-2-butynamide (CL-387,785)*, 57 Biochem. Pharmacol. 917 (1999) | No |
| JTX-035 | PX-142 | DTX-0139 | AZ-PW-TAG00422627 | AZ-PW-TAG00422635 | Sridhar K. Rabindran et al., *Antitumor Activity of HKI-272, an Orally Active, Irreversible Inhibitor of the HER-2 Tyrosine Kinase*, 64 Cancer Res. 3958 (2004) | No |
| JTX-036 | PX-145 | DTX-0091 | AZ-PW-TAG00422854 | AZ-PW-TAG00422862 | Jeffrey A. Engelman et al., *PF00299804, an Irreversible Pan-ERBB Inhibitor, Is Effective in Lung Cancer Models with EGFR and ERBB2 Mutations that Are Resistant to Gefitinib*, 67 Cancer Res. 11924 (2007) | No |
| JTX-037 | PX-146 | DTX-0151 | AZ-PW-TAG00422969 | AZ-PW-TAG00422986 | Peter M. Traxler, *Protein tyrosine kinase inhibitors in cancer treatment*, 7 Expert Opin. Ther. Patents 571 (1997) | No |
| JTX-038 | PX-148 | DTX-0407 | AZ-PW-TAG00423309 | AZ-PW-TAG00423320 | David W. Fry, *Inhibition of the Epidermal Growth Factor Receptor Family of Tyrosine Kinases as an Approach to Cancer Chemotherapy: Progression from Reversible to Irreversible Inhibitors*, 82 Pharmacol. Ther. 207 (1999) | No |
| JTX-039 | PX-149 | DTX-0410 | AZ-PW-TAG00423371 | AZ-PW-TAG00423402 | Xiaoyun Lu et al., *Targeting EGFRL858R/T790M and EGFRL858R/T790M/C797S resistancemutations in NSCLC: Current developments in medicinal chemistry*, 38 Med. Res. 1550 (2018) | No |
| JTX-040 | PX-150 | DTX-0411 | AZ-PW-TAG00423411 | AZ-PW-TAG00423415 | Letter from FDA to OSI Pharmaceutical Inc. re: NDA 21-743 (TARCEVA (erlotinib) tablets) (Nov. 18, 2004) (Tarceva approval letter) | No |
| JTX-041 | PX-153 | DTX-0161 | AZ-PW-TAG00423463 | AZ-PW-TAG00423467 | Wenjun Zhou et al., *Novel mutant-selective EGFR kinase inhibitors against EGFR T790M*, 462 Nature 1070 (2009) | No |
| JTX-042 | PX-157 | DTX-0354 | AZ-PW-TAG00424125 | AZ-PW-TAG00424199 | Guardant 360 CDx Safety and Effectiveness Data | No |
| JTX-043 | PX-159 | DTX-0360 | AZ-PW-TAG00425133 | AZ-PW-TAG00425144 | J. Campbell, *Distinct patterns of somatic genome alterations in lung adenocarcinomas and squamous cell carcinomas*, 48 Nat. Genetics 608 (2016) | No |
| JTX-044 | PX-162 | DTX-0364 | AZ-PW-TAG00425822 | AZ-PW-TAG00425913 | QIAGEN *therascreen* Handbook (Jun. 2020) | No |
| JTX-045 | PX-166 | DTX-0850 | AZ-PW-TAG00432723 | AZ-PW-TAG00432726 | Nagaraju Akula, et al., *Binding modes of 6,7 di-substituted 4-anilinoquinoline-3-carbonitriles to EGFR*, 14 Bioorganic & Med. Chem. Lett. 3400 (2004) | No |
| JTX-046 | PX-252 | DTX-0439 | AZ-PW-TAG00424714 | AZ-PW-TAG00424722 | A. Ullrich et al., *Human epidermal growth factor receptor cDNA sequence and aberrant expression of the amplified gene in A431 epidermoid carcinoma cells*, 309 Nature 418 (1984) | No |
| JTX-047 | PX-255 | DTX-0366 | PUMA-TAG00078628 | PUMA-TAG00078640 | A. Wissner & T.S. Mansour, *The Development of HKI-272 and Related Compounds for the Treatment of Cancer*, 341 Arch. Pharm. Chem. Life Sci. 465 (2008) | No |
| JTX-048 | PX-265 | DTX-0367 | PUMA-TAG00254741 | PUMA-TAG00254747 | Y. Fujita et al., *Highly Sensitive Detection of EGFR T790M Mutation Using Colony Hybridization Predicts Favorable Prognosis of Patients in Lung Cancer Harboring Activating EGFR Mutation*, 7 J. Thoracic Onc. 1640 (2012) | No |
| JTX-049 | PX-277 | DTX-0369 | PUMAWYETH-TAG00033454 | PUMAWYETH-TAG00033495 | Roche, cobas EGFR Mutation Test v2 | No |
| JTX-050 | PX-284 | DTX-0371 | PUMAWYETH-TAG00033674 | PUMAWYETH-TAG00033685 | H. Li et al., *Primary Concomitant EGFR T790M Mutation Predicted Worse Prognosis in Non- Small Cell Lung Cancer Patients*, 7 OncoTargets & Therapy 513 (2014) | No |
| JTX-051 | PX-285 | DTX-0372 | PUMAWYETH-TAG00033700 | PUMAWYETH-TAG00033706 | W. Li et al., *Primary and Acquired EGFR T790M-mutant NSCLC Patients Identified by Routine Mutation Testing Show Different Characteristics But May Both Respond to Osimertinib Treatment*, 423 Cancer Letters 9 (2018) | No |
| JTX-052 | PX-288 | DTX-0123 | AZ-PW-TAG00422772 | AZ-PW-TAG00422782 | Tony S. Mok et al., *Gefitinib or Carboplatin-Paclitaxel in Pulmonary Adenocarcinoma*, 361 New Eng. J. Med. 947 (2009) | No |

