IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ASTRAZENECA PHARMACEUTICALS ) <br> LP and ASTRAZENECA AB, ) <br> ) <br> Defendants. ) | Case No. 21-cv-1338-MFK |

### NON-FINAL JUDGMENT FOLLOWING JURY VERDICT

Whereas, the Court having held a jury trial and the jury having rendered a unanimous verdict on May 17, 2024, see D.I. 456, 457, pursuant to Federal Rule of Civil Procedure 58(b),

IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Plaintiff Wyeth LLC ("Wyeth") and against Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca AB (collectively, "AstraZeneca") that AstraZeneca induced infringement of claims 1, 3, and 9 of U.S. Patent No. 10,603,314 and claim 1 of U.S. Patent No. 10,596,162 (collectively, the "asserted claims").

2. Judgment is entered in favor of AstraZeneca and against Wyeth that AstraZeneca did not willfully infringe the asserted claims.

3. Judgment is entered in favor of Wyeth and against AstraZeneca that the asserted claims are not invalid under 35 U.S.C. § 112 for lacking written description or enabling support.

4.  Judgment is entered in favor of Wyeth and against AstraZeneca that the asserted claims are not invalid under 35 U.S.C. § 102 and § 103 as anticipated or obvious.

5.  Judgment is entered in favor of Wyeth and against AstraZeneca for damages in the amount of $107,500,000 for its past infringement through December 31, 2023.

This judgment is non-final, non-appealable, and subject to modification based on the Court's ruling on the parties' post-trial motions brought with respect to these issues under Federal Rules of Civil Procedure 50 and 59. In addition, final judgment will not be entered in this case until the defendants' outstanding invalidity and equitable defenses and the plaintiff's requests for supplemental damages, ongoing royalties, and interest are resolved.

Date:  May 28, 2024

_____
MATTHEW F. KENNELLY
United States District Judge