IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| WYETH LLC, | ) |
| | ) |
| Plaintiff/Counterclaim-Defendant, | ) **Redacted - Public Version** |
| | ) |
| v. | ) C.A. No. 21-1338-MFK |
| | ) |
| ASTRAZENECA PHARMACEUTICALS LP | ) |
| and ASTRAZENECA AB, | ) |
| | ) |
| Defendants/Counterclaim-Plaintiffs. | ) |
| | ) |

## ASTRAZENECA'S OBJECTIONS TO WYETH'S
## DEPOSITION DESIGNATIONS FOR MONDAY MAY 13, 2024

OF COUNSEL:
Christopher N. Sipes
Einar Stole
Megan P. Keane
Eric R. Sonnenschein
Kaveh V. Saba
Priscilla Dodson
Alexander Trzeciak
Ashley Winkler
Melissa Keech
Tobias Ma
Elaine Nguyen
Robert T. McMullen
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street NW
Washington, DC 20001-4956
(202) 662-6000

Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for AstraZeneca*
*Pharmaceuticals LP and AstraZeneca AB*

Dated: May 13, 2024

Pursuant to the dispute resolution procedures in ¶ 35 of the Proposed Joint Pretrial Order (D.I. 381), AstraZeneca respectfully submits its objections to the deposition testimony Wyeth plans to offer on Monday, May 13.

The proposed testimony for Dr. Darren Cross is attached as Exhibit A. Exhibits to be introduced with Dr. Cross's deposition for which there are pending objections are attached as Ex. B (PX-84) and Ex. C (PX-85).

The proposed testimony for Dr. Richard Ward is attached as Exhibit D. Exhibits to be introduced with Dr. Ward's testimony for which there are pending objections are attached as Ex. E (PX-77) and Ex. F (PX-78).

## I.     Dr. Darren Cross (Exhibit A)

| Wyeth's Designations | AstraZeneca's Objections |
|---|---|
| 160:09 - 160:10 | |
| 160:11 - 160:14 | |
| 160:20 - 160:25 | |
| 161:10 - 161:17 | |
| 161:18 - 162:02 | FRE 402/403 |
| 162:23 - 163:03 | |
| 163:20 - 163:25 | |
| 164:20 - 164:21 | |
| 168:09 - 168:14 | |

### A.     AstraZeneca objects to the above designations on the following grounds:

The above-referenced testimony is irrelevant under FRE 402 and unfairly prejudicial, confusing, and misleading under FRE 403 because it relates to a brief 2011 "consultancy" session of a single hour that AstraZeneca scientists held with two "ex-Pfizer" scientists, for whom there is no evidence that the scientists or the content of their discussion had any connection to the patents-in-suit, but because of the scientists' affiliation with the current parent company of the Plaintiff in this case, the testimony presents the danger that the jury will be misled into incorrectly assuming AstraZeneca obtained the claimed technology from the Plaintiff.

### B.     Wyeth responds as follows:

The Court has already ruled this testimony is relevant to willfulness and inducement in denying AstraZeneca's MIL No. 5 (D.I. 408 at 3-4 & D.I. 389 at 9-10 and D.I. 390-33 and 390-34, citing the underlying documents to the testimony here), and, accordingly, the testimony from Dr. Cross is directly relevant to willfulness and inducement, and to AstraZeneca's EGFRm Project, which is at the center of this case, including factors that those team members (like project lead Dr. Cross) considered in pursuing different potential avenues for development of kinase inhibitors, including here, a consultancy related to use of irreversible inhibitors to treat non-small cell lung cancer – particularly in a context in which AstraZeneca apparently wishes to tell the jury that it "blazed its own path" without being informed by any teachings of the patents.

II.     **Exhibits To Be Introduced in Dr. Cross's Designated Testimony (Exhibits B and C)**

| Exhibit | AstraZeneca's Objections |
|---|---|
| PX-84 | FRE 402/403 |
| PX-85 | FRE 402/403 |

A.      **AstraZeneca objects to the above documents on the following grounds**:

PX-84 and PX-85 are irrelevant under FRE 402 and unfairly prejudicial, confusing, and misleading under FRE 403 because PX 84 (an email) and PX-85 (an attachment to the email) relate to a brief 2011 "consultancy" session of a single hour that AstraZeneca scientists held with two "ex-Pfizer" scientists, for whom there is no evidence that the scientists or the content of their discussion had any connection to the patents-in-suit, but because of the scientists' affiliation with the current parent company of the Plaintiff in this case, the exhibits present the danger that the jury will be misled into incorrectly assuming AstraZeneca obtained the claimed technology from the Plaintiff.

B.      **Wyeth responds as follows:**

The Court has already ruled PX-84 and PX-85 are relevant to willfulness and inducement in denying AstraZeneca's MIL No. 5 (D.I. 408 at 3-4 & D.I. 389 at 9-10 and D.I.

390-33 and 390-34), and, consistent with that ruling, these documents are directly relevant to AstraZeneca's EGFRm Project, which is at the center of this case, including factors that those team members (like project lead Dr. Cross) considered in pursuing different potential avenues for development of kinase inhibitors, including here, a consultancy related to use of irreversible inhibitors to treat non-small cell lung cancer – particularly in a context in which AstraZeneca apparently wishes to tell the jury that it "blazed its own path" without being informed by any teachings of the patents.

### III.    Dr. Richard Ward (Exhibit D)

| Wyeth's Designations | AstraZeneca's Objections |
|:---:|:---:|
| 82:15-82:18 | |
| 82:20-83:01 | |
| 83:07-83:13 | |
| 83:15-83:19 | |
| 83:21-83:25 | |
| 84:06-85:14 | |
| 85:23-85:25 | FRE 402/403, 602 |
| 86:02-86:04 | |
| 87:18-88:09 | |
| 88:17-88:18 | |
| 88:20-89:05 | |
| 89:07-89:24 | |
| 90:06-90:13 | |
| 90:22-90:24 | |

#### A.    AstraZeneca objects to the above designations on the following grounds:

The above-referenced testimony is irrelevant under FRE 402, unfairly prejudicial, confusing, and misleading under FRE 403, and lacks foundation because it relates to a 2009 email and attachment, not sent to Dr. Ward, and that Dr. Ward testified he was not aware of (84:1-5), and that presents the danger of misleading the jury into believing that Dr. Ward and his team were influenced in their design of Tagrisso by a citation in the email attachment referring to a literature publication published by named inventors of the asserted patents.

#### B.    Wyeth responds as follows:

The Court has already ruled this testimony is relevant to willfulness and inducement in

denying AstraZeneca's MIL No. 5 (D.I. 408 at 3-4 & D.I. 389 at 9-10 and D.I. 390-29, citing one of the underlying documents to the testimony here) and, accordingly, the testimony, which Dr. Ward provided as AstraZeneca's Rule 30(b)(6) designee on matters related to the development of Tagrisso, is directly relevant to willfulness and inducement and to establish AstraZeneca's knowledge about the work of the inventors, as published in Kwak 2005, including the suggestion that this work of the inventors could be employed to augment the reversible kinase inhibitor strategy that AstraZeneca was pursuing at the time – information that at a minimum provides necessary context to AstraZeneca's suggestion that it "blazed its own path."

These two exhibits – produced from AstraZeneca's files and prima facie authentic pursuant to the parties' stipulation in ¶ 49 of the Joint Pretrial Order (D.I. 381) – were authored by one member of AstraZeneca's EGFRm Project Team (Dr. Chuaqui) and communicated to another (team manager Teresa Klinowska) in the context of a team structure in which, as AstraZeneca's 30(b)(6) witness (Dr. Ward) has explained, all team members had full access to Dr. Chuaqui's work with a post-doctoral candidate (as requested in Dr. Chuaqui's memo) on irreversible kinase inhibitors – work that Dr. Ward knew about.

IV.    **Exhibits To Be Introduced in Dr. Ward's Designated Testimony (Exhibits E and F)**

| Exhibit | AstraZeneca's Objections |
|---------|--------------------------|
| PX-77 | FRE 402/403 |
| PX-78 | FRE 402/403 |

A.    **AstraZeneca objects to the above documents on the following grounds**:

PX-77 and PX-78 are irrelevant under FRE 402 and unfairly prejudicial, confusing, and misleading under FRE 403 because PX-77 and PX-78 (a 2009 email and its attachment, which Dr. Ward did not receive and testified he was unaware of) present the danger of misleading the jury into believing that Dr. Ward and his team were influenced in their design of Tagrisso by a citation in the email attachment referring to a literature publication published by named

5

inventors of the asserted patents.

**Wyeth responds as follows:**

The Court has already ruled evidence like PX-77 and PX-78 is relevant to willfulness

and inducement in denying AstraZeneca's MIL No. 5 (D.I. 408 at 3-4 & D.I. 389 at 9-10 and

D.I. 390-29 (paper published by the inventors detailing their work that is analyzed in PX-78,

an attachment to PX-77)) and, consistent with that ruling, these documents are directly relevant

to establish AstraZeneca's knowledge about the work of the inventors, as published in Kwak

2005 (D.I. 390-29), including the suggestion that this work of the inventors could be employed

to augment the reversible kinase inhibitor strategy that AstraZeneca was pursuing at the time –

information that at a minimum provides necessary context to AstraZeneca's suggestion that it

"blazed its own path."

|  |  |
|---|---|
|  | */s/ Karen E. Keller* |
| OF COUNSEL: | Karen E. Keller (No. 4489) |
| Christopher N. Sipes | Andrew E. Russell (No. 5382) |
| Einar Stole | Nathan R. Hoeschen (No. 6232) |
| Megan P. Keane | Emily S. DiBenedetto (No. 6779) |
| Eric R. Sonnenschein | SHAW KELLER LLP |
| Kaveh V. Saba | I.M. Pei Building |
| Priscilla Dodson | 1105 North Market Street, 12th Floor |
| Alexander Trzeciak | Wilmington, DE 19801 |
| Ashley Winkler | (302) 298-0700 |
| Melissa Keech | kkeller@shawkeller.com |
| Tobias Ma | arussell@shawkeller.com |
| Elaine Nguyen | nhoeschen@shawkeller.com |
| Robert T. McMullen | edibenedetto@shawkeller.com |
| COVINGTON & BURLING LLP | *Attorneys for AstraZeneca* |
| One CityCenter | *Pharmaceuticals LP and AstraZeneca AB* |
| 850 Tenth Street NW |  |
| Washington, DC 20001-4956 |  |
| (202) 662-6000 |  |

Dated: May 13, 2024

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2024, this document was served on Puma-

TagrissoLitigation@jonesday.com, Wyeth-TagrissoLitigation@willkie.com, and the persons

listed below in the manner indicated:

### BY EMAIL:

Jack B. Blumenfeld
Rodger D. Smith, II
Megan E. Dellinger
MORRIS, NICHOLS, ARSHT
  & TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
rsmith@morrisnichols.com
mdellinger@morrisnichols.com

Steven N. Geise
Anthony M. Insogna
Meredith A. Stewart
Miguel A. Alvarez
JONES DAY
4655 Executive Drive, Suite 1500
San Diego, CA 92121-3134
(858) 314-1200
sngeise@jonesday.com
aminsogna@jonesday.com
meredithstewart@jonesday.com
miguelalvarez@jonesday.com

Sara T. Horton
Ren-How Harn
Henry C. Thomas
WILKIE FARR & GALLAGHER LLP
300 North LaSalle
Chicago, IL 60654-3406
(312) 728-9040
shorton@willkie.com
rharn@willkie.com
hthomas@wilkie.com

Jason G. Winchester
Jennifer L. Swize
John M. Michalik
Bethany K. Biesenthal

Daniele San Román
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
(202) 879-3939
dsanroman@jonesday.com

Alexis Adian Smith
JONES DAY
555 South Flower Street, Fiftieth Floor
Los Angeles, CA 90071
(213) 489-3939
asmith@jonesday.com

Gasper J. LaRosa
Lisamarie LoGuidice
JONES DAY
250 Vesey Street
New York, NY 10281
(212) 326-3939
gjlarosa@jonesday.com
llogiudice@jonesday.com

John C. Evans, Ph.D.
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114-1190
(216) 586-3939
jevans@jonesday.com

Michelle B. Smit
Jeffrey S. Messing
JONES DAY
110 N. Wacker Drive, Suite 4800
Chicago, IL 60606
(312) 782-3939
jgwinchester@jonesday.com
jswize@jonesday.com
jmichalik@jonesday.com
bbiesenthal@jonesday.com
msmit@jonesday.com
jmessing@jonesday.com

