IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| PUMA BIOTECHNOLOGY, INC. and WYETH LLC, <br><br> Plaintiffs, <br><br> v. <br><br> ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

C.A. No. 21-1338 (MFK)

**JOINT STIPULATION REGARDING THE BILL OF COSTS**

Plaintiff Wyeth LLC ("Wyeth") and Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca AB (collectively, "AstraZeneca" or "Defendants") (Wyeth and AstraZeneca collectively "the Parties"), pursuant to the Court's order to modify the schedule according to Delaware Local Rule 54.1(a)(1) for filing a bill of costs (*see* May 28, 2024 Minute Entry), through their respective counsel and subject to the approval of this Court, hereby enter into the following stipulation:

WHEREAS this stipulation is intended to set the schedule for the Parties to submit a bill of costs and file any objections pursuant to Delaware Local Rule 54.1(a);

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, as follows:

1. Within 7 days of the Court's decision that disposes of the last remaining issues from the June 2024 bench trial and the Parties' post-trial motions (*see* May 28, 2024 Minute Entry): The prevailing party files its bill of costs.

2. Within 14 days thereafter:  The opposing party files any objections pursuant to Local Rule 54.1(a)(3).

| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | SHAW KELLER LLP |
|---|---|
| /s/ *Megan E. Dellinger* | /s/ *Karen E. Keller* |
| Jack B. Blumenfeld (#1014)<br>Rodger D. Smith II (#3778)<br>Megan E. Dellinger (#5739)<br>Travis J. Murray (#6882)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>rsmith@morrisnichols.com<br>mdellinger@morrisnichols.com<br>tmurray@morrisnichols.com | Karen E. Keller (#4489)<br>Andrew E. Russell (#5382)<br>Nathan R. Hoeschen (#6232)<br>Emily S. DiBenedetto (#6779)<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>kkeller@shawkeller.com<br>arussell@shawkeller.com<br>nhoeschen@shawkeller.com<br>edibenedetto@shawkeller.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

June 7, 2024

SO ORDERED this ___ day of _____, 2024.

_____
UNITED STATES DISTRICT JUDGE