IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **WYETH LLC,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 21-cv-1338-MFK |
| ) | |
| **ASTRAZENECA PHARMACEUTICALS LP** ) | |
| **and ASTRAZENECA AB,** ) | |
| ) | |
| **Defendants.** ) | |

## FINAL JUDGMENT

Whereas, the Court having held a jury trial and the jury having rendered a verdict on May 17, 2024; the Court having held a bench trial regarding certain defenses and having issued findings of fact and conclusions of law on August 6, 2024; and the Court having ruled on the parties' post-trial motions on August 14, 2024,

Pursuant to Federal Rule of Civil Procedure 58(b), IT IS HEREBY ORDERED that:

1. Judgment is entered in favor of Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca AB (collectively "AstraZeneca") on Counts 1 and 2 of the complaint by Plaintiff Wyeth LLC ("Wyeth") alleging infringement of United States Patent Nos. 10,603,314 (the '314 patent) and 10,596,162 (the '162 patent), based on a determination that AstraZeneca induced infringement of claims 1, 3, and 9 of the '314 patent and claim 1 of the '162 patent but that those claims are invalid under 35 U.S.C. § 112 for lack of enablement and lack of written description.

2. Judgment is entered in favor of Wyeth LLC on Counts 1, 3, and 5 of

AstraZeneca's Counterclaim.

3. Judgment is entered in favor of AstraZeneca on Counts 2 and 4 of its counterclaim based on a determination that claims 1, 3, and 9 of the '314 patent and claim 1 of the '162 patent are invalid under 35 U.S.C. § 112 for lack of enablement and lack of written description.

4. The non-final judgment entered on May 28, 2024 (dkt. 463) is vacated. This is a final and appealable judgment.

Date: August 14, 2024

                                                           _____
                                                           MATTHEW F. KENNELLY
                                                           United States District Judge