IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| WYETH LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 21-1338-MFK |
| | ) | |
| ASTRAZENECA PHARMACEUTICALS LP and ASTRAZENECA AB, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, Plaintiffs Wyeth LLC and Puma Biotechnology, Inc. brought this action on September 22, 2021, against Defendants AstraZeneca Pharmaceuticals LP and AstraZeneca AB (together, "AstraZeneca") (D.I. 1);

WHEREAS, on March 18, 2024, the Court dismissed Puma from this action (D.I. 372);

WHEREAS, the action proceeded to final judgment entered on August 14, 2024 (D.I. 517);

WHEREAS, on August 21, 2024, AstraZeneca filed its Bill of Costs as the prevailing parties pursuant to Local Rule 54.1 and 28 U.S.C. § 1920 (D.I. 519 & 520), and on September 4, 2024, Plaintiff Wyeth LLC filed certain objections to AstraZeneca's Bill of Costs (D.I. 521);

WHEREAS, the parties conferred about the amount of costs to be awarded to AstraZeneca and have reached agreement;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, and subject to the approval of the Court, that AstraZeneca's bill of costs will be satisfied by payment

of $55,000.00 to AstraZeneca within 30 days of the date of this Order. This stipulation resolves in its entirety AstraZeneca's request for costs against any party that was adverse in this matter.


*/s/ Megan E. Dellinger*
Rodger D. Smith, II (No. 3778)
Megan E. Dellinger (No. 5739)
MORRIS, NICHOLS, ARSHT
& TUNNELL LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
rsmith@morrisnichols.com
mdellinger@morrisnichols.com

*Attorneys for Wyeth LLC*

*/s/ Andrew E. Russell*
Karen E. Keller (No. 4489)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
kkeller@shawkeller.com
arussell@shawkeller.com

*Attorneys for AstraZeneca Pharmaceuticals LP and AstraZeneca AB*


Dated: November 10, 2026

SO ORDERED this 10th day of Nov, 2026.

United States District Judge