*Wyeth LLC v. AstraZeneca Pharmaceuticals LP et al.,  D. Del. C.A. No. 21-1338-MFK*

**Attachment 5:  Joint Trial Exhibit List**

| Joint Ex. | Ps Ex. | Ds Ex. | Beginning Bates | Ending Bates | Description | Confidentiality |
|---|---|---|---|---|---|---|
| JTX-053 | PX-299 | DTX-0374 | PUMAWYETH-TAG00033990 | PUMAWYETH-TAG00034000 | J. Wu et al., *Effectiveness of Tyrosine Kinase Inhibitors on 'Uncommon' Epidermal Growth Factor Receptor Mutations of Unknown Clinical Significance in Non-Small Cell Lung Cancer*, 17  Clin. Cancer Res. 3812 (2011) | No |
| JTX-054 | PX-301 | DTX-0376 | PUMAWYETH-TAG00034027 | PUMAWYETH-TAG00034032 | H. Yu et al., *Poor Response to Erlotinib in Patients with Tumors Containing Baseline EGFR T790M Mutations Found by Routine Clinical Molecular Testing*, 25 Annals Onc. 423 (2014) | No |
| JTX-055 | PX-317 | DTX-0437 | AZ-PW-TAG00424627 | AZ-PW-TAG00424648 | U.S. Patent No. 8,022,216 | No |
| JTX-056 | PX-340 | DTX-0134 | PUMAWYETH-TAG00035370 | PUMAWYETH-TAG00035396 | Thomas Holbro & Nancy Hynes, *ErbB Receptors: Directing Key Signaling Networks Throughout Life*, 44 Annual Review of Pharmacology and Toxicology 195 (2004) | No |
| JTX-057 | PX-346 | DTX-0866 | PUMAWYETH-TAG00035688 | PUMAWYETH-TAG00035710 | Filippo Papini et al., *Hype or hope — Can combination therapies with third-generation EGFR-TKIs help overcome acquired resistance and improve outcomes in EGFR-mutant advanced/metastatic NSCLC?*, 166 Critical Reviews in Oncology / Hematology 1 (2021) | No |
| JTX-058 | PX-347 | DTX-0136 | PUMAWYETH-TAG00035747 | PUMAWYETH-TAG00035750 | Joseph Schlessinger et al., *Ligand-Induced, Receptor-Mediated Dimerization and Activation of EGF Receptor*, 110 Cell 669 (2002) | No |
| JTX-059 | PX-351 | DTX-0462 | PUMAWYETH-TAG00036172 | PUMAWYETH-TAG00036176 | Giuseppe Giaccone, *The Role of Gefitinib in Lung Cancer Treatment*, 10 Clin. Cancer Res. 4233s (2004) | No |
| JTX-060 | PX-405 | DTX-0877 | PUMAWYETH-TAG00039819 | PUMAWYETH-TAG00039829 | Giovanna Scapin, *Structural biology in drug design: selective protein kinase inhibitors*, DDT Vol.7, No. 11 (2002) | No |
| JTX-061 | PX-406 | DTX-0475 | PUMAWYETH-TAG00039830 | PUMAWYETH-TAG00039835 | Thomas Schindler et al., *Structural Mechanism for STL-571 Inhibition of Abelson Tyrosine Kinase*, 289 Science 1938 (2000) | No |
| JTX-062 | PX-451 | DTX-0869 | PUMAWYETH-TAG00041692 | PUMAWYETH-TAG00041704 | Yang Liu et al., *Meta-analysis of the impact of de novo and acquired EGFR T790M mutations on the prognosis of patients with non-small cell lung cancer receiving EGFR-TKIs*, 10 OncoTargets and Therapy 2267 (2017) | No |
| JTX-063 | PX-541 | | AZ-PW-TAG00434066 | AZ-PW-TAG00434066 | Tagrisso Indication-Level Data (March 2020 – December 2023) | HC |