/s/ Karen E. Keller
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
Nathan R. Hoeschen (No. 6232)
Emily S. DiBenedetto (No. 6779)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com
nhoeschen@shawkeller.com
edibenedetto@shawkeller.com
*Attorneys for AstraZeneca Pharmaceuticals
LP and AstraZeneca AB*

# Exhibit A



**Planet Depos**®
We Make It *Happen*™

# Transcript of Darren Cross

**Date:** April 27, 2023
**Case:** Puma Biotechnology, Inc., et al. -v- AstraZeneca Pharmaceuticals LP, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Darren Cross
Conducted on April 27, 2023

**Page 1**

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE DISTRICT OF DELAWARE
3                                        x
4   PUMA BIOTECHNOLOGY, INC. and
5   WYETH LLC,
6        Plaintiffs/
     Counterclaim Defendants,
7        v.                    C.A. No.
                               1:21 01338 MFK
8   ASTRAZENECA PHARMACEUTICALS LP
    and ASTRAZENECA AB,
9
        Defendants/
10      Counterclaim Plaintiffs.
11                                       x
12
13
14        VIDEOTAPED DEPOSITION OF
15             DARREN CROSS
16
17           London, England
18           United Kingdom
19        Thursday, April 27, 2023
20
21
22   Job No. 490123
23   Pages: 1   184
24
25   Reported stenographically by:
     LEAH M. WILLERSDORF, RPR, CRR, FBIVR, ACR, QRR2, CLR

**Page 2**

1
2
3
4        Thursday, April 27, 2023
5
6             09:05 a.m.
7        British Summer Time
8
9
10       Videotaped deposition of DARREN CROSS,
11   held at the offices of Jones Day, 21 Tudor Street,
12   London EC4Y 0DJ, England, United Kingdom, before
13   Leah M. Willersdorf, Registered Professional Reporter
14   and Certified Realtime Reporter with the US National
15   Court Reporters Association, and Fellow of the British
16   Institute of Verbatim Reporters, Qualified Realtime
17   Reporter Level 2, and Certified LiveNote Reporter.
18
19
20
21
22
23
24
25

**Page 3**

1             A P P E A R A N C E S
2   On behalf of Plaintiff PUMA BIOTECHNOLOGY, INC.:
3        JONES DAY
4             110 North Wacker Drive
5             Suite 4800
              Chicago, IL 60606
              312  782 3939
6
7        BY:  JASON G. WINCHESTER, ESQ.
             MICHELLE G. SMIT, ESQ.
             jgwinchester@jonesday.com
8            msmit@jonesday.com
9
10  On behalf of Defendant ASTRAZENECA and the witness:
11       COVINGTON & BURLING, LLP
12            850 Tenth Street, NW
              Washington, DC 20001 4956
13            202  662 6000
14       BY:  KAVEH V. SABA, ESQ.
             MELISSA KEECH, ESQ.
15           ksaba@cov.com
             mkeech@cov.com
16
17  ALSO PRESENT:
18       Christin Sullivan Miller
          Senior Counsel, AstraZeneca
19
20       Linda Fleet
          Videographer
21
22
23
24
25

**Page 4**

1             WITNESS INDEX
2   Witness:                          Page
3   DARREN CROSS
4
5      Examination by Mr. Winchester        11
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Transcript of Darren Cross
Conducted on April 27, 2023

---

**5**

EXHIBITS INDEX

| Plaintiffs' Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 44 | Plaintiffs Puma Biotechnology, Inc. And Wyeth LLC's Amended Notice of Rule 30 b 1 Deposition of Darren A. Cross 3 pages, no Bates | 13 |
| Exhibit 45 | Withdrawn | 34 |
| Exhibit 46 | AstraZeneca slide deck entitled Overview of mutant EGFR NSCLC area and AZD9291 Darren Cross, Principal Scientist & Pre clinical lead AZD9291, AstraZeneca Oncology, with a cover sheet outlining the metadata for the document AZ PW TAG00192153 196 [Highly Confidential] | 108 |
| Exhibit 47 | The New England Journal of Medicine, Volume 350, No. 21, dated May 20, 2004, article entitled Activating Mutations in the Epidermal Growth Factor Receptor Underlying Responsiveness of Non Small Cell Lung Cancer to Gefitinib, authored by Thomas J. Lynch, et al. WYETH TAG00948736 746 [Highly Confidential Outside Counsel Only] | 112 |

---

**6**

EXHIBITS INDEX

| Plaintiffs' Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 48 | Research Article entitled AZD9291, an Irreversible EGFR TKI, Overcomes T790M mediated Resistance to EGFR Inhibitors in Lung Cancer, authored by Darren A. E. Cross, et al., and published in Cancer Discovery edition dated September 2014 AZ PW TAG00121848 864 [Highly Confidential] | 115 |
| Exhibit 49 | AstraZeneca document entitled 2.4 Nonclinical Overview AZD9291, authored by Darren Cross, PhD, Peter Ballard, PhD, and Michelle Coulson, PhD ERT, dated December 10, 2014 AZ PW TAG0006204 246 [Highly Confidential] | 142 |
| Exhibit 50 | AstraZeneca slide deck entitled Inhibitor of Mutation Activated & Gatekeeper EGFR IMAGE, dated April 2009, with a cover sheet outlining the metadata for the document AZ PW TAG00317425 451 [Highly Confidential] | 147 |
| Exhibit 51 | Document entitled Minutes from meeting on irreversible inhibitors, dated Friday, September 25, 2009 AZ PW TAG00290842 [Highly Confidential] | 156 |

---

**7**

EXHIBITS INDEX

| Plaintiffs' Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 52 | Email from Rob Bradbury to Michael Block, et al., dated September 28, 2011, with a one page attachment entitled EGFRM Consultancy AZ PW TAG00190787 787 001 [Highly Confidential] | 160 |
| Exhibit 53 | AstraZeneca templated slide deck with the title Notes from consultancy with ex Pfizer Parke Davis scientists from irreversible pan EGFR erb projects, dated September 14, 2011 AZ PW TAG00190788 805 [Highly Confidential] | 164 |
| Exhibit 54 | AstraZeneca slide deck entitled Discovery and development of the mutant selective EGFR inhibitor AZD9291 in patients with EGFR mutant non small cell lung cancer; past, present and future Dr. Darren Cross, 78th Harden Conference, dated September 16, 2015 AZ PW TAG00187361 361 0045 [Highly Confidential] | 176 |

---

**8**

EXHIBITS PREVIOUSLY MARKED

| Plaintiffs' Exhibit No. | Description | Page |
|---|---|---|
| Exhibit 42 | United States Patent Number 10,603,314, issued March 31, 2020 PUMAWYETH TAG000000048 094 | 30 |
| Exhibit 43 | United States Patent Number 10,596,162, issued on March 24, 2020 PUMAWYETH TAG0030501 548 | 30 |
| Exhibit 35 | AstraZeneca FDA Type B Briefing Document for drug substance AZD9291, dated September 1, 2014 AZ BW TAG00075510 510 0141 [Highly Confidential] | 171 |
| Exhibit 39 | Slide deck entitled AZD9291 EGFRM : An orally active inhibitor of activating and T790M resistance mutations of EGFR tyrosine kinase Scientific Advisory Board 11 September, with a cover sheet listing Serban Ghiorghiu as the custodian and a Last Modified Date of September 10, 2012 AZ PW TAG 00132378 392 [Highly confidential] | 179 |

---

Transcript of Darren Cross
Conducted on April 27, 2023

9

1    (On the record at 09:05 a.m.)
2    THE VIDEOGRAPHER:  Here begins Media No. 1
3  in the videotaped deposition of Darren Cross, in the
4  matter of Puma Biotechnology, Inc., et al., versus
5  AstraZeneca Pharmaceuticals LP, et al., in the United
6  States District Court for the District of Delaware,
7  Case No. 21-1338-MFK.
8    Today's date is April 27, 2023, and the
9  time on the video monitor is 09:06 a.m.
10   The videographer today is Linda Fleet on
11  behalf of Planet Depos.
12   This video deposition is taking place at
13  Jones Day, 21 Tudor Street, London EC4Y 0DJ, United
14  Kingdom.
15   Would counsel please voice-identify
16  themselves and state whom they represent.
17   MR. WINCHESTER:  I'm Jason Winchester from
18  Jones Day on behalf of Puma Biotechnology, Inc.
19   MS. SMIT:  Michelle Smit also here from
20  Jones Day.
21   MR. SABA:  Good morning.  Kaveh Saba from
22  Covington & Burling on behalf of the defendants.
23  With me is Melissa Keech also from Covington, and
24  Christin Sullivan Miller from AstraZeneca.
25   THE VIDEOGRAPHER:  Would the reporter

11

1    DARREN CROSS,
2    having first agreed to tell the truth,
3    under penalty of perjury,
4    was examined and testified as follows:
5    EXAMINATION ON BEHALF OF PLAINTIFF
6    PUMA BIOTECHNOLOGY, INC.:
7  BY MR. WINCHESTER:
8    Q.  Dr. Cross, good morning.
9    **A.  Good morning.**
10   Q.  I'm Jason Winchester.  You and I met for
11  the first time this morning, right?
12   **A.  Yes, that's true.**
13   Q.  I represent Puma Biotechnology in the
14  case.
15   Would you tell us first what is your home
16  address.
17   ██████████████████████████████████
18   Q.  Have you ever given a deposition before in
19  a case related to US laws?
20   **A.  No.  My first time.**
21   Q.  Have you ever given a deposition before in
22  conjunction with any litigation?
23   **A.  No.  First time.**
24   Q.  All right.
25   Have you ever testified at trial?

10

1  please swear in the witness.
2    (Off-the-record discussion.)
3    THE STENOGRAPHER:  Good morning.  My name
4  is Leah Willersdorf.  I am a Registered Professional
5  Reporter and a Certified Realtime Reporter.
6    Will counsel please stipulate that, in
7  lieu of formally swearing in the witness, the reporter
8  will instead ask the witness to acknowledge that their
9  testimony will be true under the penalties of perjury,
10  that counsel will not object to the admissibility of
11  the transcript based on proceeding in this way, and
12  that the witness has verified that he is, in fact, Dr.
13  Darren Cross.
14   MR. WINCHESTER:  Stipulated for plaintiff.
15   MR. SABA:  Same for defendants.
16   THE STENOGRAPHER:  Dr. Cross, do you
17  hereby acknowledge that your testimony will be true
18  under the penalties of perjury?
19   THE WITNESS:  Yes.
20   THE STENOGRAPHER:  Thank you.
21   Thank you, Counsel.
22   MR. WINCHESTER:  All right.  This is going
23  to be a good day.
24  ///
25  ///

12

1    **A.  No.  No.**
2    Q.  Okay.
3    I'm obviously going to ask you a series of
4  questions today.  You understand that you are
5  testifying today under oath just like if we were in
6  the States in front of the judge and the jury, right?
7    **A.  Yes, I do, yeah.**
8    Q.  Is there any reason today that you
9  would be unable to give your full and complete and
10  accurate testimony?
11   **A.  No reason, no.**
12   Q.  Some ground rules, which we'll try to help
13  each other police through the day.
14   **A.  Mmm.**
15   Q.  Everything you say and everything I say is
16  going to be taken down by the court reporter, okay.
17   **A.  (Nonverbal response.)**
18   Q.  And for that reason it's really important
19  that you and I don't talk over each other, so will you
20  do your best to wait for your answer until I'm done
21  with my question?
22   **A.  Yes.**
23   Q.  Okay.  And I'll try to do the same for
24  you, wait until you're done answering before I ask the
25  next one.

57

1    A. Again, I don't recall this meeting or
2 these minutes, so I wouldn't --
3    Q. You told me earlier, I think, that to the
4 extent minutes were taken at these team meetings --
5    A. Mmm.
6    Q. -- that the project team lead would
7 generally be the person responsible for taking the
8 minutes, right, and that was, at this time, Teresa
9 Klinowska.
10    A. So, yes, a -- typically, in our meetings
11 the project leader would be responsible for the
12 minutes. That would be correct.
13    But I do not recall this meeting or these
14 minutes.
15    Q. Do you see under "Purpose of meeting,"
16 it says:
17    "To discuss the concerns people have about
18 working with and progressing irreversible inhibitor
19 compounds into the clinic"?
20    A. Yeah. I see that stated, yes.
21    Q. Who on the team had concerns about working
22 with and progressing irreversible inhibitor compounds
23 into the clinic at this time in September of 2009?
24    A. Yeah. Again, I don't remember the meeting
25 or the specifics, so, yeah, I would not be able to

58

1 recall that.
2    Q. Do you recall that there were people on
3 the AstraZeneca team who had concerns about using
4 those compounds?
5    A. I don't recall specific -- again, specific
6 details or specific people. I do recall at that time
7 there was still a lot of uncertainty and concern in
8 the field around irreversible inhibitors because of
9 their potential toxicity effects and the uncertainty
10 around irreversible inhibitors.
11    So I do recall there was a general feeling
12 of uncertainty around that as a class, given,
13 you know, at that time -- I don't recall specifically
14 within AZ who had concerns and what those concerns
15 were.
16    Q. Do you have any reason to believe that you
17 did not actually attend this meeting and engage in
18 these discussions as reflected in the minutes on
19 Plaintiffs' Exhibit 51?
20    A. Again, as stated, my name is there but
21 I don't recall or recollect this meeting or these
22 minutes.
23    Q. Do you see in the third bullet under
24 Notes, that at this meeting where it states you were
25 present, there was a:

59

1    "Discussion of Merck and Pfizer
2 publications on risk/benefit of reactive compounds"?
3    A. I see that is stated, yes.
4    Q. Do you recall any discussion about
5 publications from Merck or Pfizer?
6    A. So, again, I don't recall in this --
7 this meeting, I don't recall this meeting or the
8 minutes.
9    Q. There's a -- do you see the bullet that
10 starts, "Expected theoretical toxicity of
11 reversibles"?
12    A. Yes, I do. Yes.
13    Q. And there's a series of sub-bullets there?
14    A. Yes.
15    Q. The last one makes reference to HKI-272.
16    Do you see that?
17    A. Yes, I do. Yes.
18    Q. And do you recall that's one of the Pfizer
19 compounds that AstraZeneca was aware of?
20    MR. SABA: Object to form.
21    THE WITNESS: So I recognize the 2992
22 compound as afatinib, and I recognize HKI-272, I
23 think, as neratinib, but, again, I was not -- I don't
24 recall the meeting, the minutes and the context of the
25 discussion.

60

1 BY MR. WINCHESTER:
2    Q. Okay. AstraZeneca actually hired two
3 former Pfizer scientists to talk to your team about
4 these concerns of using irreversible inhibitors,
5 right?
6    MR. SABA: Object to form.
7    THE WITNESS: I don't recall. I -- yeah,
8 I don't recall.
9    MR. WINCHESTER: I'm going to mark as
10 Plaintiffs' Deposition Exhibit 52, it's an email from
11 September 28, 2011, from Rob Bradbury to a host of
12 people at AstraZeneca, including Dr. Ward, and,
13 Dr. Cross, you are copied on this. It is titled
14 "EGFRm Consultancy.ppt."
15    (Plaintiffs' Deposition Exhibit 52 marked
16    for identification.)
17    MR. WINCHESTER: Oh, and I should have
18 said it is Bates'd AZ-PW-TAG00190787 through 0001.
19 BY MR. WINCHESTER:
20    Q. Okay. Dr. Cross, lots of people are shown
21 on this email, but do you see that you were Cc'd?
22    A. Yes, I do. Yes.
23    Q. Who's Rob Bradbury? I almost said Ray.
24    A. So from what I recall, Rob, again, was a
25 medicinal chemist in the chemistry team.

6

1    Q.  Okay.  Do you see -- do you recall
2   receiving this email, by the way?
3    A.  No, I don't recall this email and I don't
4   recognize this email or, yeah, recollect this email.
5    Q.  Do you have any reason to believe you
6   didn't get it?
7    A.  Again, my name is in the Cc line, but
8   I don't -- as it's stated, but I don't recall/remember
9   this email.
10    Q.  Do you see in the first line of the email,
11   Mr. Bradbury says:
12        "Just thought I'd summarise recent EGFRM
13   experience of speaking to two ex-Pfizer (Warner
14   Lambert) scientists, who had worked on canertinib and
15   PF00299804 (Pfizer Phase II/III irreversible EGFR
16   inhibitors)."
17    A.  Yeah, I see that is stated.
18    Q.  If you actually turn the page over,
19   there's something that looks sort of like a slide.  Do
20   you see that, entitled "EGFRM Consultancy"?
21    A.  Yes, I see that.
22    Q.  And the second bullet says:
23        "Ex-Pfizer (Warner Lambert/Wyeth)
24   scientists identified: Proven expertise on
25   irreversible Phase II/III EGFR inhibitors."

62

1        Right?
2    A.  Yeah, I see that is stated.  Yes.
3    Q.  Also notes that these people have
4   published papers and patents?
5    A.  I see that as stated.
6    Q.  There's a bullet there that says the areas
7   for discussion identified included MOA studies, PK-PD
8   and safety.
9        Do you see that?
10    A.  Yes, I see that as stated.  Yes.
11    Q.  Do you understand MOA to mean method of
12   action?
13    A.  Well, my interpretation, we normally use
14   MOA to mean mechanism of action.
15    Q.  Okay.  And PK-PD, is that
16   pharmacokinetics/pharmacodynamics?
17    A.  Yes, that would be a correct, yeah,
18   interpretation.
19    Q.  This states that:
20        "Anonymised AZ data provided under a CDA."
21        Do you see that?
22    A.  I do, yes.
23    Q.  And all the way at the bottom, the
24   conclusion here states that:
25        "Provided external confidence in project

63

1   approach."
2        Right?
3    A.  I see that stated, yes.
4        MR. SABA:  We're at about an hour.  Is
5   this a good time to take a break?
6        MR. WINCHESTER:  If you'd like.  It's up
7   to you.
8        THE WITNESS:  Yeah.
9        MR. SABA:  Sure, okay.
10        MR. WINCHESTER:  Okay.
11        THE VIDEOGRAPHER:  Going off the record.
12   The time is 1:49.
13        (Break taken.)
14        THE VIDEOGRAPHER:  Back on the record.
15   The time is 2:02.
16   BY MR. WINCHESTER:
17    Q.  All right.  Dr. Cross, when we left off,
18   we were talking about a meeting that AstraZeneca had
19   with a couple of former Pfizer scientists.
20        MR. WINCHESTER:  I'm going to hand you
21   a document that I'll mark as Plaintiffs' Deposition
22   Exhibit 53.  It is a slide deck entitled "Notes from
23   consultancy with ex-Pfizer (Parke-Davis) scientists
24   from irreversible pan-EGFR-erb projects," dated 14
25   September 2011.  It's on AstraZeneca template and

64

1   Bates is AZ-PW-TAG00190788 through 805.
2        (Plaintiffs' Deposition Exhibit 53 marked
3          for identification.)
4   BY MR. WINCHESTER:
5    Q.  And I will represent to you, Dr. Cross,
6   that this document that I've handed you as Plaintiffs'
7   Exhibit 53 was produced to us as being associated with
8   the email we looked at before the break, Exhibit 52.
9        Do you see that that email Exhibit 52,
10   in the title there, it says "Attachments: EGFRM
11   Consultancy.ppt"?
12    A.  I do, yes.
13    Q.  Okay.  So Exhibit 53, if you'll look on,
14   I guess, the second slide -- first of all, I guess
15   I should step back and ask, flipping through this,
16   does this refresh your memory at all about the meeting
17   that you and others had with these former Pfizer
18   scientists that AstraZeneca hired as consultants?
19    A.  No.  I don't remember this meeting.
20    Q.  On the second slide, in the lower
21   righthand corner it ends in 789.
22    A.  Mmm-hmm.
23    Q.  Do you see that?
24    A.  Yes, I do.  Yes.
25    Q.  Do you see listed as participants in this

65

1  meeting include Mark Anderton, Peter Ballard,
2  Rob Bradbury, you, Ray Finlay, and Clare Lane?
3      **A.  Yes, I see that is stated.  Yes.**
4      Q.  Was -- I think we've talked about the
5  others.  Was Clare Lane also part of the EGFRm core
6  team?
7      **A.  I don't remember her specific role, but**
8  **she was in the DMPK department alongside Peter**
9  **Ballard, but I don't remember her specific role on the**
10 **project.**
11     Q.  And then there are two participants here
12 listed that are ex-Pfizer, right?  The first is
13 Bill Elliott?
14     **A.  Yeah, I can see that stated.  Yes.**
15     Q.  And it says that Mr. Elliott is the
16 ex-Pfizer (Parke-Davis) pharmacologist from CI-1033
17 project.
18         Do you see that?
19     **A.  Yes, I do.  Yeah.**
20     Q.  Do you recognize that, CI-1033, as a
21 compound that's also known as canertinib?
22     **A.  I recognize the compound as a -- yeah,**
23 **again, I second-generation irreversible compound.**
24     Q.  And the other ex-Pfizer consultant that
25 AstraZeneca hired is Haile Tecla?

66

1      **A.  Yeah.**
2          MR. SABA:  Object to form.
3          THE WITNESS:  I can see that's stated.
4  BY MR. WINCHESTER:
5      Q.  And Tecla is described here as ex-Pfizer
6  Parke-Davis chemist/project leader from PF-299804
7  project.
8          Do you see that?
9      **A.  I see that stated, yes.**
10     Q.  And do you recognize PF-299804 as a
11 compound also known as dacomitinib?
12     **A.  Yes, I recognize that, yeah, the compound,**
13 **that number.  Yeah, that compound.**
14     Q.  And you understand that that compound is
15 the active ingredient in an FDA-approved product that
16 is brand name Vizimpro, right?
17     **A.  I don't know the brand name, but I do know**
18 **that that compound is approved.**
19     Q.  Are you aware that Ms. Tecla's actually
20 one of the inventors on a patent that Pfizer holds
21 related to that --
22     **A.  No.**
23     Q.  -- product?
24     **A.  Not aware of that, no.**
25     Q.  The next slide, lower righthand corner,

67

1  790.
2      **A.  Okay.**
3      Q.  This looks like a lot of the same
4  information that we looked at before the break in
5  Exhibit 52, right?  It talks about the ex-Pfizer
6  scientists that were identified with proven expertise
7  on irreversible Phase II/III EGFR inhibitors.  Right?
8          MR. SABA:  Object to form.
9  BY MR. WINCHESTER:
10     Q.  It's in the second bullet.
11     **A.  Mmm.**
12     Q.  Do you see that?
13     **A.  Yeah, that's what's, yeah, as stated.**
14 **Yes.**
15     Q.  Again, under "Areas for discussion
16 identified," it includes MOA studies, PK-PD, and
17 safety, right?
18     **A.  Again, I don't recall this meeting, but**
19 **that is stated in these slides.**
20     Q.  And it states here again that anonymized
21 AZ data provided under a CDA.
22         Do you see that?
23     **A.  Yeah, I see that stated.  Yes.**
24     Q.  The next bullet says there was a:
25         "... 1 hour teleconference between EGFRM

68

1  project discipline leads and 2 ex-Pfizer scientists:
2  Some insight gained on MOA studies     reassurance on
3  PK-PD and safety."
4          Do you see that?
5      **A.  I do see that stated.**
6      Q.  And right below that, it indicates that
7  there was a cost to AstraZeneca of $1,200 for this?
8      **A.  I do see that stated.**
9      Q.  With the conclusion of the exercise being
10 stated here that it:
11         "Provided external confidence in project
12 approach."
13         Right?
14     **A.  I do see that as stated in the slide, yes.**
15     Q.  Take a look at the -- it's a couple slides
16 down.  In the lower right-hand corner of the page,
17 it's 793.  The title of the slide is "Notes: safety
18 assessment."
19         Do you see that?
20     **A.  I do see that stated.**
21     Q.  And the second-to-last bullet says:
22         "Also feel that irreversible kinase
23 inhibitors now well-precedented in clinic and no need
24 to be over-cautious."
25         Do you see that?

81

1    Q.  Where did you and your co-presenters come
2  up with that number of 30 percent de novo T790M
3  patients?
4    A.  Yeah, I don't recall this presentation or
5  these slides, so I would not be able to comment on
6  that.
7    Q.  Do you know who, among the group of you,
8  found and included that information about 30 percent
9  de novo T790M   patients?
10   A.  So, again, I don't remember this
11 presentation and these slides, so, no, I would not be
12 able to provide any comment or insight onto that.
13     MR. WINCHESTER:  Okay.  Let's take a few
14 minutes of break and see what we've got left.
15     THE VIDEOGRAPHER:  Okay.  Going off the
16 record.  The time is 2:31.
17     (Break taken.)
18     THE VIDEOGRAPHER:  Back on the record.
19 The time is 2:40.
20     MR. WINCHESTER:  All right.  Dr. Cross,
21 I think we're going to bother your lawyers for some of
22 these documents you mentioned today that I don't think
23 we have.  But I don't have any more questions for you.
24 So thank you very much for your time today.
25     THE WITNESS:  Okay.  Thank you.

82

1      MR. SABA:  I'd like to mark the transcript
2  Confidential, subject to the protective order.
3      Other than that, no questions for
4  Dr. Cross, and we consider his deposition closed.
5  He'd like to read and sign, of course.
6      MR. WINCHESTER:  Gotcha.  Okay.
7  You're done.  Hopefully not too painful.
8      THE VIDEOGRAPHER:  Thank you very much.
9  Going off the record.  The time is 2:41.
10     (The deposition concluded.)
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

83

1      CERTIFICATE OF WITNESS
2
3  I, DARREN CROSS, declare that I have read the entire
4  transcript of my deposition, or the same has been read
5  to me, and certify that it is a true, correct and
6  complete transcript of my deposition given on
7  Thursday, April 27, 2023, save and except for changes
8  and/or corrections, if any, as indicated by me on the
9  attached Errata Sheet, with the understanding that
10 I offer these changes and/or corrections as if still
11 being questioned.
12
13
14
15 Signed
16 Darren Cross
17
18
19
20 Dated this...........day of..............20...
21
22
23
24
25

84

1      REPORTER CERTIFICATE
2
3  I, LEAH M. WILLERSDORF, Registered Professional
4  Reporter, Certified Realtime Reporter, Fellow of the
5  British Institute of Verbatim Reporters, Qualified
6  Realtime Reporter Level 2, and Certified LiveNote
7  Reporter, do hereby certify that:
8      DARREN CROSS appeared before me on
9  Thursday, April 27, 2023, agreed to tell the truth
10 under the penalties of perjury, and was thereupon
11 examined by counsel; that the testimony of said
12 witness was taken and reduced to stenotype writing
13 before me; that the foregoing is a true and accurate
14 record to the best of my knowledge, skill and ability;
15 that I am neither a relative nor employee of any party
16 to the action in which this interview was taken; nor
17 am I a relative nor employee of any attorney or
18 counsel employed by any party thereto; and, further,
19 I am not financially or otherwise interested in the
20 outcome of the action.
21
22
23       *L.M. Willersdorf*
        LEAH M. WILLERSDORF
24       RPR, CRR, FBIVR, ACR, QRR2, CLR
25       (May 08, 2023)

# Exhibit B

| From: | Bradbury, Rob H |
|---|---|
| Sent: | 9/28/2011 1:13:36 PM |
| To: | Block, Michael; Aquila, Brian; Ashwell, Susan; Chuaqui, Claudio; Yu, Dingwei; Andrews, David M (Alderley Park); Bansal, Harj S; Bradbury, Rob H; Buttar, David; Butterworth, Sam; Colclough, Nicola; Daunt, Paula; De Savi, Chris; Faulder, Paul; Finlay, Ray MRV; Foote, Kevin M; Goldberg, Frederick W; Griffen, Ed J; Halsall, Chris T; Harrison, Martin; Hennequin, Laurent; Jones, Cliff; Kettle, Jason; Luke, Richard WA; Nissink, Willem; Nowak, Thorsten; Packer, Martin J; Pike, Kurt G; Rabow, Al; Ruston, Linette; Simpson, Iain; St-Gallay, Steve; Thomas, Andrew P; Ting, Attilla; Ward, Richard A; Winter, Jon; Wood, Matt JM (DMPK); Barlaam, Bernard; Degorce, Sebastien; Delouvrie, Benedicte; Ducray, Richard; Lambert, Christine; Ouvry, Gilles; Ple, Patrick |
| CC: | Anderton, Mark; Ashton, Susan (CI); Ballard, Peter G; Cross, Darren AE; Lane, Clare D |
| Subject: | EGFRM consultancy experience |
| Attachments: | EGFRM Consultancy.ppt |

Dear All,

Just thought I'd summarise recent EGFRM experience of speaking to two ex-Pfizer (Warner Lambert) scientists, who had worked on canertinib and PF00299804 (Pfizer Phase II/III irreversible EGFR inhibitors).

Arguably an atypical scenario, in that very specific expertise readily identifiable - but might be worth considering for other projects, given that a lot of expertise is now out there on the open market following a decade of upheavals in the industry.

Initial contact was established via IDSC and this worked well - there may well be other consultancy panels out there offering similar services:

http://www.idscbiotechnetwork.com/

Please get back to me if you'd like to discuss considering an option like this.

Rob

**PX-084**
1:21-cv-01338-MFK

AZ-PW-TAG00190787

# EGFRM Consultancy

➢ **Oncology iMed project pre-CSID**
  - Irreversible kinase inhibitor targeting mutant EGFRM

➢ **Ex-Pfizer (Warner Lambert/Wyeth) scientists identified**
  - Proven expertise on irreversible Phase I/II EGFR inhibitors
  - Published papers and patents
  - No conflict of interest with consultancies with other companies
  - Caveat that work done up to decade ago

➢ **Areas for discussion identified**
  - MOA studies, PK-PD, safety
  - Anonymised AZ data provided under CDA

➢ **1 hour TC between EGFRM project discipline leads and 2 ex-Pfizer scientists**
  - Some insight gained on MOA studies + reassurance on PK-PD and safety

➢ **Arranged via IDSC**
  - http://www.idscbiotechnetwork.com/
  - Consultancy panel, primarily ex-Pfizer (Warner Lambert)
  - Cost $1200 (1 hour preparation, 1 hour TC)

➢ **Conclusion**
  - Provided external confidence in project approach

AZ-PW-TAG00190787_0001

# Exhibit C

# Notes from consultancy with ex-Pfizer (Parke-Davis) scientists from irreversible pan-EGFR-erb projects – 14 Sept 2011

1

AstraZeneca

PX-085

1:21-cv-01338-MFK

Highly Confidential

AZ-PW-TAG00190788

# Participants

➢ Mark Anderton (AZ Safety Assessment)
➢ Peter Ballard (AZ DMPK)
➢ Rob Bradbury (AZ Chemistry)
➢ Darren Cross (AZ Biology)
➢ Ray Finlay (AZ Chemistry)
➢ Clare Lane (AZ DMPK)

CI1033 = Discontinued Pfizer irreversible pan EGFR-erb CD1
PF299804 = Phase III Pfizer irreversible pan EGFR-erb CD2

➢ Bill Elliott
    Ex-Pfizer (Parke-Davis) pharmacologist from CI-1033 project
➢ Haile Tecla
    Ex-Pfizer (Parke-Davis) chemist/project leader from PF-299804 project
➢ Mark Cresswell
    Facilitator IDSC consultancy panel



# EGFRM Consultancy

➢ Oncology iMed project pre-CSID
  – Irreversible kinase inhibitor targeting mutant EGFRM
➢ Ex-Pfizer (Warner Lambert/Wyeth) scientists identified
  – Proven expertise on irreversible Phase II/III EGFR inhibitors
  – Published papers and patents
  – No conflict of interest with consultancies with other companies
➢ Areas for discussion identified
  – MOA studies, PK-PD, safety
  – Anonymised AZ data provided under CDA
➢ I hour TC between EGFRM project discipline leads and 2 ex-Pfizer scientists
  – Some insight gained on MOA studies + reassurance on PK-PD and safety
➢ Arranged via IDSC
  – http://www.idscbiotechnetwork.com/
  – Consultancy panel, primarily ex-Pfizer (Warner Lambert)
  – Cost $1200 (1 hour preparation, 1 hour TC)
➢ Conclusion
  – Provided external confidence in project approach



3

# Notes – Enzyme kinetics, receptor occupancy, downstream markers

➢ Look as early as you can in wash out experiments (i.e. 1 minute!)
➢ Receptor re-synthesis 30 hr for EGFR
➢ Emphasised receptor occupancy
➢ In animal models and clinical studies used antibody to fragment of EGF receptor with inhibitor bound to determine occupancy (unpublished in journal but disclosed in posters)
➢ Supportive of MS approaches (done with CI-1033)
➢ Mentioned use of boitinylated cpds cited in Avila patents
➢ Commented return of downstream markers could be due to collateral pathway
➢ Used downstream markers as surrogate read out in clinical trials

➢ Conclusion: Darren to look into above?

AstraZeneca

4

Highly Confidential
AZ-PW-TAG00190791

# Notes – PK-PD
# and human dose prediction

➢ Set dose for CI-1033 conservatively low to minimise tox risks

➢ Efficacy composite of potency, on-rate and exposure

➢ Desired PK profile dependent on reactivity (short half life for highly reactive, longer for less reactive)

➢ Efficacious dose rationalised retrospectively with PD markers

➢ Exposure more important for understanding off target effects than dose

➢ Excretion via urine, biliary, etc

➢ Commented covalent binding to heps not tried but seems reasonable expt

➢ Conclusion: No major revelations

5

AstraZeneca

Highly Confidential

AZ-PW-TAG00190792

# Notes – Safety assessment

➢ Not concerned about immune-mediated tox
➢ CI-1033 and PF-299804 excellent pan-kinase selectivity
➢ Only hit JAK3 and LCK (?10 uM), minimal off-target effects
➢ Overall fairly bullish about margins to reversible off-target effects
➢ Apart from skin rash, main tox bone marrow (thrombocytopenia, neutropenia)
➢ QWBA (14-C) done for both CI-1033 and PF-299804
➢ Rapid decline to 4 hrs, then slow (still detectable at 100 hrs)
➢ Cautioned that not clear what radioactivity attached to
➢ Didn't advocate matched pair tox studies at this stage
➢ Also feel that irreversible kinase inhibitors now well-precedented in clinic and no need to be over-cautious

➢ Conclusion: Positive about irreversibles…



6

# Conclusions

➤ Context is that work done up to decade ago

➤ Reassuring overall

➤ Little impact on PK-PD and safety plans

➤ Receptor occupancy worth following up?

➤ Little further anticipated, so not proposing further session

AstraZeneca

7

Highly Confidential

AZ-PW-TAG00190794

# Supplementary – Anonymised AZ data supplied to consultants under full CDA

8



# Project rationale

**Project Objective:** To identify a potent, orally bioavailable inhibitor of **both the activating EGFRM+ and quinazoline resistant T790M EGFR mutations** that should also offer selectivity over the wild type form of the receptor.

**Biological Rationale:** Iressa/Tarceva provides benefit to NSCLC patients harbouring EGF-Receptors containing single-activating mutations. However, all responsive patients will ultimately progress, with acquisition of a secondary T790M mutation in EGFR being responsible for 50-70% of resistance cases. Agents that can target this form of dual-mutated resistant EGFR should provide benefit in an area of current unmet medical need.

Comparative data provided for anonymised AZ pre-clinical irreversible inhibitor, Gatekeeper WZ4002 (published mutant-selective irreversible EGFR inhibitor) and PF00299804 (Phase III wild type and mutant irreversible EGFR inhibitor)

AstraZeneca

9

Highly Confidential

AZ-PW-TAG00190796

# Cell lines

| | Cell phosphorylation | Cell proliferation | Mouse PD and xenograft |
|---|---|---|---|
| **L858R/T790M double mutant** | PC9 | PC9 | PC9 |
| **L858R single mutant** | H1975 | H1975 | H1975 |
| **Wild type** | LoVo | Calu 3 | LoVo |

10

AstraZeneca

Highly Confidential

PX-085, page 10 of 18

AZ-PW-TAG00190797

# Kinase and cell phosphorylation  data

|  | Gatekeeper WZ4002 | PF00299804 | AZ Compound |
|---|---|---|---|
| Enzyme double L858R/T790M mutant IC50 nM | 10 | 2 | 0.3 |
| Enzyme single L858R mutant IC50 nM | 28 | 1 | 3 |
| Phosphorylation cell PC9 double L858R/T790M mutant IC50 nM | 22 | 45 | 0.6 |
| Phosphorylation cell H1975 single L858R mutant IC50 nM | 43 | 1 | 2 |
| Phosphorylation cell LoVo wild type IC50 nM | 1100 | 9 | 150 |
| Cell ratio Wild type: Single mutant | 26 | 9 | 75 |

➢ Data from AZ assays
➢ Gatekeeper WZ4002 = Published irreversible mutant-selective inhibitor
  – Wenjun Zhou et al, *Nature* 2009, **462**, 1070-1074
➢ PF00299804 = Pfizer Phase III irreversible wild type + mutant inhibitor
➢ "AZ Compound" = Pre-clinical irreversible mutant-selective inhibitor

11

AstraZeneca

Highly Confidential

AZ-PW-TAG00190798

# Cell proliferation data



| | Gatekeeper WZ4002 | PF00299804 | AZ Compound |
|---|---|---|---|
| Proliferation PC9 double L858R/T790M mutant IC50 nM | 27 | < 1 | 5 |
| Proliferation H1975 single L858R mutant IC50 nM | 47 | 400 | 5 |
| Proliferation Calu3 wild type IC50 nM | 1900 | 75 | 220 |

➤ Data from AZ assays
➤ Gatekeeper WZ4002 = Published irreversible mutant-selective inhibitor
  – Wenjun Zhou et al, *Nature* 2009, **462**, 1070-1074
➤ PF00299804 = Pfizer Phase III irreversible wild type + mutant inhibitor
➤ "AZ Compound" = Pre-clinical irreversible mutant-selective inhibitor

AstraZeneca

12

Highly Confidential

AZ-PW-TAG00190799

# Glutathione reactivity and protein binding



| | Gatekeeper WZ4002 | PF00299804 | AZ Compound |
|---|---|---|---|
| GSH Reactivity t1/2 min | 104 | 49 | 91 |
| % Free rat | NV | 7.4 | 6.4 |
| % Free human | 2 | 2.7 | 3.2 |

➢ Data from AZ assays
➢ Gatekeeper WZ4002 = Published irreversible mutant-selective inhibitor
    – Wenjun Zhou et al, *Nature* 2009, **462**, 1070-1074
➢ PF00299804 = Pfizer Phase III irreversible wild type + mutant inhibitor
➢ "AZ Compound" = Pre-clinical irreversible mutant-selective inhibitor

13

AstraZeneca

AZ-PW-TAG00190800

# Mouse oral PD and xenograft activity



|  | Gatekeeper WZ4002 | AZ Compound |
|---|---|---|
| PC9 PD dose mpk | 25 | Close analog |
| PC9 PD 6 hr % Inhibition | 88 | active at 10 mpk |
| PC9 efficacy dose mpk | 5 | 5 |
| PC9 efficacy % TGI | 81 | 139 |
| H1975 efficacy dose mpk | 5 | 1 |
| H1975 efficacy % TGI | 36 | 60 |
| LoVo efficacy dose mpk | 25 | 10 |
| LoVo efficacy % TGI | 34 | 35 |

➢ Data from AZ assays
➢ Gatekeeper WZ4002 = Published irreversible mutant-selective inhibitor
  – Wenjun Zhou et al, *Nature* 2009, **462**, 1070-1074
➢ "AZ Compound" = Pre-clinical irreversible mutant-selective inhibitor

AstraZeneca

14



Highly Confidential

AZ-PW-TAG00190802

# PK-PD in PC9 xenograft



Note – Data for close analogue of "AZ Compound" of comparable potency dosed at 10 mpk po in mouse PD assay

PK parameters across species and physical properties believed commensurate with maximum absorbable dose > predicted human dose, but with uncertainties around predicting efficacious human concentration for irreversible inhibitor

16

AstraZeneca

Highly Confidential

AZ-PW-TAG00190803

# Safety assessment – For discussion

➢ Determination of selectivity profiles
  – Margins to reversible off-targets?
➢ Assessing risk of immune-mediated toxicity
➢ QWBA to assess distribution/retention of irreversible compounds
  – QWBA using T-labelled probe compound show radioactivity present 7 days post dosing
  – Relationship to toxicity?
  – Tumour bearing vs non-tumour bearing animals?
➢ Matched pair toxicity studies (with/without warhead)?
  – To help clarify irreversible-mediated toxicity vs reversible

17

AstraZeneca

# Enzyme kinetic data

|  | Gatekeeper WZ4002 | AZ Probe Compound |
|---|---|---|
| $K_{inact}$ | 0.054 | 0.019 |
| Curves $R^2$ | 0.9951 - 0.9998 | 0.9368 - 0.9996 |
| timecourse (mins) | 17.9 | 21.6 |
| Ki | 7.4 | 7.2 |

➢ Data for ~10x less potent progenitor compound of "AZ Compound"
➢ In vitro wash out experiments
    -- H1975 and PC9 cells incubated for 2 hours prior to wash out
    -- Cells lysed 10 min-26 hours post wash out
    -- Reversible inhibitor with same chemotype run in parallel
    -- Recovery in receptor phosphorylation seen with reversible inhibitor
    -- No recovery detected with irreversible inhibitor
➢ Mass-spec approaches under consideration

AstraZeneca

18

# Exhibit D



# Transcript of Dr. Richard Ward, Designated Representative and Individually

**Date:** May 5, 2023
**Case:** Puma Biotechnology, Inc., et al. -v- AstraZeneca Pharmaceuticals LP, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

Transcript of Dr. Richard Ward, Designated Representative and Individually [1] (1 to 4)
Conducted on May 5, 2023

---

**Page 1**

```
1              IN THE UNITED STATES DISTRICT COURT
2                   DISTRICT OF DELAWARE
3                                 X
4   PUMA BIOTECHNOLOGY, INC.      :
5   and WYETH, LLC.               :
6           Plaintiffs            :
7           v.                    :   Civil Action No:
8   ASTRAZENECA PHARMACEUTICALS LP :  1:21 cv 01338 MFK
9   ASTRAZENECA AB
10          Defendants            :
11                                X
12
13
14         Deposition of DR. RICHARD WARD
15     Designated Representative and Individually
16                    LONDON
17             FRIDAY, MAY 5TH, 2023
18                  9:02 A.M.
19               30 b 6  testimony
20
21
22  Job No.:  490131
23  Pages 1   140
24  Reported by:  CHRIS LANG
25
```

**Page 2**

```
1
2           Deposition of DR. RICHARD WARD, held at the
3   offices of:
4
5
6           JONES DAY
7           21 Tudor Street
8           Temple
9           EC4Y 0DF
10          LONDON
11          UNITED KINGDOM
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

**Page 3**

```
1               A P P E A R A N C E S
2
3   ON BEHALF OF PLAINTIFF PUMA:
4       JASON G. WINCHESTER, ESQUIRE
5       JONES DAY
6       110 N. WACKER DRIVE
7       SUITE 4800
8       CHICAGO IL 60606 7223
9       jgwinchester@jonesday.com
10
11      MICHELLE SMITH, ESQUIRE
12      JONES DAY
13      110 N. WACKER DRIVE
14      SUITE 4800
15      CHICAGO IL 60606 7223
16      msmit@jonesday.com
17
18
19
20
21
22
23
24
25
```

**Page 4**

```
1   ON BEHALF OF DEFENDANT ASTRAZENECA and THE WITNESS:
2       EINAR STOLE, ESQUIRE
3       COVINGTON & BURLING LLP
4       ONE CITYCENTER
5       850 TENTH STREET, NW WASHINGTON, DC
6       20001 4956
7       estole@cov.com
8
9       MELISSA KEECH, ESQUIRE
10      COVINGTON & BURLING LLP
11      ONE CITYCENTER
12      850 TENTH STREET, NW WASHINGTON, DC
13      20001 4956
14      mkeech@cov.com
15
16  ALSO PRESENT:
17  JOSEPH VINER  VIDEOGRAPHER
18  CHRISTIN SULLIVAN MILLER  ASTRAZENECA
19
20
21
22
23
24
25
```

Transcript of Dr. Richard Ward, Designated Representative and Individually ² (5 to 8)
Conducted on May 5, 2023

**5**

I N D E X

1
2  DR RICHARD WARD ...................................10
        Examination by MR. WINCHESTER          10
3
4  Exhibit P 33        [previously marked]     12
        a corrected notice of the
5       deposition of defendants pursuant
        to federal rule of civil procedure
        30 b 6
6
7  Exhibit P 76        Plaintiff Puma          16
        Biotechnology Inc. and Wyeth LLC's
8       amended notice of rule 30 b  1
        deposition of Richard Ward
9  Exhibit P 73        [previously marked]     28
        US patent 8946235
10
11 Exhibit P 42        US patent number 10603314  30
12 Exhibit P 43        [previously marked]     30
        US patent 10596162
13
14 Exhibit P 57        [previously marked]     32
        application number 60/649483,
        filing date February 3, 2005.
15
16 Exhibit P 58        [previously marked]     34
        US patent application number
17      60/671989, filing date April 15,
        2005
18 Exhibit P 59        [previously marked]     34
19      US patent application publication
        number US 2010/0087482 A1
20 Exhibit P 60        US patent application publication  35
21      US 2016/031048281, dated October
        27, 2016,
22
23 Exhibit P 61        [previously marked]     36
        PCT WO 2006/084058 A2,
24      international publication date
        August 10, 2006.
25

**7**

1  Exhibit P 82        A May 24, 2005 PNAS     89
        article from Kwak, Sordella,
2       Godin Heymann, Settleman,
        Rabindran, Haber and others
3       entitled  irreversible inhibitors
        of the EGF receptor may circumvent
4       acquired resistance to gefitinib .
5  Exhibit P 69        [previously marked]     99
        A slide deck of a presentation by
6       Dr. Finlay from May 20, 2014.
7  Exhibit P 83        A June 30, 2008         105
        article called  comparison of the
8       EGFRm resistance mutation profiles
        generated by EGFR targeted tyrosine
9       kinase inhibitors and the impact of
        drug combinations
10
11 Exhibit P 84        A Microsoft Excel       115
        worksheet Bates stamped
12      AZ PW TAG00317452
13 Exhibit P 85        A document Bates        119
        numbered AZ PW TAG00339119 and is
14      an email 12/8/2010 from Martin Pass
        to a number of people internally at
        AstraZeneca.
15
16 Exhibit P 51        [previously marked]     122
        minutes from meeting on
17      irreversible inhibitors dated
        September 25, 2009
18 Exhibit P 68        [previously marked]     124
        A presentation that Dr. Finlay
19
20 Exhibit P 86        An email string with    126
        the Bates number AZ PW TAG00338437
21      through 439.  The top email is from
        March 18, 2010, from Teresa
22      Klinowska
23 Exhibit P 66        [previously marked]     129
        A book chapter called  Medicinal
24      Chemistry Case History osimertinib
        DZD 9291  that Dr. Ward and Dr.
25      Finlay published

**6**

1  Exhibit P 40        [previously marked]     52
        Scans are from a patient with Exon
2       19 deletion and T 790M positive pre
        gefitinib
3
4  Exhibit P 39        [previously marked]     54
        A presentation by Darren Cross,
        Anne Galer, Serban Ghiorghiu and
5       Elaine Kilgour related to AZD9291.
        The first slide says  scientific
6       advisory board ?
7  Exhibit P 50        [previously marked]     68
        A slide deck from April 2009
8       entitled  inhibitor of mutation
        activated in gatekeeper EGFR
9
10 Exhibit P 77        A slide presentation    69
        dated October 26, 2018, entitled
11      osimertinib Tagrisso story . The
        Bates numbers are AZ PW TAG00090933
        through 982.
12
13 Exhibit P 78        An article by           71
        William Pao and others, entitled
14      acquired resistance of lung
        adenocarcinomas to gefitinib or
15      erlotinib is associated with a
        second mutation in the EGFR kinase
16      domain .  It is Bates number
        AZ PW TAG00000307 through 8317.
17 Exhibit P 79        An AstraZeneca slide    73
        deck called  EGFRm building on EGFR
18      franchise , Bates numbered
        AZ PW TAG00126450 through 0006
19
20 Exhibit P 80        An email from           82
        Claudio Chuaqui, to Teresa
21      Klinowska, copying Pat Elkins,
        dated September 23, 2009.  The
22      Bates number is AZ PW TAG00167346.
23 Exhibit P 81        The file that was       83
        attached to the email that has been
24      marked plaintiff's 80.  The Bates
        numbers are AZ PW TAG00167364
        through 0005.
25

**8**

1  Exhibit P 87        A slide deck from       131
        AstraZeneca  EGFRm update for LGG
2       dated February 25, 2010.  Bates
        numbers AZ PW TAG00290455 through
3       472
4  Exhibit P 88        A slide deck from       133
        AstraZeneca entitled  discovery and
5       development of AZD9291  Tagrisso
        osimertinib  in mutant selective
6       EGFR inhibitor  Bates number
        AZ PW TAG00091395 through 344.
7
8  Exhibit P 89        A document with         136
        Bates number INV 00000071 through
9       85.
10
11 Exhibit P 90        INV 00002304 through    138
        2312.
12

Transcript of Dr. Richard Ward, Designated Representative and Individually ³ (9 to 12)
Conducted on May 5, 2023

---

**9**

1  Friday,  May 5th, 2023
2  (9:02 a.m.)
3  THE VIDEOGRAPHER:  Here begins tape number 1 in videotaped
4     deposition of Dr. Richard Ward in the matter of Puma
5     Biotechnology Inc. et al versus AstraZeneca
6     Pharmaceuticals LP, et al, in the United States District
7     Court for the district of Delaware, case number
8     21-1338 MFK.
9        Today's date is May 5, 2023, the time on the video
10    monitor is 9:02 a.m.  The videographer today is Joseph
11    Viner on behalf of Planet Depos.  This videotaped
12    deposition is taking place at Jones Day, 21 Tudor
13    Street, London.
14       Would counsel please voice identified themselves and
15    statement whom they represent.
16  MR. WINCHESTER:  Jason Winchester from Jones Day on behalf
17    of Puma Biotechnology Inc., the plaintiff.
18  MS SMIT:  Michelle Smit, also from Jones Day.
19  MR. STOLE:  Einar Stole from Covington & Burling on behalf
20    of the AstraZeneca defendants, and the witness, I am
21    joined by Melissa Keech, also from Covington & Burling,
22    and Christin Sullivan Miller from AstraZeneca.
23  THE VIDEOGRAPHER:  The court reporter today is Chris Lang on
24    behalf of Planet Depos.  Would the reporter please swear
25    in the witness.

---

**0**

1  THE COURT REPORTER:  Will counsel please stipulate that in
2     lieu of formally swearing in the witness, the reporter
3     will instead ask the witness to acknowledge that their
4     testimony will be true under the penalties of perjury,
5     that counsel will not object to the admissibility of the
6     transcript based on proceeding in this way and that the
7     witness has verified that he is in fact Richard Ward?
8  MR. WINCHESTER:  So stipulated for plaintiff.
9  MR. STOLE:  We stipulate also.
10  THE COURT REPORTER:  Mr. Ward, do you hereby acknowledge
11    that your testimony will be true under the penalties of
12    perjury?
13  THE WITNESS:  I do.
14       DR RICHARD WARD
15  having acknowledged their testimony will be true under the
16  penalties of perjury testified as follows:
17  MR. WINCHESTER:  Dr. Ward, good morning, thank you for
18    coming today.  I am Jason Winchester, you and you I met
19    for the first time this morning, right?
20  A.  Right.
21  By Mr. Winchester:
22  Q.  Would you state your full name for the record, please?
23  A.  Richard Andrew Ward.
24  Q.  What is your home address, Dr. Ward?
25

---

**1**

2  Q.  Have you ever given a deposition before in conjunction
3     with a US litigation?
4  A.  No I haven't.
5  Q.  Have you ever given a deposition before in any context?
6  A.  No I haven't.
7  Q.  Have you ever testified at a trial?
8  A.  No I haven't.
9  Q.  I am going to ask you a number of questions today, as we
10    will talk about in a moment.  Some of them you are here
11    today to testify on behalf of the company, some you are
12    here to testify about your own personal experience.  Do
13    you understand that today you are testifying under oath,
14    just like if we were in the US in front of the judge and
15    the jury?
16  A.  I do, yes.
17  Q.  Is there any reason today that you would be not able to
18    give your full, complete and accurate testimony?
19  A.  No there isn't.
20  Q.  I will give a few ground rules that you may have already
21    discussed with your lawyers, but everything you say and
22    everything that I say is being taken down by the court
23    reporter here.  And so we have a clear transcript will
24    you wait, or try to wait, until I am all of the way down
25    with my question before you start your answer?

---

**2**

1  A.  I will, yes.
2  Q.  And I will do the same; I will try to wait until you are
3     done answering before I ask you a new question.  If we
4     talk over each other, it becomes difficult to get the
5     court reporter's work done.
6        If you don't understand a question that I ask you,
7     will you let me know that?
8  A.  I will, yes.
9  Q.  And if at any time you need to take a break just let me
10    know.  If there is a question pending I will ask that
11    you answer it, but otherwise we can take breaks as you
12    need them?
13  A.  Yes, understood.
14    (Exhibit P-33          marked for identification)
15  Q.  So next to you I have put a couple of books that are
16    exhibits we have marked in prior depositions in the case
17    so that we are using the same ones we have used
18    previously.  In the book there, that's the top one that
19    says "exhibits 33 to 54" will you open that binder up
20    and take a look at exhibit 33.  This is the 30(b)(6)
21    notice.
22        Dr. Ward, do you see in front of you the document
23    that has been previously marked as plaintiff's
24    exhibit 33, it is a corrected notice of the deposition
25    of defendants pursuant to Federal Rule of Civil

---

8

1  team?
2  MR. STOLE: Objection. Form.
3  **A. That work wasn't specifically with a view of -- wasn't**
4  **part of the EGFRm project, we were just made aware of**
5  **that effort around the time of the proposals.**
6  Q. You were made aware of it and you had access to
7  information about the work that was done, right?
8  MR. STOLE: Objection to form.
9  A. Yeah, around the time of the proposal we interacted with
10  that team and understood what they were doing, and just,
11  well, some of the data that they generated.
12  Q. Was Claudio actually a member of the EGFRm project team?
13  **A. Claudio became a member of the EGFRm project team, but**
14  **he wasn't involved at the time in the proposal for the**
15  **EGFRm project team. Well, he wasn't involved in the**
16  **project proposal but he became involved in the team once**
17  **it was a project.**
18  Q. Okay. So he was not involved in the work you and
19  Dr. Cross did to make your presentation to the TSID, is
20  that right?
21  **A. He wasn't involved in much of the project proposal and**
22  **the background, but as we got close to the formal**
23  **proposal we were made aware of that work. So you will**
24  **see there was a slide we included in the proposal that**
25  **captured that opportunity, and he was acknowledged for,**

82

1  as part of that.
2  Q. Understood.
3  After the EGFRm project team was officially
4  constituted in April 2009, Claudio became a member of
5  that team, is that right?
6  **A. Sorry, I was covering my microphone, sorry.**
7  Q. No worries.
8  After the EGFRm project team was officially
9  constituted in April 2009, Claudio became a member of
10  that team, is that right?
11  **A. He became a member of the team. I can't remember the**
12  **exact date he joined, but yeah, after, some time after**
13  **the approval of the project he joined us on the project.**
14  (Exhibit P-80          marked for identification)
15  Q. So I am going to show you first a document that I will
16  mark as plaintiff's deposition exhibit 80. It is
17  an email from Claudio Chuaqui to Teresa Klinowska,
18  copying Pat Elkins, dated September 23, 2009. The Bates
19  number is AZ-PW-TAG00167346.
20  Dr. Ward you are not copied on this document, but
21  the EGFRm project team was officially formed by the date
22  of this email, September 23, 2009, right?
23  **A. Yes, the project team was formed by then, yes.**
24  Q. And at that time was Teresa Klinowska the project team
25  lead?

83

1  **A. She was.**
2  Q. What role did Pat Elkins have with respect to the
3  project?
4  **A. I don't know.**
5  Q. Are you familiar with Pat Elkins?
6  **A. No.**
7  Q. Do you see in about the middle of the page there is what
8  looks like a file name .pdf and text that says:
9  "This is the initial proposal I put together on the
10  irreversibles and the references on the clinical
11  information at the time."
12  And then there is a GKIirreversible1final.doc?
13  **A. I can see that, yes.**
14  (Exhibit P-81          marked for identification)
15  Q. I will show what you I am going to mark as plaintiff's
16  exhibit 81 what has been produced to us as that file
17  that was attached to the email that was plaintiff's 80.
18  This comes, according to the metadata, from the files of
19  Teresa Klinowska, with a last modified date of 8/4/2006.
20  The Bates numbers are AZ-PW-TAG00167364 through, it ends
21  0005. The title is "GKI proposal to identify
22  irreversible inhibitors of protein kinase".
23  So with all of that said, Dr. Ward, have you seen
24  this document before, plaintiff's deposition exhibit 81?
25  **A. I haven't seen this document before.**

84

1  Q. Were you aware, as part of the work of the EGFRm
2  project, that Claudio had provided this 2006 proposal to
3  Teresa Klinowska, your project team lead in 2009?
4  **A. I was not aware that this document was sent to Teresa,**
5  **no.**
6  Q. I want to go through the proposal here from Claudio,
7  since you said you were familiar with the work that he
8  was doing. Look at the first page of the text ending
9  364. Are you with me?
10  **A. 364?**
11  Q. Alright. the summary says:
12  "This proposal outlines the rationale for a two year
13  post doctoral fellow or AZ fixed-contract position(s) to
14  support the identification, synthesis, screening and
15  characterization of irreversible kinase inhibitors."
16  Right?
17  **A. Yes, that's what it says, right.**
18  Q. Were you aware that a proposal was made in 2006 for
19  assigning resources to those tasks?
20  A. I wasn't, not the details. But I mentioned before I was
21  aware of the work that Claudio was involved in, which
22  I believe was a post doc looking at irreversible kinase
23  inhibitors, so this is consistent with that.
24  Q. Under the paragraph there "introduction, scientific
25  rationale and strategic fit", in the second sentence in,

---

**85**

1  do you see here saying:
2      "Accordingly the goal of identifying small molecule
3  inhibitors to these high value kinases continues to be
4  pursued aggressively at AZ.  However, the strategy
5  employed to meet this goal relies almost exclusively on
6  targeting the ATP binding site with a compound that
7  interacts non-covalently (reversibly) with the kinase.
8  An alternative and complementary approach being pursued
9  by several competitors, e.g. Wyeth and Pfizer, involves
10  targeting the kinase with compounds that selectively
11  bind to the kinase domain in an irreversible manner by
12  forming a covalent bond to a free Cys residue."
13      Did I read that correctly?
14 A.  Yes, you read that correctly.
15 Q.  So AstraZeneca was aware, at least in 2006 when this was
16      made, that competitors including Wyeth and Pfizer, were
17      investigating the use of irreversible inhibitors that
18      employed a covalent bond?
19 A.  Covalent inhibitors of EGFR view have been reported in
20      the public domain ahead of 2006, so AstraZeneca and more
21      widely in the public domain would be aware of those
22      irreversible inhibitors of kinases, yes.
23 Q.  AstraZeneca was specifically aware of at that time of
24      the irreversible inhibitors that were being pursued by
25      Wyeth and Pfizer?

---

**86**

1  MR. STOLE: Objection.  Form.  Lacks foundation.
2  A.  AstraZeneca would have been aware of the molecules by
3      Wyeth and Pfizer along with all of the other reported
4      irreversible/reversible kinase inhibitors.
5  Q.  Further on in the paragraph do you see the reference:
6      "Moreover CI 1033 Pfizer and HKI 272 Wyeth
7  irreversible inhibitors of EGFR/ERB B2 and HER 2 have
8  been shown to have significant anti tumor activity
9  in vivo against non-small lung and breast cancers."
10 A.  Yes I do see that.
11 Q.  HKI 272 that is referenced there, do you understand that
12      that compound is known as neratinib?
13 A.  I do, yes.
14 Q.  That's the ingredient in an FDA approved product call
15      Nerlynx, is that right?
16 MR. STOLE: Objection.  Form.
17 A.  Off the top of my head I don't know the brand name.
18 Q.  But you do recognize that HKI 272 is neratinib?
19 A.  Correct.
20 Q.  The last sentence of that paragraph says:
21      "Finally, several irreversible inhibitors including
22  CI 1033, EKB 569 and HKI 272, are currently undergoing
23  clinical evaluation."
24      Do you so that?
25 A.  Yes I see that.

---

**87**

Q  And do you understand EKB 569 is also a Pfizer compound?
2  A.  No, I didn't know that from memory.
3  MR. STOLE:  Are we coming up on a good spot for a break?
4  MR.WINCHESTER:  We can.  That's fine with me.  I don't know
5      if you want to push through to lunch; it is probably
6      a half hour.  If you want to break now that's fine.
7  MR. STOLE:  I think we need a break.
8  MR. WINCHESTER:  That's fine.
9  MR. STOLE:  Thank you.
0  THE VIDEOGRAPHER:  Going off the record   The time is
                                        :3  a m
2 (   :3  a m)
3                      (break taken )
4 (   :44 a m )
5  THE VIDEOGRAPHER:  We are back on the record   The time is
6                                        :44 a m
8  By Mr  Winchester:
Q   We are continuing with Claudio's proposal here which is
9      plaintiff's deposition exhibit 8
20      If you look to the second page of the document, the
       last four numbers in the lower right hand corner are
22      000    Do you see there are some figures and structural
23      diagrams depicted in the middle of the page?
24 A.  0001, do you say, this one?
25 Q   Yes, exactly that

---

**88**

1  A.  Yes, I see that.
2  Q.  Okay.  Just above those figures, the last sentence says:
3      "In addition to enhanced selectivity, irreversible
4      inhibitors have emerged as a strategy to circumvent
5      acquired resistance arising from mutations that reduce
6      drug binding."
7      And there is a citation to references 11 and 15 and
8      a reference to figure 2, do you see that?
9  A.  I do see that, yes.
10 Q.  And right below that, it looks like you have, how would
11      you describe that diagram/plot in the middle of the page
12      on the left there?
13 MR. STOLE: Objection.  Form.  Lacks foundation.
14 A. Sorry, the writing is not great.  It looks like in vitro
15      profiling of a set of compounds against certain cell
16      lines.
17 Q.  And below that are structural diagrams of gefitinib,
18      EKB 569, HKI 357 and HKI 272?
19 MR. STOLE: Objection.  Form.  Lacks foundation.
20 A.  I can see the chemical structures yes.
21 Q.  And you can see a reference there to "adapted from
22      reference 11"?
23 A.  Yes, I see that.
24 Q.  If you flip all of the way to the last page of the
25      document.

89

1  A. The reference?
2  Q. Yes, do you see the citation 11 is to a May 24, 2005
3      article from Kwak, Sordella, Godin-Heymann, Settleman,
4      Rabindran, Haber and others?
5  A. I can see reference 11, yes.
6      (Exhibit P-82           marked for identification)
7  Q. I will mark as plaintiff's reference exhibit 82,
8      that May 24, 2005 PNAS article from Kwak, Sordella, Bell
9      and others.  It is entitled "irreversible inhibitors of
10     the EGF receptor may circumvent acquired resistance to
11     gefitinib".
12         So first of all, Dr. Ward, can you confirm that the
13     Kwak article that I have handed you as plaintiff's
14     deposition exhibit 82 is the reference 11 in Claudio's
15     proposal that's exhibit 81?
16  A. Yes, that's the reference 11.
17  Q. Are you familiar with the Kwak reference, plaintiff's
18     exhibit 82?
19  A. I have previously read this paper, yes.
20  Q. When did you first read it?
21  A. I don't know the specific date, but it would have been
22     a paper that I had read soon after the publication date.
23  Q. Soon after the publication in 2005, do you believe?
24  A. Yes.
25  Q. Do you recognize that a number of the authors on this

90

1      reference plaintiff's 82 are also the inventors that are
2      named on the patents and patent applications we have
3      talked about earlier, right?
4   A. I recognize some of the names from the patents you
5      showed me, yes.
6   Q. If you look at, I guess it is the third page of the
7      article, the little numbers in the lower right corner,
8      303, do the figures at the top of the Kwak article
9      appear to be what was used in Claudio's proposal,
10     exhibit 81?
11  A. The figure looks the same, to my eye.
12  Q. And also the diagrams there that are listed as being
13     associated with gefitinib, EKB 569, HKI 597 and HKI 292?
14  MR. STOLE:  Are you asking him to do a comparison?
15  MR WINCHESTER:  I am asking if those appear to be the same
16     as what Claudio has in his proposal, which he says was
17     adapted from this reference.
18  MR. STOLE:  So you are asking him to compare the figures in
19     plaintiff's exhibit 82 to those in plaintiff's
20     exhibit 81?
21  MR. WINCHESTER:  Yes.
22  A. Yes, the chemical structures and molecule names in 81
23     are the same four chemical structures and molecule names
24     that are in 82.
25  By Mr. Winchester:

9

1  Q. Okay, turn back to 81, the Claudio proposal.  Just below
2      those figures we were looking at, do you see the
3      sentence there:
4          "Targeting high value kinases by irreversible
5      inhibition is complementary to the work ongoing at AZ."
6  A. Yes, I can see that sentence, yes.
7  Q. A couple of sentences down it says:
8          "Using this approach, proprietary AZ inhibitor
9      scaffolds that are known to bind nearby to an accessible
10     Cys can be chemically modified to deliver a suitable
11     alkylating group (typically a Michael acceptor) to the
12     Cys, thus converting it to an irreversible inhibitor, as
13     illustrated in figure 4."
14         Did I read that correctly?
15  A. Yes, you read that correctly.
16  Q. Do you understand that term Cys (C-Y-S) to refers to
17     cysteine?
18  MR. STOLE:  Objection.  Form.  Lacks foundation.
19  A. Cys would be a common abbreviation for cysteine.
20  Q. And the reference there is made to "as illustrated in
21     figure 4".  So would you please turn to the next page
22     and look at figure 4.  Do you see that at the bottom of
23     the page?
24  A. Which one, sorry, the bottom figure?
25  Q. Figure 4.  Yes, it is the bottom page, the last four

92

1      numbers on the lower right corner 0002.
2  A. Yes, I can see that figure, yes.
3  Q. And as shown, this depicts a quinazoline core docked in
4      EGFR with accessible Cys 773 highlighted?
5  MR. STOLE:  Objection.  Form.  Lacks foundation.
6  A. That's what it says, yes.
7  Q. And right above that text, figure 1 says "structure of
8      HKI 272", right?
9  A. Yes, that's what it says, yes.
10  Q. On the next page of the document there is a section on
11     safety concerns, right?
12  A. There is a paragraph entitled "safety concerns" on 0003,
13     yes.
14  Q. And the first sentence says:
15         "It is fair to say that a bias against irreversible
16     inhibitors exists surrounding their safety."
17         Did I read that correctly?
18  A. Yes, you read it correctly.
19  Q. Were you aware of the bias, at least around 2006,
20     against irreversible inhibitors surrounding their
21     safety?
22  MR. STOLE:  Objection.  Form.  Lacks foundation.
23  A. I didn't write that sentence, these aren't my words, so
24     ...
25  Q. I understand.  My question was were you aware of a bias

Transcript of Dr. Richard Ward, Designated Representative and Individually $^{35}_{140}$ $^{(137\ to}$
Conducted on May 5, 2023



**37**

**39**

1  And I have no further questions.  Thank you,
2  Dr. Ward, for your time.
3  MR. STOLE:  Alright, we will take a couple of minute break
4  and then we will be back.
5  THE VIDEOGRAPHER:  Going off the record.  The time is
6  2:29 p.m.
7  (2:29 p.m.)
8  (break taken.)
9  (2:34 p.m.)
10  THE VIDEOGRAPHER:  We are back on the record.  The time is
11  2:33 p.m.
12  MR. STOLE:  Okay, I would like to mark the transcript highly
13  confidential.  We reserve read and sign.  And I have no
14  further questions.
15  MR. WINCHESTER:  Alright.  Dr. Ward, thank you.
16  THE VIDEOGRAPHER:  Going off the record.  The time is
17  2:33 p.m.
18  (2:33 p.m.)
19  (Whereupon, the deposition concluded at 2:33 p.m.)
20
21
22
23
24
25

**38**

1  (Exhibit P 90          marked for identification)
2  I will mark as plaintiff's deposition exhibit 90
3  another document  That one is INV 00002304 through
4  23 2

**40**

1  CERTIFICATE OF REPORTER
2  I, CHRIS LANG, the officer before whom the
3  foregoing deposition was taken, do hereby certify that the
4  foregoing transcript is a true and correct record of the
5  testimony given; that said testimony was taken by me and
6  thereafter reduced to typewriting under my direction; that
7  reading and signing WAS requested; and that I am neither
8  counsel for, related to, nor employed by any of the parties
9  to this case and have no interest, financial or otherwise,
10  in its outcome.
11
12
13
14
15
16
17
18
19
20
21
22  Chris Lang
23
24
25

# Exhibit E

| From: | Chuaqui, Claudio |
|---|---|
| Sent: | 9/23/2009 6:29:47 PM |
| To: | Klinowska, Teresa |
| CC: | Elkins, Pat |
| Subject: | RE: Irreversible inhibitors - host Teresa Klinowska |
| Attachments: | covalent jm8008597.pdf; GKI irreversible1_final.doc |

Hi,

My daughter who is just 1 yr. old fractured her leg and I will be busy waiting in
various Dr. offices and taking care of her this week. As a result I don't think I
can make the meeting. It is really unfortunate as I am obviously eager to participate
in discussions around the irreversible inhibitors. I will follow up with you next week
to see if I can add anything.

The review below covers irreverisble inhibitors broadly and has some discussion on safety.


<<covalent jm8008597.pdf>>
this is the original proposal i put together on the irreversibles and the references on the clinical
information at the time:

<<GKI irreversible1_final.doc>>

1.    Clinical Cancer Research Vol. 10, 7112-7120, November 1, 2004 Administration of CI-1033, an Irreversible Pan-
erbB Tyrosine Kinase Inhibitor, Is Feasible on a 7-Day On, 7-Day Off Schedule - A Phase I Pharmacokinetic and Food
Effect Study.

2.    Clinical Cancer Research Vol. 11, 3846-3853, May 15, 2005 Phase 1 Clinical and Pharmacokinetics Evaluation of
Oral CI-1033 in Patients with Refractory Cancer.

3.    Clin Cancer Res. 2006 Jul 15;12(14):4441s-5s.; Heymach JV, Nilsson M, Blumenschein G, Papadimitrakopoulou V,
Herbst R.; Epidermal growth factor receptor inhibitors in development for the treatment of non-small cell lung cancer.

4.    J Clin Oncol. 2006 May 20;24(15):2225-6.; Baselga J.  Is there a role for the irreversible epidermal growth factor
receptor inhibitor EKB-569 in the treatment of cancer? A mutation-driven question.

5    J Clin Oncol. 2006 May 20;24(15):2252-60.; Erlichman C, Hidalgo M, Boni JP, Martins P, Quinn SE,
Zacharchuk C, Amorusi P, Adjei AA,   Rowinsky EK. Phase I study of EKB-569, an irreversible inhibitor of the epidermal
growth factor receptor, in patients with advanced solid tumors.


Mike Block suggested that I enlist the help of a safety rep. to put together a view on more recent clinical findings. This is
still ongoing.

c

-----Original Appointment-----
**From:** Elkins, Pat
**Sent:** Tuesday, September 22, 2009 4:57 AM
**To:** Elkins, Pat; Klinowska, Teresa; Chuaqui, Claudio
**Subject:** Irreversible inhibitors - host Teresa Klinowska
**When:** Friday, September 25, 2009 11:00 AM-12:00 PM (GMT-05:00) Eastern Time (US & Canada).
**Where:** .VC UKAP RA 30S30 (26)

Possible vc with Boston - details to be advised  - Alderley Park to call

Claudio - could you please advise the vc room you will be using at GHP if you are able to attend

**PX-077**

1:21-cv-01338-MFK

AZ-PW-TAG00167346

# Exhibit F

Custodian :               Klinowska, Teresa
Last Modified Date :   8/4/2006 12:00:00 AM

PX-078
1:21-cv-01338-MFK

## GKI Proposal to Identify Irreversible Inhibitors of Protein Kinases

## Summary

This proposal outlines the rationale for a two-year post-doctoral fellow or AZ fixed-contract position(s) to support the identification, synthesis, screening, and characterization of irreversible kinase inhibitors.

## Introduction, Scientific Rationale, and Strategic Fit

AstraZeneca is heavily invested in targeting protein kinases because of their importance as therapeutic targets in human disease and in particular, as key regulators of survival and proliferation in human cancers. Accordingly, the goal of identifying small molecule inhibitors to these high-value kinases continues to be pursued aggressively at AZ. However, the strategy employed to meet this goal relies almost exclusively on targeting the ATP binding site with a compound that interacts non-covalently (reversibly) with the kinase. An alternative and complementary approach being pursued by several competitors, (e.g., Wyeth and Pfizer) involves targeting the kinase with compounds that selectively bind to the kinase domain in an irreversible manner by forming a covalent bond to a free Cys residue. [1-4] Several of these inhibitors have been demonstrated to be non-reactive in solution, bind with a 1:1 stoichiometry, and be highly selective to the targeted kinase. [4] Moreover, CI-1033 (Pfizer) [5,6] and HKI-272 (Wyeth), [7,8] irreversible inhibitors of EGFR/ERBB2 and HER2, have been shown to have significant anti-tumor activity in vivo against non-small lung and breast cancers (Fig 1). [4,7,8] Marked CI-1033-induced tumor regressions have been observed in multiple xenografts, including SF-767 glioblastoma and the MDA-MB-468 human breast cancer model. [6] Finally, several irreversible inhibitors, including CI-1033, EKB-569, and HKI-272 (are currently undergoing clinical evaluation. [12-16]



**Fig 1.** Comparative antitumor activity of PD 168393 and its reversible congener PD 174265 (*a*) and corresponding modulation of the EGFr phosphotyrosine content (*b*). ●, Control; □, PD 174265; ▼, PD 168393. (*a*) Athymic nude mice housed in filtered cages were implanted s.c. with a fragment (≈30 mg) of A431 human epidermoid carcinoma and were randomized into treatment groups when the tumors were palpable. (*b*) Nude mice bearing 300- to 500-mg A431 tumors were treated with a single 58 mg/kg i.p. dose of either inhibitor or vehicle . Adapted from reference [4].

Because of their mode of action, irreversible inhibitors also offer some advantages to standard non-covalent ATP-site binders. Inhibitor potency is dependent on two factors: initial molecular recognition (favorable steric, intermolecular, and electrostatic interactions with the receptor), followed by a slow alkylation step where a covalent bond is formed to a free Cys in proximity to the inhibitor. [2] Consequently, only kinases with available Cys residues in a suitable binding site can be targeted, thus affording greater control over the selectivity profile of the inhibitor [2,9-10]. The required molecular recognition step ensures that the compounds won't act as non-selective alkylating agents. In addition to enhanced selectivity, irreversible inhibitors have emerged as a strategy to circumvent acquired resistance arising from mutations that reduce drug binding [11,15] (Fig2).





Fig. 2.   Acquired resistance to gefitinib in bronchoalveolar cancer cell lines and persistent sensitivity to irreversible ERBB family inhibitors. (A) Inhibition by tyrosine kinase inhibitors of proliferation of bronchoalveolar cancer cell lines with wild-type EGFR (NCI-H1666), the activating delE746-A750 mutation in EGFR (NCI-H1650), or two representative gefitinib-resistant subclones of NCI-H1650 (G7 and C11). The effect of the reversible inhibitor gefitinib is compared with that of the irreversible inhibitor HKI-357. Comparable results were observed with the other irreversible inhibitors. Cell numbers were measured by crystal violet staining, after culture in 5% FCS, with 100 ng ml EGFR, at 72 h after exposure to indicated drug concentrations. Each data point represents the mean of four samples. (B) Chemical structure of gefitinib, a reversible inhibitor of EGFR; EKB-569, an irreversible inhibitor of EGFR; and HKI-272 and HKI-357, two irreversible dual inhibitors of EGFR and ERBB2. (C) Generation of drug-resistant NCI-H1650 cells after treatment with varying concentrations of gefitinib or the irreversible ERBB inhibitor EKB-569. Colonies were stained after 12 days in culture in the presence of inhibitors.

Adapted from reference [11].

Targeting high-value kinases via irreversible inhibition is complementary to the work ongoing at AZ. Using in-house bioinformatics tools it is straightforward to identify all kinases with accessible Cys residues in druggable binding sites (ATP, MEK allosteric site, etc.) as is shown in Fig 3 for a particular Cys in the ATP binding site. [2,9-10] Using this approach, proprietary AZ inhibitor scaffolds that are known to bind nearby to an accessible Cys can be chemically modified to deliver a suitable alkylating group (typically a Michael acceptor) to the Cys, thus converting it to an irreversible inhibitor, as illustrated in Figure 4.

If successful, the proposed work will provide several strategic benefits to AZ
- Additional inhibition modalities to high-value kinase targets
- Irreversible mode of action (MOA) of inhibitors provides an additional handle on selectivity
- Provide a means to circumvent acquired resistance
- Provide a set of molecular tools to "knock out" specific kinases, something that can be useful in target validation (e.g., irreversibly inhibiting JAK3 which has a Cys in the ATP site would enable signaling studies of Jak2 alone which has no Cys in the ATP site)

Highly Confidential

AZ-PW-TAG00167364_0001



Figure 3. Kinases having an equivalent Cys to that of Cys 166 in human ERK2.  These kinases have been identified as possible targets for irreversible inhibition by Resorcylic acid lactones.

| Branches of human kinome | Kinases |
|---|---|
| TK | FLT1 (VEGFR1), KDR (VEGFR2), FLT4 (VEGFR3), FLT3, KIT, PDGFRα, PDGFRβ |
| TKL | TAK1, TGF-βR2, ZAK |
| CMGC | CDKL1, CDKL2, CDKL3, CDKL4, CDKL5, GSK3α, GSK3β, ERK1, ERK2, MAPK15, NLK, PRP4K |
| CAMK | MAPKAP5, MNK1, MNK2, RSK1*, RSK2*, RSK3*, RSK4*, PKD1, PKD2, PKD3, SPEG* |
| STE | MEK1, MEK2, MEK3, MEK4, MEK5, MEK6, MEK7, NIK1 |
| Other | AAK1, BMP2K, GAK, STK36, TOPK |

Adapted from reference [10].



Cys 773

Quinazoline core in EGFR

Fig. 1. Structure of HKI-272 (k4, 557.05).

Table 1  Inhibition of ERBB kinases by HKI-272[a]

| Enzyme | IC$_{50}$ (nм)[b] |
|---|---|
| HER-2 | 59 ± 13 (n = 5) |
| Epidermal growth factor receptor | 92 ± 17 (n = 5) |

Figure 4. Quinazoline core docked in EGFR with accessible Cys 773 highlighted. Quinazoline based irreversible inhibitors can be derived by installing an alkylating group optimized to bond covalently with Cys773 (clinical candidate example shown above).

Adapted  from reference [7].

Highly Confidential

AZ-PW-TAG00167364_0002

## Safety Concerns

It is fair to say that a bias against irreversible inhibitors exists surrounding their safety. This may be due to the perception that non-specific alkylation will lead to significant off-target activities or that complete inhibition of the target will result in toxicities. However, the type of ATP-site directed kinase inhibitors proposed herein are highly specific, and depend on this specificity to alkylate the target Cys residue. Moreover, clinical studies [12-16] have found that the toxicities observed for irreversible inhibitors are consistent with the safety profiles of other small molecule erbB-targeted tyrosine kinase inhibitors in development, such as gefitinib and erlotinib. In summary, to date clinical studies have found that irreversible inhibitors are well tolerated, have acceptable pharmacokinetics and in general are suitable candidates for further clinical development. This proposal affords AZ the opportunity to generate irreversible candidates for safety studies, in order to assess the safety profile of agents with this mechanism of inhibition, and compare that profile with the safety profiles of our own non-covalent ATP-site inhibitors.

## Summary of Proposed Work

The proposed work leverages AZ expertise in medicinal chemistry, protein structure, and computational chemistry. Based on existing binding site analysis tools and a sequence alignment of the kinome, a structural bioinformatics analysis has been performed by the computational chemistry group that has identified a list of high-value kinases with sites that would be amenable to irreversible inhibition. Current work is focusing on the Identification of putative scaffolds that could be converted to irreversible inhibitors by the incorporation of an alkylating group. Binding modes of potent inhibitors to the target sites identified will be generated from docking or overlays from in-house or external X-ray structures. Optimal placement of the alkylating groups to reach the target Cys residues can then be modeled from the binding modes.

The components of the proposed work to be executed are as follows:

1. Synthesis or acquisition of benchmark irreversible compounds against EGFR.
2. Development of a suitable kinetic and/or mass spectrometric assay to confirm the MOA and determine the potency of the benchmark irreversible inhibitors.
3. Library synthesis and screening of irreversible inhibitors identified in step 1. Possible targets include Raf, VEGFR Family, EGFR family, BTK, CHK-1, PLK, and Tak1.

If components 1-3 are met, a series of follow-up studies are possible, including:

- Assessment of cellular and in-vivo activity in existing assays and efficacy models
- Assessment of kinase selectivity
- X-ray structure to confirm the irreversible binding mode
- Toxicity studies, reactive metabolite screening, etc.

## Proposal Deliverables

1. Suitable assays to confirm the MOA and determine the potency of irreversible inhibitors
2. A prioritized list of synthetic targets
3. Establish proof-of-concept for irreversible inhibitors of at least two AZ high-value kinase targets
4. Broaden our understanding of a specific class of inhibitors, currently being pursued by competitor companies.

## Proposal Requirements

1. A post-doctoral fellow with sufficient chemistry experience to synthesize irreversible inhibitor libraries and be able to aid in the prioritization and selection of synthetic targets.
2. Optimally, a second post-doctoral fellow with biochemistry or enzymology experience to carry out assay development, screening, support the characterization and determine the MOA of irreversible inhibitors
3. Chemistry resource to act as a lab supervisor (contact person is Mike Block)
4. Biochemistry/Assay development resource to oversee assay development and inhibitor characterization (contact person is Ray Chen)

## References

1. Curr Med Chem. 1999 Sep;6(9):825-43.; Bridges AJ., The rationale and strategy used to develop a series of highly potent, irreversible, inhibitors of the epidermal growth factor receptor family of tyrosine kinases.

2. J Med Chem. 1997 Mar 28;40(7):1130-5.; Singh J, Dobrusin EM, Fry DW, Haske T, Whitty A, McNamara DJ., Structure-based design of a potent, selective, and irreversible inhibitor of the catalytic domain of the erbB receptor subfamily of protein tyrosine kinases.

3. Anticancer Drug Des. 2000 Feb;15(1):3-16.; Fry DW., Site-directed irreversible inhibitors of the erbB family of receptor tyrosine kinases as novel chemotherapeutic agents for cancer.

4. Proc Natl Acad Sci U S A. 1998 Sep 29;95(20):12022-7.; Fry DW, Bridges AJ, Denny WA, Doherty A, Greis KD, Hicks JL, Hook KE, Keller PR, Leopold WR, Loo JA, McNamara DJ, Nelson JM, Sherwood V, Smaill JB, Trumpp-Kallmeyer S, Dobrusin EM., Specific, irreversible inactivation of the epidermal growth factor receptor and erbB2, by a new class of tyrosine kinase inhibitor.

5. Semin Oncol 2002;29:11–21; Allen LF, Lenehan PF, Eiseman IA, Elliott WL, Fry DW. Potential benefits of the irreversible pan-erbB inhibitor, CI-1033, in the treatment of breast cancer.

6. Semin Oncol 2001;28:80–5; Slichenmyer WJ, Elliott WL, Fry DW. CI-1033, a pan-erbB tyrosine kinase inhibitor.

AZ-PW-TAG00167364_0004

7. Cancer Res. 2004 Jun 1;64(11):3958-65.; Rabindran SK, Discafani CM, Rosfjord EC, Baxter M, Floyd MB, Golas J, Hallett WA, Johnson BD, Nilakantan R, Overbeek E, Reich MF, Shen R, Shi X, Tsou HR, Wang YF, Wissner A., Antitumor activity of HKI-272, an orally active, irreversible inhibitor of the HER-2 tyrosine kinase.

8. Cancer Research 66, 6487-6491, July 1, 2006.; Shimamura T, Ji H, Minami Y, Thomas RK, Lowell AM, Shah K, Greulich H, Glatt KA, Meyerson M, Shapiro GI, Wong KK., Non-small-cell lung cancer and Ba/F3 transformed cells harboring the ERBB2 G776insV_G/C mutation are sensitive to the dual-specific epidermal growth factor receptor and ERBB2 inhibitor HKI-272.

9. Science. 2005 May 27;308(5726):1318-21; Cohen MS, Zhang C, Shokat KM, Taunton J., Structural bioinformatics-based design of selective, irreversible kinase inhibitors.

10. PNAS  March 14, 2006  vol. 106  no. 11  4234–4239; Schirmer A, Kennedy J, Murli S, Reid R, Santi DV., Targeted covalent inactivation of protein kinases by resorcylic acid lactone polyketides.

11. PNAS  May 24, 2005  vol. 102  no. 21  7665–7670; Kwak EL, Sordella R, Bell DW, Godin-Heymann N, Okimoto RA, Brannigan BW, Harris PL, Driscoll DR, Fidias P, Lynch TJ, Rabindran SK, McGinnis JP, Wissner A, Sharma SV, Isselbacher KJ, Settleman J, Haber DA., Irreversible inhibitors of the EGF receptor may circumvent acquired resistance to gefitinib.

12. Clinical Cancer Research Vol. 10, 7112-7120, November 1, 2004 Administration of CI-1033, an Irreversible Pan-erbB Tyrosine Kinase Inhibitor, Is Feasible on a 7-Day On, 7-Day Off Schedule - A Phase I Pharmacokinetic and Food Effect Study.

13. Clinical Cancer Research Vol. 11, 3846-3853, May 15, 2005 Phase 1 Clinical and Pharmacokinetics Evaluation of Oral CI-1033 in Patients with Refractory Cancer.

14. Clin Cancer Res. 2006 Jul 15;12(14):4441s-5s.; Heymach JV, Nilsson M, Blumenschein G, Papadimitrakopoulou V, Herbst R.; Epidermal growth factor receptor inhibitors in development for the treatment of non-small cell lung cancer.

15. J Clin Oncol. 2006 May 20;24(15):2225-6.; Baselga J.  Is there a role for the irreversible epidermal growth factor receptor inhibitor EKB-569 in the treatment of cancer? A mutation-driven question.

16. J Clin Oncol. 2006 May 20;24(15):2252-60.; Erlichman C, Hidalgo M, Boni JP, Martins P, Quinn SE, Zacharchuk C, Amorusi P, Adjei AA, Rowinsky EK. Phase I study of EKB-569, an irreversible inhibitor of the epidermal growth factor receptor, in patients with advanced solid tumors.